FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 JUL 13  PM 12: 55

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | ) ) ) ) Civil No. RDB-17-388 |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) |

JOINT MOTION TO AMEND AND [PROPOSED] ORDER OF SCHEDULE FOR FILING OF AMENDED COMPLAINT AND RESPONSE THERETO

Lead Plaintiff Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund ("Lead Plaintiff" or "NESPF") and defendants Under Armour, Inc., Kevin A. Plank, and Lawrence P. Molloy (collectively, "Defendants"), by and through their undersigned counsel, respectfully submit this joint motion to modify the schedule set forth in the Order entered on May 16, 2017 (Dkt. No. 23) as follows:

WHEREAS, on May 16, 2017, the Court entered an order setting forth the schedule for the filing of a consolidated or amended complaint and Defendants' response(s) thereto. Dkt. No. 23;

WHEREAS, since that time, Lead Plaintiff and Defendants have conferred and agreed on the below proposed amended schedule for the filing of a consolidated or amended complaint and Defendants' response(s) thereto;

WHEREFOR, the parties hereto, through their undersigned counsel, request that the following schedule govern the filing of a consolidated or amended complaint and Defendants' response(s) thereto:

| Event | Prior Deadline | Proposed Deadline |
|---|---|---|
| Lead Plaintiff's amended complaint | July 21, 2017 | August 4, 2017 |
| Defendants' motion(s) to dismiss or other response to the amended complaint | September 19, 2017 | October 3, 2017 |
| Lead Plaintiff's response to any motion(s) to dismiss the amended complaint | November 17, 2017 | December 1, 2017 |
| Defendants' reply in further support of any motion(s) to dismiss the amended complaint | January 15, 2018 | January 29, 2018 |

DATED: July 12, 2017

ROBBINS GELLER RUDMAN
  & DOWD LLP
MARK SOLOMON
ROBERT R. HENSSLER JR.
AUSTIN P. BRANE

/s/
_____
ROBERT R. HENSSLER JR.

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
bhenssler@rgrdlaw.com
abrane@rgrdlaw.com

- 2 -

1286769_1

        ROBBINS GELLER RUDMAN
          & DOWD LLP
        PAUL J. GELLER
        JACK REISE
        MARK J. DEARMAN
        ANDREW T. REES
        120 East Palmetto Park Road, Suite 500
        Boca Raton, FL  33432
        Telephone:  561/750-3000
        561/750-3364 (fax)
        pgeller@rgrdlaw.com
        jreise@rgrdlaw.com

*Lead Counsel for Plaintiff*

DATED: July 12, 2017        SILVERMAN THOMPSON SLUTKIN
          & WHITE LLC


                              /s/
        Andrew C. White, Federal Bar No. 0821
        awhite@mdattorney.com
        Steven J. Kelly, Federal Bar No. 27386
        skelly@mdattorney.com
        Pierce C. Murphy, Federal Bar No. 30030
        pmurphy@mdattorney.com
        201 N. Charles Street, 26th Floor
        Baltimore, MD  21201
        Telephone:  410/385-2225
        410/547-2432 (fax)

*Local Counsel*


DATED: July 12, 2017        VENABLE LLP


                              /s/
        (signed by Robert R. Henssler Jr. with permission of
        G. Stewart Webb, Jr.)

                G. STEWART WEBB, JR., Bar No. 00828
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: 410/244-7565
410/244-7742 (fax)
gswebb@venable.com

FRIED, FRANK, HARRIS,
   SHRIVER & JACOBSON LLP
JAMES D. WAREHAM (Bar No. 22890)
801 17th Street, NW
Washington, DC 20006
Telephone: 202/639-7000
202/639-7003 (fax)
james.wareham@friedfrank.com

FRIED, FRANK, HARRIS,
   SHRIVER & JACOBSON LLP
SAMUEL P. GRONER (*pro hac vice*)
One New York Plaza
New York, NY 10004
Telephone: 212/859-8000
212/859-4000 (fax)
samuel.groner@friedfrank.com

*Counsel for Defendant Under Armour, Inc.*

DATED: July 12, 2017         HOGAN LOVELLS US LLP

                                  /s/
                (signed by Robert R. Henssler Jr. with permission of
Scott R. Haiber)

SCOTT R. HAIBER, Bar No. 25947
100 International Drive
Suite 2000
Baltimore, MD 21202
Telephone: 410/659-2700
410/659-2701 (fax)
scott.haiber@hoganlovells.com

HOGAN LOVELLS US LLP
JON M. TALOTTA
Park Place II Ninth Floor
7930 Jones Branch Drive
McLean, VA 22102-3302
Telephone: 703/610-6100
703/610-6200 (fax)
jon.talotta@hoganlovells.com

*Counsel for Defendant Kevin A. Plank*

DATED: July 12, 2017

ZUCKERMAN SPAEDER LLP

_____/s/_____
(signed by Robert R. Henssler Jr. with permission of Steven Salky and Eric Delinsky)

STEVEN SALKY, Bar No. 05611
ERIC DELINSKY, Bar No. 17466
1800 M Street, NW
Suite 1000
Washington, DC 20036-5807
Telephone: 202/778-1800
202/822-8106 (fax)
ssalky@zuckerman.com
edelinsky@zuckerman.com

*Counsel for Defendant Lawrence P. Molloy*

SO ORDERED THIS __13th__ DAY OF JULY, 2017.

_____
HONORABLE RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE