**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | ) | |
| This Document Relates To: | ) | Civil No. RDB-17-388 |
| ALL ACTIONS. | ) | |

**MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

Defendants Under Armour, Inc., Kevin A. Plank, Lawrence P. Molloy, Brad Dickerson, Byron K. Adams, Jr., George W. Bodenheimer, Douglas E. Coltharp, Anthony W. Deering, Karen W. Katz, A.B. Krongard, William R. McDermott, Eric T. Olson, and Harvey L. Sanders (collectively, the "Under Armour Defendants"), respectfully move this Court for an Order dismissing, with prejudice, Plaintiffs' Consolidated Amended Complaint for Violation of the Federal Securities Laws, dated August 9, 2017, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.*, and granting such other and further relief as the Court may deem just and proper. In support of the Motion to Dismiss, the Under Armour Defendants incorporate herein the facts and arguments presented in the Memorandum of Law in Support of Motion to Dismiss the Amended Complaint and the accompanying Declaration of Samuel P. Groner, with attached exhibits, dated November 9, 2017. Additionally, pursuant to Local Rule 105.6, Defendants respectfully request an oral argument on this motion.

DATED: November 9, 2017

Respectfully submitted,

By: /s/
G. Stewart Webb, Jr. (Bar No. 00828)

VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: 410/244-7565
410/244-7742 (fax)
gswebb@venable.com

FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP
JAMES D. WAREHAM (Bar No. 22890)
801 17th Street, NW
Washington, DC 20006
Telephone: 202/639-7000
202/639-7003 (fax)
james.wareham@friedfrank.com

FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP
Samuel P. Groner (*pro hac vice*)
Michael P. Sternheim (*pro hac vice*)
One New York Plaza
New York, NY 10004
Telephone: 212/859-8000
212/859-4000 (fax)
samuel.groner@friedfrank.com
michael.sternheim@friedfrank.com

*Counsel for Defendants Under Armour, Inc., Byron K. Adams, Jr., George W. Bodenheimer, Douglas E. Coltharp, Anthony W. Deering, Karen W. Katz, A.B. Krongard, William R. McDermott, Eric T. Olson, and Harvey L. Sanders*

Dated: November 9, 2017

By: /s/
(signed with permission of Scott R. Haiber)
Scott R. Haiber (Bar No. 25947)

HOGAN LOVELLS US LLP
100 International Drive
Suite 2000
Baltimore, MD 21202
Telephone: 410/659-2700
410/659-2701 (fax)
scott.haiber@hoganlovells.com

*Counsel for Defendant Kevin A. Plank*

HOGAN LOVELLS US LLP
Jon M. Talotta
Park Place II Ninth Floor
7930 Jones Branch Drive
McLean, VA 22102-3302
Telephone: 703/610-6100
703/610-6200 (fax)
jon.talotta@hoganlovells.com

*Of Counsel*

Dated: November 9, 2017

By: /s/
(signed with permission of Steven Salky)
Steven Salky (Bar No. 05611)

ZUCKERMAN SPAEDER LLP
Eric Delinsky (Bar No. 17466)
1800 M Street, NW
Suite 1000
Washington, DC 20036-5807
Telephone: 202/778-1800
202/822-8106 (fax)
ssalky@zuckerman.com
edelinsky@zuckerman.com

*Counsel for Defendants Lawrence P. Molloy and Brad Dickerson*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 9, 2017, I caused the foregoing Motion to Dismiss Plaintiff's Consolidated Amended Complaint, a supporting memorandum of law, the supporting Affidavit of Samuel P. Groner complete with all exhibits thereto, and a [Proposed] Order to be electronically filed with the Clerk of the Court and served on all parties of record via the CM/ECF electronic filing system.

/s/
G. Stewart Webb, Jr. (Bar No. 00828)