**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | ) | Civil No. RDB-17-388 |
| This Document Relates To: | ) | |
| ALL ACTIONS. | ) | |

**DECLARATION OF SAMUEL P. GRONER IN SUPPORT OF UNDER ARMOUR DEFENDANTS' MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT**

I, Samuel P. Groner, do hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a partner of the law firm Fried, Frank, Harris, Shriver & Jacobson LLP. My firm represents defendants Under Armour, Inc. ("Under Armour"), Byron K. Adams, Jr., George W. Bodenheimer, Douglas E. Coltharp, Anthony W. Deering, Karen W. Katz, A.B. Krongard, William R. McDermott, Eric T. Olson, and Harvey L. Sanders in the above-styled action. These defendants, together with Kevin A. Plank, Lawrence P. Molloy and Brad Dickerson, are hereinafter referred to as the "Under Armour Defendants."

2. I submit this Declaration in support of the Under Armour Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, dated November 9, 2017.

3. I have personal knowledge of the facts stated herein, and I am competent to testify to the matters set forth below.

4. Attached as Exhibit 1 is a true and correct copy of Under Armour's Definitive Proxy Statement, filed with the U.S. Securities and Exchange Commission ("SEC") on July 13, 2015.

5. Attached as Exhibit 2 is a true and correct copy of Under Armour's Annual Report for the fiscal year ending December 31, 2016, filed with the SEC on Form 10-K on February 23, 2017.

6. Attached as Exhibit 3 as a true and correct copy of Under Armour's Definitive Proxy Statement, filed with the SEC on April 13, 2017.

7. Attached as Exhibit 4 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on October 13, 2015.

8. Attached as Exhibit 5 is a true and correct copy of Under Armour's Current Report regarding the departure of Lawrence P. Molloy, filed with the SEC on Form 8-K on January 31, 2017.

9. Attached as Exhibit 6 is a true and correct Copy of Under Armour's Automatic Shelf Registration Statement, filed with the SEC on Form S-3 on June 6, 2016.

10. Attached as Exhibit 7 is a true and correct copy of a transcript of a presentation given by Under Armour on September 16, 2015.

11. Attached as Exhibit 8 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on January 28, 2016.

12. Attached as Exhibit 9 is a true and correct copy of a transcript of an earnings call held by Under Armour on January 28, 2016.

13. Attached as Exhibit 10 is a true and correct copy of Under Armour's Annual Report for the fiscal year ending December 31, 2015, filed with the SEC on Form 10-K on February 22, 2016.

14. Attached as Exhibit 11 is a true and correct copy of a press release issued by The Sports Authority on March 2, 2016.

15. Attached as Exhibit 12 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on March 4, 2016.

16. Attached as Exhibit 13 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on April 21, 2016.

17. Attached as Exhibit 14 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on May 31, 2016.

18. Attached as Exhibit 15 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on June 13, 2016.

19. Attached as Exhibit 16 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on July 26, 2016.

20. Attached as Exhibit 17 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on October 25, 2016.

21. Attached as Exhibit 18 is a true and correct copy of a transcript of an earnings call held by Under Armour on October 25, 2016.

22. Attached as Exhibit 19 is a true and correct copy of Under Armour's Current Report disclosing the Company's financial results for the quarterly period ending December 31, 2016, filed with the SEC on Form 8-K on January 31, 2017.

23. Attached as Exhibit 20 is a true and correct copy of a transcript of an earnings call held by Under Armour on January 31, 2017.

24. Attached as Exhibit 21 are true and correct copies of the Form 4s and Form 4/As for Kevin A. Plank filed with the SEC on July 30, 2014; August 1, 2014; October 29, 2014; October 31, 2014; February 10, 2015; April 30, 2015; November 19, 2015; November 23, 2015; April 28, 2016; April 29, 2016; May 2, 2016; and March 22, 2017.

25. Attached as Exhibit 22 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on March 16, 2016.

26. Attached as Exhibit 23 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on June 16, 2016.

27. Attached as Exhibit 24 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on November 3, 2015.

28. Attached as Exhibit 25 is a true and correct copy of a transcript of an earnings call held by Under Armour on April 21, 2016.

29. Attached as Exhibit 26 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on October 22, 2015.

30. Attached as Exhibit 27 is a true and correct copy of the slides used in connection with a presentation given by Under Armour on September 16, 2015.

31. Attached as Exhibit 28 is a true and correct copy of a transcript of an earnings call held by Under Armour on October 22, 2015.

32. Attached as Exhibit 29 is a true and correct copy of a transcript of an earnings call held by Under Armour on July 26, 2016.

33. Attached as Exhibit 30 is a true and correct copy of Under Armour's Annual Report for the fiscal year ending December 31, 2014, filed with the SEC on February 20, 2015.

34. Attached as Exhibit 31 is a true and correct copy of Under Armour's Quarterly Report for the three months ending March 31, 2016, filed with the SEC on Form 10-Q on April 29, 2016.

Dated: November 9, 2017

Samuel P. Groner
samuel.groner@friedfrank.com