**UNITED STATES DISTRICT COURT**

**DISTRICT OF MARYLAND**

| | |
|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | Civil Action No. RDB-17-388 |

**UNDERWRITER DEFENDANTS' NOTICE OF**
**MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the Corrected Consolidated Amended Complaint in the above-captioned action, dated August 9, 2017; the Memorandum of Law in Support of the Under Armour Defendants' Motion to Dismiss the Amended Complaint; the accompanying Declaration of Samuel Groner, dated November 9, 2017, and the exhibits thereto; the Memorandum of Law in Support of the Underwriter Defendants' Motion to Dismiss the Consolidated Amended Complaint; the accompanying Declaration of Amanda F. Davidoff, dated November 9, 2017, and the exhibits thereto; and upon all prior papers and proceedings herein, Defendants J.P. Morgan Securities LLC; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Wells Fargo Securities, LLC; HSBC Securities (USA) Inc.; PNC Capital Markets, LLC; BB&T Capital Markets, a division of BB&T Securities LLC; SunTrust Robinson Humphrey, Inc.; Citigroup Global Markets, Inc.; Goldman Sachs & Co. LLC; Regions Securities LLC; and SMBC Nikko Securities America, Inc., by and through their undersigned counsel, will move this Court, before the Honorable Richard D. Bennett, United States District Judge, at 101 West Lombard Street, Chambers 5D, Baltimore, Maryland 21201, on a date and at a time designated by the Court, (a) for an Order, pursuant to Rules 8(a) and 12(b)(6) of the Federal Rules of Civil

Procedure, dismissing the Consolidated Amended Complaint with prejudice and (b) for such other and further relief as this Court may deem just and proper.

Dated: November 9, 2017

Respectfully submitted,

/s/ Amanda F. Davidoff

Amanda F. Davidoff (Bar No. 20125)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW, Suite 700
Washington, DC 20006
(202) 956-7570 (telephone)
(202) 956-6993 (fax)
davidoffa@sullcrom.com

*Of Counsel:*
Robert S. Sacks
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067

David M. Teslicko
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW, Suite 700
Washington, DC 20006

*Counsel for Defendants J.P. Morgan Securities LLC; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Wells Fargo Securities, LLC; HSBC Securities (USA) Inc.; PNC Capital Markets, LLC; BB&T Capital Markets, a division of BB&T Securities, LLC; SunTrust Robinson Humphrey, Inc.; Citigroup Global Markets Inc.; Goldman Sachs & Co. LLC; Regions Securities LLC; and SMBC Nikko Securities America, Inc.*