UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | |
|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | Civil Action No. RDB-17-388 |

**DECLARATION OF AMANDA F. DAVIDOFF**

AMANDA F. DAVIDOFF hereby declares:

1. I am a member in good standing of the Bar of Washington, D.C. and have been admitted to practice before this Court. I am a partner at the law firm of Sullivan & Cromwell LLP, counsel to Defendants J.P. Morgan Securities LLC; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Wells Fargo Securities, LLC; HSBC Securities (USA) Inc.; PNC Capital Markets, LLC; BB&T Capital Markets, a division of BB&T Securities LLC; SunTrust Robinson Humphrey, Inc.; Citigroup Global Markets, Inc.; Goldman Sachs & Co. LLC; Regions Securities LLC; and SMBC Nikko Securities America, Inc. in the above-captioned action. I submit this Declaration in support of Underwriter Defendants' Motion to Dismiss (the "Motion"), and to put before the Court certain documents relevant to the Motion.

2. A true and correct copy of excerpts of the transcript of Under Armour's "Investor Day" presentation, dated September 16, 2015, is attached hereto as Exhibit A.

3. A true and correct copy of Exhibit 99.1 of Under Armour's Form 8-K, filed with the SEC on October 22, 2015, is attached hereto as Exhibit B.

4. A true and correct copy of excerpts of the transcript of Under Armour's 3Q15 Earnings Call, dated October 22, 2015, is attached hereto as Exhibit C.

5. A true and correct copy of a news article from *Forbes* entitled "Is Under Armour Losing Favor With Women?," dated January 11, 2016, is attached hereto as Exhibit D.

6. A true and correct copy of a news article from *The Motley Fool* entitled "Why Under Armour, Inc. Stock Dropped Today," dated January 11, 2016, is attached hereto as Exhibit E.

7. A true and correct copy of a news article from the *Chicago Tribune* entitled "Retail Winners and Losers: Not everyone can be Amazon," dated January 15, 2016, is attached hereto as Exhibit F.

8. A true and correct copy of a research report from *Deutsche Bank Markets Research* entitled "Tricky Set-up into the Print," dated January 26, 2016, is attached hereto as Exhibit G.

9. A true and correct copy of excerpts of the transcript of Under Armour's 4Q15 Earnings Call, dated January 28, 2016, is attached hereto as Exhibit H.

10. A true and correct copy of a research report from *Morgan Stanley Research* entitled "Under Armour Inc. 1st Take: Solid Beat, but US Apparel Likely Softened; Reiterate Underweight," dated January 28, 2016, is attached hereto as Exhibit I.

11. A true and correct copy of a research report from *Morgan Stanley Research* entitled "Under Armour Inc. Women's Apparel and Running Footwear Still Threaten Premium Valuation; Reiterate UW," dated January 29, 2016, is attached hereto as Exhibit J.

12. A true and correct copy of a research report from *Morgan Stanley Research* entitled "Under Armour Inc. Priced for Perfection, but We See 5 Concerning Data Points; Reiterate UW," dated March 3, 2016, is attached hereto as Exhibit K.

13. A true and correct copy of a research report from *Morgan Stanley Research* entitled "Under Armour Inc. Why We're Staying UW Even Though 1Q Looks Solid," dated April 10, 2016, is attached hereto as Exhibit L.

14. A true and correct copy of a news article from *Business Insider* entitled "Morgan Stanley Signaled a Huge Red Flag for Under Armour," dated April 11, 2016, is attached hereto as Exhibit M.

15. A true and correct copy of a news article from *The New York Post* entitled "Spieth's Armour Goes Under," April 12, 2016, is attached hereto as Exhibit N.

16. A true and correct copy of Exhibit 99.1 of Under Armour's Form 8-K, filed with the SEC on April 21, 2016, is attached hereto as Exhibit O.

17. A true and correct copy of excerpts of the transcript of Under Armour's 1Q16 Earnings Call, dated April 21, 2016, is attached hereto as Exhibit P.

18. A true and correct copy of Exhibit 99.1 of Under Armour's Form 8-K, filed with the SEC on May 31, 2016, is attached hereto as Exhibit Q.

19. A true and correct copy of a research report from *Morgan Stanley Research* entitled "Under Armour Inc. UA Lowers FY16 Sales Guidance and Drops EBIT $ Outlook 12%; Stay UW," dated June 1, 2016, is attached hereto as Exhibit R.

20. A true and correct copy of a research report from *Morgan Stanley Research* entitled "Under Armour Inc. Downside Beyond the Guidedown; Stay UW," dated July 8, 2016, is attached hereto as Exhibit S.

21. A true and correct copy of Exhibit 99.1 of Under Armour's Form 8-K, filed with the SEC on July 26, 2016, is attached hereto as Exhibit T.

22. A true and correct copy of excerpts of Under Armour's Form 10-Q, filed with the SEC on August 3, 2016, is attached hereto as Exhibit U.

23. A true and correct copy of a research report from *Morgan Stanley Research* entitled "Conviction Increases Post 2Q; Reiterate UW," dated July 27, 2016, is attached hereto as Exhibit V.

24. A true and correct copy of excerpts of Under Armour's Form S-3, filed with the SEC on June 6, 2016, is attached hereto as Exhibit W.

25. A true and correct copy of excerpts of Under Armour's Form 10-K, filed with the SEC on February 22, 2016, is attached hereto as Exhibit X.

26. A true and correct copy of excerpts of the transcript of Under Armour's 2Q16 Earnings Call, dated July 26, 2016, is attached hereto as Exhibit Y.

27. A true and correct copy of a research report from *Morgan Stanley* entitled "UA Delivers Solid 1Q Report, as Expected," dated April 21, 2016, is attached hereto as Exhibit Z.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on November 9, 2017.

/s/ Amanda F. Davidoff

Amanda F. Davidoff
davidoffa@sullcrom.com