

750 E. PRATT STREET   SUITE 900   BALTIMORE, MD 21202
T 410.244.7400   F 410.244.7742   www.Venable.com

G. Stewart Webb, Jr.
T 410.244.7565
F 410.244.7742
gswebb@venable.com

March 12, 2018

<u>Via ECF</u>

The Honorable Richard D. Bennett
United States District Court
for the District of Maryland
101 West Lombard Street
Chambers 5D
Baltimore, Maryland 21201

Re:   In re Under Armour Securities Litigation
      Civil Action No. 1:17-cv-00388-RDB

Dear Judge Bennett:

This firm, together with Fried, Frank, Harris, Shriver & Jacobson LLP, represents defendants Under Armour, Inc. ("Under Armour"), Byron Adams, George Bodenheimer, Douglas Coltharp, Karen Katz, A.B. Krongard, William McDermott, Eric Olson, and Harvey Sanders in the above-referenced matter.

On March 22, 2018, twelve defendants (the above-referenced defendants as well as defendants Brad Dickerson, Lawrence Molloy, and Kevin Plank; together, the "Under Armour Defendants") plan to file a single reply memorandum in further support of their motion to dismiss the amended complaint. We write to seek the Court's approval of an extension of the page limit under Local Rule 105.3 for the Under Armour Defendants' reply memorandum.

On September 27, 2017, the parties to this action submitted a joint motion to, among other things, extend page limits in connection with the briefing on the Under Armour Defendants' motion to dismiss. In the parties' joint motion, the Under Armour Defendants sought an extension of the page limit for their opening memorandum from 35 to 60 pages, and Lead Plaintiff Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund ("Lead Plaintiff" or "Aberdeen") and Bucks County Employees Retirement Fund ("Bucks County," and together with Aberdeen, "Plaintiffs") sought an extension from 35 pages to 60 pages for their opposition to the Under Armour Defendants' opening memorandum. Your Honor granted the joint motion.

Under Local Civil Rule 105.3, reply memoranda are limited to 20 pages in length. We respectfully request an extension of the page limit for the Under Armour Defendants' reply

19995864-v1

Request <u>GRANTED</u> this 12th day of March, 2018.

*/s/ Richard D. Bennett*

Richard D. Bennett
United States District Judge



The Honorable Richard D. Bennett
March 12, 2018
Page 2

memorandum to 30 pages. We request this extension of the page limit because the Under Armour Defendants' reply memorandum will be submitted on behalf of twelve defendants and because of the need to address the arguments in Plaintiffs' 60-page opposition to the Under Armour Defendants' opening memorandum.

Plaintiffs have advised that they do not oppose this request for additional pages.

Accordingly, we respectfully request that the Court allow the Under Armour Defendants to file a reply memorandum in further support of their motion to dismiss of no more than 30 pages in length.

Thank you for your consideration of this matter.

Respectfully,

G. Stewart Webb, Jr.

cc:   All counsel of record (via ECF)

19995864-v1