**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | ) ) ) ) ) |
| This Document Relates To: | ) Civil No. RDB-17-388 |
| ALL ACTIONS. | ) ) ) ) |

**NOTICE OF SERVICE OF STATEMENT NOTING DEATH OF A PARTY**
**ON THE PERSONAL REPRESENTATIVE FOR THE ESTATE OF**
**<u>DEFENDANT ANTHONY W. DEERING</u>**

I HEREBY CERTIFY that on April 20, 2018, pursuant to Federal Rule of Civil Procedure 4 and 25 and Maryland Rule 2-121(a), a copy of the previously filed "Statement Noting Death of A Party" (ECF No. 59) was served by certified mail, restricted delivery, on the Personal Representative for the Estate of Defendant Anthony W. Deering:

> Heather D. Crosby
> Matheys Lane Capital Management L.P.
> One West Exchange Street, 4th Floor
> Providence, Rhode Island 02903

A copy of the materials delivered to Ms. Crosby and proof of delivery is attached as Exhibit A.

Respectfully submitted,

DATED: May 2, 2018

By: _____/s/_____
G. Stewart Webb, Jr. (Bar No. 00828)

VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: 410/244-7565
410/244-7742 (fax)
gswebb@venable.com

*OF COUNSEL*

FRIED, FRANK, HARRIS,
  SHRIVER & JACOBSON LLP
JAMES D. WAREHAM (Bar No. 22890)
801 17th Street, NW
Washington, DC 20006
Telephone:  202/639-7000
202/639-7003 (fax)
james.wareham@friedfrank.com

FRIED, FRANK, HARRIS,
  SHRIVER & JACOBSON LLP
Samuel P. Groner (*pro hac vice*)
Michael P. Sternheim (*pro hac vice*)
One New York Plaza
New York, NY  10004
Telephone:  212/859-8000
212/859-4000 (fax)
samuel.groner@friedfrank.com
michael.sternheim@friedfrank.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on May 2, 2018, I caused the foregoing Notice of Service of Statement Noting Death of a Party on the Personal Representative for the Estate of Defendant Anthony W. Deering to be electronically filed with the Clerk of the Court and served on all parties of record via the CM/ECF electronic filing system.

    /s/
    G. Stewart Webb, Jr. (Bar No. 00828)