# EXHIBIT A



750 E. PRATT STREET   SUITE 900   BALTIMORE, MD 21202
T 410.244.7400   F 410.244.7742   www.Venable.com

G. Stewart Webb, Jr.

T 410.244.7565
F 410.244.7742
GSWebb@Venable.com

April 17, 2018

***VIA CERTIFIED MAIL RESTRICTED DELIVERY***

Heather D. Crosby
Matheys Lane Capital Management L.P.
One West Exchange Street, 4th Floor
Providence, Rhode Island 02903

Re:   *In re Under Armour Securities Litigation, Civ. A. No. RDB-17-388 (D. Md.)*

Dear Ms. Crosby:

I represent Defendant Under Armour, Inc. in the above-captioned civil action currently pending in the United States District Court for the District of Maryland. By way of this letter and pursuant to Federal Rule of Civil Procedure 4 and 25 and Maryland Rule of Civil Procedure 2-121(a), I am serving you, in your capacity as the Personal Representative of the Estate of Defendant Anthony W. Deering, with the attached Statement Noting Death of a Party, which was originally filed with the Court on March 21, 2018.

Please let me know if you have any questions and thank you for your attention to this matter.

Best regards,

G. Stewart Webb, Jr.

GSW,Jr./mjw

Enclosures

20414377_2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | ) ) ) Civil Action No. RDB-17-388 |
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) ) |

## STATEMENT NOTING DEATH OF A PARTY

In accordance with Fed. R. Civ. P. 25(a), Defendant Under Armour, Inc., which is a party to this action, through its undersigned counsel, hereby notes the death during the pendency of this action of Defendant Anthony W. Deering.

Dated: March 21, 2018
Baltimore, Maryland

G. Stewart Webb, Jr. (Bar No. 00828)
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: 410/244-7565
410/244-7742 (fax)
gswebb@venable.com

*Counsel for Defendant Under Armour, Inc.*

15995396

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of March 2018 a copy of the foregoing Statement Noting Death of a Party was served on counsel of record via the Court's CM/ECF System.

_____
G. Stewart Webb, Jr (Bar No. 00828)



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 3503 7275 4020 35

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

G. Stewart Webb, Jr.
Venable LLP
750 E Pratt Street
Suite 900
Baltimore, MD  21202

