**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) ) ) | Civil No. RDB-17-388 |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED SECOND AMENDED COMPLAINT**

Defendants Under Armour, Inc. and Kevin A. Plank (together, "Defendants") respectfully move this Court for an Order dismissing, with prejudice, Plaintiffs' Consolidated Second Amended Complaint for Violation of the Federal Securities Laws, dated November 16, 2018, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.*, and granting such other and further relief as the Court may deem just and proper. In support of their Motion to Dismiss, Defendants incorporate herein the facts and arguments presented in their Memorandum of Law in Support of Motion to Dismiss the Second Amended Complaint and the accompanying Declaration of Samuel P. Groner, with attached exhibits, dated January 17, 2019. Additionally, pursuant to Local Rule 105.6, Defendants respectfully request an oral argument on their Motion to Dismiss.

A [Proposed] Order granting the relief requested herein is attached.

DATED: January 17, 2019

Respectfully submitted,

By: ____/s/____________________________
G. Stewart Webb, Jr. (Bar No. 00828)

VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: 410/244-7565
410/244-7742 (fax)
gswebb@venable.com

-and-

FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP
James D. Wareham (Bar No. 22890)
801 17th Street, NW
Washington, DC 20006
Telephone: 202/639-7000
202/639-7003 (fax)
james.wareham@friedfrank.com

FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP
Samuel P. Groner (*pro hac vice*)
Michael P. Sternheim (*pro hac vice*)
One New York Plaza
New York, NY 10004
Telephone: 212/859-8000
212/859-4000 (fax)
samuel.groner@friedfrank.com
michael.sternheim@friedfrank.com

*Counsel for Defendant Under Armour, Inc.*

Dated: January 17, 2019

By: ____/s/______________________________
(signed with permission of Scott R. Haiber)
Scott R. Haiber (Bar No. 25947)

HOGAN LOVELLS US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
Telephone: 410/659-2700
410/659-2701 (fax)
scott.haiber@hoganlovells.com

HOGAN LOVELLS US LLP
Jon M. Talotta (*pro hac vice*)
Park Place II Ninth Floor
7930 Jones Branch Drive
McLean, VA 22102-3302
Telephone: 703/610-6100
703/610-6200 (fax)
jon.talotta@hoganlovells.com

*Counsel for Defendant Kevin A. Plank*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 17, 2019, I caused the foregoing Motion to Dismiss Plaintiffs' Consolidated Second Amended Complaint, a supporting memorandum of law, the supporting Declaration of Samuel P. Groner complete with all exhibits thereto, and a [Proposed] Order to be electronically filed with the Clerk of the Court and served on all counsel of record via the CM/ECF filing system.

/s/
G. Stewart Webb, Jr. (Bar No. 00828)