**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | ) | Civil No. RDB-17-388 |
| This Document Relates To: | ) | |
| ALL ACTIONS. | ) | |

**DECLARATION OF SAMUEL P. GRONER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED SECOND AMENDED COMPLAINT**

I, Samuel P. Groner, do hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a partner of the law firm Fried, Frank, Harris, Shriver & Jacobson LLP. My firm represents defendant Under Armour, Inc. ("Under Armour") in the above-styled action. Defendant Under Armour, together with Kevin A. Plank, are hereinafter referred to as the "Defendants."

2. I submit this Declaration in support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Second Amended Complaint, dated January 17, 2019.

3. I have personal knowledge of the facts stated herein, and I am competent to testify to the matters set forth below.

4. Attached as Exhibit 1 is a true and correct copy of Under Armour's Annual Report for the fiscal year ending December 31, 2016, filed with the U.S. Securities and Exchange Commission (the "SEC") on Form 10-K on February 23, 2017.

5. Attached as Exhibit 2 as a true and correct copy of Under Armour's Definitive Proxy Statement, filed with the SEC on April 13, 2017.

6. Attached as Exhibit 3 is a true and correct copy of Under Armour's Definitive Proxy Statement, filed with the SEC on July 13, 2015.

7. Attached as Exhibit 4 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on June 15, 2015.

8. Attached as Exhibit 5 is a true and correct copy of a transcript of a presentation given by Under Armour on September 16, 2015.

9. Attached as Exhibit 6 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on January 28, 2016.

10. Attached as Exhibit 7 is a true and correct copy of a transcript of an earnings call held by Under Armour on January 28, 2016.

11. Attached as Exhibit 8 is a true and correct copy of a press release issued by The Sports Authority on March 2, 2016.

12. Attached as Exhibit 9 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on March 4, 2016.

13. Attached as Exhibit 10 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on April 21, 2016.

14. Attached as Exhibit 11 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on May 31, 2016.

15. Attached as Exhibit 12 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on June 13, 2016.

16. Attached as Exhibit 13 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on July 26, 2016.

17. Attached as Exhibit 14 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on October 25, 2016.

18. Attached as Exhibit 15 is a true and correct copy of a transcript of an earnings call held by Under Armour on October 25, 2016.

19. Attached as Exhibit 16 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on January 31, 2017.

20. Attached as Exhibit 17 is a true and correct copy of a transcript of an earnings call held by Under Armour on January 31, 2017.

21. Attached as Exhibit 18 is a true and correct copy of the Verified Shareholder Derivative Complaint filed in *Brock Andersen, et al. v. Kevin A. Plank, et al.*, No. 18-cv-2239-RDB (D. Md. Jul. 23, 2018).

22. Attached as Exhibit 19 is a true and correct copy of a research report on Under Armour prepared by Morgan Stanley & Co. LLC, dated April 10, 2016.

23. Attached as Exhibit 20 are true and correct copies of the Form 4s and Form 4/As for Kevin A. Plank filed with the SEC on February 3, 2012; May 3, 2012; August 2, 2012; November 2, 2012; February 7, 2013; May 2, 2013; August 1, 2013; October 31, 2013; February 6, 2014; May 1, 2014; May 2, 2014; July 30, 2014; August 1, 2014; October 29, 2014; October 31, 2014; February 10, 2015; April 30, 2015; November 19, 2015; November 23, 2015; April 28, 2016; April 29, 2016; and May 2, 2016.

24. Attached as Exhibit 21 is a true and correct copy of the Stipulation and Agreement of Compromise, Settlement and Release, dated October 27, 2015, and filed on October 28, 2015 in *In re: Under Armour S'holder Litig.*, Case No. 24-C-15-003240 (Cir. Ct. Md. Oct. 28, 2015).

25. Attached as Exhibit 22 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on November 3, 2015.

26. Attached as Exhibit 23 is a true and correct copy of the Order and Final Judgment in *In re: Under Armour S'holder Litig.*, Case No. 24-C-15-003240 (Cir. Ct. Md. Feb. 29, 2016).

27. Attached as Exhibit 24 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on March 16, 2016.

28. Attached as Exhibit 25 is a true and correct copy of a transcript of an earnings call held by Under Armour on July 26, 2016.

29. Attached as Exhibit 26 is a true and correct copy of Under Armour's Quarterly Report for the three months ending March 31, 2016, filed with the SEC on Form 10-Q on April 29, 2016.

30. Attached as Exhibit 27 is a true and correct copy of Under Armour's Quarterly Report for the three months ending June 30, 2016, filed with the SEC on Form 10-Q on August 3, 2016.

31. Attached as Exhibit 28 is a true and correct copy of Under Armour's Quarterly Report for the three months ending September 30, 2016, filed with the SEC on Form 10-Q on November 2, 2016.

32. Attached as Exhibit 29 is a true and correct copy of Under Armour's Annual Report for the fiscal year ending December 31, 2014, filed with the SEC on Form 10-K on February 20, 2015.

33. Attached as Exhibit 30 is a true and correct copy of Under Armour's Annual Report for the fiscal year ending December 31, 2015, filed with the SEC on Form 10-K on February 22, 2016.

34. Attached as Exhibit 31 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on October 22, 2015.

35. Attached as Exhibit 32 is a true and correct copy of a transcript of an earnings call held by Under Armour on April 21, 2016.

Dated: January 17, 2019

Samuel P. Groner
samuel.groner@friedfrank.com