**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | ) | Civil No. RDB-17-388 |
| | ) | |
| This Document Relates To: | ) | |
| ALL ACTIONS. | ) | |

# REPLY DECLARATION OF SAMUEL P. GRONER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED SECOND AMENDED COMPLAINT

I, Samuel P. Groner, do hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a partner of the law firm Fried, Frank, Harris, Shriver & Jacobson LLP. My firm represents defendant Under Armour, Inc. ("Under Armour") in the above-styled action. Defendant Under Armour, together with Kevin A. Plank, are hereinafter referred to as "Defendants."

2. I submit this Reply Declaration in support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Second Amended Complaint, dated January 17, 2019 (ECF No. 80).

3. I have personal knowledge of the facts stated herein, and I am competent to testify to the matters set forth below.

4. Attached as Exhibit A is a true and correct copy of the docket of *In re: Under Armour Shareholder Litigation*, Case No. 24-C-15-003240 (Cir. Ct. Md.).

5. Attached as Exhibit B is a true and correct copy of the Pre-Trial Scheduling Order filed in *In re: Under Armour Shareholder Litigation*, Case No. 24-C-15-003240 (Cir. Ct. Md Aug. 12, 2015).

Dated: May 2, 2019

Samuel P. Groner
samuel.groner@friedfrank.com