**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | * * * | Civil Action No.: RDB-17-0388 |

* * * * * * * * * * * * * *

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 19th day of August 2019, ORDERED that:

1. Defendants' Motion to Dismiss Plaintiffs' Consolidated Second Amended Complaint (ECF No. 80) is GRANTED;

2. Defendants' Motion to Strike the Declarations of Mark A. Cohen and Professor M. Todd Henderson (ECF No. 79) is GRANTED;

3. Plaintiffs' Motion to Strike Exhibits 21, 23, and 24 Attached to Defendants' Motion to Dismiss Plaintiffs' Consolidated Second Amended Complaint (ECF No. 88) is GRANTED;

4. Plaintiffs' Consolidated Second Amended Complaint (ECF No. 78) is DISMISSED WITH PREJUDICE;

5. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to Counsel; and

6. The Clerk of the Court shall CLOSE this case.

/s/
Richard D. Bennett
United States District Judge