# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**  
**Richard D. Bennett**  
**United States District Judge**  
**Northern Division**

**U.S.Courthouse - Chambers 5D**  
**101 W. Lombard Street**  
**Baltimore, MD 21201**  
**Tel: 410-962-3190**  
**Fax: 410-962-3177**

January 13, 2020

TO COUNSEL OF RECORD

RE:   *In re Under Armour Securities Litigation*
         Civil No. RDB-17-0388

Dear Counsel:

The Schedule in this case is REVISED as follows:

**Motions Hearing**          January 14, 2020 at 10:00 a.m.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

Sincerely,

/s/

Richard D. Bennett
United States District Judge

RDB/klf