**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | * | Civil Action No.: RDB-17-0388 |

* * * * * * * * * * * * * *

| | | |
|---|---|---|
| KIRTAN PATEL, Individually and on Behalf of All Others Similarly Situated, | * | Civil Action No.: RDB-19-3209 |
| Plaintiff, | * | |
| v. | * | |
| UNDER ARMOUR, INC., *et al.*, | * | |
| Defendants. | * | |

* * * * * * * * * * * * * *

| | | |
|---|---|---|
| JEFFREY WARONKER, Individually and on Behalf of All Others Similarly Situated, | * | Civil Action No. RDB-19-3581 |
| Plaintiff, | * | |
| v. | * | |
| UNDER ARMOUR, INC., *et al.*, | * | |
| Defendants. | * | |

* * * * * * * * * * * * * *

**ORDER**

This Court having reviewed the submissions of the parties, having heard the argument of counsel, and for the reasons set forth during the telephonic hearing of this 14th day of September 2020, it is HEREBY ORDERED that:

1. Plaintiffs' Motion for Relief from the Court's September 9, 2019 Judgment Pursuant to Fed. R. Civ. P. 60(b), filed in *In re Under Armour Securities Litigation*, RDB-17-0388 (ECF No. 106) is GRANTED.

2. The following motions are GRANTED:

    a. The Lead Plaintiff's Motion to Consolidate and Vacate Notice and Lead Plaintiff's Deadline filed by Aberdeen City Council as Administrating Authority for the Northeast Scotland Pension Fund, filed in *In re Under Armour Securities Litigation*, RDB-17-0388 (ECF No. 107) and *Patel v. Under Armour, Inc.*, *et al.*, RDB-19-3209 (ECF No. 3);

    b. The Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel filed by Aberdeen City Council as Administrating Authority for the Northeast Scotland Pension Fund, filed in *In re Under Armour Securities Litigation*, RDB-17-0388 (ECF No. 131); *Patel v. Under Armour, Inc.*, *et al.*, RDB-19-3209 (ECF No. 12); and *Waronker v. Under Armour Inc.*, *et al.*, RDB-19-3581 (ECF No. 3);

3. The Motion of KBC Asset Management NV for Consolidation of the Related Actions, Appointment as Lead Plaintiff, and Approval of its Selection of Lead Counsel filed in *Patel v. Under Armour Inc.*, RDB-19-3209 (ECF No. 10) is GRANTED IN PART AND DENIED IN PART. The Motion is GRANTED to the extent that it seeks consolidation of the above-captioned cases. It is DENIED to the extent that it seeks the appointment of KBC Asset Management NV as Lead Plaintiff and Motley Rice LLC as Lead Counsel.

4. The above-captioned cases are CONSOLIDATED pursuant to Fed. R. Civ. P. 42(a) as *In re Under Armour Securities Litigation*, RDB-17-0388;

5. The file in Case No. RDB-17-0388 shall constitute the master file for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the

docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

6. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

7. This Court, having considered the provisions of §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, hereby appoints Aberdeen City Council as Administrating Authority for the Northeast Scotland Pension Fund as Lead Plaintiff;

8. Lead Plaintiff's selection of Lead Counsel is approved. Pursuant to §21D(a)(3)(B)(v), 15 U.S.C. §78u-4(a)(3)(B)(v), the law firm of Robbins Geller Rudman & Dowd LLP is approved as Lead Counsel for the class;

9. Plaintiff's Third Amended Complaint shall be filed by October 14, 2020.

10. Within 10 days of the filing of the Third Amended Complaint, the parties shall meet and confer regarding a schedule for Defendants' response to the complaint and any motion by Plaintiff to lift the discovery stay and, thereafter, submit a proposed schedule to the Court for approval.

_____/s/_________________
Richard D. Bennett
United States District Judge