IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION


IN RE:  UNDER ARMOUR SECURITIES    )
LITIGATION                         ) CIVIL NOS. RDB-17-0388,
_____) 19-3209 and 19-3581


Monday, September 14, 2020
Baltimore, Maryland


BEFORE:   THE HONORABLE RICHARD D. BENNETT

TELEPHONIC MOTIONS HEARING


<u>For the Plaintiffs:</u>

Robert R. Henssler, Jr., Esquire
STEPHEN R. ASTLEY, ESQUIRE
COREY D. HOLZER, ESQUIRE
William Sinclair, Esquire
NIKOLETTA S. MENDRINOS, ESQUIRE

<u>For the Defendants:</u>

James D. Wareham, Esquire
Samuel P. Groner, Esquire
G. Stewart Webb, Jr., Esquire
Jon Myer Talotta, Esquire
Scott R. Haiber, Esquire


<u>Reported by:</u>

Ronda J. Thomas, RPR, CRR
Federal Official Reporter
101 W. Lombard Street, 4th Floor
Baltimore, Maryland 21201

**P R O C E E D I N G S**

THE COURT:  Calling the case In Re: Under Armour Securities Litigation, RDB-17-0388; Patel versus Under Armour, Inc., RDB-19-3209; and Waronker versus Under Armour.  That's W-A-R-O-N-K-E-R versus Under Armour, RDB-19-3581.

And this conference call is being scheduled consistent with the remand which I assumed was requested from the United States Court of Appeals from the Fourth Circuit to address some open matters here.

This is being conducted on the record pursuant to the precautions being taken by this Court as a result of COVID-19 pandemic and we're in Phase 2 and making every effort to keep our cases moving by way of remote proceedings.

And with that, if counsel will identify themselves for the record please.  First of all those in In Re: Under Armour Securities Litigation, the first case RDB-17-0388.  If counsel identify themselves for the record, please.

MR. SINCLAIR:  Good morning, Your Honor.  This is Bill Sinclair, Silverman Thompson and with me are Bobbie Henssler and Stephen Astley at Robbins Geller.

THE COURT:  Yes.  Good morning to all of you.

And on behalf of Under Armour in that matter?

MR. WEBB:  Your Honor, it's Stuart Webb from Venable and with me is Jamie Wareham from Fried Frank who will be addressing the court today.

Ronda J. Thomas, RPR, CRR - Federal Official Reporter

THE COURT:  Good morning to all of you.

With respect to Patel versus Under Armour, Inc., RDB-19-3209, is Ms. Mendrinos on the line?

MS. MENDRINOS:  Good morning, Your Honor.  Yes, I am on behalf of the Plaintiff.

THE COURT:  On behalf of the Plaintiff, Nikoletta Mendrinos.  Am I pronouncing your name correctly?  I'm sorry.

MS. MENDRINOS:  It's Mendrinos, Your Honor.  Thank you.

THE COURT:  Ms. Mendrinos, yes.  Nice to have you here from Murphy, Falcon & Murphy.  And then it's N-I-K-O-L-E-T-T-A?

MS. MENDRINOS:  Yes, Your Honor.

THE COURT:  Last name Mendrinos, M-E-N-D-R-I-N-O-S.

Then on behalf of the Plaintiff Waronker, Jeffrey Waronker, that's spelled W-A-R-O-N-K-E-R, in Case Number 19-3581.

Is Corey Holzer on the line for the Plaintiff?

MR. HOLZER:  Present, Your Honor.

THE COURT:  And Under Armour and Kevin Plank, I'm sorry, and who's on the line for the Defendant Kevin Plank?

MR. HAIBER:  Scott Haiber from Hogan Lovells, and with me on the phone is my colleague John Talotta who will be speaking.

THE COURT:  Good morning to you.  And I think we've covered all of the parties here.  I want to thank again the

court staff for their service in starting 15 minutes late.  I got stuck with a matter that dragged on a bit.  My meeting turned out to be busier than I thought.

Who is the courtroom deputy on the line here?

**MS. POWELL:**  Camille Powell, Your Honor.

**THE COURT:**  Ms. Powell, nice to hear from you.

And our court reporter here is who?

**THE COURT REPORTER**:  Ronda Thomas, Your Honor.

**THE COURT:**  Ms. Thomas, nice to have you on again as always.

One of my law clerks is on the line, Catherine Gamper.

Just in terms of scheduling here.  Essentially, in my memorandum opinion in the lead case 17-0388 In Re: Under Armour Securities Litigation which I filed back in January this year, I held that -- I essentially granted the Motion for Relief from my earlier judgment which was entered on September 9, 2019, Paper Number 106 in file number 17-0338.  Essentially, noting that with respect to certain of the developments of evidence that I would certainly reconsider the matter of the proceeding as to that case if there was a remand.

And it's not often that I necessarily invite a remand from the Fourth Circuit, but the Fourth Circuit certainly obliged me in an unpublished opinion, August the 13th of 2020, in which the Supreme Court -- I mean the Fourth Circuit -- remanded the case to permit me to consider the Motion for

Ronda J. Thomas, RPR, CRR - Federal Official Reporter

Relief from Judgment on the merits and the Fourth Circuit remanded.

So then accordingly, shortly thereafter, I sent a letter to counsel essentially noting in Paper Number 146, that was filed I guess about two weeks ago, I noted that in my earlier opinion in the -- in this case in 17-0388 that I would certainly now consider consolidation of these three cases and also address the matter of a lead Plaintiff of this action and also the matter of a third-party amended complaint being filed. And so I requested all counsel in these three cases to contact the Court.

I would note that just for purposes of clarity here that in the interim, since with respect to these three cases there has now been two other cases filed, there is the matter of Olin versus Plank, not against Under Armour per se, but Olin versus Plank, et al. which was filed on September the 1st which is Paper Number 20-2523.

And then there was another matter essentially again as to Kevin Plank, et al. and individual defendants but again not as to Under Armour itself and that is Paper Number 20-2589.

I would just note that for purposes of counsel for Mr. Plank, Mr. Talotta and Mr. Haiber, if you monitor those and keep me advised in terms of presumably when you all enter an appearance on those.

Is that agreeable to counsel for Mr. Plank?

**MR. TALOTTA:**  Yes, sir.  Yes, sir, Your Honor.

**THE COURT:**  I'm not dealing with those cases this morning here.  We have essentially just -- so the record is clear here, as we sort of set the table for matters we need to address here today, that the -- that I had previously conducted a motions hearing and addressed certain matters and essentially had noted that in my opinion, in my Memorandum Opinion of January 22 of this year, that in the event of a remand from the Fourth Circuit, along with another consolidation and appointing a lead Plaintiff because we're in the consolidated cases, I would permit the filing of a third amended complaint bringing only Exchange Act claims against the Defendants Under Armour and Kevin Plank.

During the January 14th, 2020 motions hearing I did agree to dismiss the Securities Act claims originally asserted in Counts 1 and 2 of the consolidated complaint against nine director defendants and 11 underwriter defendants.  So I think that that is where we are here from a procedural posture.

Have I been reasonably accurate in summarizing the procedural posture of this case from the point of view of the Plaintiffs?  First of all from the point of view of Aberdeen City Council as the Administrating Authority for the North East Scotland Pension Fund?

Mr. Henssler and Mr. Geller, have I been reasonably accurate in summarizing the procedural posture from your point

of view?

MR. HENSSLER:  Good morning, Your Honor.  It's Bobbie Henssler from Robbins Geller.  Yes, you've been 100 percent accurate in summarizing where we left off when we were last with you which we are exactly eight months ago when we were in your courtroom.

THE COURT:  Yes, that's right.  That's right.  And Corey Holzer, have I been reasonably accurate from your point of view as to the Plaintiff Waronker?

MR. HOLZER:  You have, Your Honor.

THE COURT:  Ms. Mendrinos, Ms. Nikoletta Mendrinos, from your point of view have I been reasonably accurate in summarizing the procedural postures here where we are?

MS. MENDRINOS:  Yes, Your Honor.

THE COURT:  Then from the point of view of the two Defendants as to these three cases and it's only proceeding as to the -- these two Defendants based upon my prior rulings, have I been fairly accurate in the point of view of Under Armour, Mr. Wareham and Mr. Webb?

MR. WAREHAM:  Yes, you have, Your Honor.  It's Jamie Wareham with Fried Frank.  You have that accurately.

THE COURT:  And then from the point of view of Mr. Plank, Mr. Talotta and Mr. Haiber, reasonably accurate as well?

MR. TALOTTA:  Yes, Your Honor.  Mr. Talotta speaking.

You have been accurate.  Thank you.

**THE COURT:**  I just mentioned those other two cases that were filed mainly because the whole list of directors in those other two cases, they are not defendants here.

What we're dealing with here is the matter of the soon-to-be consolidated matter as to just Under Armour and Mr. Plank.  Let me just go over what is pending here before me now just for some housekeeping.

The Plaintiff's Motion for Relief from the Court's September 9, 2019 Judgment Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure that was filed in 17-0388.  My view is, is that based upon my Memorandum Opinion filed on January the 22nd, that essentially followed up on relief from my September 9 judgment, that I presented my view on it.  I've opined.

As far as I'm concerned, the first step here is that we'll deal with the other matter of the -- the matter of, essentially, there's a tangential matter here in terms of seeking essentially a stay of the proceedings in terms of a stay of discovery.  I'll get to that in a few minutes here for purposes of this hearing.

And I have reviewed the submissions that were submitted last week by both -- essentially by Robbins Geller Rudman & Doud on behalf of the Plaintiffs and the Response filed by Fried Frank on behalf of Under Armour.

But from the point of view of the pending Motion for Relief from Judgment, based upon the history of this case, I am certainly inclined to -- I'm certainly going to be prepared now to grant that.

Is there anything further that needs to be addressed that I've missed somehow?  I think I've covered pretty well in terms of my view on this in terms of where we are.  Anything further from the point of view of the Plaintiff on that?

**MR. HENSSLER**:  No, Your Honor.

**THE COURT:**  All right.  From the point of view of the Defendants Under Armour and Kevin Plank, anything further on that?  Just granted a relief from my September 9 judgment.

**MR. TALOTTA:**  No, Your Honor.

**MR. WAREHAM**:  No, Your Honor.

**THE COURT:**  All right.  So that will be granted for reasons indicated on the record and previously reflected in the history of this case which I have summarized.  Also before me -- and that's Paper Number 106.

And, Ms. Powell, we'll handle that from here in chambers today and I'll have a file here today.  You can come back, but I'll handle the Order here today and someone can pick it up and file it in the Clerk's Office.

Then also pending is the motion -- there are a series of motions to consolidate these cases and appoint as lead Plaintiff the matter of counsel and there are essentially -- in

the Patel case it's Paper Number 12, in the Waronker case is -- and that is 19-3209.  In the Waronker case which is Case Number 19-3581 it is Paper Number 3.  And in the Under Armour case, the lead case 17-0388, it is Paper Numbers 107 and 131.

