**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | Civil No. RDB-17-388 |
| | CLASS ACTION |
| This Document Relates To: | |
| ALL ACTIONS. | |

**DECLARATION OF JUAN CARLOS SANCHEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL RELIEF FROM THE PSLRA DISCOVERY STAY**

I, JUAN CARLOS SANCHEZ, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and am admitted *pro hac vice* before this Court. I am an associate of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund serving as the Court-appointed Lead Plaintiff in the above-entitled action. I submit this declaration in support of **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL RELIEF FROM THE PSLRA DISCOVERY STAY**. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Aruna Viswanatha & Khadeeja Safdar, *Under Armour Is Subject of Federal Accounting Probe*, Wall Street Journal, Nov. 3, 2019;

Exhibit 2: Under Armour, Inc's Form 8-K dated July 27, 2020;

Exhibit 3: Under Armour, Inc's Form 10-Q for the quarterly period ended June 30, 2020;

Exhibit 4: Excerpts from Under Armour, Inc's Form 8-K dated November 4, 2019;

Exhibit 5: Mark Maurer, *SEC Notice Amounts to 'Declaration of War' – and Under Armour Deals With It*, Wall Street Journal, July 28, 2020;

Exhibit 6: *Under Armour pulls out of two major university sport deals*, Financial Times, June 29, 2020;

Exhibit 7: Ben Bolch, *UCLA sues Under Armour for more than $200 million, citing breach of contract*, LA Times, Aug. 27, 2020;

Exhibit 8: *Under Armour delaying payments to some of its athletes as it deals with the fallout from coronavirus*, CNBC, May 12, 2020;

Exhibit 9: Clara Malley, *Under Armour Reports Flat Revenue Compared to Last Year in Q3*, Hypebeast, Nov. 2, 2020; and

Exhibit 10: Chris Burns, *Is $UAA and $UA Under Armour Stock on Path to 1 Dollar and What Happens Then?*, Arch, Mar. 29, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of November, 2020, at San Diego, California.

s/ JUAN CARLOS SANCHEZ
JUAN CARLOS SANCHEZ

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 5, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ JUAN CARLOS SANCHEZ

JUAN CARLOS SANCHEZ

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: jsanchez@rgrdlaw.com

# Mailing Information for a Case 1:17-cv-00388-RDB In re Under Armour Securities Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Abelson**
  aabelson@zuckerman.com,dvermilye@zuckerman.com,creilly@zuckerman.com,cvandergriff@zuckerman.com
- **Matthew I Alpert**
  malpert@rgrdlaw.com,MAlpert@ecf.courtdrive.com
- **Stephen R Astley**
  sastley@rgrdlaw.com,e_file_fl@rgrdlaw.com
- **Austin P Brane**
  abrane@rgrdlaw.com,karenc@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Amanda F Davidoff**
  davidoffa@sullcrom.com,amanda-davidoff-7764@ecf.pacerpro.com
- **Mark J. Dearman**
  mdearman@rgrdlaw.com,9825585420@filings.docketbird.com,tseymore@rgrdlaw.com,e_file_fl@rgrdlaw.com
- **Eric Robert Delinsky**
  edelinsky@zuckerman.com
- **Aitan Goelman**
  agoelman@zuckerman.com
- **Samuel P Groner**
  samuel.groner@friedfrank.com,ManagingAttorneysDepartment@friedfrank.com
- **Scott R Haiber**
  scott.haiber@hoganlovells.com,james.tansey@hoganlovells.com
- **Robert R Henssler , Jr**
  bhenssler@rgrdlaw.com,cbarrett@rgrdlaw.com,MarkS@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Christopher R Kinnon**
  ckinnon@rgrdlaw.com,CKinnon@ecf.courtdrive.com
- **Thomas Joseph Minton**
  tminton@charmcitylegal.com
- **Maureen E Mueller**
  mmueller@rgrdlaw.com
- **Pierce Christopher Murphy**
  pmurphy@mdattorney.com,dlawal@mdattorney.com,e_file@mdattorney.com,dfarmer@mdattorney.com
- **Kirtan Patel**
  nikoletta.mendrinos@murphyfalcon.com

- **Charles J Piven**
  piven@browerpiven.com

- **Nicholas Ian Porritt**
  nporritt@zlk.com

- **Jack Reise**
  jreise@rgrdlaw.com,e_file_fl@rgrdlaw.com,mmueller@rgrdlaw.com

- **Juan Carlos Sanchez**
  JSanchez@rgrdlaw.com,jsanchez@ecf.courtdrive.com

- **Elizabeth A Shonson**
  eshonson@rgrdlaw.com

- **William Nelson Sinclair**
  bsinclair@mdattorney.com,rscaffidi@mdattorney.com,dlawal@mdattorney.com,e_file@mdattorney.com

- **Daniel Stephen Sommers**
  dsommers@cohenmilstein.com,efilings@cohenmilstein.com

- **Michael P Sternheim**
  michael.sternheim@friedfrank.com

- **Jon Myer Talotta**
  jon.talotta@hoganlovells.com

- **Steven J Toll**
  stoll@cohenmilstein.com,efilings@cohenmilstein.com

- **Yelena Trepetin**
  yelena@samek-law.com

- **James D Wareham**
  James.Wareham@friedfrank.com,ManagingAttorneysDepartment@friedfrank.com

- **G Stewart Webb , Jr**
  gswebb@venable.com,dmvermette@venable.com

- **Andrew C White**
  awhite@mdattorney.com,rscaffidi@mdattorney.com

- **Michael Jackman Wilson**
  MJWilson@Venable.com,BALitigationDocketing@venable.com,SABurke@Venable.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`