**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | Civil No. RDB-17-388 |
| This Document Relates To: ALL ACTIONS. | |

**DECLARATION OF SAMUEL P. GRONER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED THIRD AMENDED COMPLAINT**

I, Samuel P. Groner, do hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a partner of the law firm Fried, Frank, Harris, Shriver & Jacobson LLP. My firm represents defendant Under Armour, Inc. ("Under Armour") in the above-styled action. Defendant Under Armour, together with Kevin A. Plank, are hereinafter referred to as the "Defendants."

2. I submit this Declaration in support of Defendants' motion to dismiss Plaintiffs' Consolidated Third Amended Complaint, dated December 4, 2020.

3. I have personal knowledge of the facts stated herein, and I am competent to testify to the matters set forth below.

4. Attached as Exhibit 1 is a true and correct copy of Under Armour's Annual Report for the fiscal year ending December 31, 2016, filed with the U.S. Securities and Exchange Commission (the "SEC") on Form 10-K on February 23, 2017.

5. Attached as Exhibit 2 is a true and correct copy of a transcript of a presentation given by Under Armour on September 16, 2015.

6. Attached as Exhibit 3 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on October 22, 2015.

7. Attached as Exhibit 4 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on January 28, 2016.

8. Attached as Exhibit 5 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on April 21, 2016.

9. Attached as Exhibit 6 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on July 26, 2016.

10. Attached as Exhibit 7 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on May 31, 2016.

11. Attached as Exhibit 8 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on October 25, 2016.

12. Attached as Exhibit 9 is a true and correct copy of a transcript of an earnings call held by Under Armour on October 25, 2016.

13. Attached as Exhibit 10 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on January 31, 2017.

14. Attached as Exhibit 11 is a true and correct copy of a transcript of an earnings call held by Under Armour on January 31, 2017.

15. Attached as Exhibit 12 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on February 13, 2018.

16. Attached as Exhibit 13 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on February 12, 2019.

17. Attached as Exhibit 14 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on February 11, 2020

18. Attached as Exhibit 15 is a true and correct copy of Under Armour's Quarterly Report for the three months ending June 30, 2016, filed with the SEC on Form 10-Q on August 3, 2016.

19. Attached as Exhibit 16 is a true and correct copy of Under Armour's Annual Report for the fiscal year ending December 31, 2015, filed with the SEC on Form 10-K on February 22, 2016.

20. Attached as Exhibit 17 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on March 4, 2016.

21. Attached as Exhibit 18 is a true and correct copy of Under Armour's Annual Report for the fiscal year ending December 31, 2014, filed with the SEC on Form 10-K on February 20, 2015.

22. Attached as Exhibit 19 is a true and correct copy of a transcript of an earnings call held by Under Armour on January 28, 2016.

23. Attached as Exhibit 20 is a true and correct copy of a transcript of an earnings call held by Under Armour on July 26, 2016.

24. Attached as Exhibit 21 is a true and correct copy of a transcript of an earnings call held by Under Armour on April 21, 2016.

25. Attached as Exhibit 22 is a true and correct copy of Under Armour's Current Report, filed with the SEC on Form 8-K on August 1, 2017.

Dated: December 4, 2020

Samuel P. Groner
samuel.groner@friedfrank.com