IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In re UNDER ARMOUR                     *
SECURITIES LITIGATION                               Civil Action No. RDB-17-388
                                       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM OPINION

For the reasons set forth in the foregoing Memorandum Opinion, it is HEREBY ORDERED this 18th Day of May, 2021 that:

1. Defendants' Motion to Dismiss (ECF No. 159) is DENIED;

2. The Clerk of the Court shall transmit a copy of this Order to counsel of record.

_____/s/_____

Richard D. Bennett
United States District Judge