**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

In re Under Armour Securities Litigation *

**Plaintiff,** *

**v.** **Case No.** RDB-17-388 *

**Defendant.** *

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☐ Exhibit ________ which is an attachment to ____________________

will be electronically filed under seal within 24 hours of the filing of this Notice.

☒ Declaration of Matthew I. Alpert in Support of Plaintiffs' Motion for Class Certification

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by electronic mail and secure file transfer..

12/01/2021
Date

Signature

Matthew Alpert (admitted pro hac vice)
Printed Name and Bar Number

655 W. Broadway, Ste. 1900, San Diego, CA 92101
Address

MAlpert@rgrdlaw.com
Email Address

619/231-1058
Telephone Number

619/231-7423
Fax Number