**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

In re Under Armour Securities Litigation *

**Plaintiff,** *

v. * **Case No.** RDB-17-388

n/a *

**Defendant.** *

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

**Check one.**

☐ Exhibit ________ which is an attachment to ______________________________

______________________________________________

will be electronically filed under seal within 24 hours of the filing of this Notice.

☒ Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by electronic mail.

February 22, 2022
Date

/s/ Michael J. Wilson
Signature

Michael J. Wilson, Bar No. 18970
Printed Name and Bar Number

750 E. Pratt St., Ste. 900
Address

mjwilson@venable.com
Email Address

410-244-7614
Telephone Number

410-244-7742
Fax Number

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 22, 2022, I caused Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification, the supporting Declaration of Samuel P. Groner and all exhibits thereto, and a [Proposed] Order to be electronically filed with the Clerk's office via CM/ECF and simultaneously served on all counsel of record via CM/ECF.

I FURTHER CERTIFY that courtesy copies of these documents will be delivered to the Clerk's office within 2 business days of filing.

*/s/*
Michael J. Wilson