Exhibit 1 to the Declaration of Samuel P. Groner in Support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund (Class A)** | 01/27/2016 | 11,613 | $35.45 | $411,712.37 | 04/05/2018 | 31,767 | $17.42 | $553,508.21 | |
| | 02/03/2016 | 4,759 | $41.28 | $196,447.10 | 07/23/2018 | 46,772 | $21.48 | $1,004,746.75 | |
| | 02/04/2016 | 6,266 | $41.07 | $257,326.90 | 01/28/2019 | 16,774 | $21.21 | $355,824.40 | |
| | 02/05/2016 | 21,888 | $40.22 | $880,271.77 | 01/29/2019 | 873 | $20.87 | $18,215.15 | |
| | 02/08/2016 | 5,837 | $37.01 | $216,027.58 | 01/29/2019 | 17,173 | $21.01 | $360,747.53 | |
| | 02/10/2016 | 7,963 | $38.71 | $308,256.65 | 01/30/2019 | 1,747 | $20.92 | $36,538.51 | |
| | 02/11/2016 | 2,948 | $37.07 | $109,276.76 | 01/30/2019 | 18,446 | $20.93 | $386,091.68 | |
| | 02/12/2016 | 4,375 | $38.81 | $169,803.21 | 01/31/2019 | 9,576 | $20.74 | $198,566.98 | |
| | 02/16/2016 | 6,836 | $40.97 | $280,051.88 | 01/31/2019 | 741 | $20.51 | $15,194.21 | |
| | 02/19/2016 | 7,795 | $41.27 | $321,733.72 | 02/01/2019 | 20,403 | $20.61 | $420,604.23 | |
| | 02/22/2016 | 3,312 | $41.78 | $138,370.38 | 02/04/2019 | 36,074 | $20.69 | $746,230.23 | |
| | 02/23/2016 | 8,792 | $41.50 | $364,909.88 | 02/05/2019 | 19,383 | $20.91 | $405,387.67 | |
| | 02/24/2016 | 1,763 | $41.46 | $73,087.11 | 02/05/2019 | 26,711 | $20.99 | $560,685.37 | |
| | 02/29/2016 | 3,016 | $43.32 | $130,644.90 | 02/07/2019 | 21,498 | $20.50 | $440,767.04 | |
| | 03/07/2016 | 2,722 | $42.92 | $116,825.78 | 02/07/2019 | 85,171 | $20.43 | $1,740,110.99 | |
| | 03/08/2016 | 3,269 | $42.19 | $137,923.17 | 02/08/2019 | 34,541 | $20.65 | $713,347.88 | |
| | 03/09/2016 | 2,210 | $40.86 | $90,308.88 | 02/08/2019 | 93,609 | $20.63 | $1,930,685.63 | |
| | 03/09/2016 | 11,998 | $41.24 | $494,748.78 | 02/11/2019 | 5,888 | $21.02 | $123,772.77 | |
| | 03/10/2016 | 6,835 | $41.73 | $285,242.14 | 02/11/2019 | 16,266 | $21.01 | $341,771.43 | |
| | 03/15/2016 | 3,268 | $41.75 | $136,450.59 | 02/12/2019 | 31,385 | $21.57 | $676,905.37 | |
| | 03/16/2016 | 572 | $41.30 | $23,625.90 | 02/12/2019 | 125,100 | $21.88 | $2,736,594.03 | |
| | 04/15/2016 | 14,880 | $42.40 | $630,950.69 | 02/13/2019 | 26,883 | $22.17 | $595,886.80 | |
| | 04/18/2016 | 8,958 | $43.32 | $388,103.56 | | | | | |
| | 04/19/2016 | 2,958 | $43.96 | $130,028.95 | | | | | |
| | 04/20/2016 | 11,375 | $43.93 | $499,756.08 | | | | | |
| | 04/22/2016 | 3,413 | $46.74 | $159,534.20 | | | | | |
| | 04/25/2016 | 2,275 | $46.48 | $105,747.46 | | | | | |
| | 04/26/2016 | 15,641 | $46.75 | $731,232.38 | | | | | |
| | 04/27/2016 | 3,014 | $45.07 | $135,835.86 | | | | | |
| | 04/29/2016 | 2,997 | $43.70 | $130,983.59 | | | | | |
| | 05/02/2016 | 5,119 | $43.67 | $223,571.30 | | | | | |
| | 05/03/2016 | 9,953 | $42.76 | $425,559.43 | | | | | |
| | 05/04/2016 | 43,317 | $40.07 | $1,735,807.49 | | | | | |
| | 05/13/2016 | 64,300 | $37.35 | $2,401,750.64 | | | | | |
| | 06/02/2016 | 17,148 | $36.58 | $627,327.00 | | | | | |
| | 06/03/2016 | 17,147 | $36.55 | $626,649.12 | | | | | |
| | 06/06/2016 | 7,613 | $36.80 | $280,121.86 | | | | | |
| | 06/07/2016 | 7,668 | $37.53 | $287,759.34 | | | | | |
| | 06/08/2016 | 12,770 | $38.69 | $494,124.92 | | | | | |
| | 06/09/2016 | 8,661 | $38.63 | $334,604.73 | | | | | |
