**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

In re Under Armour Securities Litigation *

**Plaintiff,**

*

v. **Case No.** RDB-17-388

*

n/a

**Defendant.** *

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

**Check one.**

☒ Exhibit 12 which is an attachment to the Declaration of Samuel P. Groner in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐ ______________________________

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by electronic mail.

February 22, 2022
Date

/s/ Michael J. Wilson
Signature

Michael J. Wilson, Bar No. 18970
Printed Name and Bar Number

750 E. Pratt St., Ste. 900
Address

mjwilson@venable.com
Email Address

410-244-7614
Telephone Number

410-244-7742
Fax Number