**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | ) | Civil No. RDB-17-388 |
| This Document Relates To: | ) | |
| ALL ACTIONS. | ) | |

**[PROPOSED] ORDER**

This Court, having considered the Motion for Class Certification (ECF No. 197, and hereinafter the "Motion") filed by lead plaintiff Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund and plaintiffs Monroe County Employees' Retirement System and KBC Asset Management NV (collectively, "Plaintiffs"), the opposition thereto filed by Defendants Under Armour, Inc. and Kevin A. Plank (ECF No. 222), any reply memorandum filed by Plaintiffs, and the arguments of counsel at the hearing on the Motion (if any), it is this ____ day of _________________, 2022, hereby,

**ORDERED**, that the Motion ought to be, and the same hereby is, **DENIED.**

**IT IS SO ORDERED**.

_______________________________________

The Honorable Richard D. Bennett
United States District Judge for the District of Maryland