IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) | Civil No. RDB-17-388 |

JOINT STIPULATION AND [PROPOSED] ORDER
MODIFYING SCHEDULING ORDER

Lead Plaintiff Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund, plaintiff Monroe County Employees' Retirement System, and plaintiff KBC Asset Management NV (collectively, "Plaintiffs"), and defendants Under Armour, Inc. and Kevin Plank (collectively, "Defendants") hereby stipulate and agree as follows:

WHEREAS, the Court entered a Scheduling Order on May 28, 2021 setting forth deadlines to govern proceedings in this matter [ECF No. 176] (the "Scheduling Order");

WHEREAS, pursuant to the parties' joint request, the Court issued an order on December 14, 2021 modifying certain deadlines in the Scheduling Order related to Plaintiffs' motion for class certification [ECF No. 208], which order did not modify any other deadlines set forth in the Scheduling Order;

WHEREAS, the Scheduling Order provides that the deadline for substantial completion of Defendants' document productions is February 28, 2022 and the non-expert discovery cut-off (including fact depositions) is July 29, 2022;

WHEREAS, the parties have been working diligently and cooperatively to adhere to their respective discovery obligations and deadlines;

- 1 -

WHEREAS, to date, Defendants have produced over 50,000 documents (over 245,000 pages);

WHEREAS, in light of the anticipated volume of discovery in this matter, the parties anticipate the need for a five-month extension of the deadlines for substantial completion of Defendants' document productions and for non-expert discovery (including fact depositions); and

WHEREAS, certain other deadlines set forth in the Scheduling Order (such as the deadlines for matters related to expert discovery and dispositive motions) are dependent upon the completion of non-expert discovery;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an Order as follows:

1. The Scheduling Order shall be amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for Substantial Completion of Defendants' Document Productions | February 28, 2022 | July 29, 2022 |
| Deadline for Parties to Submit to the Court a Report Regarding Deposition Hours | February 28, 2022 | July 29, 2022 |
| Non-Expert Discovery Cut-Off (including fact depositions) | July 29, 2022 | December 30, 2022 |
| Plaintiffs' Expert Disclosure (including expert reports) | August 31, 2022 | January 31, 2023 |
| Defendants' Expert Disclosure (including expert reports) | October 12, 2022 | March 13, 2023 |
| Plaintiffs' Rebuttal Expert Disclosure | November 11, 2022 | April 11, 2023 |
| Expert Discovery Cut-Off (including expert depositions) | November 30, 2022 | April 28, 2023 |
| Dispositive Motions and Challenges to Experts due | January 13, 2023 | June 13, 2023 |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Responses to Dispositive Motions and Challenges to Experts due | February 24, 2023 | July 24, 2023 |
| Replies to Dispositive Motions and Challenges to Experts due | March 31, 2023 | August 31, 2023 |

2. In all other respects, the Scheduling Order shall remain in full force and effect, and this order shall have no effect on any of the deadlines set forth therein other than the deadlines for events set forth in the chart above. For the avoidance of doubt, this order shall have no effect on the deadlines set forth in the order that the Court issued on December 14, 2021 modifying certain deadlines in the Scheduling Order related to Plaintiffs' motion for class certification.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: February 14, 2022

Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP

*s/ Stephen R. Astley*
STEPHEN R. ASTLEY

JACK REISE
STEPHEN R. ASTLEY
ELIZABETH A. SHONSON
ANDREW T. REES
SAMUEL C. FELDMAN
MATTHEW A. RICHARD
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
sastley@rgrdlaw.com
eshonson@rgrdlaw.com
arees@rgrdlaw.com
sfeldman@rgrdlaw.com
mrichard@rgrdlaw.com

- 3 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
MARK SOLOMON
ROBERT R. HENSSLER JR.
MATTHEW I. ALPERT
JUAN CARLOS SANCHEZ
CHRISTOPHER R. KINNON
T. ALEXANDER B. FOLKERTH
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
bhenssler@rgrdlaw.com
malpert@rgrdlaw.com
jsanchez@rgrdlaw.com
ckinnon@rgrdlaw.com
afolkerth@rgrdlaw.com

*Lead Counsel for Plaintiffs*

MOTLEY RICE LLC
JOSHUA C. LITTLEJOHN
CHRISTOPHER F. MORIARTY
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)
jlittlejohn@motleyrice.com
cmoriarty@motleyrice.com

*Counsel for KBC Asset Management NV*

VANOVERBEKE, MICHAUD
  & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

*Additional Counsel for Monroe County Employees' Retirement System*

                                        SILVERMAN THOMPSON SLUTKIN
                                            &WHITE LLC
ANDREW C. WHITE, Bar No. 0821
WILLIAM SINCLAIR, Bar No. 28833
PIERCE C. MURPHY, Bar No. 30030
201 North Charles Street, 26th Floor
Baltimore, MD  21201
Telephone:  410/385-2225
410/547-2432 (fax)
awhite@mdattorney.com
bsinclair@mdattorney.com
pmurphy@mdattorney.com

*Local Counsel*

DATED:  February 14, 2022            VENABLE LLP

                                        *s/ G. Stewart Webb, Jr.*
                                    G. STEWART WEBB, JR. (Bar No. 00828)

MICHAEL J. WILSON (Bar No. 18970)
750 East Pratt Street, Suite 900
Baltimore, MD  21202
Telephone:  410/244-7400
410/244-7742 (Fax)
gswebb@venable.com
mjwilson@venable.com

FRIED, FRANK, HARRIS,
  SHRIVER & JACOBSON LLP
JAMES D. WAREHAM (Bar No. 22890)
801 17th Street, NW
Washington, DC  20006
Telephone:  202/639-7000
202/639-7003 (fax)
james.wareham@friedfrank.com

- 5 -

>FRIED, FRANK, HARRIS,
>  SHRIVER & JACOBSON LLP
>SAMUEL P. GRONER (*pro hac vice*)
>MICHAEL P. STERNHEIM (*pro hac vice*)
>ANNE S. AUFHAUSER
>One New York Plaza
>New York, NY  10004
>Telephone:  212/859-8000
>212/859-4000 (fax)
>samuel.groner@friedfrank.com
>michael.sternheim@friedfrank.com
>anne.aufhauser@friedfrank.com
>
>*Counsel for Defendant Under Armour, Inc.*

DATED:  February 14, 2022              HOGAN LOVELLS US LLP


>                    *s/ Scott R. Haiber*
>     _____
>       SCOTT R. HAIBER (Bar No. 25947)
>
>100 International Drive, Suite 2000
>Baltimore, MD  21202
>Telephone:  410/659-2700
>410/659-2701 (fax)
>scott.haiber@hoganlovells.com
>
>*Counsel for Defendant Kevin A. Plank*
>
>HOGAN LOVELLS US LLP
>JON M. TALOTTA
>8350 Broad Street, 17th Floor
>Tysons, VA  22102
>Telephone:  703/610-6100
>703/610-6200 (fax)
>jon.talotta@hoganlovells.com

PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
THEODORE V. WELLS, JR. (*pro hac vice*)
LORIN L. REISNER (*pro hac vice*)
HARRIS FISCHMAN (*pro hac vice*)
1285 Avenue of the Americas
New York, NY  10019
Telephone:  212/373-3306
212/492-0306 (fax)
twells@paulweiss.com
lreisner@paulweiss.com
hfischman@paulweiss.com

*Of Counsel*

SO ORDERED THIS <u>14th</u> DAY OF ~~FEBRUARY~~ March 2022.

/s/
_____
HONORABLE RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE