FILED: April 26, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2032
(1:17-cv-00388-RDB)

_____

IN RE: UNDER ARMOUR SECURITIES LITIGATION

_____

ABERDEEN CITY COUNCIL, as Administrating Authority for the North East Scotland Pension Fund; BUCKS COUNTY EMPLOYEES RETIREMENT FUND, Individually and on behalf of all others similarly situated

        Plaintiffs - Appellants

v.

UNDER ARMOUR, INCORPORATED; KEVIN A. PLANK; LAWRENCE P. MOLLOY; BYRON K. ADAMS, JR.; GEORGE W. BODENHEIMER; DOUGLAS E. COLTHARP; KAREN W. KATZ; A. B. KRONGARD; WILLIAM R. MCDERMOTT; ERIC T. OLSON; HARVEY L. SANDERS; JP MORGAN SECURITIES, LLC; MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED; WELLS FARGO SECURITIES, LLC; HSBC SECURITIES (USA) INC.; PNC CAPITAL MARKETS, LLC; BB&T CAPITAL MARKETS; SUNTRUST ROBINSON HUMPHREY, INC.; CITIGROUP GLOBAL MARKETS, INCORPORATED; GOLDMAN SACHS & COMPANY, LLC; REGIONS SECURITIES, LLC; SMBC NIKKO SECURITIES AMERICA, INC.

        Defendants - Appellees

and

ANTHONY W. DEERING; BRAD DICKERSON

      Defendants

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

                                        For the Court--By Direction

                                        /s/ Patricia S. Connor, Clerk