FILED: April 26, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2032
(1:17-cv-00388-RDB)

_____

IN RE: UNDER ARMOUR SECURITIES LITIGATION

_____

ABERDEEN CITY COUNCIL, as Administrating Authority for the North East Scotland Pension Fund; BUCKS COUNTY EMPLOYEES RETIREMENT FUND, Individually and on behalf of all others similarly situated

    Plaintiffs - Appellants

v.

UNDER ARMOUR, INCORPORATED; KEVIN A. PLANK; LAWRENCE P. MOLLOY; BYRON K. ADAMS, JR.; GEORGE W. BODENHEIMER; DOUGLAS E. COLTHARP; KAREN W. KATZ; A. B. KRONGARD; WILLIAM R. MCDERMOTT; ERIC T. OLSON; HARVEY L. SANDERS; JP MORGAN SECURITIES, LLC; MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED; WELLS FARGO SECURITIES, LLC; HSBC SECURITIES (USA) INC.; PNC CAPITAL MARKETS, LLC; BB&T CAPITAL MARKETS; SUNTRUST ROBINSON HUMPHREY, INC.; CITIGROUP GLOBAL MARKETS, INCORPORATED; GOLDMAN SACHS & COMPANY, LLC; REGIONS SECURITIES, LLC; SMBC NIKKO SECURITIES AMERICA, INC.

    Defendants - Appellees

and

ANTHONY W. DEERING; BRAD DICKERSON

    Defendants

---

RULE 42(b) MANDATE

---

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*