IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | ) Civil No. RDB-17-388 <br> ) <br> ) <u>CLASS ACTION</u> <br> ) |
| This Document Relates To: <br><br> ALL ACTIONS. | ) <br> ) <br> ) <br> ) <br> ) |

STIPULATION AND [PROPOSED] ORDER REGARDING NUMBER OF DEPOSITIONS

This Stipulation is entered into between Plaintiffs and Defendants (the "Parties") in the above-captioned action (the "Action"), by and through their undersigned counsel.

WHEREAS, the Parties wish to establish mutual deposition limits, subject to exceptions for good cause, while also limiting the need for Court intervention;

WHEREAS, the Parties understand that the complexity of this Action warrants a deposition limit larger than that set forth in Fed. R. Civ. P. 30(a)(2)(A)(i); and

WHEREAS, the Parties have conferred and reached the agreement set forth below;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned Parties, as follows:

1.  The Parties may exceed the limit on depositions provided in Fed. R. Civ. P. 30(a)(2)(A)(i) without seeking leave of Court, provided, however, that:

- 1 -

      (a)    the Parties are limited to 195 deposition hours per side; and

      (b)    there is no limitation on the total number of depositions either side may take.

    2.    Plaintiffs may exceed the time limitation for a deposition provided in Fed. R. Civ. P. 30(d)(1) in connection with depositions of Defendant Under Armour, Inc. pursuant to Federal Rule of Civil Procedure 30(b)(6). In accordance with Fed. R. Civ. P. 30(d)(1), Plaintiffs shall be entitled to additional time consistent with Fed. R. Civ. P. 26(b)(1) and (2) as needed to fairly examine Defendant Under Armour, Inc. pursuant to Federal Rule of Civil Procedure 30(b)(6); provided, however, that all of the time used in connection with such depositions is subject to, and shall count towards, the aggregate limit of 195 deposition hours per side pursuant to Paragraph 1(a) above.

    3.    Unless explicitly stated otherwise herein, nothing in this Stipulation shall in any way affect the Parties' rights under, or the restrictions or limits imposed by, federal law, the Federal Rules of Civil Procedure or the Local Rules for the U.S. District Court for the District of Maryland.

DATED: July 15, 2022        ROBBINS GELLER RUDMAN
                                                               & DOWD LLP
                                                               MARK SOLOMON
                                                               ROBERT R. HENSSLER JR.
                                                               MATTHEW I. ALPERT
                                                               JUAN CARLOS SANCHEZ
                                                               CHRISTOPHER R. KINNON
                                                               T. ALEX B. FOLKERTH

                                                               s/ ROBERT R. HENSSLER JR.
                                                               ROBERT R. HENSSLER JR.

4858-6697-2455.v2

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
bhenssler@rgrdlaw.com
malpert@rgrdlaw.com
jsanchez@rgrdlaw.com
ckinnon@rgrdlaw.com
afolkerth@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE
STEPHEN R. ASTLEY
ELIZABETH A. SHONSON
ANDREW T. REES
SAMUEL FELDMAN
MATTHEW RICHARD
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
sastley@rgrdlaw.com
eshonson@rgrdlaw.com
arees@rgrdlaw.com
sfeldman@rgrdlaw.com
mrichard@rgrdlaw.com

*Lead Counsel for Plaintiffs*

MOTLEY RICE LLC
JOSHUA C. LITTLEJOHN
CHRISTOPHER F. MORIARTY
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)
jlittlejohn@motleyrice.com
cmoriarty@motleyrice.com

*Counsel for KBC Asset Management NV*

- 3 -

VANOVERBEKE, MICHAUD
 & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

*Additional Counsel for Monroe County Employees' Retirement System*

SILVERMAN THOMPSON SLUTKIN
 & WHITE LLC
ANDREW C. WHITE, Bar No. 0821
WILLIAM SINCLAIR, Bar No. 28833
PIERCE C. MURPHY, Bar No. 30030
400 E. Pratt Street, Suite 900
Baltimore, MD 21201
Telephone: 410/385-2225
410/547-2432 (fax)
awhite@mdattorney.com
bsinclair@mdattorney.com
pmurphy@mdattorney.com

*Local Counsel*

DATED: July 15, 2022

VENABLE LLP
G. STEWART WEBB, JR. (Bar No. 00828)

_____
G. STEWART WEBB, JR.

750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: 410/244-7565
410/244-7742 (fax)
gswebb@venable.com

- 4 -

4858-6697-2455.v2

FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP
JAMES D. WAREHAM (Bar No. 22890)
801 17th Street, NW
Washington, DC 20006
Telephone: 202/639-7000
202/639-7003 (fax)
james.wareham@friedfrank.com

SAMUEL P. GRONER (*pro hac vice*)
MICHAEL P. STERNHEIM (*pro hac vice*)
ANNE S. AUFHAUSER (*pro hac vice*)
One New York Plaza
New York, NY 10004
Telephone: 212/859-8000
212/859-4000 (fax)
Samuel.groner@friedfrank.com
michael.sternheim@friedfrank.com
anne.aufhauser@friedfrank.com

*Counsel for Defendant Under Armour, Inc.*

DATED: July 15, 2022

HOGAN LOVELLS US LLP
SCOTT R. HAIBER (Bar No. 25947)

/s/ Scott Haiber

SCOTT R. HAIBER

100 International Drive
Suite 2000
Baltimore, MD 21202
Telephone: 410/659-2700
410/659-2701 (fax)
scott.haiber@hoganlovells.com

*Counsel for Defendant Kevin A. Plank*

        HOGAN LOVELLS US LLP
        Jon M. Talotta (*pro hac vice*)
        8350 Broad Street
        17th Floor
        Tysons, VA  22102
        Telephone: 703/610-6100
        703/610-6200 (fax)
        jon.talotta@hoganlovells.com

        PAUL, WEISS, RIFKIND, WHARTON
        & GARRISON LLP
        THEODORE V. WELLS, JR. (*pro hac vice*)
        LORIN L. REISNER (*pro hac vice*)
        HARRIS FISCHMAN (*pro hac vice*)
        1285 Avenue of the Americas
        New York, NY  10019
        Telephone: 212/373-3306
        212/492-0306 (fax)
        twells@paulweiss.com
        lreisner@paulweiss.com
        hfischman@paulweiss.com

        *Of Counsel*

\*   \*   \*

## O R D E R

IT IS SO ORDERED.

DATED:   7/19/2022  _____        /s/ _____
                                                                   THE HONORABLE RICHARD D. BENNETT
                                                                   UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 18, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*s/ Robert R. Henssler Jr.*
ROBERT R. HENSSLER JR.