# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | ) Civil No. RDB-17-388 <br> ) <br> ) CLASS ACTION <br> ) |
| This Document Relates To: <br><br> ALL ACTIONS. | ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION AND [PROPOSED] ORDER
## MODIFYING SCHEDULING ORDER

Lead Plaintiff Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund, plaintiff Monroe County Employees' Retirement System, and plaintiff KBC Asset Management NV (collectively, "Plaintiffs"), and defendants Under Armour, Inc. and Kevin Plank (collectively, "Defendants") hereby stipulate and agree as follows:

WHEREAS, the Court entered a Scheduling Order on May 28, 2021 setting forth deadlines to govern proceedings in this matter [ECF No. 176] (the "Scheduling Order");

WHEREAS, pursuant to the parties' joint request, the Court issued an order on December 14, 2021 modifying certain deadlines in the Scheduling Order related to Plaintiffs' motion for class certification [ECF No. 208], which order did not modify any other deadlines set forth in the Scheduling Order;

WHEREAS, on March 14, 2022, the Court entered an order modifying the Scheduling Order [ECF No. 227] (the "Modified Scheduling Order");

WHEREAS, the Modified Scheduling Order provided that the deadline for non-expert discovery (including fact depositions) is December 30, 2022;

WHEREAS, on July 19, 2022, the Court entered an order providing that "[t]he Parties may exceed the limit on depositions provided in Fed. R. Civ. P. 30(a)(2)(A)(i) without seeking leave of Court, provided, however, that (a) the Parties are limited to 195 deposition hours per side; and (b) there is no limitation on the total number of depositions either side may take" [ECF No. 238];

WHEREAS, the parties have been working diligently and cooperatively to adhere to their respective discovery obligations and deadlines;

WHEREAS, the parties have completed 24 depositions to date;

WHEREAS, Plaintiffs have notified Defendants that they intend to take additional depositions (the "Remaining Fact Depositions") and utilize the remainder of the depositions hours, as granted by the Court [ECF No. 238], which the parties have scheduled or are in the process of scheduling;

WHEREAS, in light of the volume of discovery in this matter and the number of expected depositions, as well as scheduling conflicts in connection with the scheduling of depositions, the parties anticipate the need for a sixty-day extension of the deadline for the completion of the Remaining Fact Depositions; and

WHEREAS, certain other deadlines set forth in the Modified Scheduling Order (such as the deadlines for matters related to expert discovery and dispositive motions) are dependent upon the completion of non-expert discovery;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully

request that the Court enter an Order as follows:

1. The Modified Scheduling Order shall be amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| | | |
| Non-Expert Discovery Cut-Off (including fact depositions) | December 30, 2022 | February 28, 2023 |
| Plaintiffs' Expert Disclosure (including expert reports) | January 31, 2023 | April 3, 2023 |
| Defendants' Expert Disclosure (including expert reports) | March 13, 2023 | May 15, 2023 |
| Plaintiffs' Rebuttal Expert Disclosure | April 11, 2023 | June 13, 2023 |
| Expert Discovery Cut-Off (including expert depositions) | April 28, 2023 | June 30, 2023 |
| Dispositive Motions and Challenges to Experts due | June 13, 2023 | August 14, 2023 |
| Responses to Dispositive Motions and Challenges to Experts due | July 24, 2023 | September 26, 2023 |
| Replies to Dispositive Motions and Challenges to Experts due | August 31, 2023 | November 3, 2023 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: October 28, 2022

ROBBINS GELLER RUDMAN
 & DOWD LLP
MARK SOLOMON
X. JAY ALVAREZ
ROBERT R. HENSSLER JR.
MATTHEW I. ALPERT
JUAN CARLOS SANCHEZ
CHRISTOPHER R. KINNON
T. ALEX B. FOLKERTH

*/s/ Robert R. Henssler Jr.*
ROBERT R. HENSSLER JR.

