## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | ) ) ) ) | Civil No. RDB-17-388 |
| | | CLASS ACTION |
| This Document Relates To: | ) ) ) | |
| ALL ACTIONS. | ) ) ) | |

### PLAINTIFFS' LOCAL RULE 104.7 CERTIFICATE
### IN SUPPORT OF MOTION TO COMPEL

As counsel for Plaintiffs, I, Stephen R. Astley, hereby certify pursuant to Local Rule 104.7 that the parties have made good faith, sincere attempts to resolve the discovery dispute described below, both before and after completion of the briefing on Plaintiffs' Second Motion to Compel, which is the subject of this Certification.  I further certify as follows:

1.      Attached hereto as **Exhibit 1** is Plaintiffs' Second Motion to Compel, Plaintiffs' Memorandum of Law in Support of Second Motion to Compel, Declaration of Stephen R. Astley in Support of Plaintiffs' Second Motion to Compel, dated December 22, 2022, and exhibits thereto, served on December 22, 2022.[1]

2.      Attached hereto as **Exhibit 2** is Defendant Under Armour, Inc.'s Memorandum of Law in Opposition to Plaintiffs' Second Motion to Compel, Declaration of Samuel P. Groner in

---

[1]   Plaintiffs refer to the motion as their "Second" motion to compel because Plaintiffs served a prior motion to compel on October 14, 2022.  Plaintiffs withdrew that motion on December 29, 2022 as part of an agreement with Under Armour, Inc.

Support of Under Armour, Inc.'s Opposition to Plaintiffs' Second Motion to Compel, dated January 26, 2023, and exhibits thereto, served on January 26, 2023.

3.          Attached hereto as **Exhibit 3** is Defendant Kevin Plank's Memorandum of Law in Opposition to Plaintiffs' Second Motion to Compel, Declaration of Harris M. Fischman in Support of Kevin A. Plank's Memorandum of Law in Opposition to Plaintiffs' Second Motion to Compel, dated January 26, 2023, and exhibits thereto, served on January 26, 2023.

4.          On January 30, 2023, Under Armour, Inc.'s ("Under Armour" or "Company") counsel corresponded by email with Plaintiffs' counsel and offered to schedule "a meet and confer to see if there is an opportunity to resolve the dispute that is the subject of Plaintiffs' second motion to compel without court intervention."  *See* Exhibit N to the Supplemental Declaration of Stephen R. Astley, dated February 27, 2023 ("Exhibit N").

5.          On February 13, 2023, Plaintiffs' counsel and Under Armour's counsel met and conferred by teleconference regarding Plaintiffs' Second Motion to Compel.  Stephen Astley and Elizabeth Shonson participated in the teleconference on behalf of Plaintiffs; Samuel Groner, Anne Aufhauser, and G. Stewart Webb participated in the teleconference on behalf of Defendant Under Armour.  The teleconference began at approximately 2:00 p.m. and concluded at approximately 2:40 p.m.

6.          Between February 17 and 21, 2023, Under Armour's counsel and Plaintiffs' counsel corresponded by email in connection with the continued effort to resolve the dispute that is the subject of Plaintiffs' Second Motion to Compel.  *See* Exhibit N.

7.          On February 27, 2023, Plaintiffs served their Reply in Support of Second Motion to Compel, the Supplemental Declaration of Stephen R. Astley in Support of Second Motion to Compel, dated February 27, 2023, and exhibits thereto, which are attached hereto as **Exhibit 4**.

8.      As referenced in footnote 8 of Plaintiffs' Reply in Support of Second Motion to Compel, "[d]uring the meet and confer process over this issue, Plaintiffs have limited the scope of the Motion to 'documents that relate to company disclosures – whether in SEC filings or otherwise.'"  *See* Exhibit 4 at 12 n.8.

9.      On March 9, 2023, the parties met and conferred in connection with the continued effort to resolve the dispute that is the subject of Plaintiffs' Second Motion to Compel.  Stephen Astley and Matthew Richard participated in the teleconference on behalf of Plaintiffs; Samuel Groner, Michael Sternheim, and Anne Aufhauser participated in the teleconference on behalf of Under Armour; and Harris Fischman participated in the teleconference on behalf of Defendant Kevin A. Plank ("Plank" and with Under Armour, "Defendants").  The teleconference began at approximately 12:30 p.m. and concluded at approximately 1:25 p.m.

10.     On March 24, 2023, the parties again met and conferred by teleconference.  The parties designated this teleconference as the Local Rule 104.7 conference.  Stephen Astley and Matthew Richard participated in the teleconference on behalf of Plaintiffs; Samuel Groner, Michael Sternheim, Jennifer Prescott, and G. Stewart Webb participated in the teleconference on behalf of Under Armour; and Harris Fischman participated in the teleconference on behalf of Plank.  The teleconference began at approximately 11:30 a.m. and concluded at approximately 12:00 p.m.

11.    <u>**Issue Requiring Resolution by the Court**</u>:

***Plaintiffs' position***: Whether Defendants' joint affirmative defense of good faith and/or reasonable reliance on counsel (Ninth Defense), and Plank's individual affirmative defense of good faith and/or reliance on counsel (Eleventh Defense), implicitly waive privilege as to related documents, including "documents that relate to company disclosures – whether in SEC filings or otherwise."

***Defendants' position***: Whether Defendants' reliance on Under Armour's disclosure practices and procedures – which involved review of the Company's disclosures by various professionals, including accountants and lawyers – to support their good faith defenses creates an advice of counsel defense, thereby implicitly waiving privilege as to documents that relate to Company disclosures, when Defendants have not put the substance of any legal advice at issue and have repeatedly informed Plaintiffs that they have not asserted and do not intend to assert an advice of counsel defense.

DATED:  April 6, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE
STEPHEN R. ASTLEY
ELIZABETH A. SHONSON
ANDREW T. REES
MATTHEW A. RICHARD
MASON G. ROTH


                            */s/ Stephen R. Astley*
          _____
                            STEPHEN R. ASTLEY

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
sastley@rgrdlaw.com
eshonson@rgrdlaw.com
arees@rgrdlaw.com
mrichard@rgrdlaw.com
mroth@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
MARK SOLOMON
X. JAY ALVAREZ
ROBERT R. HENSSLER JR.
MATTHEW I. ALPERT
JUAN CARLOS SANCHEZ
CHRISTOPHER R. KINNON
T. ALEX B. FOLKERTH
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jaya@rgrdlaw.com
bhenssler@rgrdlaw.com
malpert@rgrdlaw.com
jsanchez@rgrdlaw.com
ckinnon@rgrdlaw.com
afolkerth@rgrdlaw.com

*Lead Counsel for Plaintiffs*

MOTLEY RICE LLC
JOSHUA C. LITTLEJOHN
CHRISTOPHER F. MORIARTY
28 Bridgeside Boulevard
Mt. Pleasant, SC  29464
Telephone:  843/216-9000
843/216-9450 (fax)
jlittlejohn@motleyrice.com
cmoriarty@motleyrice.com

*Counsel for KBC Asset Management NV*

- 5 -

VANOVERBEKE, MICHAUD
  & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

*Additional Counsel for Monroe County
Employees' Retirement System*

SILVERMAN THOMPSON SLUTKIN
  & WHITE LLC
ANDREW C. WHITE, Bar No. 0821
WILLIAM SINCLAIR, Bar No. 28833
PIERCE C. MURPHY, Bar No. 30030
400 E. Pratt Street, Suite 900
Baltimore, MD  21201
Telephone:  410/385-2225
410/547-2432 (fax)
awhite@mdattorney.com
bsinclair@mdattorney.com
pmurphy@mdattorney.com

*Local Counsel*