# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**  
**Richard D. Bennett**  
**United States District Judge**  
**Northern Division**

**U.S.Courthouse - Chambers 5D**  
**101 W. Lombard Street**  
**Baltimore, MD 21201**  
**Tel:  410-962-3190**  
**Fax: 410-962-3177**

May 24, 2023

## LETTER ORDER

TO COUNSEL OF RECORD

    RE:    *In re: Under Armour Securities Litigation*  
             Civil No. RDB-17-0388

Dear Counsel:

This will confirm the telephonic status conference conducted today with respect to the Plaintiffs' Second Motion to Compel Discovery (ECF#264).  In light of the fact that this pending motion and the Defendants' opposition has generated over 700 pages of exhibits, counsel have agreed to make every effort to narrow the level of the discovery dispute.  In that regard it has been agreed as follows:

1. Plaintiff's counsel shall submit a letter of no more than 5 pages summarizing the discovery dispute and the legal issues involved by Friday, June 2, 2023.

2. Defendant's counsel shall submit a letter of no more than 5 pages summarizing the discovery dispute and the legal issues involved by Friday, June 16, 2023.

The court will review those submissions and make every effort to render a ruling.  Alternatively, this matter may necessitate a referral to a U.S. Magistrate Judge of this Court which would certainly affect the present scheduling order in this matter.

Although informal in format, this letter nonetheless constitutes an Order of Court

and the Clerk is directed to docket it as such.

        Sincerely,

        /s/
        Richard D. Bennett
        United States District Judge#