# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION  ) ) ) ) | Civil No. 1:17-00388-RDB <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: ) ) ) ) ) | |
| ALL ACTIONS. | |

## **<u>UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL</u>**

Pursuant to Local Rule 105.11, Lead Plaintiff Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund and Plaintiffs Monroe County Employees' Retirement System and KBC Asset Management NV (collectively, "Plaintiffs") hereby seek leave to file under seal Plaintiffs' letter ("Letter") summarizing the discovery dispute and legal issues related to Plaintiffs' Second Motion to Compel [ECF 264-1, 264-4], as ordered by the Court during the telephonic status conference on May 24, 2023 [ECF 269]. In support of this Motion to Seal, Plaintiffs state as follows:

1. The Letter discusses information that has been designated confidential by Defendants and non-parties under the Joint Stipulation and Protective Order ("Protective Order") entered by the Court on July 7, 2021. *See* ECF 184.

2. Moreover, there are no viable alternatives to sealing here, because Plaintiffs are abiding by the procedures required by the Protective Order when producing parties designate documents Confidential or Highly Confidential. In seeking to file under seal, Plaintiffs do not

concede that Defendants' and non-parties' designations are appropriate and reserve all rights to challenge Defendants' and non-parties' designations.

3. Counsel for Plaintiffs discussed this Motion to Seal with counsel for Defendants and understands that Defendants do not oppose this Motion.

For the reasons provided above, and in accordance with Local Rule 105.11, Plaintiffs respectfully request that the Court enter an Order granting Plaintiffs leave to file the Letter under seal consistent with the Protective Order, and granting any further relief the Court deems proper and just.

A proposed Order is attached.

DATED:  June 2, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE
STEPHEN R. ASTLEY
ELIZABETH A. SHONSON
ANDREW T. REES
MASON G. ROTH

   /s/ Stephen R. Astley
STEPHEN R. ASTLEY

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
sastley@rgrdlaw.com
eshonson@rgrdlaw.com
arees@rgrdlaw.com
mroth@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
MARK SOLOMON
X. JAY ALVAREZ
ROBERT R. HENSSLER JR.
MATTHEW I. ALPERT
JUAN CARLOS SANCHEZ
CHRISTOPHER R. KINNON
T. ALEX B. FOLKERTH
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jaya@rgrdlaw.com
bhenssler@rgrdlaw.com
malpert@rgrdlaw.com
jsanchez@rgrdlaw.com
ckinnon@rgrdlaw.com
afolkerth@rgrdlaw.com

*Lead Counsel for Plaintiffs*

MOTLEY RICE LLC
JOSHUA C. LITTLEJOHN
CHRISTOPHER F. MORIARTY
28 Bridgeside Boulevard
Mt. Pleasant, SC  29464
Telephone:  843/216-9000
843/216-9450 (fax)
jlittlejohn@motleyrice.com
cmoriarty@motleyrice.com

*Counsel for KBC Asset Management NV*

VANOVERBEKE, MICHAUD
  & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

*Additional Counsel for Monroe County Employees' Retirement System*

- 3 -

SILVERMAN THOMPSON SLUTKIN
  & WHITE LLC
ANDREW C. WHITE, Bar No. 0821
WILLIAM SINCLAIR, Bar No. 28833
PIERCE C. MURPHY, Bar No. 30030
400 E. Pratt Street, Suite 900
Baltimore, MD  21201
Telephone:  410/385-2225
410/547-2432 (fax)
awhite@mdattorney.com
bsinclair@mdattorney.com
pmurphy@mdattorney.com

*Local Counsel*