# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**                         U.S. Courthouse Chambers 5D
**Richard D. Bennett**                 101 W. Lombard Street
**United States District Judge**          Baltimore, MD 21201
**Northern Division**                      Tel: 410-962-3190
                                                       Fax: 410-962-3177

July 17, 2023

TO COUNSEL OF RECORD

RE: *In re Under Armour Securities Litigation*
     Civil No. RDB-17-388

Dear Counsel:

       This will confirm that the Court has reserved **Friday, February 9, 2024 at 11:00 AM** for oral argument with regard to summary judgment motions; and **Monday, March 4, 2024 to Tuesday, March 19, 2024** for trial in the above-captioned case.

       Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                                                             Sincerely,

                                                             /s/
                                                       Richard D. Bennett
                                                       United States District Judge

RDB/ekh