# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | ) ) ) ) Civil No. RDB-17-388<br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) |

## JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING PAGE LIMITATIONS FOR CHALLENGES TO EXPERTS AND DISPOSITIVE MOTIONS

Lead Plaintiff Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund, plaintiff Monroe County Employees' Retirement System, and plaintiff KBC Asset Management NV (collectively, "Plaintiffs"), and defendants Under Armour, Inc. and Kevin Plank (collectively, "Defendants") hereby stipulate and agree as follows:

WHEREAS, on June 20, 2023, the Court entered a Scheduling Order setting forth deadlines to govern proceedings in this action [ECF No. 280] (the "Scheduling Order");

WHEREAS, the Scheduling Order provides that challenges to experts and dispositive motions are due on October 2, 2023, responses are due on November 6, 2023, and replies are due on December 18, 2023;

WHEREAS, Plaintiffs do not intend to file a dispositive motion;

WHEREAS, the Local Rules of the United States District Court for the District of Maryland provide that "[u]nless otherwise ordered by the Court, memoranda in support of a motion or in opposition thereto and trial briefs shall not exceed thirty (30) pages, and reply memoranda shall not exceed fifteen (15) pages";

WHEREAS, the consolidated third amended complaint in this action [ECF No. 153] consists of 192 pages and contains 436 paragraphs;

WHEREAS, the Court has previously extended page limitations in connection with motions to dismiss and other court filings;

WHEREAS, Defendants have produced over 300,000 documents and the parties have taken 54 depositions in connection with this action;

WHEREAS, it will be more efficient for Defendants to file one consolidated memorandum of law in support of their dispositive motion than for each Defendant to file a separate memorandum of law; and

WHEREAS, the parties have met and conferred concerning page limitations for memoranda of law in connection with challenges to experts and dispositive motions;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an Order as follows:

1.  With regard to challenges to experts, to the extent any of the parties seeks to exclude any opposing party's expert or experts, (a) any opening memorandum of law in support of such a motion shall be limited to 15 pages per expert; (b) any opposition memorandum of law shall be limited to 15 pages per expert; and (c) any reply memorandum of law shall be limited to 10 pages per expert.  If any party files a consolidated motion covering more than one expert, the page limit for the opening memorandum shall be 15 pages per expert included in the consolidated motion and

the page limit for the reply memorandum shall be 10 pages per expert included in the consolidated reply memorandum.

  2. With regard to dispositive motions, (a) Defendants shall file one dispositive motion and one memorandum of law on behalf of both Defendants; (b) Defendants' memorandum of law in support of their dispositive motion shall contain a statement of undisputed facts containing the information set forth in Rule 56(c); (c) Defendants' opening memorandum of law shall be limited to 55 pages; (d) Plaintiffs' opposition memorandum of law shall be limited to 55 pages; and (e) Defendants' reply memorandum of law shall be limited to 30 pages.

  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  September 15, 2023    ROBBINS GELLER RUDMAN
                 & DOWD LLP
              MICHAEL J. DOWD
              MARK SOLOMON
              X. JAY ALVAREZ
              ROBERT R. HENSSLER JR.
              MATTHEW I. ALPERT
              CHRISTOPHER R. KINNON
              T. ALEX B. FOLKERTH

                */s/ Robert R. Henssler, Jr.*
                ROBERT R. HENSSLER JR.
              (Signed with Permission/GSW)

              655 West Broadway, Suite 1900
              San Diego, CA  92101
              Telephone:  619/231-1058
              619/231-7423 (fax)
              miked@rgrdlaw.com
              marks@rgrdlaw.com
              jaya@rgrdlaw.com
              bhenssler@rgrdlaw.com
              malpert@rgrdlaw.com
              ckinnon@rgrdlaw.com
              afolkerth@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
STEPHEN R. ASTLEY
ELIZABETH A. SHONSON
ANDREW T. REES
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sastley@rgrdlaw.com
eshonson@rgrdlaw.com
arees@rgrdlaw.com

*Lead Counsel for Plaintiffs*

MOTLEY RICE LLC
JOSHUA C. LITTLEJOHN
CHRISTOPHER F. MORIARTY
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)
jlittlejohn@motleyrice.com
cmoriarty@motleyrice.com

*Counsel for KBC Asset Management NV*

VANOVERBEKE, MICHAUD
 & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

*Additional Counsel for Monroe County Employees' Retirement System*

SILVERMAN THOMPSON SLUTKIN
  & WHITE LLC
ANDREW C. WHITE, Bar No. 0821
WILLIAM SINCLAIR, Bar No. 28833
PIERCE C. MURPHY, Bar No. 30030
400 E. Pratt Street, Suite 900
Baltimore, MD  21201
Telephone:  410/385-2225
410/547-2432 (fax)
awhite@mdattorney.com
bsinclair@mdattorney.com
pmurphy@mdattorney.com

*Local Counsel*

DATED:  September 15, 2023

VENABLE LLP


    /s/ G. Stewart Webb, Jr.
G. STEWART WEBB, JR. (Bar No. 00828)

750 East Pratt Street, Suite 900
Baltimore, MD  21202
Telephone:  410/244-7400
410/244-7742 (Fax)
gswebb@venable.com


FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
JAMES D. WAREHAM (Bar No. 22890)
801 17th Street, NW
Washington, DC  20006
Telephone:  202/639-7000
202/639-7003 (fax)
james.wareham@friedfrank.com

|  |  |
|---|---|
|  | FRIED, FRANK, HARRIS, SHRIVER  & JACOBSON LLP  SAMUEL P. GRONER (*pro hac vice*)  MICHAEL P. STERNHEIM (*pro hac vice*)  ANNE S. AUFHAUSER (*pro hac vice*)  One New York Plaza  New York, NY  10004  Telephone:  212/859-8000  212/859-4000 (fax)  samuel.groner@friedfrank.com  michael.sternheim@friedfrank.com  anne.aufhauser@friedfrank.com  *Counsel for Defendant Under Armour, Inc.* |
| DATED:  September 15, 2023 | HOGAN LOVELLS US LLP  <br>            */s/ Scott R. Haiber*  SCOTT R. HAIBER (Bar No. 25947)  (Signed with Permission/GSW)  100 International Drive, Suite 2000  Baltimore, MD  21202  Telephone:  410/659-2700  410/659-2701 (fax)  scott.haiber@hoganlovells.com  *Counsel for Defendant Kevin A. Plank*  HOGAN LOVELLS US LLP  JON M. TALOTTA  8350 Broad Street, 17th Floor  Tysons, VA  22102  Telephone:  703/610-6100  703/610-6200 (fax)  jon.talotta@hoganlovells.com |

>PAUL, WEISS, RIFKIND, WHARTON
>  & GARRISON LLP
>THEODORE V. WELLS, JR. (*pro hac vice*)
>LORIN L. REISNER (*pro hac vice*)
>HARRIS FISCHMAN (*pro hac vice*)
>1285 Avenue of the Americas
>New York, NY  10019
>Telephone:  212/373-3306
>212/492-0306 (fax)
>twells@paulweiss.com
>lreisner@paulweiss.com
>hfischman@paulweiss.com
>
>*Of Counsel*

\*   \*   \*

# O R D E R

IT IS SO ORDERED THIS 21st DAY OF SEPTEMBER, 2023.

>_____/s/_____
>THE HONORABLE RICHARD D. BENNETT
>UNITED STATES DISTRICT JUDGE