**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | ) | Civil No. RDB-17-388 |
| This Document Relates To: | ) | |
| ALL ACTIONS. | ) | |

**DECLARATION OF SAMUEL P. GRONER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE OPINIONS AND TESTIMONY OF MATTHEW D. CAIN, PH.D, PROFESSOR MARK A. COHEN, PROFESSOR M. TODD HENDERSON, AND D. PAUL REGAN**

I, Samuel P. Groner, do hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a partner of the law firm Fried, Frank, Harris, Shriver & Jacobson LLP. My firm represents defendant Under Armour, Inc. ("Under Armour") in the above-styled action. Defendant Under Armour, together with Kevin A. Plank, are hereinafter referred to as the "Defendants."

2. I submit this Declaration in support of Defendants' Motion for Summary Judgment and Defendants' motions to exclude opinions and testimony of Matthew D. Cain, Ph.D, Professor Mark A. Cohen, Professor M. Todd Henderson, and D. Paul Regan.

3. I have personal knowledge of the facts stated herein, and I am competent to testify to the matters set forth below.

4. Attached as Exhibit 1 is a true and correct copy of relevant excerpts of the transcript of the Deposition of Andrew Amrhein, dated November 4, 2022.

5. Attached as Exhibit 2 is a true and correct copy of relevant excerpts of the transcript of the Deposition of David Bergman, dated February 27, 2023.

6. Attached as Exhibit 3 is a true and correct copy of relevant excerpts of the transcript of the Deposition of Joshua Burke, dated August 25, 2022.

7. Attached as Exhibit 4 is a true and correct copy of relevant excerpts of the transcript of the Deposition of Matthew D. Cain, Ph.D., dated December 22, 2021.

8. Attached as Exhibit 5 is a true and correct copy of relevant excerpts of the transcript of the Deposition of Matthew D. Cain, Ph.D., dated July 28, 2023.

9. Attached as Exhibit 6 is a true and correct copy of relevant excerpts of the transcript of the Deposition of Mark A. Cohen, dated August 7, 2023.

10. Attached as Exhibit 7 is a true and correct copy of relevant excerpts of the transcript of the Deposition of Brian Cummings, dated September 27, 2022.

11. Attached as Exhibit 8 is a true and correct copy of relevant excerpts of the transcript of the Deposition of Bradley Dickerson, dated January 31, 2023.

12. Attached as Exhibit 9 is a true and correct copy of relevant excerpts of the transcript of the Deposition of James Hardy, dated September 21, 2022.

13. Attached as Exhibit 10 is a true and correct copy of relevant excerpts of the transcript of the Deposition of M. Todd Henderson, dated August 15, 2023.

14. Attached as Exhibit 11 is a true and correct copy of relevant excerpts of the transcript of the Deposition of Jason LaRose, dated February 8, 2023.

15. Attached as Exhibit 12 is a true and correct copy of relevant excerpts of the transcript of the Deposition of Jenna Lynn, dated September 13, 2022.

16. Attached as Exhibit 13 is a true and correct copy of relevant excerpts of the transcript of the Deposition of Matthew Mirchin, dated December 8, 2022.

17. Attached as Exhibit 14 is a true and correct copy of relevant excerpts of the transcript of the Deposition of Jeff Otis, dated October 25, 2022.

18. Attached as Exhibit 15 is a true and correct copy of relevant excerpts of the transcript of the Deposition of Andrew Page, dated February 2, 2023.

19. Attached as Exhibit 16 is a true and correct copy of relevant excerpts of the transcript of the Deposition of Kevin Plank, dated February 15, 2023.

20. Attached as Exhibit 17 is a true and correct copy of relevant excerpts of the transcript of the Deposition of D. Paul Regan, dated August 17, 2023.

21. Attached as Exhibit 18 is a true and correct copy of the Expert Report of Matthew D. Cain, Ph.D., dated November 30, 2021.

22. Attached as Exhibit 19 is a true and correct copy of the Expert Report of Matthew D. Cain, Ph.D., dated April 3, 2023.

23. Attached as Exhibit 20 is a true and correct copy of the Expert Reply Report of Matthew D. Cain, Ph.D., dated June 30, 2023.

24. Attached as Exhibit 21 is a true and correct copy of the Expert Report of Professor Mark A. Cohen, dated April 3, 2023.

25. Attached as Exhibit 22 is a true and correct copy of the Expert Reply Report of Professor Mark A. Cohen, dated June 30, 2023.

26. Attached as Exhibit 23 is a true and correct copy of the Expert Report of Professor Wayne Guay, dated May 15, 2023.

27. Attached as Exhibit 24 is a true and correct copy of the Expert Report of Professor M. Todd Henderson, dated April 3, 2023.

28. Attached as Exhibit 25 is a true and correct copy of the Reply Report of Professor M. Todd Henderson to Report of Professor Wayne Guay, dated June 30, 2023.

29. Attached as Exhibit 26 is a true and correct copy of relevant excerpts of the Expert Report of Michael F. Maloney, CPA, CFF, CFE, dated May 15, 2023.

30. Attached as Exhibit 27 is a true and correct copy of the Expert Report of D. Paul Regan, CPA/CFF, dated April 3, 2023.

31. Attached as Exhibit 28 is a true and correct copy of the Expert Reply Report of D. Paul Regan, CPA/CFF, dated June 30, 2023.

32. Attached as Exhibit 29 is a true and correct copy of Under Armour, Inc.'s Form 8-K, dated October 22, 2015.

33. Attached as Exhibit 30 is a true and correct copy of Under Armour, Inc.'s Form 8-K, dated January 28, 2016.

34. Attached as Exhibit 31 is a true and correct copy of Under Armour, Inc.'s Form 8-K, dated April 21, 2016.

35. Attached as Exhibit 32 is a true and correct copy of Under Armour, Inc.'s Form 8-K, dated May 31, 2016.

36. Attached as Exhibit 33 is a true and correct copy of Under Armour, Inc.'s Form 8-K, dated July 26, 2016.

37. Attached as Exhibit 34 is a true and correct copy of Under Armour, Inc.'s Form 8-K, dated October 25, 2016.

38. Attached as Exhibit 35 is a true and correct copy of Under Armour, Inc.'s Form 8-K, dated January 31, 2017.

39. Attached as Exhibit 36 is a true and correct copy of Under Armour, Inc.'s Form 8-K, dated April 27, 2017.

40. Attached as Exhibit 37 is a true and correct copy of Under Armour, Inc.'s Form 8-K, dated August 1, 2017.

41. Attached as Exhibit 38 is a true and correct copy of Under Armour, Inc.'s Form 8-K, dated October 22, 2019.

42. Attached as Exhibit 39 is a true and correct copy of Under Armour, Inc.'s Form 8-K, dated July 27, 2020.

43. Attached as Exhibit 40 is a true and correct copy of Under Armour, Inc.'s Form 8-K, dated May 3, 2021.

44. Attached as Exhibit 41 is a true and correct copy of relevant excerpts of Under Armour, Inc.'s Form 10-K for the fiscal year 2015, filed on February 22, 2016.

45. Attached as Exhibit 42 is a true and correct copy of relevant excerpts of Under Armour, Inc.'s Form 10-K for the fiscal year 2016, filed on February 23, 2017.

46. Attached as Exhibit 43 is a true and correct copy of relevant excerpts of Under Armour's Form 10-Q for the third quarter of 2015, filed on November 4, 2015.

47. Attached as Exhibit 44 is a true and correct copy of relevant excerpts of Under Armour's Form 10-Q for the first quarter of 2016, filed on April 29, 2016.

48. Attached as Exhibit 45 is a true and correct copy of relevant excerpts of Under Armour's Form 10-Q for the second quarter of 2016, filed on August 3, 2016.

49. Attached as Exhibit 46 is a true and correct copy of relevant excerpts of Under Armour's Form 10-Q for the third quarter of 2016, filed on November 2, 2016.

50. Attached as Exhibit 47 is a true and correct copy of relevant excerpts of Under Armour's Form 10-Q for the first quarter of 2017, filed on May 9, 2017.

51. Attached as Exhibit 48 is a true and correct copy of relevant excerpts of the transcript of Under Armour, Inc.'s Fourth Quarter 2015 Earnings Call, dated January 28, 2016.

52. Attached as Exhibit 49 is a true and correct copy of relevant excerpts of the transcript of Under Armour, Inc.'s First Quarter 2016 Earnings Call, dated April 21, 2016.

53. Attached as Exhibit 50 is a true and correct copy of relevant excerpts of the transcript of Under Armour, Inc.'s Second Quarter 2016 Earnings Call, dated July 26, 2016.

54. Attached as Exhibit 51 is a true and correct copy of relevant excerpts of the transcript of Under Armour, Inc.'s Third Quarter 2016 Earnings Call, dated October 25, 2016.

55. Attached as Exhibit 52 is a true and correct copy of relevant excerpts of the transcript of Under Armour, Inc.'s Fourth Quarter 2016 Earnings Call, dated January 31, 2017.

56. Attached as Exhibit 53 is a true and correct copy of a document bearing the Bates numbers UA_00242317–UA_00242319.

57. Attached as Exhibit 54 is a true and correct copy of a document bearing the Bates numbers UA_00237986-UA_00237994.

58. Attached as Exhibit 55 is a true and correct copy of a document bearing the Bates number UA_00227545.

59. Attached as Exhibit 56 is a true and correct copy of a document bearing the Bates numbers UA_00360011–UA_00360036.

60. Attached as Exhibit 57 is a true and correct copy of a document bearing the Bates numbers UA_00236140–UA_00236157.

61. Attached as Exhibit 58 is a true and correct copy of a document bearing the Bates numbers UA_00005096–UA_00005134.

62. Attached as Exhibit 59 is a true and correct copy of a document bearing the Bates numbers UA_00004429-UA_00004439.

63. Attached as Exhibit 60 is a true and correct copy of a document bearing the Bates numbers UA_00348951–UA_00348952.

64. Attached as Exhibit 61 is a true and correct copy of a document bearing the Bates numbers UA_00227465–UA_00227484.

65. Attached as Exhibit 62 is a true and correct copy of a document bearing the Bates numbers UA_00241649–UA_00241672.

66. Attached as Exhibit 63 is a true and correct copy of a document bearing the Bates numbers UA_00324647-UA_00324649.

67. Attached as Exhibit 64 is a true and correct copy of a document bearing the Bates numbers UA_00239379–UA_00239386.

68. Attached as Exhibit 65 is a true and correct copy of a document bearing the Bates numbers UA_00235929–UA_00235937.

69. Attached as Exhibit 66 is a true and correct copy of a document bearing the Bates number UA_00004335.

70. Attached as Exhibit 67 is a true and correct copy of a document bearing the Bates numbers UA_00239489-UA_00239525.

71. Attached as Exhibit 68 is a true and correct copy of the document bearing the Bates numbers UA_00004692-UA_00004696.

72. Attached as Exhibit 69 is a true and correct copy of the document bearing the Bates numbers UA_00237091–UA_00237103.

73. Attached as Exhibit 70 is a true and correct copy of the document bearing the Bates numbers UA_00237082–UA_00237090.

74. Attached as Exhibit 71 is a true and correct copy of the document bearing the Bates numbers UA_00077143 –UA_00077210.

75. Attached as Exhibit 72 is a true and correct copy of a document bearing the Bates numbers PwC_UA_00078810–PwC_UA_00078811.

76. Attached as Exhibit 73 is a true and correct copy of a document bearing the Bates numbers PwC_UA_00133716-PwC_UA_00113720.

77. Attached as Exhibit 74 is a true and correct copy of relevant excerpts of an April 26, 2016 Transcript of Hearing in *In re Sports Authority Holdings, Inc., et al.*, No. 16-10527 (D. Del. Apr. 28, 2016), ECF No. 1463.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 2, 2023

Samuel P. Groner
samuel.groner@friedfrank.com