**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | Civil No. RDB-17-388 |
| | CLASS ACTION |
| This Document Relates To: | |
| ALL ACTIONS. | |

DECLARATION OF ROBERT R. HENSSLER JR. IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE OPINIONS AND TESTIMONY OF MATTHEW D. CAIN, PH.D., PROFESSOR MARK A. COHEN, PROFESSOR M. TODD HENDERSON, AND D. PAUL REGAN

I, ROBERT R. HENSSLER JR., declare as follows:

1. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller") and counsel to Class Representatives Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund, Monroe County Employees' Retirement System, and KBC Asset Management NV (collectively, "Plaintiffs") in the above-entitled action. I am duly licensed to practice before all courts of the State of California and admitted *pro hac vice* in the United States District Court for the District of Maryland. I have personal knowledge of the matters herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto is a true and correct copies of the following documents:

Exhibit 1: Under Armour, Inc.'s Form 10-Q, filed November 4, 2015;

Exhibit 2: Under Armour, Inc.'s Form 10-Q, filed April 29, 2016;

Exhibit 3: Under Armour, Inc.'s Form 10-Q, filed August 3, 2016;

Exhibit 4: Under Armour, Inc.'s Form 10-Q, filed November 2, 2016;

Exhibit 5: Under Armour, Inc.'s Form 10-Q, filed May 9, 2017;

Exhibit 6: Under Armour, Inc.'s Form 10-Q, filed August 8, 2017;

Exhibit 7: Under Armour, Inc.'s Form 10-K, filed February 22, 2016;

Exhibit 8: Under Armour, Inc.'s Form 10-K, filed February 23, 2017;

Exhibit 9: Under Armour, Inc.'s Form 8-K, dated November 4, 2019;

Exhibit 10: Under Armour, Inc.'s Investor Day Transcript, dated September 16, 2015;

Exhibit 11: Under Armour, Inc.'s Earnings Call Transcript, dated October 22, 2015;

Exhibit 12: Under Armour, Inc.'s Earnings Call Transcript, dated January 28, 2016;

Exhibit 13: Under Armour, Inc.'s Earnings Call Transcript, dated April 21, 2016;

Exhibit 14: Under Armour, Inc.'s Earnings Call Transcript, dated July 26, 2016;

Exhibit 15: Under Armour, Inc. at Goldman Sachs Global Retail Conference, dated September 7, 2016;

Exhibit 16: Under Armour, Inc.'s Earnings Call Transcript, dated October 25, 2016;

Exhibit 17: Under Armour, Inc.'s Earnings Call Transcript, dated January 31, 2017;

Exhibit 18: Under Armour, Inc.'s Earnings Call Transcript, dated April 27, 2017;

Exhibit 19: Under Armour, Inc.'s Earnings Call Transcript, dated August 1, 2017;

Exhibit 20: *Confusion with Q4 GM and inventory build creates buying opportunity; reiterate BUY, $130 PT*, Canaccord Genuity analyst report (Oct. 22, 2015) (UA_01163262-68);

Exhibit 21: *Under Armour Inc. Declining Share ASPs Dual Threat to Premium Valuation, Downgrade to UW*, Morgan Stanley analyst report (Jan. 10, 2016);

Exhibit 22: *Market gets it wrong. Maintain Buy*, Deutsche Bank analyst report (Jan. 28, 2016);

Exhibit 23: *UA: Back on Track, + Starting to Unlock Latent Gross Margin Opportunity*, Evercore analyst report (Jan. 28, 2016);

Exhibit 24: *UA Lowers FY16 Sales Guidance and Drops EBIT $ Outlook 12%; Stay UW*, Morgan Stanley analyst report (June 1, 2016);

Exhibit 25: *Hitting from all angles; reiterate BUY*, Canaccord analyst report (Apr. 22, 2016);

Exhibit 26: *UA: Strong Start in 1Q16, Raises 2016 Outlook*, Telsey Advisory Group analyst report (Apr. 22, 2016);

Exhibit 27: *Unpacking UA's Algorithm: Brand Growth Ahead, but Profitability Takes a Step Backwards*, UBS analyst report (Oct. 25, 2016);

Exhibit 28: Aruna Viswanatha & Khadeeja Safdar, *Under Armour Is Subject of Federal Accounting Probes*, Wall St. J. (Nov. 3, 2019);

Exhibit 29: Khadeeja Safdar & Aruna Viswanatha, *Inside Under Armour's Sales Scramble: 'Pulling Forward Every Quarter*,' Wall St. J. (Nov. 14, 2019);

Exhibit 30: Excerpts of the February 27, 2023 Deposition Transcript of David Bergman **[sealed]**;

Exhibit 31: Excerpts of the December 12, 2022 Deposition Transcript of Molly Boyle **[sealed]**;

Exhibit 32: Excerpts of the October 5, 2022 Deposition Transcript of Jim Bradley **[sealed]**;

Exhibit 33: Excerpts of the December 22, 2021 Deposition Transcript of Matthew D. Cain, Ph.D. **[sealed]**;

Exhibit 34: Excerpts of the July 28, 2023 Deposition Transcript of Matthew D. Cain, Ph.D. **[sealed]**;

Exhibit 35: Excerpts of the October 7, 2022 Deposition Transcript of Nick Carrillo **[sealed]**;

Exhibit 36: Excerpts of the August 7, 2023 Deposition Transcript of Mark A. Cohen **[sealed]**;

Exhibit 37: Excerpts of the September 27, 2022 Deposition Transcript of Brian Cummings **[sealed]**;

Exhibit 38: Excerpts of the January 31, 2023 Deposition Transcript of Bradley Dickerson **[sealed]**;

Exhibit 39: Excerpts of the August 11, 2023 Deposition Transcript of Paul A. Gompers, Ph.D. **[sealed]**;

Exhibit 40: Excerpts of the November 18, 2022 Deposition Transcript of Lee J. Harris **[sealed]**;

Exhibit 41: Excerpts of the August 15, 2023 Deposition Transcript of M. Todd Henderson **[sealed]**;

Exhibit 42: Excerpts of the August 10, 2022 Deposition Transcript of Dean U. Hopkins **[sealed]**;

Exhibit 43: Excerpts of the March 8, 2023 Deposition Transcript of Stephanie Ruhle Hubbard **[sealed]**;

Exhibit 44: Excerpts of the October 20, 2022 Deposition Transcript of Karl-Heinz Maurath **[sealed]**;

Exhibit 45: Excerpts of the January 19, 2023 Deposition Transcript of Lawrence "Chip" Molloy **[sealed]**;

Exhibit 46: Excerpts of the January 4, 2023 Deposition Transcript of Russell Moore **[sealed]**;

Exhibit 47: Excerpts of the February 22, 2023 Deposition Transcript of Kevin Olkowski **[sealed]**;

Exhibit 48: Excerpts of the February 2, 2023 Deposition Transcript of Andrew Page **[sealed]**;

Exhibit 49: Excerpts of the February 15, 2023 Deposition Transcript of Kevin A. Plank **[sealed]**;

Exhibit 50: Excerpts of the August 17, 2023 Deposition Transcript of D. Paul Regan, CPA/CFF **[sealed]**;

Exhibit 51: Excerpts of the February 10, 2023 Deposition Transcript of Scott Sekella **[sealed]**;

Exhibit 52: Excerpts of the December 1, 2022 Deposition Transcript of Thomas Shaw **[sealed]**;

Exhibit 53: Excerpts of the June 29, 2022 Deposition Transcript of Ron Wagenseil **[sealed]**;

Exhibit 54: Excerpts of the August 23, 2023 Deposition Transcript of Laurie Wilson **[sealed]**;

Exhibit 55: May 15, 2023 Expert Report of Laurie Wilson;

Exhibit 56: DSG_UA_0000074-78 **[sealed]**;

Exhibit 57: DSG_UA_0003486-88 **[sealed]**;

Exhibit 58: DSG_UA_0006760 **[sealed]**;

Exhibit 59: KP00001162-1360 (excerpts of March 5, 2020 SEC Deposition of Kevin Plank) **[sealed]**;

Exhibit 60: PwC_UA_00017538 **[sealed]**;

Exhibit 61: PwC_UA_00032120-36 **[sealed]**;

Exhibit 62: PwC_UA_00032155-65 **[sealed]**;

Exhibit 63: PwC_UA_00033335-43 **[sealed]**;

Exhibit 64: QT_0000097-99 **[sealed]**;

Exhibit 65: QT_0000689-96 **[sealed]**;

Exhibit 65A: QT_0001247 **[sealed]**;

Exhibit 66: UA_00001560-827 (excerpts of June 10, 2019 SE Deposition of David Bergman) **[sealed]**;

Exhibit 67: UA_00002104-321 (excerpts of June 12, 2019 SEC Deposition of David Bergman) **[sealed]**;

Exhibit 68: UA_00002942-3206 (excerpts of November 12, 2019 SEC Deposition of Lawrence "Chip" Molloy) **[sealed]**;

Exhibit 69: UA_00003207-420 (excerpts of the November 13, 2019 SEC Deposition of Lawrence "Chip" Molloy) **[sealed]**;

Exhibit 70: UA_00003421-642 (excerpts of the November 20, 2019 SEC Deposition of Andrew Page) **[sealed]**;

Exhibit 71: UA_00004736-39 **[sealed]**;

Exhibit 72: UA_00009312-13 **[sealed]**;

Exhibit 73: UA_00010453 **[sealed]**;

Exhibit 74: UA_00011058-60 **[sealed]**;

Exhibit 75: UA_00011112-16 **[sealed]**;

Exhibit 76: UA_00011158 **[sealed]**;

Exhibit 77: UA_00011574 **[sealed]**;

Exhibit 78: UA_00012031-79 **[sealed]**;

Exhibit 79: UA_00017940-42 **[sealed]**;

Exhibit 80: UA_00023641 **[sealed]**;

Exhibit 81: UA_00046067-87 **[sealed]**;

Exhibit 82: UA_00047290-92 **[sealed]**;

Exhibit 83: UA_00050407 **[sealed]**;

Exhibit 84: UA_00050842-43 **[sealed]**;

Exhibit 85: UA_00052768-69 **[sealed]**;

Exhibit 86: UA_00053769-71 **[sealed]**;

Exhibit 87: UA_00061148 **[sealed]**;

Exhibit 88: UA_00074777-78 **[sealed]**;

Exhibit 89: UA_00084051-110 **[sealed]**;

Exhibit 90: UA_00098201 **[sealed]**;

Exhibit 91: UA_00107086-87 **[sealed]**;

Exhibit 92: UA_00116894-913 **[sealed]**;

Exhibit 93: UA_00119143 **[sealed]**;

Exhibit 94: UA_00124563-64 **[sealed]**;

Exhibit 95: UA_00124590-91 **[sealed]**;

Exhibit 96: UA_00125039-42 **[sealed]**;

Exhibit 97: UA_00125168-69 **[sealed]**;

Exhibit 98: UA_00127230-32 **[sealed]**;

Exhibit 99: UA_00127940-43 **[sealed]**;

Exhibit 100: UA_00139339-42 **[sealed]**;

Exhibit 101: UA_00140191-93 **[sealed]**;

Exhibit 102: UA_00169986 **[sealed]**;

Exhibit 103: UA_00183959-82 **[sealed]**;

Exhibit 104: UA_00187177 **[sealed]**;

Exhibit 105: UA_00187199 **[sealed]**;

Exhibit 106: UA_00187322-30 **[sealed]**;

Exhibit 107: UA_00187408-20 **[sealed]**;

Exhibit 108: UA_00190162-82 **[sealed]**;

Exhibit 109: UA_00192985-86 **[sealed]**;

Exhibit 110: UA_00193029-30 **[sealed]**;

Exhibit 111: UA_00214876-77 **[sealed]**;

Exhibit 112: UA_00215393-437 **[sealed]**;

Exhibit 113: UA_00216024-26 **[sealed]**;

Exhibit 114: UA_00223908-13 **[sealed]**;

Exhibit 115: UA_00223963-73 **[sealed]**;

Exhibit 116: UA_00223984-98 **[sealed]**;

Exhibit 117: UA_00224000-40 **[sealed]**;

Exhibit 118: UA_00224041-81 **[sealed]**;

Exhibit 119: UA_00224082-102 **[sealed]**;

Exhibit 120: UA_00224984-5075 **[sealed]**;

Exhibit 121: UA_00229393-98 **[sealed]**;

Exhibit 122: UA_00232608-09 **[sealed]**;

Exhibit 123: UA_00234121 **[sealed]**;

Exhibit 124: UA_00235367-68 **[sealed]**;

Exhibit 125: UA_00237150-59 **[sealed]**;

Exhibit 126: UA_00238006 (excerpt) **[sealed]**;

Exhibit 127: UA_00239617-716 **[sealed]**;

Exhibit 128: UA_00245141 **[sealed]**;

Exhibit 129: UA_00245179-80 **[sealed]**;

Exhibit 130: UA_00245241-81 **[sealed]**;

Exhibit 131: UA_00245407 **[sealed]**;

Exhibit 132: UA_00245482-86 **[sealed]**;

Exhibit 133: UA_00246557-58 **[sealed]**;

Exhibit 134: UA_00247415-16 **[sealed]**;

Exhibit 135: UA_00254619-23 **[sealed]**;

Exhibit 136: UA_00263303-06 **[sealed]**;

Exhibit 137: UA_00264887 **[sealed]**;

Exhibit 138: UA_00264975-76 **[sealed]**;

Exhibit 139: UA_00268538 **[sealed]**;

Exhibit 140: UA_00269804-10 **[sealed]**;

Exhibit 141: UA_00270513-26 **[sealed]**;

Exhibit 142: UA_00280221-23 **[sealed]**;

Exhibit 143: UA_00280474-76 **[sealed]**;

Exhibit 144: UA_00285248-50 **[sealed]**;

Exhibit 145: UA_00285694-95 **[sealed]**;

Exhibit 146: UA_00300722-29 **[sealed]**;

Exhibit 147: UA_00301288-89 **[sealed]**;

Exhibit 148: UA_00301416-17 **[sealed]**;

Exhibit 149: UA_00301658-59 **[sealed]**;

Exhibit 150: UA_00301660-61 **[sealed]**;

Exhibit 151: UA_00321019-23 **[sealed]**;

Exhibit 152: UA_00335102 **[sealed]**;

Exhibit 153: UA_00346098-99 **[sealed]**;

Exhibit 154: UA_00346257-77 **[sealed]**;

Exhibit 155: UA_00347532-33 **[sealed]**;

Exhibit 156: UA_00360380-81 **[sealed]**;

Exhibit 157: UA_00376255 **[sealed]**;

Exhibit 158: UA_00379758-66 **[sealed]**;

Exhibit 159: UA_00416946-48 **[sealed]**;

Exhibit 159A: UA_00420139-40 **[sealed]**;

Exhibit 160: UA_00422437 **[sealed]**;

Exhibit 161: UA_00422925-32 **[sealed]**;

Exhibit 162: UA_00423932-33 **[sealed]**;

Exhibit 163: UA_00426917-19 **[sealed]**;

Exhibit 164: UA_00453240-55 **[sealed]**;

Exhibit 165: UA_00465719-20 **[sealed]**;

Exhibit 166: UA_00474011-18 **[sealed]**;

Exhibit 167: UA_00477170-92 **[sealed]**;

Exhibit 168: UA_00490057-61 **[sealed]**;

Exhibit 169: UA_00527592-95 **[sealed]**;

Exhibit 170: UA_00575310-11 **[sealed]**;

Exhibit 171: UA_00614103-11 **[sealed]**;

Exhibit 172: UA_00645892 **[sealed]**;

Exhibit 173: UA_00655201 (excerpt) **[sealed]**;

Exhibit 174: UA_00676805-07 **[sealed]**;

Exhibit 175: UA_00870290-92 **[sealed]**;

Exhibit 176: UA_00975157-58 **[sealed]**;

Exhibit 177: UA_00975721 **[sealed]**;

Exhibit 178: UA_01000297 **[sealed]**;

Exhibit 179: UA_01070702-42 **[sealed]**;

Exhibit 180: UA_01071066-67 **[sealed]**;

Exhibit 181: UA_01075362-64 **[sealed]**;

Exhibit 182: UA_01113262-64 **[sealed]**;

Exhibit 183: UA_01171477-79 **[sealed]**;

Exhibit 184: UA_01171481 **[sealed]**;

Exhibit 185: UA_01171674-75 **[sealed]**;

Exhibit 186: UA_01171485-86 **[sealed]**;

Exhibit 187: UA_01173730-32 **[sealed]**;

Exhibit 188: UA_00224210 (audio recording clip at 01:03:50-01:04:49) **[sealed and filed with Clerk's Office]**;

Exhibit 189: UA_00235843 (audio recording clip at 01:52:06-01:52:18) **[sealed and filed with Clerk's Office]**;

Exhibit 190: UA_00308192 (audio recording clip at 00:03:58-00:04:49) **[sealed and filed with Clerk's Office]**;

Exhibit 191: UA_00308338 (audio recording clip at 00:51:34-00:51:52) **[sealed and filed with Clerk's Office]**;

Exhibit 192: UA_00308339 (audio recording clip at 00:36:10-00:37:45) **[sealed and filed with Clerk's Office]**;

Exhibit 193: UA_00319248 (audio recording clip at 00:01:43-00:02:50) **[sealed and filed with Clerk's Office]**;

Exhibit 194: UA_00319248 (audio recording clip at 00.06.37-00.06.40) **[sealed and filed with Clerk's Office]**;

Exhibit 195: UA_00319248 (audio recording clip at 00.29.26-00.30.00) **[sealed and filed with Clerk's Office]**;

Exhibit 196: UA_00319251 (audio recording clip at 00:17:24-00:17:47) **[sealed and filed with Clerk's Office]**;

Exhibit 197: UA_00319255 (audio recording clip at 00:50:42-00:51:10) **[sealed and filed with Clerk's Office]**;

Exhibit 198: UA_00405786 (audio recording clip at 00:51:00-01:04:47) **[sealed and filed with Clerk's Office]**;

Exhibit 199: UA_00405786 (audio recording clip at 01:09:05-01:10:17) **[sealed and filed with Clerk's Office]**;

Exhibit 200: UA_00405786 (audio recording clip at 01:56:47-01:57:13) **[sealed and filed with Clerk's Office]**;

Exhibit 201: UA_00970498 (audio recording clip at 00:19:07-00:19:21) **[sealed and filed with Clerk's Office]**;

Exhibit 202: UA_00917705 (audio recording clip at 00:15:45-00:16:19) **[sealed and filed with Clerk's Office]**;

Exhibit 203: UA_00917705 (audio recording clip at 00:28:25-00:30:37) **[sealed and filed with Clerk's Office]**;

Exhibit 204: UA_00917715 (audio recording clip at 00:59:49-01:00:28) **[sealed and filed with Clerk's Office]**; and

Exhibit 205: UA_00917744 (audio recording clip at 00:22:11-00:22:15) **[sealed and filed with Clerk's Office]**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed November 6, 2023, at San Diego, California.

s/ Robert R. Henssler Jr.
ROBERT R. HENSSLER JR.