**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | ) | Civil No. RDB-17-388 |
| This Document Relates To: | ) | |
| ALL ACTIONS. | ) | |

**NOTICE OF REFILING DOCUMENTS PREVIOUSLY FILED UNDER SEAL**

Defendant Under Armour, Inc. ("UA"), through counsel, hereby gives notice to the Court that the following documents, previously filed under seal on the Court's docket on a provisional basis subject to the Order dated October 27, 2023 (ECF No. 327), can now be unsealed *in their entirety*, and they are being refiled on the Court's public docket herewith:

- Exhibit Nos. 1-5, 8, 10, 13, 14, 15, 18, 19, 23- 24, 25, 54-57, 59, 62-65, 69, 70, 72, & 73 to the Declaration of Samuel P. Groner, dated October 2, 2023 (ECF No. 301);
- Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion to Exclude Certain Testimony and Opinions of Paul A. Gompers, dated October 2, 2023 (ECF No. 302-1);
- Exhibit No. 1 to the Declaration of Robert R. Hennsler, Jr., dated October 2, 2023 (ECF No. 302-2);
- Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion to Exclude Certain Testimony and Opinions of Wayne Guay, dated October 2, 2023 (ECF No. 305-1);
- Exhibit Nos. 1 & 2 to the Declaration of Stephen R. Astley, dated October 2, 2023 (ECF No. 305-2);
- Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion to Exclude the Testimony and Opinions of Laurie Wilson, dated October 2, 2023 (ECF No. 308-1);
- Exhibit Nos. 7 & 8 to the Declaration of Andrew T. Rees, dated October 2, 2023 (ECF No. 308-2); and
- Plaintiffs' Opposition to Defendants' Motion to Exclude the Opinions and Testimony of Matthew D. Cain, dated November 6, 2023 (ECF No. 332);

- Plaintiffs' Opposition to Defendants' Motion to Exclude the Opinions and Testimony of Professor M. Todd Henderson, dated November 6, 2023 (ECF No. 335);
- Exhibit Nos. 33-43, 45, 48, 51, 52, 54, 59, 66, 67-70, 72, 73, 76, 77, 80, 83, 86, 90, 91, 93, 95, 103, 110, 123, 124, 129, 131, 133, 134, 138, 141-145, 151, 157, 159, 164, 170, 176, 177, 179, 180, & 183-190, 192-197, 199, 200, 202, 204, & 205 to the Declaration of Robert R. Henssler, Jr., dated November 6, 2023 (ECF No. 337);
- Plaintiffs' Reply Memorandum of Law in Support of Plaintiffs' Motion to Exclude Certain Testimony and Opinions of Paul A. Gompers, dated December 18, 2023 (ECF No. 353);
- Plaintiffs' Reply Memorandum of Law in Support of Plaintiffs' Motion to Exclude Certain Testimony and Opinions of Wayne Guay, dated December 18, 2023 (ECF No. 354); and
- Plaintiffs' Reply Memorandum of Law in Support of Plaintiffs' Motion to Exclude the Testimony and Opinions of Laurie Wilson, dated December 18, 2023 (ECF No. 355).

DATED: December 22, 2023

Respectfully submitted,

By: <u>/s/ G. Stewart Webb, Jr.</u>
G. Stewart Webb, Jr. (Bar No. 00828)

VENABLE LLP
William B. King (Bar No. 19643)
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: 410/244-7565
410/244-7742 (fax)
gswebb@venable.com
wbking@venable.com

FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP
James D. Wareham (Bar No. 22890)
801 17th Street, NW
Washington, DC 20006
Telephone: 202/639-7000
202/639-7003 (fax)
james.wareham@friedfrank.com

Samuel P. Groner (*pro hac vice*)
Michael P. Sternheim (*pro hac vice*)
Anne S. Aufhauser (*pro hac vice)*
One New York Plaza
New York, NY 10004
Telephone: 212/859-8000
212/859-4000 (fax)
samuel.groner@friedfrank.com
michael.sternheim@friedfrank.com
anne.aufhauser@friedfrank.com

*Counsel for Defendant Under Armour, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 22, 2023, I caused the foregoing NOTICE OF REFILING DOCUMENTS PREVIOUSLY FILED UNDER SEAL, and the refiled materials submitted as attachments to this notice, to be electronically filed with the Clerk of Court and served on all counsel of record via the CM/ECF filing system.

*/s/ William B. King*
William B. King



**61682978.3**