# EXHIBIT 1

CONFIDENTIAL

```
 1            IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF MARYLAND
 3
 4
 5   In re UNDER ARMOUR SECURITIES
     LITIGATION.                        Civil No. RDB-17-388
 6   _____/
 7
 8
 9                    -- CONFIDENTIAL --
10
11
12
13
14      VIDEO-RECORDED DEPOSITION OF ANDREW AMRHEIN
15                 Remote Zoom Proceedings
16                   Pasadena, Maryland
17                Friday, November 4, 2022
18
19
20
21
22
23   REPORTED BY:
24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25   Pages 1 - 156                         Job No. 5464059
```

Page 1

CONFIDENTIAL

| | |
|---|---|
| 1    A.  No. | |
| 2    Q.  I just want to jump back a minute to the | |
| 3  forecasting process at Under Armour during 2015 and 2016, | |
| 4  if you don't mind. | |
| 5        Is it fair to characterize the total of the | 10:51:17 |
| 6  company's F plans in a given year as the F series for the | |
| 7  year?  And if not, what would you call -- call them? | |
| 8    A.  The forecast series was called the F series, | |
| 9  yes, that is correct. | |
| 10   Q.  Okay.  And within the F series for a particular | 10:51:45 |
| 11  year, there were -- there were different versions such as | |
| 12  the F0, F1, 2, 3, and 4. | |
| 13       Is that accurate? | |
| 14   A.  Yes. | |
| 15   Q.  And sometimes, as I understand it -- but please | 10:52:00 |
| 16  correct me if I'm wrong -- there were also various | |
| 17  revisions, potentially, to one of the particular F plans, | |
| 18  0, 1, 2, 3, or 4. | |
| 19       Is that accurate? | |
| 20       MS. AUFHAUSER:  Objection to the form. | 10:52:16 |
| 21       THE WITNESS:  The -- there were always revisions | |
| 22  in every F. | |
| 23   Q.  BY MR. ASTLEY:  Would there -- and forgive me if | |
| 24  I'm not asking it clearly, so let me know if I'm not -- | |
| 25  but just for example, what would you -- strike that. | 10:52:37 |

Page 56

| | |
|---|---|
| 1 | Would there be changes made to an F plan once |
| 2 | it's set prior to when the next F plan in the series |
| 3 | would be made? |
| 4 | MS. AUFHAUSER:  Objection to the form. |
| 5 | THE WITNESS:  Can you clarify your question?   10:53:10 |
| 6 | Q.  BY MR. ASTLEY:  Sure.  And I'm just |
| 7 | hypothetically -- let's take the F1 for the time period |
| 8 | of '15 or '16, just to focus the light on the important |
| 9 | time period. |
| 10 | Would there be a final version of each of the F   10:53:32 |
| 11 | plans -- would there be a final F1 so as a business |
| 12 | operator, you would know your target for the quarter? |
| 13 | MS. AUFHAUSER:  Objection to the form. |
| 14 | THE WITNESS:  There was an F1, there was an F2, |
| 15 | F3, F4.  And what those represented were the F1 was the   10:53:58 |
| 16 | operating plan for the year.  That was your best forecast |
| 17 | for the next 12 months.  But then you had three more |
| 18 | opportunities to adjust your forecast for the year.  Your |
| 19 | F1 plan never changed.  That was your operating plan that |
| 20 | you -- you know, you signed up for at the beginning of   10:54:29 |
| 21 | the year, if you owned a P&L or a region or a department |
| 22 | and just had expenses. |
| 23 | And then the F2, then you -- was three months of |
| 24 | actuals, first quarter plus nine months of forecasts. |
| 25 | So, you know, in the F2, you had better information,   10:54:51 |