# EXHIBIT 64

# AUDIT COMMITTEE MEETING
## FEBRUARY 14, 2017

### AGENDA

1. 2016 Audit Committee Meeting Planner

2. Approve November 1, 2016 and January 30, 2017 Meeting Minutes

3. Review 2016 DRAFT Form 10-K

4. Significant Judgments and Estimates

5. Management's Report on SOX

6. PwC Fiscal 2016 Audit Committee Report

    *Audit Committee recommendation to the Board that the 2016 audited consolidated financial statements be included in the Form 10-K*

    *Audit Committee approval of the retention of PwC for 2017 [(see Exhibit 1 – PwC's Service Commitment and Assessment)]*

    *Audit Committee approval of the scope and fees for the integrated audit, statutory audits and other audit-related and non-audit services for 2017 [(see Exhibit III – Pre-approval for 2016 Audit, 2016 Statutory Audits and Other Services)]*

7. Internal Audit Update

8. 2017 Internal Audit Plan
    *Audit Committee approval of the 2017 Internal Audit Plan*

9. Project 20/Twenty Update

10. Loan Covenant Compliance; Liquidity Trending

11. Hotline Update

12. Approve Albert Lee's Compensation

13. Legal Update

*Executive Sessions:*
*Internal Audit, PwC and Senior Management Personnel (if necessary)*

57

CONFIDENTIAL

UA_00239379

Board of Directors Meeting - Audit Committee

Board of Directors Meeting - Audit Committee



**Under Armour, Inc.**
**Audit Committee Planner**
**FY 2016**

| | Tools | Frequency | QTR 1 1/26 Call | QTR 1 2/16 | QTR 2 4/20 Call | QTR 2 4/27 | QTR 3 7/25 Call | QTR 3 8/2 | QTR 4 10/24 Call | QTR 4 11/1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **GENERAL** | | | | | | | | | | |
| Discuss with management and the independent auditors significant accounting and reporting issues, including recent professional and regulatory pronouncements, and understand their effects on the financial statements | PwC Report Q/K Highlights | Quarterly | | X | | X | | X | | X |
| Inquire of management, other internal staff, and/or the independent auditor about signficant financial risks or exposures, the Company's processes and policies for risk assessment and the steps management has taken to minimize such risks to the Company | Risk Mgt Report IA Reports PwC Report Ex Sessions | Quarterly | | X | | X | | X | | X |
| Meet with management, the internal auditor and the independent auditor in separate executive sessions at least quarterly | Ex Sessions | Quarterly | | X | | X | | X | | X |
| Obtain at the Company's expense and without further authorization, at such times and on such terms as the Audit Committee determines appropriate, advice and assistance for the Audit Committee from outside legal, accounting and other advisors | | As Needed | | | | | | | | |
| **INTERNAL CONTROL** | | | | | | | | | | |
| Evaluate whether management (i) is setting the appropriate tone for all employees by communicating the importance of internal control and (ii) is taking appropriate steps designed to ensure that employees possess an appropriate understanding of their roles and responsibilities | IA Reports Risk Mgt Report Ex Sessions PwC Report | On-going | X | X | X | X | X | X | X | X |
| Review with management and the independent auditors management's annual internal control report, including any attestation of it by the independent auditors. Management and the internal auditor shall report periodically to the Committee regarding any significant deficiencies in the design or operation of the Company's internal controls, material weaknesses in internal controls and any fraud (regardless of materiality) involving management or other persons having a significant role in the internal controls, as well as any significant changes in internal controls implemented by management during the most recent reporting period of the Company. | SOX Report IA Reports Alertline Report PwC Report Risk Mgt Report | On-going | X | X | X | X | X | X | X | X |
| Discuss with the independent auditors and legal counsel instances of fraud, illegal acts, deficiencies in internal control, and related matters that have come to their attention | Legal Matrix Alertline Report PwC Report | Quarterly | | X | | X | | X | | X |

CONFIDENTIAL        UA_00239380

Board of Directors Meeting - Audit Committee

Board of Directors Meeting - Audit Committee


Under Armour, Inc.
Audit Committee Planner
FY 2016

| | Tools | Frequency | QTR 1 1/26 | QTR 1 2/16 | QTR 2 4/20 | QTR 2 4/27 | QTR 3 7/25 | QTR 3 8/2 | QTR 4 10/24 | QTR 4 11/1 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Call | | Call | | Call | | Call | |
| Gain an understanding of the status of internal control recommendations made by internal and independent auditors and whether they have been implemented by management | IA Reports PwC Report SOX Report | Quarterly | | X | | X | | X | | X |
| **FINANCIAL STATEMENTS** | | | | | | | | | | |
| Review with the Chief Executive Officer and the Chief Financial Officer the Company's disclosure controls and procedures and review periodically, but in no event less frequently than quarterly, management's conclusions about the efficacy of such disclosure controls and procedures, including any significant deficiencies in, or material non-compliance with, such controls and procedures | K/Q Review (302) SOX Report PwC Report Ex Sessions Earnings Release | Quarterly | | X | | X | | X | | X |
| Review with management, and obtain explanations as to whether: (a) actual financial results varies significantly from budgeted or projected results; (b) changes in financial ratios and relationships are consistent with changes in the operations and financing practices; (c) there are any significant or unusual events or transactions; and (d) the Company has complied with the terms of loan agreements or security indentures. | K/Q Review Highlights Loan Covenant Compliance/Liquidity Trending Exec Fin Review Significant Judgments and Estimates | Quarterly | | X | | X | | X | | X |
| Review with management and the independent auditor (and where appropriate the internal auditor) at the completion of the annual and, where applicable, each quarterly examination: | | | | | | | | | | |
| (a) the Company's annual audited and quarterly financial statements, and in the case of quarterly financial statements, the results of the independent auditor's reviews of the quarterly financial statements | PwC Report K/Q Rev Highlights | Quarterly | | X | | X | | X | | X |
| (b) analyses prepared by management and/or the independent auditor setting forth the significant financial reporting issues and judgments made in connection with the preparation of the financial statements, including analyses of the effects of alternative GAAP methods on the financial statements | PwC Report K/Q Rev Highlights Sig Judgments/Est | Quarterly | | X | | X | | X | | X |
| (c) their assessments of the adequacy of the Company's internal control structure and procedures of the Company for financial reporting and the resolution of any identified material weaknesses in such internal control structure and procedures | SOX Report IA Reports PwC Report | Quarterly | | X | | X | | X | | X |

Board of Directors Meeting - Audit Committee

Board of Directors Meeting - Audit Committee



**Under Armour, Inc.**
**Audit Committee Planner**
**FY 2016**

| | Tools | Frequency | QTR 1 1/26 Call | QTR 1 2/16 | QTR 2 4/20 Call | QTR 2 4/27 | QTR 3 7/25 Call | QTR 3 8/2 | QTR 4 10/24 Call | QTR 4 11/1 |
|---|---|---|---|---|---|---|---|---|---|---|
| (d) the effect of regulatory and accounting initiatives on the financial statements of the Company | PwC Report K/Q Rev Highlights | Quarterly | | X | | X | | X | | X |
| (e) significant changes required in the independent auditor's audit plan | PwC Report Ex Sessions | As Needed | | | | | | | | |
| (f) changes in accounting methods, off-balance sheet transactions and related party transactions | PwC Report K/Q Rev Highlights | Quarterly | | X | | X | | X | | X |
| (g) material correcting adjustments that have been identified by the independent auditor in accordance with generally accepted accounting principles and applicable laws, rules and regulations, and managements handling of them | PwC Report Ex Sessions | Quarterly | | X | | X | | X | | X |
| (h) other matters related to the conduct of the audit that would be required to be communicated to the Audit Committee under generally accepted auditing standards, including under Statement on Auditing Standards No. 61, Communications with Audit Committees, were the Company to be a reporting company | PwC Report | Quarterly | | X | | X | | X | | X |
| Consider judgmental areas such as those involving valuation of assets and liabilities, including, but not limited to, the accounting for and disclosure of obsolete or slow-moving inventory, litigation reserves, and other commitments or contingencies | PwC Report K/Q Rev Highlights Sig Judgments/Est | Quarterly | | X | | X | | X | | X |
| Review with the independent auditor any audit problems or difficulties the auditor encountered in the course of the audit work, including (i) any restrictions on the scope of the independent auditor's activities or on access to requested information and (ii) any significant disagreements with management. The Audit Committee shall have the lead responsibility for resolving any disagreements between management and the independent auditor | PwC Report Ex Sessions | Quarterly | | X | | X | | X | | X |
| Consider the independent auditor's reports and judgments brought to the attention of the Audit Committee about the quality and appropriateness of the Company's accounting principles as applied in its financial reporting, significant accounting policies, audit conclusions regarding the reasonableness of significant accounting estimates and any audit adjustments | PwC Report Ex Sessions | Quarterly | | X | | X | | X | | X |

Board of Directors Meeting - Audit Committee

<mark><mark /></mark>Board of Directors Meeting - Audit Committee


**Under Armour, Inc.**
**Audit Committee Planner**
**FY 2016**

| | Tools | Frequency | QTR 1 1/26 Call | QTR 1 2/16 | QTR 2 4/20 Call | QTR 2 4/27 | QTR 3 7/25 Call | QTR 3 8/2 | QTR 4 10/24 Call | QTR 4 11/1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Review and consider information received from the independent auditor regarding all critical accounting policies and practices to be used by the Company, all alternative treatments of financial information within generally accepted accounting principles that have been discussed with management of the Company, ramifications of the use of such alternative disclosures and treatments, the treatment preferred by the independent auditor, and other material written communications between the independent auditor and management, including any management letter or schedule of unadjusted differences | PwC Report Ex Sessions | Quarterly | | X | | X | | X | | X |
| Review with management and the independent auditors the financial information to be included in the Company's Annual Report on Form 10-K and the Company's Quarterly Reports on Form 10-Q, including the disclosures under "Management's Discussion and Analysis of Financial Condition and Results of Operations" ("MD&A"), their judgment about the quality, not just acceptability, of accounting principles, the reasonableness of significant judgments, the clarity of the disclosures in the financial statements, MD&A, selected financial data and market risk and the adequacy of internal controls | K/Q Rev Highlights PwC Report | Quarterly | | X | | X | | X | | X |
| Make a determination whether to recommend to the Board of Directors that the audited financial statements be included in the Company's Form 10-K | K/Q Rev Highlights PwC Report | Annually | | X | | | | | | |

**INDEPENDENT AUDITOR**

| | Tools | Frequency | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Approve the (i) retention and termination of the independent auditor, who shall report directly to the Audit Committee, and (ii) all audit engagement fees and terms and any audit, audit-related, tax or other services with the independent auditor after giving consideration to their effect on the independence of the independent auditors | PwC Engagement Letter Ex Sessions | Annually | | X | | X | | | | |
| Approve in advance, in accordance with the pre-approval policy approved by the Audit Committee or the Board, the provision by the independent auditor of all services to be performed by the independent auditor | PwC Engagement Letter Pre Approval Requests | As Needed | | | | | | | | |
| Review with the independent auditor their plans for, and the scope of, their audit and other examinations of the Company's financial information and the audit procedures to be utilized | PwC Engagement Letter PwC Report | Quarterly | | X | | X | | X | | X |

CONFIDENTIAL                                                                      UA_00239383

Board of Directors Meeting - Audit Committee

Board of Directors Meeting - Audit Committee



**Under Armour, Inc.**
**Audit Committee Planner**
**FY 2016**

| | Tools | Frequency | QTR 1 1/26 Call | QTR 1 2/16 | QTR 2 4/20 Call | QTR 2 4/27 | QTR 3 7/25 Call | QTR 3 8/2 | QTR 4 10/24 Call | QTR 4 11/1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Take appropriate action to oversee the independence of the independent auditor, including: | | | | | | | | | | |
| (a) reviewing the experience and qualifications of the senior members of the independent auditor team; evaluating the qualifications, performance and independence of the independent auditor, including the review and evaluation of the lead partner of the independent auditor, and whether the auditor's quality controls are adequate and the provision of non audit services is in compliance with applicable law and compatible with maintaining the auditor's independence, taking into account the opinions of management and the internal auditor; and presenting its conclusions to the full Board | PwC Engagement Letter PwC Report | Annually | | | | X | | X | | |
| (b) periodically reviewing any transactional or other relationships between the Company and the independent auditor | PwC Report Ex Sessions | Quarterly | | X | | X | | | X | X |
| (c) ensuring its receipt at least annually from the independent auditor, and reviewing, a formal report from the independent auditor delineating (i) the independent auditor's internal quality-control procedures, (ii) any material issues raised by the most recent internal quality-control reviews, or by peer reviews, of the independent auditor, or any inquiry or investigation by any governmental or professional authorities, within the preceding five years, respecting any one or more audits conducted by the independent auditor, and any steps taken to deal with any such issues, and (iii) (to assess the auditor's independence) all relationships between the independent auditor and the Company | PwC Engagement Letter PwC Report | Annually | | | | X | | X | | |
| (d) actively engaging in a dialogue with the independent auditor with respect to any disclosed relationships or services that may impact the objectivity and independence of the independent auditor | PwC Report Ex Sessions | Quarterly | | X | | X | | | X | X |
| (e) taking appropriate action or recommending to the Board such appropriate action, as necessary, on any disclosed relationships to satisfy itself of the independent auditor's independence, establishing a policy for the retention by the Company of employees or former employees of the independent auditor, or reviewing each instance on a case-by-case basis | | As Needed | | | | | | | | |

Board of Directors Meeting - Audit Committee

Board of Directors Meeting - Audit Committee



**Under Armour, Inc.**
**Audit Committee Planner**
**FY 2016**

| | Tools | Frequency | QTR 1 1/26 Call | QTR 1 2/16 | QTR 2 4/20 Call | QTR 2 4/27 | QTR 3 7/25 Call | QTR 3 8/2 | QTR 4 10/24 Call | QTR 4 11/1 |
|---|---|---|---|---|---|---|---|---|---|---|
| (f) consider other factors relating to the independence of the independent auditor, including but not limited to (i) rotation of independent auditor or outside audit personnel and (ii) the performance of services by an outside audit firm when a former employee of that firm currently serves as chief executive officer, chief financial officer, chief accounting officer or equivalent officer of the Company | | As Needed | | | | | | | | |
| **INTERNAL AUDIT** | | | | | | | | | | |
| Review the internal audit department of the Company, including the independence and authority of its reporting obligations, the proposed audit plans for the coming year, and the coordination of such plans with the independent auditor | Internal Audit Plan Ex Sessions PwC Report | Annually | | X | | | | | | |
| Review the qualifications of the internal audit function and concur in the appointment, replacement, reassignment or dismissal of the chief audit executive | Assessment of IA | Annually | | | | | | | | X |
| Receive, as necessary, notification of material adverse findings from internal audits and a progress report on the proposed internal audit plan, as appropriate, with explanations for changes from the original plan | IA Reports IA Tracker SOX Reports | Quarterly | | X | | X | | X | | X |
| **COMPLIANCE** | | | | | | | | | | |
| Review the effectiveness of the system for monitoring compliance with laws and regulations and the results of management's investigation and follow-up (including disciplinary action) on any fraudulent acts or accounting irregularities | PwC Report IA Reports SOX Report Legal Matrix Risk Mgt Report | Quarterly | | X | | X | | X | | X |
| Review compliance with the Company's Code of Ethics and Business Conduct. The Audit Committee shall review with the Company's counsel legal and regulatory matters brought to the attention of the Audit Committee that may have a material impact on the financial statements or compliance policies. | Alertline Update Risk Mgt Report Legal Matrix | Quarterly | | X | | X | | X | | X |
| Review the procedures established in the Code of Ethics and Business Conduct for (i) the receipt, retention, and treatment of complaints received by the Company regarding accounting, internal accounting controls, or auditing matters and (ii) the confidential, anonymous submission by employees of the Company of concerns regarding questionable accounting or auditing matters | Alertline Update | Quarterly | | X | | X | | X | | X |

CONFIDENTIAL                UA_00239385

Board of Directors Meeting - Audit Committee

Board of Directors Meeting - Audit Committee



**Under Armour, Inc.**
**Audit Committee Planner**
**FY 2016**

| | Tools | Frequency | QTR 1 | | QTR 2 | | QTR 3 | | QTR 4 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1/26 | 2/16 | 4/20 | 4/27 | 7/25 | 8/2 | 10/24 | 11/1 |
| | | | Call | | Call | | Call | | Call | |
| **EVALUATION** | | | | | | | | | | |
| The Audit Committee shall evaluate its performance relative to the Audit Committee's purpose, duties and responsibilities, as described by this Charter. A discussion of these findings shall take place at least annually | AC Self Assessment | Annually | | | | | | | | X |
| The Audit Committee shall review and assess the adequacy of this Charter and recommend any proposed changes to the Board for approval. | AC Charter Review | Annually | | | | | | | | X |
| **OTHER MATTERS** | | | | | | | | | | |
| Discuss, in advance, the Company's earnings releases and instances in which the Company may provide earnings guidance or financial information to analysts or rating agencies | Earnings Release | Quarterly | X | | X | | X | | X | |
| The Audit Committee should review transactions with related persons (as defined under SEC rules) consistent with the Company's policies and procedures | Related Party Transaction Report | Annually | | | | | | | | X |