# EXHIBIT 110
# [Filed Under Seal]

# Sep 07, 2016

(410) 371-6326 Matt Mirchin; (614) 214-9186 Jason LaRose

> Did we already place bets above the +7% for SS17?
>
> +16142149186 Jason LaRose 9/7/2016 8:49:36 AM

Yes I think 10% on the seasonal forecast styles plus another buy which is off cycle buy.

+14103716326 Matt Mirchin 9/7/2016 8:52:47 AM

> So, if we achieve a reasonable sell thru of ATS, what kind of growth do you think we could hit in SS17?
>
> +16142149186 Jason LaRose 9/7/2016 8:54:17 AM

Take liquidation out of the equation. Bought about $12m at wholesale for Q1 and also bought styles below minimums to the minimums. Ballpark estimate for the 1st half would be around $30m. Rough guess.

+14103716326 Matt Mirchin 9/7/2016 8:58:09 AM

> Ok. So that's about another 2% on the first half above bookings if we sell it thru, right?
>
> +16142149186 Jason LaRose 9/7/2016 8:59:56 AM

U r much better at math so yes. I believe we are about $70m as a company short of 20% for Q1.

+14103716326 Matt Mirchin 9/7/2016 9:01:57 AM

> Right. Probably need to increase liquidation in Q1, offset by higher MFO buys. Then, pray for enough cold weather that we can hit $4,983 without all of the pull forwards. Otherwise, it's going to be a tough quarter to start the year.
>
> +16142149186 Jason LaRose 9/7/2016 9:03:30 AM

Agree. Let's make the call on liquidation. I'm talking to Charlie at 10:30 want me to tell him we both agree on the $20m for liquidation Q1??

+14103716326 Matt Mirchin 9/7/2016 9:06:45 AM

> I think it will be required unless we're going to completely punt on the 20% streak.
>
> +16142149186 Jason LaRose 9/7/2016 9:07:26 AM

> Better to tell Bradley and Andy now so we can get prepared on the inventory side.
>
> +16142149186 Jason LaRose 9/7/2016 9:07:46 AM

I told Charlie unless we make the call this month a no call is making the call not to do it. I am speaking to him on my situation trying to finalize the details. Will bring it up today and follow up with u

+14103716326 Matt Mirchin 9/7/2016 9:09:01 AM

> Ok. Right now, the TTT commitment is hitting $4,983 no matter what. Personally, I believe it's better to guide closer to $4,950 and then push $45M into Q1. That plus liquidation and a few inventory bets make 20% possible. Instead, the decision has been made to wait until mid-Oct to see if it's cold and business spikes. I think it's a reasonable call but I hate punting Q1 to hit Q4.
>
> +16142149186 Jason LaRose 9/7/2016 9:11:31 AM

I was told to drive TY and hit $4983. I understand the challenges is causes in Q1.

+14103716326 Matt Mirchin 9/7/2016 9:13:11 AM

> Personally, I'd rather see a good Q4 and good Q1 instead of a great Q4 and a poor Q1. I really don't understand this logic, but it happened without me in the room. Maybe the guidance is more important but no private company would run like this, which is a good pressure test for me.
>
> +16142149186 Jason LaRose 9/7/2016 9:16:13 AM

Let's discuss.

+14103716326 Matt Mirchin 9/7/2016 9:16:55 AM