# EXHIBIT 176
# [Filed Under Seal]

**To:** Smith, Jen (Office of CEO)[jsmith@underarmour.com]; Stanton, John[jstanton@underarmour.com]
**From:** KP13   Case 1:17-cv-00388-RDB   Document 360-20   Filed 12/22/23   Page 2 of 3
**Sent:** Mon 12/21/2015 12:20:22 PM
**Subject:** Re: Chip Molloy Press release announcement!

Hi guys and a few notes:

Chip will assume the CFO role the day he starts - NOT on Brads official last day. I did not see the release last week but either way this should have been discussed with me, John. I had a conversation with Brad on Friday and relieved him of his CFO responsibilities and have placed Dave Bergman in charge until Chip gets here. Brad will serve his time out at UA with out the burden of "office hours" or being required for any UA functions or events - he has 2 responsibilities:
*. Serve Dave Bergman in a support/consigliere type role. They have a great relationship and Brad wants Dave & UA to be successful.
*. Complete the acquisition of Dome prior to Brad's departure. Fly to Tokyo or whatever else is required but use his departure as the impetus to complete the transaction.

This has been communicated to both Brad & Dave. Brad will still be a UA employee and the external message is business as usual until Chip gets on board but this is the best decision for the Company.

Feel free to speak with Jen to stipulate my position but trust me - this is the best course. Also, feel free to discuss with Brad.

This is not emotional or a reaction - our business is at risk and Brad is not doing his job right now (or the last 6 months). David can handle and the best interests of UA will be served.

One other thing on Chip's bio - Not sure of the protocol and how Chip or an Eric Olson would feel but would like to use the phrase, "a Top Gun, Fighter Pilot" - or whatever is correct but that should be in the release.

Thanks all!
KP


Sent from my iPhone

On Dec 21, 2015, at 11:15 AM, Smith, Jen (Office of CEO) <jsmith@underarmour.com> wrote:

---

**From:** Pelkey, Diane
**Sent:** Monday, December 21, 2015 9:45 AM
**To:** Stanton, John; Smith, Jen (Office of CEO)
**Subject:** FW: Chip Molloy Press release announcement!

---

**From:** Chip Molloy <chip_molloy@yahoo.com>
**Reply-To:** Chip Molloy <chip_molloy@yahoo.com>
**Date:** Monday, December 21, 2015 at 9:42 AM
**To:** "Pelkey, Diane" <dpelkey@underarmour.com>
**Subject:** Re: Chip Molloy Press release announcement!

Looks great. Thanks!

---

**From:** "Pelkey, Diane" <dpelkey@underarmour.com>
**To:** "chip_molloy@yahoo.com" <chip_molloy@yahoo.com>
**Cc:** "Stanton, John" <jstanton@underarmour.com>
**Sent:** Monday, December 21, 2015 9:31 AM
**Subject:** Chip Molloy Press release announcement!

CONFIDENTIAL

Good morning…we are planning on sending out your announcement at 8:30AM tomorrow.  See below draft of the press release. We are still waiting for Kevin's feedback.
Thanks!
Diane

## UNDER ARMOUR APPOINTS NEW CFO CHIP MOLLOY

**Baltimore, MD (December 22, 2015) – Under Armour** (NYSE:UA) today announced that Chip Molloy, the former Chief Financial Officer of PetSmart, Inc., will be joining Under Armour as its new Chief Financial Officer.  Mr. Molloy will join the organization on January 19, 2016 and will work closely with Under Armour's existing CFO, Brad Dickerson, to ensure a smooth transition of responsibilities.  Mr. Molloy will assume the role of CFO on February 19, 2016, Mr. Dickerson's last day with the company.

Mr. Molloy comes to Under Armour with significant financial executive experience in the consumer retail sector. He served as EVP and CFO for PetSmart from 2007 until 2013, where in 2011 he was named *Institutional Investors* CFO of the Year for Specialty Retail.  Most recently he served as a Senior Advisor for Atlanta based private equity firm Roark Capital Group since October 2014 and has served on a number of public company boards of directors.

Mr. Molloy is a native of Maryland and is a graduate of the U.S. Naval Academy in Annapolis.   After graduating from the Academy, he served 10 years as a navy fighter pilot.  He also earned an MBA from the Darden Graduate School of Business at the University of Virginia.

"It is extremely exciting to join a Company that has not only been phenomenally successful but also has the potential for significant growth for many years to come.  I feel privileged to have the opportunity to serve Under Armour's customers, teammates, community and shareholders," said Mr. Molloy.

"Under Armour is a growth company with a dynamic senior leadership team, and we are excited for Chip Molloy to help drive the business on the road to $7.5 billion in revenue by 2018," said Kevin Plank, Chairman and CEO, Under Armour, Inc. "Chip's success and experience as a public company CFO, his financial expertise and his outstanding leadership qualities will be an invaluable addition to the team."

Diane Pelkey
SVP Global Communications, Events and Entertainment
1020 Hull Street
Baltimore, MD 21230
Phone: 410-246-5927

**THE WORLD'S LARGEST FITNESS COMMUNITY.**
AVAILABLE NOW ON iOS & ANDROID