And clearly in the history of this case I'm going to grant the motion to consolidate these cases and with respect to -- is there anything further from the point of view of the Plaintiff on that?

MR. HENSSLER:  No, Your Honor.

THE COURT:  Anything further from the point of view of any of the defense counsel?

MR. WAREHAM:  It's Mr. Wareham, Your Honor.  Other than to note that we believe that these two matters arise out of very distinct and unrelated acts, we're fully aware of the Court's view on judicial economy and we're under the understanding that you're going to consolidate them, but I do want to make for the record --

THE COURT:  I understand.

MR. WEBB:  -- that point.

THE COURT:  I understand.  This is Mr. Wareham speaking, correct?

MR. WAREHAM:  Yes, Your Honor.

THE COURT:  From the point of view of the consolidation, I'm going to grant the Motion to Consolidate the cases now.

Ronda J. Thomas, RPR, CRR - Federal Official Reporter

In terms of as this case plays out it may or may not be that they're consolidated for discovery purposes and it may or may not be in terms of merits of trial.  You're not precluded, Mr. Wareham, from noting this down the road; but certainly at this point based upon the allegations against Under Armour and against Mr. Plank, I think it's appropriate to consolidate them.

So again, for the reasons set forth on the record and the procedural history of the case, those motions will be granted in those three cases and I'll be preparing an appropriate order on that in the next hour or so.

Also we have, in the Patel case, we had the matter of the Motion to Consolidate Cases and Appointment of Lead Counsel and Approval of Counsel which has been filed and that is Paper Number 10.  And again I'm going to get to the matter of appointment of lead counsel here; but again Paper Number 10 in terms of Motion to Consolidate in the Patel case would be granted as well for the same reasons as to the consolidation of cases.

So then as to the matter of the lead Plaintiff in this case, I'm certainly -- had previously indicated that and again in my order of January 22nd and in my letter Order August the 27th my inclination to appoint the lead Plaintiff in this case, that being the Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund.  I have

previously indicated that the counsel for that Plaintiff that was filed in 2017 would be appointed as lead counsel.

Is there anything further before we get to what has been raised in the letters in terms of the matter of the suggestion of a stay of the matter of discovery, and we'll get to in a moment here.  Is there anything further from the point of view of any counsel in the matter of appointing lead counsel as well on this matter?

(All Counsel - "No, Your Honor.")

THE COURT:  Again, from your point of view Mr. Waronker -- Mr. Holzer rather and Ms.Mendrinos, you concur with that as well, correct?

MR. HOLZER: On behalf of Plaintiff's Waronker --I'm sorry. Go ahead.

MS. MENDRINOS:  Ms. Mendrinos here, Your Honor. Nothing further from us.

MR. HOLZER:  On behalf of Plaintiff Waronker, we have nothing further.  We concur.

THE COURT:  So there's concurrence there.  So I think just by my Order granting that Motion, Mr. Henssler, that suffices and your firm is now lead counsel in this matter, correct?

MR. HENSSLER:  Correct.  Thank you, Your Honor.

THE COURT:  So we dealt with that.  Now, that dealt with the series of motions here.  According to my shopping list

here the issue becomes a matter of -- I've indicated that the Plaintiffs will be permitted to file a third amended complaint but specifically bringing only claims under Section 10(b) and 20(a) and 20, small A and 20 capital A, of the Securities Exchange Act of 1934 and 15 U.S.C. Section 78(a) only against the Defendants Under Armour and Kevin Plank.

So where we are now is, is that the issue that's been raised in correspondence last week with respect to the lead counsel in the case as essentially noted a request here that essentially as to the matters to be addressed here today.

First of all the reopening of the judgment which I have now done by the Order will be entered.  Consolidating the matter which has now been done by agreement of everyone.  And appointment of Aberdeen City Council as lead Plaintiff here and also appointing lead counsel.

Essentially, the lead Plaintiff has raised a scheduling issue here which I think is going to require further briefing; and essentially in light of what it contends are notices which Under Armour has received from the Securities and Exchange Commission that presently the discovery in this action has been stayed pursuant to the Private Securities Litigation Reform Act of 1995.  And I have only permitted limited discovery prior to ruling on a Motion to Dismiss.

And Plaintiff's counsel has suggested that before filing the third amended complaint lead Plaintiff would seek

further discovery here -- prior to filing the amended complaint.

Again, have I correctly summarized that generally from your point of view, Mr. Henssler?

**MR. HENSSLER:**  Yes, generally, Your Honor.

**THE COURT:**  We'll get to the argument in a minute. We'll get to specifics in a minute.  That was in Paper Number 147 filed on September the 4th beginning of last week and -- week and a half ago I guess.

Then Fried Frank, Mr. Wareham, has filed a response with respect to again the other matters I've already addressed as to which there's really no dispute; but now the Defendants Under Armour has essentially objected to the matter of lifting the discovery stay before the filing of a third amended complaint.  The argument being that, first, it's premature, it would be inconsistent with certain principles under the Private Security Litigation Reform Act, but today that essentially would just delay the proceedings further, and I have read the submission there as well.

Again just in a general summary, Mr. Wareham, have I correctly summarized the procedural posture from your point of view?

**MR. WAREHAM:**  You have, Your Honor.

**THE COURT:**  So with that, I'll be glad to hear argument on this.  My own thought is, is that it would be -- as

Ronda J. Thomas, RPR, CRR - Federal Official Reporter

opposed to limiting you to two pages here on this I'll certainly allow you the opportunity to brief that and my thought is we can set up a briefing schedule on this.  The defense have proposed that the lead Plaintiff file a third amended complaint within 30 days of appointment and then within 10 days thereafter the parties can meet and confer.

I think, frankly, we have a preliminary matter here and that's the matter of whether or not there should be any discovery.  I will tell you that I have looked at -- I think it's Judge Blake's opinion has been cited, if I'm not mistaken, I think it was Judge Blake's opinion in *In Re: Royal Ahold versus Erisa Litigation*, a 2004 opinion in which the discovery stay was lifted.  And at least my review of that case was that that discovery stay was lifted but it was after the filing of a complaint.

So I'm more than willing to address this initially, Mr. Henssler, and if you want we can allow a little bit more detailed briefing on it or I can address it now in terms of your opinion and I'll hear from Mr. Wareham as well.

But would you like to have a briefing schedule on this in terms of -- I think the phrase is, if I'm not mistaken, it's a Wells notice.  Essentially a notice from the SEC with respect to certain accounting steps and your contention that there are documents that you should have access to before you file the third amended complaint.

Glad to hear from you on this now or if you would like we can discuss further briefing on it.  What is your pleasure from the point of view of the Plaintiff, Mr. Henssler?

**MR. HENSSLER:**  Thank you, Your Honor.  Thank you, Your Honor, it's Bobbie Henssler from Robbins Geller.  Yeah, that was our request that the Court allow briefing on the motion to partially lift the discovery stay.

As Your Honor noted, Defendants have raised this procedural argument and we didn't respond to that, you know, in our letter or didn't send another letter and did try to keep our letter as short as we could just to alert the Court to the issues that we wanted to raise.

We could file our motion to partially lift the discovery stay this week or at least confer with Defendants on a schedule for that motion to partially lift the discovery stay and in the briefing we could elaborate further on Defendants' procedural argument where whether they're noting that what they say there's no court operative complaint on file.

And, you know, this case really is unique in a lot of ways given the procedural posture and the facts as they've played out as Your Honor just noted.

There have been significant developments since we were with you back in January with the SEC moving forward with their case.  Under Armour has disclosed to investors that they have received Wells notices directed at the company.  Mr. Plank and

the current chief financial officer indicating, according to Under Armour, that the Securities Exchange Commission is seeking to move forward and charge each, the company, Mr. Plank and the CFO, with violations of the 1934 Act which, as Your Honor just noted, you'll be reopening this case to allow us to do the same.

And given our duties, Aberdeen's duties as lead Plaintiff to a proposed class, our fiduciary obligations as lead counsel, which we all take very seriously, Mr. Sinclair's law firm as well, you know, it's -- Defendants' procedural argument could subject the Court and the parties to, you know, multiple rounds of briefing.

So I think, as Your Honor suggested, the best course is to just allow us to file that motion and Defendants can make that argument and we can respond to it.  We didn't have a chance to respond to it yet in writing.

**THE COURT:**  All right.  I don't think we need to be writing law review articles on this topic.  It's within the discretion of the Court.  I'm somewhat familiar in terms of what your position is.  I do note that Judge Blake's case to which you will make reference, Royal Ahold, there was a complaint filed and then in the context of -- there was a briefing on the Motion to Dismiss which was prior to any motion to lift the stay.

But I don't think you really need to write any more

than 10 pages on this.  Mr. Henssler, do you think you should write any more than 10 pages on this?

MR. HENSSLER:  Yeah, whatever the Court's preference, I think 10 pages or less.

THE COURT:  I think 10 pages or less.

Mr. Wareham and Mr. Webb, as far as I'm concerned is that the best way to handle this?  We're not going to write law review articles on it.  They can -- the other side can brief it.  The Plaintiff can brief it and then you all can respond and nobody needs to write more than 10 pages in the memo with reasoning why and then there can be a reply and I'll get on it pretty quickly so we move on with this thing.

Does that sound workable to you Mr. Wareham and Mr. Webb?

MR. WAREHAM:  Let's level set the playing field for a second here.  There are two issues:  There's the underlying attempt to deviate from the stay which is not really a meritorious motion given the case law.  There's no bankruptcy, there's no restructuring, there's no loss of this information, there's no loss of evidence so it's a non-meritorious motion. But that's not really the issue here.

If this Court were to decide on a motion to lift the stay before an operative complaint is filed, you would be the first court in the land to do that.  It would violate the clear congressional intent with the passing of PSLRA's stay

provision.  And that this Court in Carnegie ruled -- it's really their congressional intent is unmistakeable that you can't have discovery, you can't have a motion on lifting the stay until we have an operative complaint.  So are gonna cause unnecessary delay.  If there's going to be briefing, the briefing should be limited to only one question:  Can they be the first party in federal district history to violate the federal rules and PLSRA and to have a lift stay motion before they filed the operative complaint?

THE COURT:  That's fine.  My point is I don't think it -- I'm not disputing what you're saying.  I don't know whether there have been any cases across the country that ever addressed this or not and, preliminarily, I understand what the position of the Defendants is.

I'm just suggesting that I'm, I suppose, limiting two-page letters by each side on this.  I'm certainly willing to have it be very quickly briefed and I'll make the ruling accordingly and then we'll go from there.  And, you know, let's say hypothetically I deny the effort to lift the stay.  Then the next step is is that the Plaintiff must then file a third -- a third amended complaint which I think as you suggested should be within a 30-day period and that would be within 30 days after my ruling on the matter of lifting the stay for discovery.  If I were to rule in favor of the Plaintiff that would be another matter.

But I guess my point is is that I think this can be briefed pretty quickly and I'm just trying to give everyone the courtesy of not being limited to just two pages here.

Is that -- Mr. Wareham from your point of view is there any problem with that?  I don't see what the problem is?

MR. WAREHAM:  I'm just trying to understand the Court's thinking, okay.  So we're not talking about a motion to lift the stay and a decision on that before the Operative Complaint.  We're talking about whether that can even be done, right?

THE COURT:  Yeah, that's right.

MR. WAREHAM:  The Plaintiffs are not going to file a motion to lift the stay.  They're gonna file a paper suggesting to the Court that the Court has the ability under the law to entertain such a motion before an Operative Complaint.  That's the limited question, the law would be a question for this Court.

THE COURT:  I think the question is, I think it's in the context of they're asking for me to lift the stay and trying to find support for it.  And you indicated your position and reiterated that it should not be allowed and cannot be allowed and my view is, is that it probably is, for the record, isn't very clear on this, and I will rule on it.  And it seems to me that it would be in the context of actually filing a motion to lift the stay of discovery which had been imposed as

Ronda J. Thomas, RPR, CRR - Federal Official Reporter

a result of the Private Securities Litigation Reform Act and whether or not I would be willing to do that.

I think there's sort of semantics here.  I understand what your document is, I'm just trying to -- it seems to me that it would be better served that we quit sleeping on it this time.

So I guess my point is, Mr. Henssler, I don't see any reason to be more than 10 days.  I don't see any reason why it can't be filed today is -- it's Monday.  I don't see any reason why you can't get this filed pretty quickly.

If you have authority and ability to do it, let me know, Mr. -- Mr. Wareham says there's no authority for it.  I understand what his argument is.

How quickly can you get this filed?

**MR. HENSSLER:**  We're happy to file it Friday.

**THE COURT:**  I don't want anymore than 10 pages.  I'm serious now.  We're not going to get into an esoteric law review battle here on this.  There's either authority for it or there's not.

So by Friday, September the -- by Friday, September the 18th.  So I'd like that by noon.  I don't want to be getting it at 5:00 o'clock or 9:00 o'clock in the evening.  So by Friday, September 18th at noon if you'll file that.

Then Mr. Wareham, on behalf of the defense side on this, how much do you want to write the minimum 10-page

response?

MR. WAREHAM:  Just so I understand, it's not a full blown motion to lift the stay, it's just procedural point, and that we then just do the next Friday.  Why waste the Court's time.  We turn it around in a week.

**THE COURT:**  All right.  That's fine.  Friday September 25.  I guess, Mr. Wareham, to be honest with you, I really object -- I really object to the procedural issue you're raising here.  It seems to me -- I understand what your legal position is, that there's no basis to lift the stay and if you're correct I rule in your favor and it's denied.  There's no lifting of the stay and then there's a third-party complaint -- a third amended complaint, a third amended complaint that has to be filed in 30 days.

I'm not really sure if I get what your argument is about how the motion is couched.  You're going to have to clarify.  I really just don't understand -- I don't understand what your point is on this to lift the discovery stay.  You strongly oppose it; I understand it.

So I don't know how you're striking this in terms of procedural point.  It doesn't seem to be that confusing to me.  They're asking for the discovery stay to be lifted with respect to discovery following the third amended complaint.  And you're indicating that that's violative of the Private Securities Litigation Reform Act and that there's no basis for it and no

legal authority and I understand that.

So why are you drawing this distinction?  I just don't understand this?

**MR. WAREHAM:**  Because it's inappropriate to hear a discovery motion absent an operative complaint.  That's the procedural point.  There is no operative complaint.  By filing this motion they're per se violating the PSLRA and federal rules and they should first seek permission to file a motion that is untenable and unprecedented.

I'm thinking the motion to lift the stay it should be separate from this and we would need more time to respond to it.  But, again, the Court should not be put in a position of being asked to lift a stay that's in place by statute when there's no operative complaint.

The best way forward, the way every court in the land would proceed and as you point out, Your Honor, where Ahold proceeded as, file the amended complaint and then file your motion to lift stay or at least resolve the motion to lift stay.

So they're twisting upside down and you've got it right.  You've seen in the cases that the way to do this procedurally to censor the federal rules and the federal statute is to first have the operative complaint on file and then have the motion to lift stay decided.  That's what every single court in the land has done.

**THE COURT:** I'm just trying to move this case along and, Mr. Henssler, I guess the bottom line of it is, is that you're seriously suggesting that there's authority to allow this to be done, correct?

MR. HENSSLER: We heard further argument from defense counsel today and, you know, no, I'm not familiar with the authority that defense counsel is saying. I don't even understand what they're saying. There's no complaint. There's no operative complaint. I don't know what that means.

**THE COURT:** There's obviously an operative complaint. There's an open case and I'm going to be entertaining the third amended complaint. So, Mr. Wareham, there is an operative complaint here because I've reopened the case.

**MR. HENSSLER:** Once the judgment is open, once the Court does what it said it was going to do a few minutes ago there is an operative complaint. The Court has -- has dismissed it but it's still there. In addition, we have other complaints that were on file that will now be consolidated so there are complaints. I just don't understand what they're saying --

(Overlapping speakers.)

**THE COURT:** Mr. Wareham, I understand what you're saying. And no disrespect intended but I am not particularly interested in getting all slicey through trying to integrate Rule 3, 4, 26 and 27 and all this. I'm just trying to move the

case, and I really don't think it's of any great moment.  With all candor I think I have -- certainly there is an operative complaint.  These cases have been consolidated.  I have granted the relief from judgment under Rule 60(b).  There may not be any basis for discovery prior to that, I don't know.

I guess my point is I'm just trying to extend the courtesy to both sides.  And I don't think this is of any great magnitude, quite frankly.  If you're correct, you're correct, and I'll rule accordingly.

So I'm not going to -- I see no difficulty with having this be in the form of a motion to lift the discovery stay.  There is -- there are operative complaints or there wouldn't be open cases.  There clearly are operative complaints that are on file and is requested --

**MR. WAREHAM:**  Those Defendants dismissed, Your Honor, that's the point.

**THE COURT:**  Well then what is before the Court now?  We have to go back to square one.  I've got three cases that are live before me that have not been dismissed, and I have granted a motion for the leave of judgment on those, and I've consolidated the cases.  So I guess then the reason I was trying to be very careful to summarize the procedural posture here, was the procedural posture is that cases have now been dismissed that are no longer operative.

**MR. WAREHAM:**  Your Honor, the case is going to be what

Ronda J. Thomas, RPR, CRR - Federal Official Reporter

the Plaintiffs make it in the form of a third amended complaint.  It's just what the PSLRA which says there's no discovery.

So they should put in their third amended complaint the Court has certainly granted that, we're aware of that, we're moving forward.  The fastest way to move the case is to give them between now and 30 days to file their complaint then there will be an operative complaint.  Then we will know what issues are at stake and we'll know what the discovery scope might be if there ever is a lift.  But remember, the PSLRA says, Congress is very clear, that you will not have discovery until there is a complaint that has survived a motion to dismiss.

THE COURT:  Here's the quickest way to do this, Mr. Henssler.  I've done enough on this already to be satisfied that there is absolute case authority from this Court not giving you discovery prior to the filing of the third amended complaint.  So I am familiar with Judge Blake's opinion and Royal Ahold and I'm familiar with the Carnegie case out of this Court.

So in light of that, I don't really care what national authority you might come up with on this.  I'm satisfied from the point of view of the prior rulings in this Court.  Particularly the Ahold case in which an operative complaint was filed and then the context of motion to dismiss.  I'm really

not interested in delaying it any further.  I'm trying to get the case moving.

So regardless of what theory may be present on the part of the plaintiffs as to a debate procedurally nationwide, I'm satisfied that here in this Court the jurisprudence of this Court has been that there would be no basis for it.

So based upon that for the reasons set forth on the record, again just trying to move this along, without having everyone waste time on trying to find authority around the country as to whether this is procedurally appropriate or not, I'm confident that there is no authority here in the U.S. District Court for the District of Maryland as to that, nor is there a Fourth Circuit authority.

So I'm going to save everyone a lot of time in trying to research this in terms of other cases that you may contend are present in other jurisdictions.  I'm satisfied that -- for example, you cited a case out of Wisconsin.  For example, I really don't -- I'm going to rule according to what this Court has done, not what the Eastern District of Wisconsin has previously done.  So I think that this cuts to the core of it.

So where we are is that the Order here will note that the lead Plaintiff shall file its third amended complaint within 30 days of today which translates out -- hold on one second -- translates out to October 14th.

So the third amended complaint shall be filed within

30 days which means by October 14th, 2020, and then within 10 days of that filing I'll ask that you have a meet and confer and give me a proposed scheduling order with respect to presumably a motion to dismiss on that.  So this will just get the case moving.

I'm satisfied that I've dealt with what this issue is. I'll rule on it accordingly.

Is there anything else from the point of view of the Plaintiffs on this matter before I enter this Order today in light of the conference we've had here?

**MR. HENSSLER**:  Okay.  So, Your Honor, we're not going to brief the issue on the motion to --

**THE COURT**:  No, it's just going to waste of time.  I'm satisfied I have my thumb on this enough that I really -- I'm not going to wade into the nuances of coordinating the various federal rules and when discovery commences and the various interwoven rules.

I'm satisfied there is no authority in this Court for what you've suggested and there is no precedent for it here. So it's as simple as that so no.

Anything else from your point of view?

**MR. HENSSLER**:  No, Your Honor.  We'll proceed as you suggested and we'll file our motion to lift the discovery stay at that time.

**THE COURT**:  That's fine.  You file your third amended

complaint and we'll go from there.

Anything further from your point of view, Mr. Wareham on this?

**MR. WAREHAM:**  No, Your Honor.

**THE COURT:**  Okay, good.  Thank you very much.  I'll issue an Order right away on this and get it filed and we'll grant these various motions as I previously indicated.

We've had a productive 50 minutes here.  And I appreciate everyone zeroing in.  I'm going to make every effort to get this case and get all these matters on track.  Thank you all very much and that concludes this conference.  Thank you very much.

(All counsel - "Thank you, Your Honor.")

(Hearing adjourned.)

CERTIFICATE OF OFFICIAL REPORTER

I, Ronda J. Thomas, Registered Professional Reporter, Certified Realtime Reporter, in and for the United States District Court for the District of Maryland, do hereby certify, pursuant to 28 U.S.C. § 753, that the foregoing is a true and correct transcript of the stenographically-reported proceedings held in the above-entitled matter and the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 16th day of September 2020.

_Ronda J. Thomas_
_____

RONDA J. THOMAS, RPR, CRR

FEDERAL OFFICIAL COURT REPORTER

MR. HAIBER: [1] 3/21
MR. HENSSLER: [6]
7/2 12/23 14/5 16/4 18/3
21/15
MR. HOLZER: [1] 3/18
MR. SINCLAIR: [1] 2/18
MR. WAREHAM: [6]
14/23 20/12 23/4 25/15
25/25 29/4
MR. WEBB: [1] 10/19
MS. MENDRINOS: [5]
3/4 3/8 3/12 7/14 12/15
MS. POWELL: [1] 4/5
THE COURT: [42]

**0**
0338 [1] 4/17
0388 [7] 1/4 2/3 2/16
4/13 5/6 8/11 10/4

**1**
10 [12] 11/15 11/16 13/3
15/6 18/1 18/2 18/4 18/5
18/10 21/8 21/16 28/1
10-page [1] 21/25
100 percent [1] 7/3
101 [1] 1/25
106 [2] 4/17 9/18
107 [1] 10/4
11 [1] 6/17
12 [1] 10/1
131 [1] 10/4
13th [1] 4/23
14 [1] 1/6
146 [1] 5/4
147 [1] 14/8
14th [3] 6/14 27/24 28/1
15 [2] 4/1 13/5
16th [1] 30/13
17-0338 [1] 4/17
17-0388 [4] 4/13 5/6
8/11 10/4
18th [2] 21/21 21/23
19 [1] 2/11
19-3209 [2] 1/4 10/2
19-3581 [3] 1/4 3/16
10/3
1934 [2] 13/5 17/4
1995 [1] 13/22
1st [1] 5/16

**2**
20 [3] 13/4 13/4 13/4
20-2523 [1] 5/17
20-2589 [1] 5/20
2004 [1] 15/12
2017 [1] 12/2
2019 [2] 4/16 8/10
2020 [5] 1/6 4/23 6/14
28/1 30/13
21201 [1] 1/25
22 [1] 6/8

22nd [2] 8/13 11/22
25 [1] 22/7
2523 [1] 5/17
2589 [1] 5/20
26 [1] 24/25
27 [1] 24/25
27th [1] 11/23
28 [1] 30/7

**3**
30 [6] 15/5 19/23 22/14
26/7 27/23 28/1
30-day [1] 19/22
3209 [4] 1/4 2/4 3/3 10/2
3581 [4] 1/4 2/5 3/16
10/3

**4**
4th [2] 1/25 14/8

**5**
50 [1] 29/8
5:00 o'clock [1] 21/22

**6**
60 [2] 8/10 25/4

**7**
753 [1] 30/7
78 [1] 13/5

**9**
9:00 o'clock [1] 21/22

**A**
Aberdeen [3] 6/21 11/24
13/14
Aberdeen's [1] 17/7
ability [2] 20/14 21/11
about [4] 5/5 20/7 20/9
22/16
above [1] 30/9
above-entitled [1] 30/9
absent [1] 23/5
absolute [1] 26/16
access [1] 15/24
according [3] 12/25
17/1 27/18
accordingly [4] 5/3
19/18 25/9 28/7
accounting [1] 15/23
accurate [8] 6/19 6/25
7/4 7/8 7/12 7/18 7/23
8/1
accurately [1] 7/21
across [1] 19/12
Act [8] 6/12 6/15 13/5
13/22 14/17 17/4 21/1
22/25
action [2] 5/8 13/20
acts [1] 10/14
actually [1] 20/24
addition [1] 24/17
address [5] 2/8 5/8 6/5

15/16 15/18
addressed [5] 6/6 9/5
13/10 14/11 19/13
addressing [1] 2/25
adjourned [1] 29/14
Administrating [2] 6/22
11/24
advised [1] 5/23
after [2] 15/14 19/23
again [14] 3/25 4/9 5/18
5/19 11/8 11/15 11/16
11/21 12/10 14/3 14/11
14/20 23/12 27/8
against [6] 5/15 6/12
6/16 11/5 11/6 13/5
ago [4] 5/5 7/5 14/9
24/15
agree [1] 6/15
agreeable [1] 5/25
agreement [1] 13/13
ahead [1] 12/14
Ahold [5] 15/11 17/21
23/16 26/19 26/24
al [2] 5/16 5/19
alert [1] 16/11
all [21] 2/15 2/21 3/1
3/25 5/10 5/23 6/21 9/10
9/15 12/9 13/11 17/9
17/17 18/9 22/6 24/24
24/25 25/2 29/10 29/11
29/13
allegations [1] 11/5
allow [6] 15/2 15/17
16/6 17/5 17/14 24/3
allowed [2] 20/21 20/22
along [3] 6/9 24/1 27/8
already [2] 14/11 26/15
also [6] 5/8 5/9 9/17
9/23 11/12 13/15
always [1] 4/10
am [5] 3/4 3/7 9/2 24/23
26/18
amended [20] 5/9 6/11
13/2 13/25 14/1 14/14
15/5 15/25 19/21 22/13
22/13 22/23 23/17 24/12
26/1 26/4 26/17 27/22
27/25 28/25
another [4] 5/18 6/9
16/10 19/25
any [15] 10/11 12/7 15/8
17/23 17/25 18/2 19/12
20/5 21/7 21/8 21/9 25/1
25/5 25/7 27/1
anymore [1] 21/16
anything [10] 9/5 9/7
9/11 10/7 10/10 12/3
12/6 28/8 28/21 29/2
Appeals [1] 2/8
appearance [1] 5/24
appoint [2] 9/24 11/23
appointed [1] 12/2
appointing [3] 6/9 12/7

13/15
appointment [4] 11/13
11/16 13/14 15/5
appreciate [1] 29/9
appropriate [3] 11/6
11/11 27/10
Approval [1] 11/14
are [24] 2/19 6/18 7/5
7/13 8/4 9/7 9/23 9/25
13/7 13/18 15/23 18/16
19/4 20/12 23/2 24/19
25/12 25/13 25/13 25/19
25/24 26/9 27/16 27/21
argument [10] 14/6
14/15 14/25 16/9 16/17
17/11 17/15 21/13 22/15
24/5
arise [1] 10/13
ARMOUR [24] 1/3 2/2
2/3 2/4 2/5 2/15 2/22 3/2
3/19 4/13 5/15 5/20 6/12
7/19 8/6 8/25 9/11 10/3
11/6 13/6 13/19 14/13
16/24 17/2
around [2] 22/5 27/9
articles [2] 17/18 18/8
as [53]
ask [1] 28/2
asked [1] 23/13
asking [2] 20/19 22/22
asserted [1] 6/15
assumed [1] 2/7
ASTLEY [2] 1/12 2/20
attempt [1] 18/17
August [2] 4/23 11/22
authority [14] 6/22
11/25 21/11 21/12 21/18
23/1 24/3 24/7 26/16
26/22 27/9 27/11 27/13
28/18
aware [2] 10/14 26/5
away [1] 29/6

**B**
back [4] 4/14 9/21 16/23
25/18
Baltimore [2] 1/6 1/25
bankruptcy [1] 18/18
based [5] 7/17 8/12 9/2
11/5 27/7
basis [4] 22/10 22/25
25/5 27/6
battle [1] 21/18
be [62]
because [4] 6/10 8/3
23/4 24/13
becomes [1] 13/1
been [21] 5/14 6/19 6/24
7/3 7/8 7/12 7/18 8/1
11/14 12/4 13/7 13/13
13/21 15/10 16/22 19/12
20/25 25/3 25/19 25/23
27/6

13/15
before [14] 1/8 8/7 9/17
12/3 13/24 14/14 15/24
18/23 19/8 20/8 20/15
25/17 25/19 28/9
beginning [1] 14/8
behalf [9] 2/22 3/5 3/6
3/14 8/24 8/25 12/13
12/17 21/24
being [8] 2/6 2/10 2/11
5/9 11/24 14/15 20/3
23/13
believe [1] 10/13
BENNETT [1] 1/8
best [3] 17/13 18/7
23/15
better [1] 21/5
between [1] 26/7
Bill [1] 2/18
bit [2] 4/2 15/17
Blake's [4] 15/10 15/11
17/20 26/18
blown [1] 22/3
Bobbie [3] 2/19 7/2 16/5
both [2] 8/23 25/7
bottom [1] 24/2
brief [4] 15/2 18/8 18/9
28/12
briefed [2] 19/17 20/2
briefing [11] 13/18 15/3
15/18 15/20 16/2 16/6
16/16 17/12 17/23 19/5
19/6
bringing [2] 6/11 13/3
busier [1] 4/3

**C**
call [1] 2/6
Calling [1] 2/2
Camille [1] 4/5
can [18] 9/20 9/21 15/3
15/6 15/17 15/18 16/2
17/14 17/15 18/8 18/8
18/9 18/9 18/11 19/6
20/1 20/9 21/14
can't [4] 19/3 19/3 21/9
21/10
candor [1] 25/2
cannot [1] 20/21
capital [1] 13/4
care [1] 26/21
careful [1] 25/22
Carnegie [2] 19/1 26/19
case [43]
cases [24] 2/13 5/7 5/10
5/13 5/14 6/2 6/10 7/16
8/2 8/4 9/24 10/6 10/25
11/10 11/13 11/19 19/12
23/21 25/3 25/13 25/18
25/21 25/23 27/15
Catherine [1] 4/11
cause [1] 19/4
censor [1] 23/22
certain [4] 4/18 6/6

**C**

certain... [2] 14/16 15/23
certainly [11] 4/19 4/22 5/7 9/3 9/3 11/5 11/21 15/2 19/16 25/2 26/5
CERTIFICATE [1] 29/16
Certified [1] 30/5
certify [1] 30/6
CFO [1] 17/4
chambers [1] 9/20
chance [1] 17/16
charge [1] 17/3
chief [1] 17/1
Circuit [7] 2/8 4/22 4/22 4/24 5/1 6/9 27/13
cited [2] 15/10 27/17
City [3] 6/22 11/24 13/14
CIVIL [2] 1/4 8/11
claims [3] 6/12 6/15 13/3
clarify [1] 22/17
clarity [1] 5/12
class [1] 17/8
clear [4] 6/4 18/24 20/23 26/11
clearly [2] 10/5 25/13
Clerk's [1] 9/22
clerks [1] 4/11
colleague [1] 3/22
come [2] 9/20 26/22
commences [1] 28/16
Commission [2] 13/20 17/2
company [2] 16/25 17/3
complaint [44]
complaints [4] 24/18 24/19 25/12 25/13
concerned [2] 8/16 18/6
concludes [1] 29/11
concur [2] 12/11 12/18
concurrence [1] 12/19
conducted [2] 2/10 6/5
confer [3] 15/6 16/14 28/2
conference [4] 2/6 28/10 29/11 30/11
confident [1] 27/11
conformance [1] 30/10
confusing [1] 22/21
Congress [1] 26/11
congressional [2] 18/25 19/2
consider [2] 4/25 5/7
consistent [1] 2/6
consolidate [7] 9/24 10/6 10/16 10/24 11/7 11/13 11/17
consolidated [7] 6/10 6/16 8/6 11/2 24/18 25/3 25/21
Consolidating [1] 13/12
consolidation [4] 5/7

6/9 10/24 11/18
contact [1] 5/10
contend [1] 27/15
contends [1] 13/18
contention [1] 15/23
context [4] 17/22 20/19 20/24 26/25
coordinating [1] 28/15
core [1] 27/20
COREY [3] 1/13 3/17 7/8
correct [9] 10/21 12/12 12/22 12/23 22/11 24/4 25/8 25/8 30/8
correctly [3] 3/7 14/3 14/21
correspondence [1] 13/8
couched [1] 22/16
could [4] 16/11 16/13 16/16 17/11
Council [3] 6/22 11/24 13/14
counsel [24] 2/14 2/16 5/4 5/10 5/21 5/25 9/25 10/11 11/13 11/14 11/16 12/1 12/2 12/7 12/7 12/9 12/21 13/9 13/15 13/24 17/9 24/6 24/7 29/13
country [2] 19/12 27/10
Counts [1] 6/16
course [1] 17/13
court [37]
Court's [5] 8/9 10/15 18/3 20/7 22/4
courtesy [2] 20/3 25/7
courtroom [2] 4/4 7/6
covered [2] 3/25 9/6
COVID [1] 2/11
COVID-19 [1] 2/11
CRR [2] 1/24 30/16
current [1] 17/1
cuts [1] 27/20

**D**

D. [1] 1/16
Dated [1] 30/13
day [2] 19/22 30/13
days [9] 15/5 15/6 19/23 21/8 22/14 26/7 27/23 28/1 28/2
deal [1] 8/17
dealing [2] 6/2 8/5
dealt [3] 12/24 12/24 28/6
debate [1] 27/4
decide [1] 18/22
decided [1] 23/24
decision [1] 20/8
Defendant [1] 3/20
defendants [16] 1/15 5/19 6/12 6/17 6/17 7/16 7/17 8/4 9/11 13/6 14/12 16/8 16/14 17/14 19/14

25/15
Defendants' [2] 16/16 17/10
defense [5] 10/11 15/4 21/24 24/5 24/7
delay [2] 14/18 19/5
delaying [1] 27/1
denied [1] 22/11
deny [1] 19/19
deputy [1] 4/4
detailed [1] 15/18
developments [2] 4/18 16/22
deviate [1] 18/17
did [2] 6/14 16/10
didn't [3] 16/9 16/10 17/15
difficulty [1] 25/10
directed [1] 16/25
director [1] 6/17
directors [1] 8/3
disclosed [1] 16/24
discovery [28] 8/20 11/2 12/5 13/20 13/23 14/1 14/14 15/9 15/12 15/14 16/7 16/14 16/15 19/3 19/24 20/25 22/18 22/22 22/23 23/5 25/5 25/11 26/3 26/9 26/11 26/17 28/16 28/23
discretion [1] 17/19
discuss [1] 16/2
dismiss [6] 6/15 13/23 17/23 26/13 26/25 28/4
dismissed [4] 24/17 25/15 25/19 25/24
dispute [1] 14/12
disputing [1] 19/11
disrespect [1] 24/23
distinct [1] 10/14
distinction [1] 23/2
district [8] 1/1 1/1 19/7 27/12 27/12 27/19 30/6 30/6
DIVISION [1] 1/2
do [13] 10/16 17/6 17/20 18/1 18/24 21/2 21/11 21/25 22/4 23/21 24/15 26/14 30/6
document [1] 21/4
documents [1] 15/24
does [2] 18/13 24/15
doesn't [1] 22/21
don't [22] 17/17 17/25 19/10 19/11 20/5 21/7 21/8 21/9 21/16 21/21 22/17 22/17 22/20 23/2 24/7 24/9 24/19 25/1 25/5 25/7 26/21 27/18
done [8] 13/12 13/13 20/9 23/25 24/4 26/15 27/19 27/20
Doud [1] 8/24

down [2] 11/4 23/20
dragged [1] 4/2
drawing [1] 23/2
During [1] 6/14
duties [2] 17/7 17/7

**E**

each [2] 17/3 19/16
earlier [2] 4/16 5/6
East [2] 6/22 11/25
Eastern [1] 27/19
economy [1] 10/15
effort [3] 2/12 19/19 29/9
eight [1] 7/5
either [1] 21/18
elaborate [1] 16/16
else [2] 28/8 28/21
enough [2] 26/15 28/14
enter [2] 5/23 28/9
entered [2] 4/16 13/12
entertain [1] 20/15
entertaining [1] 24/11
entitled [1] 30/9
Erisa [1] 15/12
esoteric [1] 21/17
Esquire [10] 1/12 1/12 1/13 1/13 1/14 1/16 1/16 1/17 1/17 1/18
essentially [19] 4/12 4/15 4/17 5/4 5/18 6/3 6/6 8/13 8/18 8/19 8/23 9/25 13/9 13/10 13/16 13/18 14/13 14/17 15/22
et [2] 5/16 5/19
even [2] 20/9 24/7
evening [1] 21/22
event [1] 6/8
ever [2] 19/12 26/10
every [4] 2/12 23/15 23/24 29/9
everyone [5] 13/13 20/2 27/9 27/14 29/9
evidence [2] 4/18 18/20
exactly [1] 7/5
example [2] 27/17 27/17
Exchange [4] 6/12 13/5 13/20 17/2
extend [1] 25/6

**F**

facts [1] 16/20
fairly [1] 7/18
Falcon [1] 3/11
familiar [4] 17/19 24/6 26/18 26/19
far [2] 8/16 18/6
fastest [1] 26/6
favor [2] 19/24 22/11
federal [9] 1/24 8/11 19/7 19/8 23/7 23/22 23/22 28/16 30/17
few [2] 8/20 24/15

fiduciary [1] 17/8
field [1] 18/15
file [24] 4/17 9/20 9/22 13/2 15/4 15/24 16/13 16/18 17/14 19/20 20/12 20/13 21/15 21/23 23/8 23/17 23/17 23/23 24/18 25/14 26/7 27/22 28/23 28/25
filed [23] 4/14 5/5 5/9 5/14 5/16 8/3 8/11 8/12 8/25 11/14 12/2 14/8 14/10 17/22 18/23 19/9 21/9 21/10 21/14 22/14 26/25 27/25 29/6
filing [9] 6/11 13/25 14/1 14/14 15/14 20/24 23/6 26/17 28/2
financial [1] 17/1
find [2] 20/20 27/9
fine [3] 19/10 22/6 28/25
firm [2] 12/21 17/10
first [10] 2/15 2/16 6/21 8/16 13/11 14/15 18/24 19/7 23/8 23/23
Floor [1] 1/25
followed [1] 8/13
following [1] 22/23
foregoing [1] 30/7
form [2] 25/11 26/1
format [1] 30/10
forth [2] 11/8 27/7
forward [4] 16/23 17/3 23/15 26/6
Fourth [7] 2/8 4/22 4/22 4/24 5/1 6/9 27/13
Frank [4] 2/24 7/21 8/25 14/10
frankly [2] 15/7 25/8
Friday [6] 21/15 21/20 21/20 21/23 22/4 22/6
Fried [4] 2/24 7/21 8/25 14/10
full [1] 22/2
fully [1] 10/14
Fund [2] 6/23 11/25
further [17] 9/5 9/8 9/11 10/7 10/10 12/3 12/6 12/16 12/18 13/17 14/1 14/18 16/2 16/16 24/5 27/1 29/2

**G**

G. [1] 1/17
G. Stewart Webb [1] 1/17
Gamper [1] 4/11
Geller [5] 2/20 6/24 7/3 8/23 16/5
general [1] 14/20
generally [2] 14/3 14/5
get [16] 8/20 11/15 12/3 12/5 14/6 14/7 18/11

**G**

**get... [9]** 21/10 21/14 21/17 22/15 27/1 28/4 29/6 29/10 29/10
**getting [2]** 21/22 24/24
**give [3]** 20/2 26/7 28/3
**given [3]** 16/20 17/7 18/18
**giving [1]** 26/17
**glad [2]** 14/24 16/1
**go [5]** 8/7 12/14 19/18 25/18 29/1
**going [21]** 9/3 10/5 10/16 10/24 11/15 13/17 18/7 19/5 20/12 21/17 22/16 24/11 24/15 25/10 25/25 27/14 27/18 28/11 28/13 28/15 29/9
**gonna [2]** 19/4 20/13
**good [7]** 2/18 2/21 3/1 3/4 3/24 7/2 29/5
**got [3]** 4/2 23/20 25/18
**grant [4]** 9/4 10/6 10/24 29/7
**granted [8]** 4/15 9/12 9/15 11/10 11/18 25/3 25/20 26/5
**granting [1]** 12/20
**great [2]** 25/1 25/7
**Groner [1]** 1/16
**guess [8]** 5/5 14/9 20/1 21/7 22/7 24/2 25/6 25/21

**H**

**had [7]** 6/5 6/7 11/12 11/21 20/25 28/10 29/8
**Haiber [4]** 1/18 3/21 5/22 7/23
**half [1]** 14/9
**handle [3]** 9/19 9/21 18/7
**happy [1]** 21/15
**has [22]** 5/14 11/14 12/3 13/13 13/16 13/19 13/21 13/24 14/10 14/13 15/10 16/24 20/14 22/14 23/25 24/16 24/16 26/5 26/12 27/6 27/19 27/19
**have [54]**
**having [2]** 25/10 27/8
**hear [5]** 4/6 14/24 15/19 16/1 23/4
**heard [1]** 24/5
**hearing [5]** 1/9 6/6 6/14 8/21 29/14
**held [2]** 4/15 30/9
**Henssler [19]** 1/12 2/19 6/24 7/3 9/9 10/9 12/20 14/4 15/17 16/3 16/5 18/1 21/7 24/2 24/5 24/14 26/15 28/11 28/22
**here [47]**

**Here's [1]** 26/14
**hereby [1]** 30/6
**his [1]** 21/13
**history [5]** 9/2 9/17 10/5 11/9 19/7
**Hogan [1]** 3/21
**hold [1]** 27/23
**HOLZER [7]** 1/13 3/17 7/8 7/10 12/11 12/13 12/17
**honest [1]** 22/7
**Honor [38]**
**HONORABLE [1]** 1/8
**hour [1]** 11/11
**housekeeping [1]** 8/8
**how [4]** 21/14 21/25 22/16 22/20
**hypothetically [1]** 19/19

**I**

**I'd [1]** 21/21
**I'll [13]** 8/20 9/20 9/21 11/10 14/24 15/1 15/19 18/11 19/17 25/9 28/2 28/7 29/5
**I'm [45]**
**I've [10]** 8/14 9/6 9/6 13/1 14/11 24/13 25/18 25/20 26/15 28/6
**identify [2]** 2/14 2/17
**imposed [1]** 20/25
**inappropriate [1]** 23/4
**Inc [2]** 2/4 3/2
**inclination [1]** 11/23
**inclined [1]** 9/3
**inconsistent [1]** 14/16
**indicated [6]** 9/16 11/21 12/1 13/1 20/20 29/7
**indicating [2]** 17/1 22/24
**individual [1]** 5/19
**information [1]** 18/19
**initially [1]** 15/16
**integrate [1]** 24/24
**intended [1]** 24/23
**intent [2]** 18/25 19/2
**interested [2]** 24/24 27/1
**interim [1]** 5/13
**interwoven [1]** 28/17
**investors [1]** 16/24
**invite [1]** 4/21
**is [103]**
**isn't [1]** 20/23
**issue [8]** 13/1 13/7 13/17 18/21 22/8 28/6 28/12 29/6
**issues [3]** 16/12 18/16 26/9
**it [59]**
**it's [29]** 2/23 3/8 3/11 4/21 7/2 7/16 7/20 10/1 10/12 11/6 14/15 15/10

15/21 16/5 17/10 17/18 18/20 19/1 20/18 21/9 22/2 22/3 22/11 23/4 24/17 25/1 26/2 28/13 28/20
**its [1]** 27/22
**itself [1]** 5/20

**J**

**James [1]** 1/16
**James D. Wareham [1]** 1/16
**Jamie [2]** 2/24 7/20
**January [6]** 4/14 6/8 6/14 8/13 11/22 16/23
**January 14th [1]** 6/14
**January 22 [1]** 6/8
**January 22nd [1]** 11/22
**Jeffrey [1]** 3/14
**John [1]** 3/22
**Jon [1]** 1/17
**Jon Myer Talotta [1]** 1/17
**Jr [2]** 1/12 1/17
**Judge [4]** 15/10 15/11 17/20 26/18
**judgment [10]** 4/16 5/1 8/10 8/14 9/2 9/12 13/11 24/14 25/4 25/20
**judicial [2]** 10/15 30/10
**jurisdictions [1]** 27/16
**jurisprudence [1]** 27/5
**just [34]**

**K**

**keep [3]** 2/12 5/23 16/10
**Kevin [6]** 3/19 3/20 5/19 6/13 9/11 13/6
**know [13]** 16/9 16/19 17/10 17/11 19/11 19/18 21/12 22/20 24/6 24/9 25/5 26/8 26/9

**L**

**land [3]** 18/24 23/15 23/25
**last [5]** 3/13 7/4 8/23 13/8 14/8
**late [1]** 4/1
**law [8]** 4/11 17/10 17/18 18/7 18/18 20/14 20/16 21/17
**lead [21]** 4/13 5/8 6/10 9/24 10/4 11/13 11/16 11/20 11/23 12/2 12/7 12/21 13/8 13/14 13/15 13/16 13/25 15/4 17/7 17/9 27/22
**least [3]** 15/13 16/14 23/18
**leave [1]** 25/20
**left [1]** 7/4
**legal [2]** 22/9 23/1

**less [2]** 18/4 18/5
**let [2]** 8/7 21/11
**let's [2]** 18/15 19/18
**letter [5]** 5/4 11/22 16/10 16/10 16/11
**letters [2]** 12/4 19/16
**level [1]** 18/15
**lift [22]** 16/7 16/13 16/15 17/24 18/22 19/8 19/19 20/8 20/13 20/19 20/25 22/3 22/10 22/18 23/10 23/13 23/18 23/18 23/24 25/11 26/10 28/23
**lifted [3]** 15/13 15/14 22/22
**lifting [4]** 14/13 19/3 19/23 22/12
**light [3]** 13/18 26/21 28/10
**like [3]** 15/20 16/1 21/21
**limited [4]** 13/22 19/6 20/3 20/16
**limiting [2]** 15/1 19/15
**line [6]** 3/3 3/17 3/20 4/4 4/11 24/2
**list [2]** 8/3 12/25
**LITIGATION [9]** 1/4 2/3 2/16 4/14 13/21 14/17 15/12 21/1 22/25
**little [1]** 15/17
**live [1]** 25/19
**Lombard [1]** 1/25
**longer [1]** 25/24
**looked [1]** 15/9
**loss [2]** 18/19 18/20
**lot [2]** 16/19 27/14
**Lovells [1]** 3/21

**M**

**M-E-N-D-R-I-N-O-S [1]** 3/13
**magnitude [1]** 25/8
**mainly [1]** 8/3
**make [6]** 10/17 17/14 17/21 19/17 26/1 29/9
**making [1]** 2/12
**MARYLAND [5]** 1/1 1/6 1/25 27/12 30/6
**matter [30]** 2/22 4/2 4/19 5/8 5/9 5/14 5/18 8/5 8/6 8/17 8/17 8/18 9/25 11/12 11/15 11/20 12/4 12/5 12/7 12/8 12/21 13/1 13/13 14/13 15/7 15/8 19/23 19/25 28/9 30/9
**matters [7]** 2/9 6/4 6/6 10/13 13/10 14/11 29/10
**may [7]** 11/1 11/1 11/2 11/3 25/4 27/3 27/15
**me [17]** 2/19 2/24 3/22 4/23 4/25 5/23 8/7 8/7 9/18 20/19 20/24 21/4

21/11 22/9 22/21 25/19 28/3
**mean [1]** 4/24
**means [2]** 24/9 28/1
**meet [2]** 15/6 28/2
**meeting [1]** 4/2
**memo [1]** 18/10
**memorandum [3]** 4/13 6/7 8/12
**MENDRINOS [9]** 1/14 3/3 3/7 3/8 3/10 3/13 7/11 7/11 12/15
**mentioned [1]** 8/2
**meritorious [2]** 18/18 18/20
**merits [2]** 5/1 11/3
**might [2]** 26/10 26/22
**minimum [1]** 21/25
**minute [2]** 14/6 14/7
**minutes [4]** 4/1 8/20 24/15 29/8
**missed [1]** 9/6
**mistaken [2]** 15/10 15/21
**moment [2]** 12/6 25/1
**Monday [2]** 1/6 21/9
**monitor [1]** 5/22
**months [1]** 7/5
**more [7]** 15/16 15/17 17/25 18/2 18/10 21/8 23/11
**morning [7]** 2/18 2/21 3/1 3/4 3/24 6/3 7/2
**motion [42]**
**motions [7]** 1/9 6/6 6/14 9/24 11/9 12/25 29/7
**move [6]** 17/3 18/12 24/1 24/25 26/6 27/8
**moving [5]** 2/13 16/23 26/6 27/2 28/5
**MR [23]** 2/23 6/1 7/10 7/19 7/20 7/25 9/9 9/13 9/14 10/9 10/12 10/22 12/13 12/17 18/15 20/6 21/12 22/2 22/7 24/5 24/14 28/11 28/22
**Mr. [42]**
**Mr. Geller [1]** 6/24
**Mr. Haiber [2]** 5/22 7/23
**Mr. Henssler [9]** 6/24 12/20 14/4 15/17 16/3 18/1 21/7 24/2 26/15
**Mr. Holzer [1]** 12/11
**Mr. Plank [7]** 5/22 5/25 7/23 8/7 11/6 16/25 17/3
**Mr. Sinclair's [1]** 17/9
**Mr. Talotta [3]** 5/22 7/23 7/25
**Mr. Wareham [15]** 7/19 10/12 10/20 11/4 14/10 14/20 15/19 18/6 18/13 20/4 21/12 21/24 24/12 24/22 29/2

**M**

**Mr. Waronker [1]** 12/11
**Mr. Webb [2]** 18/6 18/14
**Ms [4]** 3/10 4/9 7/11 12/15
**Ms. [4]** 3/3 4/6 7/11 9/19
**Ms. Mendrinos [2]** 3/3 7/11
**Ms. Powell [2]** 4/6 9/19
**Ms.Mendrinos [1]** 12/11
**much [4]** 21/25 29/5 29/11 29/12
**multiple [1]** 17/12
**Murphy [2]** 3/11 3/11
**must [1]** 19/20
**my [30]** 3/22 4/2 4/11 4/12 4/16 5/5 6/7 6/7 7/17 8/11 8/12 8/14 8/14 9/7 9/12 11/22 11/22 11/23 12/20 12/25 14/25 15/2 15/13 19/10 19/23 20/1 20/22 21/7 25/6 28/14
**Myer [1]** 1/17

**N**

**N-I-K-O-L-E-T-T-A [1]** 3/11
**name [2]** 3/7 3/13
**national [1]** 26/21
**nationwide [1]** 27/4
**necessarily [1]** 4/21
**need [4]** 6/4 17/17 17/25 23/11
**needs [2]** 9/5 18/10
**next [3]** 11/11 19/20 22/4
**nice [3]** 3/10 4/6 4/9
**NIKOLETTA [3]** 1/14 3/6 7/11
**nine [1]** 6/16
**no [33]**
**nobody [1]** 18/10
**non [1]** 18/20
**non-meritorious [1]** 18/20
**noon [2]** 21/21 21/23
**North [2]** 6/22 11/25
**NORTHERN [1]** 1/2
**NOS [1]** 1/4
**not [38]**
**note [5]** 5/12 5/21 10/13 17/20 27/21
**noted [6]** 5/5 6/7 13/9 16/8 16/21 17/5
**nothing [2]** 12/16 12/18
**notice [2]** 15/22 15/22
**notices [2]** 13/19 16/25
**noting [4]** 4/17 5/4 11/4 16/17
**now [18]** 5/7 5/14 8/8 9/3 10/25 12/21 12/24 13/7 13/12 13/13 14/12

15/18 16/1 21/17 24/18 25/17 25/23 26/7
**nuances [1]** 28/15
**number [13]** 3/15 4/17 4/17 5/4 5/17 5/20 9/18 10/1 10/2 10/3 11/15 11/16 14/7
**Numbers [1]** 10/4

**O**

**o'clock [2]** 21/22 21/22
**object [2]** 22/8 22/8
**objected [1]** 14/13
**obligations [1]** 17/8
**obliged [1]** 4/23
**obviously [1]** 24/10
**October [2]** 27/24 28/1
**October 14th [2]** 27/24 28/1
**off [1]** 7/4
**Office [1]** 9/22
**officer [1]** 17/1
**Official [3]** 1/24 30/1 30/17
**often [1]** 4/21
**okay [3]** 20/7 28/11 29/5
**Olin [2]** 5/15 5/15
**once [2]** 24/14 24/14
**one [4]** 4/11 19/6 25/18 27/23
**only [6]** 6/12 7/16 13/3 13/5 13/22 19/6
**open [4]** 2/9 24/11 24/14 25/13
**operative [20]** 16/18 18/23 19/4 19/9 20/8 20/15 23/5 23/6 23/14 23/23 24/9 24/10 24/12 24/16 25/2 25/12 25/13 25/24 26/8 26/24
**opined [1]** 8/15
**opinion [11]** 4/13 4/23 5/6 6/7 6/7 8/12 15/10 15/11 15/12 15/19 26/18
**opportunity [1]** 15/2
**oppose [1]** 22/19
**opposed [1]** 15/1
**order [10]** 9/21 11/11 11/22 11/22 12/20 13/12 27/21 28/3 28/9 29/6
**originally [1]** 6/15
**other [10]** 5/14 8/2 8/4 8/17 10/12 14/11 18/8 24/17 27/15 27/16
**our [9]** 2/13 4/7 16/6 16/10 16/11 16/13 17/7 17/8 28/23
**out [9]** 4/3 10/13 11/1 16/21 23/16 26/19 27/17 27/23 27/24
**over [1]** 8/7
**Overlapping [1]** 24/21
**own [1]** 14/25

**P**

**P. [1]** 1/16
**page [3]** 19/16 21/25 30/9
**pages [8]** 15/1 18/1 18/2 18/4 18/5 18/10 20/3 21/16
**pandemic [1]** 2/12
**paper [12]** 4/17 5/4 5/17 5/20 9/18 10/1 10/3 10/4 11/14 11/16 14/7 20/13
**part [1]** 27/4
**partially [3]** 16/7 16/13 16/15
**particularly [2]** 24/23 26/24
**parties [3]** 3/25 15/6 17/11
**party [3]** 5/9 19/7 22/12
**passing [1]** 18/25
**Patel [5]** 2/3 3/2 10/1 11/12 11/17
**pending [3]** 8/7 9/1 9/23
**Pension [2]** 6/23 11/25
**per [2]** 5/15 23/7
**percent [1]** 7/3
**period [1]** 19/22
**permission [1]** 23/8
**permit [2]** 4/25 6/11
**permitted [2]** 13/2 13/22
**Phase [1]** 2/12
**phone [1]** 3/22
**phrase [1]** 15/21
**pick [1]** 9/21
**place [1]** 23/13
**Plaintiff [24]** 3/5 3/6 3/14 3/17 5/8 6/10 7/9 9/8 9/25 10/8 11/20 11/23 12/1 12/17 13/14 13/16 13/25 15/4 16/3 17/8 18/9 19/20 19/25 27/22
**Plaintiff's [3]** 8/9 12/13 13/24
**plaintiffs [8]** 1/11 6/21 8/24 13/2 20/12 26/1 27/4 28/9
**Plank [15]** 3/19 3/20 5/15 5/16 5/19 5/22 5/25 6/13 7/23 8/7 9/11 11/6 13/6 16/25 17/3
**played [1]** 16/21
**playing [1]** 18/15
**plays [1]** 11/1
**please [2]** 2/15 2/17
**pleasure [1]** 16/2
**PLSRA [1]** 19/8
**point [36]**
**position [5]** 17/20 19/14 20/20 22/10 23/12
**posture [7]** 6/18 6/20 6/25 14/21 16/20 25/22 25/23

**postures [1]** 7/13
**Powell [3]** 4/5 4/6 9/19
**precautions [1]** 2/11
**precedent [1]** 28/19
**precluded [1]** 11/4
**preference [1]** 18/3
**preliminarily [1]** 19/13
**preliminary [1]** 15/7
**premature [1]** 14/15
**prepared [1]** 9/3
**preparing [1]** 11/10
**present [3]** 3/18 27/3 27/16
**presented [1]** 8/14
**presently [1]** 13/20
**presumably [2]** 5/23 28/4
**pretty [4]** 9/6 18/12 20/2 21/10
**previously [6]** 6/5 9/16 11/21 12/1 27/20 29/7
**principles [1]** 14/16
**prior [7]** 7/17 13/23 14/1 17/23 25/5 26/17 26/23
**Private [4]** 13/21 14/16 21/1 22/24
**probably [1]** 20/22
**problem [2]** 20/5 20/5
**procedural [16]** 6/18 6/20 6/25 7/13 11/9 14/21 16/9 16/17 16/20 17/10 22/3 22/8 22/21 23/6 25/22 25/23
**procedurally [3]** 23/22 27/4 27/10
**Procedure [1]** 8/11
**proceed [2]** 23/16 28/22
**proceeded [1]** 23/17
**proceeding [2]** 4/19 7/16
**proceedings [4]** 2/13 8/19 14/18 30/8
**productive [1]** 29/8
**Professional [1]** 30/4
**pronouncing [1]** 3/7
**proposed [3]** 15/4 17/8 28/3
**provision [1]** 19/1
**PSLRA [3]** 23/7 26/2 26/10
**PSLRA's [1]** 18/25
**purposes [4]** 5/12 5/21 8/21 11/2
**pursuant [4]** 2/10 8/10 13/21 30/7
**put [2]** 23/12 26/4

**Q**

**question [4]** 19/6 20/16 20/16 20/18
**quickest [1]** 26/14
**quickly [5]** 18/12 19/17 20/2 21/10 21/14

**quit [1]** 21/5
**quite [1]** 25/8

**R**

**R. [2]** 1/12 1/18
**raise [1]** 16/12
**raised [4]** 12/4 13/8 13/16 16/8
**raising [1]** 22/9
**rather [1]** 12/11
**RDB [6]** 1/4 2/3 2/4 2/5 2/16 3/3
**RDB-17-0388 [3]** 1/4 2/3 2/16
**RDB-19-3209 [2]** 2/4 3/3
**RDB-19-3581 [1]** 2/5
**RE [5]** 1/3 2/2 2/15 4/13 15/11
**read [1]** 14/18
**really [15]** 14/12 16/19 17/25 18/17 18/21 19/2 22/8 22/8 22/15 22/17 25/1 26/21 26/25 27/18 28/14
**Realtime [1]** 30/5
**reason [4]** 21/8 21/8 21/9 25/21
**reasonably [5]** 6/19 6/24 7/8 7/12 7/23
**reasoning [1]** 18/11
**reasons [4]** 9/16 11/8 11/18 27/7
**received [2]** 13/19 16/25
**reconsider [1]** 4/19
**record [9]** 2/10 2/15 2/17 6/3 9/16 10/17 11/8 20/22 27/8
**reference [1]** 17/21
**reflected [1]** 9/16
**Reform [4]** 13/22 14/17 21/1 22/25
**regardless [1]** 27/3
**Registered [1]** 30/4
**regulations [1]** 30/10
**reiterated [1]** 20/21
**relief [7]** 4/15 5/1 8/9 8/13 9/2 9/12 25/4
**remand [4]** 2/7 4/20 4/21 6/8
**remanded [2]** 4/25 5/2
**remember [1]** 26/10
**remote [1]** 2/13
**reopened [1]** 24/13
**reopening [2]** 13/11 17/5
**reply [1]** 18/11
**reported [2]** 1/23 30/8
**reporter [7]** 1/24 4/7 4/8 30/1 30/4 30/5 30/17
**request [2]** 13/9 16/6
**requested [3]** 2/7 5/10 25/14
**require [1]** 13/17

**R**

research [1] 27/15
resolve [1] 23/18
respect [9] 3/2 4/18 5/13 10/6 13/8 14/11 15/22 22/22 28/3
respond [5] 16/9 17/15 17/16 18/9 23/11
response [3] 8/24 14/10 22/1
restructuring [1] 18/19
result [2] 2/11 21/1
review [4] 15/13 17/18 18/8 21/18
reviewed [1] 8/22
RICHARD [1] 1/8
right [10] 7/7 7/7 9/10 9/15 17/17 20/10 20/11 22/6 23/21 29/6
road [1] 11/4
Robbins [4] 2/20 7/3 8/23 16/5
Robert [1] 1/12
Robert R. Henssler [1] 1/12
Ronda [4] 1/24 4/8 30/4 30/16
rounds [1] 17/12
Royal [3] 15/11 17/21 26/19
RPR [2] 1/24 30/16
Rudman [1] 8/24
rule [9] 8/10 19/24 20/23 22/11 24/25 25/4 25/9 27/18 28/7
ruled [1] 19/1
rules [6] 8/11 19/8 23/8 23/22 28/16 28/17
ruling [3] 13/23 19/17 19/23
rulings [2] 7/17 26/23

**S**

said [1] 24/15
same [2] 11/18 17/6
Samuel [1] 1/16
Samuel P. Groner [1] 1/16
satisfied [7] 26/15 26/22 27/5 27/16 28/6 28/14 28/18
save [1] 27/14
say [2] 16/18 19/19
saying [5] 19/11 24/7 24/8 24/20 24/23
says [3] 21/12 26/2 26/11
schedule [3] 15/3 15/20 16/15
scheduled [1] 2/6
scheduling [3] 4/12 13/17 28/3
scope [1] 26/9

Scotland [2] 6/23 11/25
Scott [2] 1/18 3/21
Scott R. Haiber [1] 1/18
se [2] 5/15 23/7
SEC [2] 15/22 16/23
second [2] 18/16 27/24
Section [2] 13/3 13/5
SECURITIES [11] 1/3 2/3 2/16 4/14 6/15 13/4 13/19 13/21 17/2 21/1 22/24
Security [1] 14/17
see [5] 20/5 21/7 21/8 21/9 25/10
seek [2] 13/25 23/8
seeking [2] 8/19 17/3
seem [1] 22/21
seems [3] 20/23 21/4 22/9
seen [1] 23/21
semantics [1] 21/3
send [1] 16/10
sent [1] 5/3
separate [1] 23/11
September [12] 1/6 4/16 5/16 8/10 8/14 9/12 14/8 21/20 21/20 21/23 22/7 30/13
September 18th [1] 21/23
September 25 [1] 22/7
September 9 [4] 4/16 8/10 8/14 9/12
series [2] 9/23 12/25
serious [1] 21/17
seriously [2] 17/9 24/3
served [1] 21/5
service [1] 4/1
set [5] 6/4 11/8 15/3 18/15 27/7
shall [2] 27/22 27/25
shopping [1] 12/25
short [1] 16/11
shortly [1] 5/3
should [10] 15/8 15/24 18/1 19/6 19/22 20/21 23/8 23/10 23/12 26/4
side [3] 18/8 19/16 21/24
sides [1] 25/7
significant [1] 16/22
Silverman [1] 2/19
simple [1] 28/20
since [2] 5/13 16/22
Sinclair [2] 1/13 2/19
Sinclair's [1] 17/9
single [1] 23/25
sir [2] 6/1 6/1
sleeping [1] 21/5
slicey [1] 24/24
small [1] 13/4
so [44]
some [2] 2/8 8/8

somehow [1] 9/6
someone [1] 9/21
somewhat [1] 17/19
soon [1] 8/6
sorry [3] 3/7 3/20 12/14
sort [2] 6/4 21/3
sound [1] 18/13
speakers [1] 24/21
speaking [3] 3/23 7/25 10/21
specifically [1] 13/3
specifics [1] 14/7
spelled [1] 3/15
square [1] 25/18
staff [1] 4/1
stake [1] 26/9
starting [1] 4/1
STATES [4] 1/1 2/8 30/5 30/11
statute [2] 23/13 23/23
stay [33]
stayed [1] 13/21
stenographically [1] 30/8
stenographically-reported [1] 30/8
step [2] 8/16 19/20
STEPHEN [2] 1/12 2/20
steps [1] 15/23
Stewart [1] 1/17
still [1] 24/17
Street [1] 1/25
striking [1] 22/20
strongly [1] 22/19
Stuart [1] 2/23
stuck [1] 4/2
subject [1] 17/11
submission [1] 14/19
submissions [1] 8/22
submitted [1] 8/23
such [1] 20/15
suffices [1] 12/21
suggested [5] 13/24 17/13 19/22 28/19 28/23
suggesting [3] 19/15 20/13 24/3
suggestion [1] 12/5
summarize [1] 25/22
summarized [3] 9/17 14/3 14/21
summarizing [4] 6/19 6/25 7/4 7/13
summary [1] 14/20
support [1] 20/20
suppose [1] 19/15
Supreme [1] 4/24
sure [1] 22/15
survived [1] 26/12

**T**

table [1] 6/4
take [1] 17/9
taken [1] 2/11

talking [2] 20/7 20/9
Talotta [8] 1/17 3/22 5/22 6/1 7/23 7/25 7/25 9/13
tangential [1] 8/18
TELEPHONIC [1] 1/9
tell [1] 15/9
terms [15] 4/12 5/23 8/18 8/19 9/7 9/7 11/1 11/3 11/17 12/4 15/18 15/21 17/19 22/20 27/15
than [8] 4/3 10/13 15/16 18/1 18/2 18/10 21/8 21/16
thank [10] 3/8 3/25 8/1 12/23 16/4 16/4 29/5 29/10 29/11 29/13
that [157]
that's [18] 2/4 3/15 7/7 7/7 9/18 13/7 15/8 18/21 19/10 20/11 20/15 22/6 22/24 23/5 23/13 23/24 25/16 28/25
their [5] 4/1 16/23 19/2 26/4 26/7
them [3] 10/16 11/7 26/7
themselves [2] 2/14 2/17
then [27] 3/11 3/14 5/3 5/18 7/15 7/22 9/23 11/20 14/10 15/5 17/22 18/9 18/11 19/18 19/19 19/20 21/24 22/4 22/12 23/17 23/24 25/17 25/21 26/7 26/8 26/25 28/1
theory [1] 27/3
there [44]
there's [25] 8/18 12/19 14/12 16/18 18/16 18/18 18/19 18/19 18/20 19/5 21/3 21/12 21/18 21/19 22/10 22/11 22/12 22/25 23/14 24/3 24/8 24/8 24/10 24/11 26/2
thereafter [2] 5/3 15/6
these [11] 5/7 5/10 5/13 7/16 7/17 9/24 10/6 10/13 25/3 29/7 29/10
they [8] 8/4 16/17 16/24 18/8 19/6 19/9 23/8 26/4
they're [9] 11/2 16/17 20/13 20/19 22/22 23/7 23/20 24/8 24/19
they've [1] 16/20
thing [1] 18/12
think [26] 3/24 6/17 9/6 11/6 12/19 13/17 15/7 15/9 15/11 15/21 17/13 17/17 17/25 18/1 18/4 18/5 19/10 19/21 20/1 20/18 20/18 21/3 25/1 25/2 25/7 27/20
thinking [2] 20/7 23/10

third [20] 5/9 6/11 13/2 13/25 14/14 15/4 15/25 19/21 19/21 22/12 22/13 22/13 22/23 24/11 26/1 26/4 26/17 27/22 27/25 28/25
third-party [2] 5/9 22/12
this [88]
Thomas [5] 1/24 4/8 4/9 30/4 30/16
Thompson [1] 2/19
those [10] 2/15 5/22 5/24 6/2 8/2 8/4 11/9 11/10 25/15 25/20
thought [3] 4/3 14/25 15/3
three [6] 5/7 5/10 5/13 7/16 11/10 25/18
through [1] 24/24
thumb [1] 28/14
time [7] 21/6 22/5 23/11 27/9 27/14 28/13 28/24
today [11] 2/25 6/5 9/20 9/20 9/21 13/10 14/17 21/9 24/6 27/23 28/9
topic [1] 17/18
track [1] 29/10
transcript [2] 30/8 30/9
translates [2] 27/23 27/24
trial [1] 11/3
true [1] 30/7
try [1] 16/10
trying [13] 20/2 20/6 20/20 21/4 24/1 24/24 24/25 25/6 25/22 27/1 27/8 27/9 27/14
turn [1] 22/5
turned [1] 4/3
twisting [1] 23/20
two [11] 5/5 5/14 7/15 7/17 8/2 8/4 10/13 15/1 18/16 19/16 20/3
two-page [1] 19/16

**U**

U.S [1] 27/11
U.S.C [2] 13/5 30/7
under [29] 1/3 2/2 2/3 2/4 2/5 2/15 2/22 3/2 3/19 4/13 5/15 5/20 6/12 7/18 8/6 8/25 9/11 10/3 10/15 11/6 13/3 13/6 13/19 14/13 14/16 16/24 17/2 20/14 25/4
UNDER ARMOUR [1] 1/3
underlying [1] 18/16
understand [16] 10/18 10/20 19/13 20/6 21/3 21/13 22/2 22/9 22/17 22/17 22/19 23/1 23/3 24/8 24/19 24/22

**U**

**understanding [1]** 10/16
**underwriter [1]** 6/17
**unique [1]** 16/19
**UNITED [4]** 1/1 2/7 30/5 30/11
**unmistakeable [1]** 19/2
**unnecessary [1]** 19/5
**unprecedented [1]** 23/9
**unpublished [1]** 4/23
**unrelated [1]** 10/14
**untenable [1]** 23/9
**until [2]** 19/4 26/12
**up [4]** 8/13 9/22 15/3 26/22
**upon [5]** 7/17 8/12 9/2 11/5 27/7
**upside [1]** 23/20
**us [3]** 12/16 17/5 17/14

**V**

**various [3]** 28/15 28/16 29/7
**Venable [1]** 2/23
**versus [7]** 2/3 2/4 2/5 3/2 5/15 5/16 15/12
**very [9]** 10/14 17/9 19/17 20/23 25/22 26/11 29/5 29/11 29/12
**view [29]** 6/20 6/21 7/1 7/9 7/12 7/15 7/18 7/22 8/12 8/14 9/1 9/7 9/8 9/10 10/7 10/10 10/15 10/23 12/7 12/10 14/4 14/22 16/3 20/4 20/22 26/23 28/8 28/21 29/2
**violate [2]** 18/24 19/7
**violating [1]** 23/7
**violations [1]** 17/4
**violative [1]** 22/24

**W**

**W-A-R-O-N-K-E-R [2]** 2/5 3/15
**wade [1]** 28/15
**want [6]** 3/25 10/17 15/17 21/16 21/21 21/25
**wanted [1]** 16/12
**Wareham [26]** 1/16 2/24 7/19 7/20 7/21 9/14 10/12 10/12 10/20 10/22 11/4 14/10 14/20 15/19 18/6 18/13 18/15 20/4 20/6 21/12 21/24 22/2 22/7 24/12 24/22 29/2
**Waronker [9]** 2/4 3/14 3/15 7/9 10/1 10/2 12/11 12/13 12/17
**Waronker --I'm [1]** 12/13
**was [22]** 2/7 4/16 4/20 5/5 5/16 5/18 8/11 12/2

14/7 15/11 15/13 15/13 15/14 15/14 16/6 17/21 17/22 17/23 24/15 25/21 25/23 26/24
**waste [3]** 22/4 27/9 28/13
**way [7]** 2/13 18/7 23/15 23/15 23/21 26/6 26/14
**ways [1]** 16/20
**we [43]**
**we'll [11]** 8/17 9/19 12/5 14/6 14/7 19/18 26/9 28/22 28/23 29/1 29/6
**we're [13]** 2/12 6/10 8/5 10/14 10/15 18/7 20/7 20/9 21/15 21/17 26/5 26/6 28/11
**we've [3]** 3/24 28/10 29/8
**Webb [6]** 1/17 2/23 2/23 7/19 18/6 18/14
**week [6]** 8/23 13/8 14/8 14/9 16/14 22/5
**weeks [1]** 5/5
**well [9]** 7/24 9/6 11/18 12/8 12/12 14/19 15/19 17/10 25/17
**Wells [2]** 15/22 16/25
**were [8]** 7/4 7/5 8/3 8/22 16/22 18/22 19/24 24/18
**what [32]**
**whatever [1]** 18/3
**when [5]** 5/23 7/4 7/5 23/13 28/16
**where [8]** 6/18 7/4 7/13 9/7 13/7 16/17 23/16 27/21
**whether [6]** 15/8 16/17 19/12 20/9 21/2 27/10
**which [27]** 2/7 4/14 4/16 4/24 5/16 5/16 7/5 9/17 10/2 11/14 13/11 13/13 13/17 13/19 14/12 15/12 17/4 17/9 17/21 17/23 18/17 19/21 20/25 26/2 26/24 27/23 28/1
**who [4]** 2/24 3/22 4/4 4/7
**who's [1]** 3/20
**whole [1]** 8/3
**why [5]** 18/11 21/8 21/10 22/4 23/2
**will [16]** 2/14 2/24 3/22 9/15 11/9 13/2 13/12 15/9 17/21 20/23 24/18 26/8 26/8 26/11 27/21 28/4
**William [1]** 1/13
**William Sinclair [1]** 1/13
**willing [3]** 15/16 19/16 21/2
**Wisconsin [2]** 27/17 27/19

**within [8]** 15/5 15/5 17/18 19/22 19/23 27/23 27/25 28/1
**without [1]** 27/8
**workable [1]** 18/13
**would [24]** 4/19 5/6 5/12 5/21 6/11 11/17 12/2 13/25 14/16 14/18 14/25 15/20 16/1 18/23 18/24 19/22 19/25 20/16 20/24 21/2 21/5 23/11 23/16 27/6
**wouldn't [1]** 25/12
**write [5]** 17/25 18/2 18/7 18/10 21/25
**writing [2]** 17/16 17/18

**Y**

**Yeah [3]** 16/5 18/3 20/11
**year [2]** 4/14 6/8
**yes [13]** 2/21 3/4 3/10 3/12 6/1 6/1 7/3 7/7 7/14 7/20 7/25 10/22 14/5
**yet [1]** 17/16
**you [68]**
**you'll [2]** 17/5 21/23
**you're [12]** 10/16 11/3 19/11 22/8 22/11 22/16 22/20 22/23 24/3 24/22 25/8 25/8
**you've [4]** 7/3 23/20 23/21 28/19
**your [62]**

**Z**

**zeroing [1]** 29/9