| | 06/10/2016 | 10,393 | $38.55 | $400,638.72 | | | | | |
| | 12/09/2016 | 18,002 | $32.94 | $593,065.09 | | | | | |
| | 12/12/2016 | 34,796 | $31.98 | $1,112,689.09 | | | | | |
| | 12/13/2016 | 28,862 | $32.59 | $940,716.48 | | | | | |
| | 12/14/2016 | 16,144 | $31.85 | $514,134.74 | | | | | |
| | 04/27/2017 | 4,033 | $21.36 | $86,141.25 | | | | | |
| | 04/27/2017 | 45,484 | $21.57 | $980,880.65 | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 04/28/2017 | 1,219 | $21.62 | $26,356.24 | | | | | |
| | 04/28/2017 | 60,642 | $21.50 | $1,303,524.05 | | | | | |
| | 05/01/2017 | 1,699 | $20.95 | $35,586.23 | | | | | |
| | 05/01/2017 | 50,367 | $21.15 | $1,065,065.62 | | | | | |
| | 05/02/2017 | 27,896 | $20.97 | $585,018.17 | | | | | |
| | | **686,781** | | **$23,136,310.35** | | **686,781** | | **$14,362,182.83** | **($8,774,127.53)** |
| **Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund (Class C)** | 4/8/2016 (spin-off) | 576 | $43.71 | $25,179.41 | 04/15/2016 | 15,024 | $41.11 | $617,638.02 | |
| | 4/8/2016 (spin-off) | 1,776 | $43.71 | $77,607.17 | 04/18/2016 | 9,045 | $41.85 | $378,545.56 | |
| | 4/8/2016 (spin-off) | 2,226 | $43.71 | $97,284.09 | 04/19/2016 | 2,986 | $42.66 | $127,386.48 | |
| | 4/8/2016 (spin-off) | 2,741 | $43.71 | $119,822.31 | 04/20/2016 | 11,485 | $42.86 | $492,244.54 | |
| | 4/8/2016 (spin-off) | 2,969 | $43.71 | $129,770.82 | 04/22/2016 | 3,445 | $44.69 | $153,974.76 | |
| | 4/8/2016 (spin-off) | 3,037 | $43.71 | $132,764.17 | 04/25/2016 | 2,297 | $44.38 | $101,955.45 | |
| | 4/8/2016 (spin-off) | 3,291 | $43.71 | $143,857.20 | 04/26/2016 | 15,792 | $43.90 | $693,267.99 | |
| | 4/8/2016 (spin-off) | 3,292 | $43.71 | $143,901.22 | 04/27/2016 | 3,043 | $42.29 | $128,721.79 | |
| | 4/8/2016 (spin-off) | 3,336 | $43.71 | $145,794.08 | 04/29/2016 | 3,030 | $40.56 | $122,916.75 | |
| | 4/8/2016 (spin-off) | 4,406 | $43.71 | $192,587.29 | 05/02/2016 | 5,168 | $39.95 | $206,504.50 | |
| | 4/8/2016 (spin-off) | 4,793 | $43.71 | $209,490.95 | 05/03/2016 | 10,050 | $39.66 | $398,609.16 | |
| | 4/8/2016 (spin-off) | 5,878 | $43.71 | $256,944.46 | 05/04/2016 | 47,579 | $37.08 | $1,764,450.01 | |
| | 4/8/2016 (spin-off) | 6,310 | $43.71 | $275,829.02 | | | | | |
| | 4/8/2016 (spin-off) | 6,884 | $43.71 | $300,876.37 | | | | | |
| | 4/8/2016 (spin-off) | 6,885 | $43.71 | $300,920.39 | | | | | |
| | 4/8/2016 (spin-off) | 7,850 | $43.71 | $343,135.52 | | | | | |
| | 4/8/2016 (spin-off) | 8,020 | $43.71 | $350,530.87 | | | | | |
| | 4/8/2016 (spin-off) | 8,854 | $43.71 | $387,023.41 | | | | | |
| | 4/8/2016 (spin-off) | 11,695 | $43.71 | $511,203.70 | | | | | |
| | 4/8/2016 (spin-off) | 12,083 | $43.71 | $528,151.38 | | | | | |
| | 4/8/2016 (spin-off) | 22,043 | $43.71 | $963,508.70 | | | | | |
| | | **128,946** | | **$5,636,182.52** | | **128,946** | | **$5,186,215.00** | **($449,967.52)** |
| **Movant's Total** | | **815,727** | | **$28,772,492.88** | | **815,727** | | **$19,548,397.83** | ***($9,224,095.05)*** |

*Class A prices are adjusted for the 4/8/2016 spin-off with an adjustment ratio of 0.516576.
Class C shares and prices are adjusted for the 6/16/2016 stock dividend with an adjustment ratio of 1.007098.

Prices listed are rounded up to two decimal places.