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jaya@rgrdlaw.com
bhenssler@rgrdlaw.com
malpert@rgrdlaw.com
jsanchez@rgrdlaw.com
ckinnon@rgrdlaw.com
afolkerth@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE
STEPHEN R. ASTLEY
ELIZABETH A. SHONSON
ANDREW T. REES
SAMUEL FELDMAN
MATTHEW RICHARD
MASON G. ROTH
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
sastley@rgrdlaw.com
eshonson@rgrdlaw.com
arees@rgrdlaw.com
sfeldman@rgrdlaw.com
mrichard@rgrdlaw.com
mroth@rgrdlaw.com

*Lead Counsel for Plaintiffs*

MOTLEY RICE LLC
JOSHUA C. LITTLEJOHN
CHRISTOPHER F. MORIARTY
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)
jlittlejohn@motleyrice.com
cmoriarty@motleyrice.com

*Counsel for KBC Asset Management NV*

        VANOVERBEKE, MICHAUD
          & TIMMONY, P.C.
        THOMAS C. MICHAUD
        79 Alfred Street
        Detroit, MI  48201
        Telephone:  313/578-1200
        313/578-1201 (fax)
        tmichaud@vmtlaw.com

*Additional Counsel for Monroe County Employees' Retirement System*

SILVERMAN THOMPSON SLUTKIN
  & WHITE LLC
ANDREW C. WHITE, Bar No. 0821
WILLIAM SINCLAIR, Bar No. 28833
PIERCE C. MURPHY, Bar No. 30030
400 E. Pratt Street, Suite 900
Baltimore, MD  21201
Telephone:  410/385-2225
410/547-2432 (fax)
awhite@mdattorney.com
bsinclair@mdattorney.com
pmurphy@mdattorney.com

*Local Counsel*

DATED:  October 28, 2022        VENABLE LLP

                        */s/ G. Stewart Webb, Jr.*
                     G. STEWART WEBB, JR. (Bar No. 00828)

        MICHAEL J. WILSON (Bar No. 18970)
        750 East Pratt Street, Suite 900
        Baltimore, MD  21202
        Telephone:  410/244-7400
        410/244-7742 (Fax)
        gswebb@venable.com
        mjwilson@venable.com

|  |  |
|---|---|
|  | FRIED, FRANK, HARRIS, SHRIVER  & JACOBSON LLP<br>JAMES D. WAREHAM (Bar No. 22890)<br>801 17th Street, NW<br>Washington, DC  20006<br>Telephone:  202/639-7000<br>202/639-7003 (fax)<br>james.wareham@friedfrank.com<br><br>FRIED, FRANK, HARRIS, SHRIVER  & JACOBSON LLP<br>SAMUEL P. GRONER (*pro hac vice*)<br>MICHAEL P. STERNHEIM (*pro hac vice*)<br>ANNE S. AUFHAUSER<br>One New York Plaza<br>New York, NY  10004<br>Telephone:  212/859-8000<br>212/859-4000 (fax)<br>samuel.groner@friedfrank.com<br>michael.sternheim@friedfrank.com<br>anne.aufhauser@friedfrank.com<br><br>*Counsel for Defendant Under Armour, Inc.* |
| DATED:  October 28, 2022 | HOGAN LOVELLS US LLP<br><br>_____*/s/ Scott R. Haiber*_____<br>SCOTT R. HAIBER (Bar No. 25947)<br>(Signed with permission of Scott R. Haiber/GSW)<br><br>100 International Drive, Suite 2000<br>Baltimore, MD  21202<br>Telephone:  410/659-2700<br>410/659-2701 (fax)<br>scott.haiber@hoganlovells.com<br><br>*Counsel for Defendant Kevin A. Plank* |

> HOGAN LOVELLS US LLP
> JON M. TALOTTA
> 8350 Broad Street, 17th Floor
> Tysons, VA  22102
> Telephone:  703/610-6100
> 703/610-6200 (fax)
> jon.talotta@hoganlovells.com
>
> PAUL, WEISS, RIFKIND, WHARTON
>   & GARRISON LLP
> THEODORE V. WELLS, JR. (*pro hac vice*)
> LORIN L. REISNER (*pro hac vice*)
> HARRIS FISCHMAN (*pro hac vice*)
> 1285 Avenue of the Americas
> New York, NY  10019
> Telephone:  212/373-3306
> 212/492-0306 (fax)
> twells@paulweiss.com
> lreisner@paulweiss.com
> hfischman@paulweiss.com
>
> *Of Counsel*

\*   \*   \*

## O R D E R

IT IS SO ORDERED THIS \_\_\_\_\_ DAY OF OCTOBER 2022.


_____
THE HONORABLE RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE