# EXHIBIT 179
# [Filed Under Seal]

| Message | |
|---|---|
| **From:** | Allega, Lance [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=51857151F466494398A58E947C44BF3C-ALLEGA, LAN] |
| **Sent:** | 11/4/2019 3:13:26 PM |
| **To:** | Gillard, Carrie [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6a92a9d0d1424fbdbea3268ab0fe6bc9-Carrie Blan] |
| **Subject:** | FW: CNBC "Squawk on the Street"/ Jim Cramer on Under Armour |

Good God.. read Cramer's transcript below.


Lance

_____
Lance Allega
Under Armour
SVP, Investor Relations & Corporate Development
o: 410.246.6810
m: 410.982.7028
e: LanceA@underarmour.com

---

**From:** Jay Reynolds <jay.reynolds@teneo.com>
**Date:** Monday, November 4, 2019 at 10:08 AM
**To:** Jen Smith <jsmith@underarmour.com>, John Stanton <jstanton@underarmour.com>, "Allega, Lance" <lancea@underarmour.com>, "Pelkey, Diane" <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>, Evan Goetz <evan.goetz@teneo.com>
**Subject:** CNBC "Squawk on the Street"/ Jim Cramer on Under Armour

**Jim Cramer on Under Armour**
CNBC "Squawk on the Street"
4 November 2019

Link: http://mms.tveyes.com/MediaCenterPlayer.aspx?u=aHR0cDovL21lZGlhY2VudGVyLnR2ZXllcy5jb20vZG93bmxvYWRnYXRl2F5LmFzcHg%2FVXNlcklEPTc4NzEzNSZNRElEPTEyNDM4MDE0Jk1EU2VlZD00MjEzJlR5cGU9TWVkaWE%3D

Transcript:

**Carl Quintanilla:** There's Under Armour, beat with the quarterly results, cuts the full year guide on revenue alone. But the stock is getting hit as the company does acknowledge it's been cooperating with the SEC and DOJ in a probe of its accounting practices. All of that coming as Kevin Plank is set to step down as CEO in January. Jim, you said something on Twitter about how this now makes sense, how everything about Under Armour makes sense.

**Jim Cramer:** Well, the stock has been under a lot of pressure. The quarter wasn't great, but the stock was acting really dodgey. Now, I'll tell you here's an interesting thing that they'll deny completely, because that's what people do. The fact that they didn't reveal this earlier is...

**David Faber:** I mean, they only mentioned comments about it as a result, it would seem, of the journal's story.

**Jim Cramer:** Right.

**David Faber:** It's not in their earnings release.

CONFIDENTIAL

**Jim Cramer:** Well, that's great. The Justice Department's crawling all over their office and they don't release it until today. What do you think? That's some sort of, hey, you know what? That's a disclosable vet immediately.

**David Faber:** It does come up sometimes in these things what should be disclosed and not. It's not the first time we've had a company not disclose some sort of an investigation, informal or otherwise, by the SEC.

**Jim Cramer:** I'm calling it illegal and I'm calling it unethical. I'm calling it just disgraceful. Disgraceful. You have the Justice Department in there, and you don't disclose it. You should be immediately issuing a release saying we are in trouble on revenue recognition and we intend to address it. It's a disgrace. And I really think that people were buying that stock on Friday and people were selling and we didn't know about it. I mean, come on. Now they'll have some lawyer, some PR firm, who will be out there saying I'm wrong, I happened to have, unfortunately, a revenue recognition issue. We had it at The Street. But you merely do as you say. OK, you shine a light on it. We've got a revenue recognition, you throw everybody under the bus. Unfortunate, that's the way the SEC wants it, but you disclose it first. You get out ahead of it. So they may say, I don't know what I'm talking about. I tell you, I had the best lawyers in the world. And what the lawyer said is it's time to fall on your sword, Mr. Cramer. You let everyone in the world know that you did this and perhaps a year from now, it will be over. Well, it took about 18 months. And, yes, the SEC put out a release that said that we were guilty and then they realized that we weren't. So they put out a release soon after saying, hey, we didn't find any guilt. Thank you, SEC. But this is a disgrace. And having been involved with one of these, I know exactly what they're supposed to do and what they did is wrong. Now I want their lawyers to come on and do the usual fibbing that I see, saying, you know what, we didn't need to do anything. So at least let's get that over with. Have they changed the CEO? Why did they change the CEO? What was that about?

**David Faber:** We don't know. I mean, he is executive chairman. But you're right.

**Jim Cramer:** I like Kevin, but that's completely meaningless. It's about money, not about friends. But, you know, you don't do it this way. And everybody knows. So their lawyers should come on and explain or someone should come on and explain how the Justice Department could be crawling all over their office and seeing these people. They're not the auditors. Hey, man, how you doing? I'm from the Justice Department. Shut up. That's what it's like when your the Justice Department.

**Carl Quintanilla:** So your complaint here is with the board, I assume.

**Jim Cramer:** Do they have a board?

**Carl Quintanilla:** They do.

**Jim Cramer:** Who is on that board?

**Carl Quintanilla:** Well, Mohamed El-Erian, for one.

**Jim Cramer:** Well, Mohamed El-Erian. Listen to me. You have the Justice Department in there. What are they doing when they're in there? Do you think they're just like saying, hey, I love those new sneakers?

**David Faber:** Here's what Under Armour had to say in response to the journal story, at least that was according to the journal itself when they actually called and asked them about it. "Began responding July 2017 to requests for documents and information related disclosures." And they went on to say "the company firmly believes that its accounting practices and disclosures were appropriate." But your point is a good one, Jim. You never know what the decision-making tree is there. Who says, no, we don't have to disclose this. It's not something investors want to know. It seems hard to imagine.

**Jim Cramer:** I had Paul Weiss and Skadden Arps and they said you gotta tell everybody. And I said, but I didn't do anything wrong. We didn't do anything wrong. He goes, OK good. Tell everybody. Look, it's a horrible thing to have a revenue recognition problem. Because it can be criminal. The SEC already referred it to justice. I would have disclosed it if I were there and the SEC had an issue. But Justice, the Justice Department.

CONFIDENTIAL

**David Faber:** No, that's criminal.

**Jim Cramer:** Yeah. That's called criminal. They made a mistake that with.

**David Faber:** We'll go back to that with...No, we didn't. I was thinking of disclosure when it came to Elon Musk, SEC but they...

**Jim Cramer:** Look, you get the Justice Department in because the key thing about the Justice Department: do not pick names out of phone book. OK. They don't say let's go after this company. I don't know. I mean, I thought this was just outrageous. Just outrageous. And I'm waiting for their crisis PR firm to say, no, you see, it's fine. We had Justice Department agents in there. But you know what? They were dressed, they looked like us. It doesn't matter. What were they wearing? Under Armour clothes? Think they were in there wearing Under Armour clothes? The mesh? You know?

**David Faber:** I'm not a big... I know. No, I know the clothes.

**Jim Cramer:** I mean, what does your son wear? Is he wearing Under Armour?

**David Faber:** No, he's you know, he's 17 now.

**Jim Cramer:** OK. Well, the Justice Department... let me give you a heads up. The Justice Department doesn't wear Under Armour.

**Carl Quintanilla:** We're going to see the extent to which this is all addressed on the call, obviously.

**Jim Cramer:** Yeah. They ought to address it. It's a little more important than the quarter.

**David Faber:** All they say on the call so far, guys, is they've been fully cooperating with these for nearly two and a half years. In fact, we began responding back in July of 2017 to their requests for documents and information, firmly believe again their accounting practices were appropriate. And that's it. They said they're breaking from their typical policy of not discussing regulatory litigation matters regarding the investigation by the S.E.C. and the US Department of Justice.

**Jim Cramer:** They're breaking because the press found out about it. David, David. David, the Justice Department, the press finds out they issue a release. It's like, hey, listen, we missed the quarter. The quarter? The quarter?

**Carl Quintanilla:** They cut the revenue guide, but they do see earnings at the high end. Any idea how that's going to work?

**Jim Cramer:** I don't know. How do we know they are? Given the fact that they had revenue recognition can we just stipulate that maybe we should question their ability to beat the number? Let's have a restatement. Now, what I wanted to see was the restatement would not affect the numbers. It did not affect the cap. That's what they're supposed to do. I'm going to go down there and I'm going to explain the way it works, because I like Kevin very much. He's a good guy. But there's a way to do this. And there's a way not into it. And they are textbook about how every major criminal law firm, White Collar, tells you not to do it. Who are they using?

**David Faber:** I'll find out.

**Jim Cramer:** Yeah will you find out. My bet is they took a coin flip about it. This is crazy.

**David Faber:** It's fact specific.

**Jim Cramer:** Oh it's not fiction specific?

CONFIDENTIAL

**David Faber:** My point is that investigations occur and it's a close call. But you don't always, aren't obligated to disclose.

**Jim Cramer:** Once again, once again, you're not obligated.

**David Faber:** As we know because we've seen this before.

**Jim Cramer:** But I'm talking about, the way you do it, if you're what I call a professional company, is you disclose because you cannot have Justice Department agents in there...

**David Faber:** We've spent a lot of time now talking about their failure to disclose. What about the impact of, if we don't even know if it's true?

**Jim Cramer:** Why don't they release, why don't they say listen, we've done a preliminary and it does not, they should immediately it does not affect their cash position. It's just a restatement. It's a shift from quarter to quarter. That's fine. You give us that. I know Kevin is listening. Kevin, I'm really sorry that I'm being so harsh, but this is the way it goes.

**David Faber:** He's on the call right now.

**Jim Cramer:** He jammed. He's a really good guy. It's just terrible.

###

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733

 

teneo.com

---

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 9:56 AM
**To:** 'Smith, Jen (Office of CEO)' <jsmith@underarmour.com>; 'Stanton, John' <jstanton@underarmour.com>; 'Allega, Lance' <lancea@underarmour.com>; 'Pelkey, Diane' <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** Footwear News/ A Day After Accounting Probe Is Revealed, Under Armour Lowers Sales Forecast

**A Day After Accounting Probe Is Revealed, Under Armour Lowers Sales Forecast**
Footwear News
By Samantha McDonald
4 November 2019

CONFIDENTIAL

Link: https://footwearnews.com/2019/business/earnings/under-armour-q3-2019-earnings-sales-stock-accounting-probe-1202867121/

A day after it was revealed that Under Armour is the subject of a federal investigation into its accounting practices, the company reported lowered its sales expectations for the year.

In its third-quarter earnings report — which comes just two weeks after founder Kevin Plank said he was stepping aside as CEO —  the company logged adjusted earnings per share of 23 cents, versus expectations of 18 cents. Profits grew 7.2% to $102.32 million.

Revenues, however, were down 1% to $1.43 billion — modestly above Wall Street's forecast of $1.41 billion. Wholesale revenues decreased 2% to $892 million, and direct-to-consumer sales dropped 1% to $463 million. Its North America business remains challenged, with revenues slowing 4% to $1 billion, while international sales climbed 5% to $368 million.

As of 8:30 a.m. ET in premarket trading, Under Armour's shares were down nearly 14% to $18.26.

On Sunday, the Baltimore-based firm said it was cooperating with the Securities and Exchange Commission and the Department of Justice investigations in the accounting probe. The investigation is to determine whether the company manipulated sales figures by shifting them from quarter to quarter to appear healthier, The Wall Street Journal reported.

"The company began responding in July 2017 to requests for documents and information relating primarily to its accounting practices and related disclosures," an Under Armour spokesperson said Sunday, "and the company firmly believes that its accounting practices and disclosures were appropriate."

Today, Under Armour said it expects full-year earnings per share to reach the high end of the previously given range of 33 cents to 34 cents.

However, the company lowered its sales expectations for the year. It now forecasts growth of 2% compared with the prior range of 3% to 4%. It cited lower-than-planned excess inventory for the off-price channel; ongoing direct-to-consumer challenges; and negative impacts from foreign currency changes.

"Building our long-term brand strength remains at the center of everything we do," chairman and CEO Kevin Plank said in a statement accompanying the third-quarter report. "Our ongoing transformation across the business continues to make us smarter, faster and more operationally excellent. As we make the turn into 2020, we are confident in our ability to deliver our fourth-quarter targets while proactively supporting higher levels of strategic marketing investments that will further fuel the Under Armour brand."

Plank will become executive chairman in January, when COO Patrik Frisk takes the CEO reins.

### 

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733

CONFIDENTIAL



teneo.com

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 9:53 AM
**To:** Smith, Jen (Office of CEO) <jsmith@underarmour.com>; Stanton, John <jstanton@underarmour.com>; Allega, Lance <lancea@underarmour.com>; Pelkey, Diane <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** UPDATE: WSJ/ Under Armour Posts Flat Sales in Latest Quarter

**Under Armour Posts Flat Sales in Latest Quarter**
*Sportswear maker's shares drop on disclosure of accounting probe*
The Wall Street Journal
By Khadeeja Safdar
4 November 2019

Link: https://www.wsj.com/articles/under-armour-posts-flat-sales-in-latest-quarter-11572871976?mod=hp_lead_pos2

Under Armour Inc. UA -14.91% shares fell as much as 16% Monday as federal authorities investigate the sportswear maker's accounting practices and whether it shifted sales from quarter to quarter to appear healthier, according to people familiar with the matter.

On Monday, in its latest quarterly report, Under Armour said sales were flat in the third quarter and it lowered its revenue forecast for the rest of the year, as the company battles to return to the growth levels it once enjoyed.

Sales decreased 4% in North America, Under Armour's biggest market. Nike Inc. and Lululemon Athletica Inc., meanwhile, have been growing sales in North America. World-wide, Under Armour's apparel revenue increased 1%, while footwear sales declined 12%. Overall, though, profit and sales were better than Wall Street expected.

Under Armour's Class A shares recently dropped 15% to $17.87. The stock hit an intraday low of $17.75.

The Wall Street Journal reported Sunday that the Justice Department and the Securities and Exchange Commission are examining the sportswear maker's revenue-recognition practices and whether it shifted sales from quarter to quarter to make them appear stronger.

After the Journal published the article, Under Armour said that it is cooperating with the investigations and that it began responding in July 2017 to requests for documents and information relating primarily to its accounting practices and related disclosures. The company said it is confident its accounting and disclosures were proper.

As part of the probe, investigators questioned people in Baltimore, where the company is based, as recently as last week, one of the people said.

Justice Department prosecutors are conducting a criminal inquiry into the matter in coordination with civil investigators at the Securities and Exchange Commission, another person said.
Spokespeople for the Justice Department and SEC declined to comment.

When examining what are known as revenue-recognition practices, authorities generally focus on whether companies record revenue before it is earned or defer the dating of expenses to make earnings appear stronger, among other possible infractions.

The company has been struggling with weak sales since 2017. Until then, it had been among the fastest-growing clothing brands, riding 26 straight quarters of at least 20% year-over-year revenue growth.

CONFIDENTIAL

On Jan. 31, 2017, the company's shares plunged after it reported sales growth of 12% in the holiday quarter and cut its growth forecasts for the next year. That day, Under Armour also said its then-finance chief was leaving after a year on the job.

At the time, founder, Chairman and CEO Kevin Plank attributed the slowdown to fewer store visits by shoppers, the company's product assortment and changes in the sportswear industry, including retailer bankruptcies such as Sports Authority Inc. Under Armour moved to restructure operations, cutting jobs and hiring an outsider, Patrik Frisk, as president. He has been focusing on performance attire as rivals embrace athleisure and other fashion trends.

Under Armour had three chief financial officers from 2016 to 2017. Brad Dickerson, who had served as CFO since 2008, left the company in February 2016. Chip Molloy, a former PetSmart Inc. executive, took over but stayed a year on the job. Under Armour at the time cited unspecified personal reasons for his departure.

David Bergman was named acting finance chief in February 2017 after the company reported its quarterly sales miss and Mr. Molloy's exit. Mr. Bergman, who has worked at Under Armour since 2004 in various finance roles, was named permanent CFO in December 2017.

Messrs. Dickerson, Molloy and Bergman didn't respond to requests for comment Sunday.

Last month, the company said Mr. Plank was stepping down as CEO on Jan. 1 after more than 20 years in the role. Mr. Plank plans to stay at the company as executive chairman and brand chief, and Mr. Frisk will take over as CEO and continue reporting to Mr. Plank.

Mr. Plank, a former University of Maryland football player, founded Under Armour in his grandmother's basement with sweat-wicking compression apparel. Over time, he added new products and struck endorsements with athletes including NBA star Stephen Curry and golfer Jordan Spieth, building the company into a global brand with about $5 billion in annual sales.

For the third quarter, the company reported a profit of $102 million, or 23 cents a share, compared with a profit of $75.3 million, or 17 cents a share, during last year's third quarter. Analysts had expected a profit of 18 cents per share. Total revenue fell 1% to $1.43 billion in the quarter ended Sept. 30. Analysts expected total sales of $1.41 billion.

Under Armour said it now expects full-year sales to rise about 2% compared with a prior forecast for 3% to 4% growth. It also expects earnings per share to be at the high end of its previous forecast range of 33 cents to 34 cents.

Like many companies, Under Armour has faced complaints by current and former employees about its culture, including the expensing of strip-club visits and inappropriate behavior by executives, the Journal has reported. Mr. Plank has spoken openly about Under Armour's shortcomings, promised to make improvements and replaced some senior executives.

When he announced plans to hand over the CEO title, the 47-year-old billionaire said the decision was part of the company's long-term succession planning.

### 

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733

 

teneo.com

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 9:41 AM
**To:** Smith, Jen (Office of CEO) <jsmith@underarmour.com>; Stanton, John <jstanton@underarmour.com>; Allega, Lance <lancea@underarmour.com>; Pelkey, Diane <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** FT/ Under Armour knocked by accounting probe and outlook cut

**Under Armour knocked by accounting probe and outlook cut**
*Shares fall 13% in early trade despite better than expected quarterly results*
Financial Times
By Mamta Badkar
4 November 2019

Link: https://www.ft.com/content/85331882-ff03-11e9-b7bc-f3fa4e77dd47

Under Armour shares fell sharply on Monday after the athletic wear maker said federal regulators were probing its accounting practices and lowered its full-year outlook.

Shares in the Baltimore-based company fell more than 13 per cent to $18.30 in pre-market trade after it confirmed that since July 2017 it has been responding to requests for documents and information from the Securities and Exchange Commission and the Department of Justice relating to its "accounting practices and related disclosures".

Under Armour said it "continues to believe its accounting practices and related disclosures were appropriate". The news was first reported by the Wall Street Journal on Sunday, which noted the probe was focused on whether the company inflated its sales figures.

The probe presents another "dark cloud" for Under Armour, said Rick Patel, an analyst at Needham. The company's shareholders are currently contending with a leadership change at the sportswear company. Chief executive Kevin Plank, who founded Under Armour in his grandmother's basement, last month announced he would relinquish his title as chief executive and assume the role of executive chairman and brand chief, tasking chief operating officer Patrik Frisk with turning round the company when he takes the helm.

The news also comes during a tough time for Under Armour which has seen growth moderate after years of rapid growth as it has faced stiff competition from the likes of Nike and Adidas. Last year, the company acknowledged it had lost focus and would return to its roots as a sportswear company, breaking away from the "athleisure" trend that has helped fuel growth in workout wear makers in recent years.

The company now expects 2019 revenue to increase 2 per cent year-on-year, down from its previous outlook for sales growth in the range of 3 to 4 per cent, amid "ongoing traffic and conversion challenges in direct-to-consumer" and negative impacts from foreign currency translation. However, Under Armour expects operating profit to come in at the higher of its prior guidance of $230m to $235m and boosted its gross margin outlook.

The accounting probe and downbeat revenue guidance overshadowed better than expected quarterly results.

CONFIDENTIAL

Revenues fell 1 per cent from a year ago to $1.43bn, slightly ahead of Wall Street expectations, according to a Refinitiv survey.

In North America, the company's largest market, revenues fell 4.1 per cent in line with forecasts, while overseas revenues grew 5 per cent. Meanwhile, revenues from clothing climbed 1 per cent but footwear sales fell 12 per cent.

Net income climbed to $102.3m, or 23 cents a share, in the three months ended in September. That was up from $72.3m, or 17 cents a share, in the year ago quarter, eclipsing analyst expectations for 18 cents.

Under Armour shares had been up 20 per cent year-to-date as of Friday's close.

###

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733



teneo.com

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 9:37 AM
**To:** 'Smith, Jen (Office of CEO)' <jsmith@underarmour.com>; 'Stanton, John' <jstanton@underarmour.com>; 'Allega, Lance' <lancea@underarmour.com>; 'Pelkey, Diane' <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** CNBC "Squawk Box" / Jim Cramer Brief on Under Armour

**Jim Cramer Brief on Under Armour**
CNBC "Squawk Box"
4 November 2019

Link:
http://mms.tveyes.com/MediaCenterPlayer.aspx?u=aHR0cDovL21lZGlhY2VudGVyLnR2ZXllcy5jb20vZG93bmxvYWRnYXRld2F5LmFzcHg1EU2VlZD01MTEzJlR5cGU9TWVkaWE%3D

**Andrew Ross Sorkin:** Meantime, I want get down to the New York Stock Exchange where Jim Cramer joins us now. Jim, so much to talk about. Maybe want to start with McDonald's also want to get your thoughts on Under Armour?

**Jim Cramer:** Yeah. Look, I think both of these are not so hot. For Kempczinski, there's some continuity and he was also involved with the technology, which had been one of Easterbrook's issues. Easterbrook really energized the franchisees. I have to believe that his number two would understand that, too. Under Armour is just a complete mystery, if not a disaster. I mean, how do you have the Justice Department crawling all over you and not talk about it? Actually, I mean, I'm a [inaudible] there.

CONFIDENTIAL

**Andrew Ross Sorkin:** Which part of it?

**Jim Cramer:** Look, I just think that you have to I mean, I don't know what lawyers they have, I don't know who felt that they could get away with not talking about it. You can't have the FBI, Justice Department, whoever it is, crawling all over your books and not come out and say, listen, we have revenue recognition problem. The idea that you have to wait until the date of your report. Look, everybody can have an explanation for anything. Don't listen to me and say hey, Jim does know he's talking about. Actually, I've been involved with a revenue recognition problem. I've been involved with an S.E.C problem and I can tell you, you don't do it the way that they say you're doing it.  You come clean instantly.

###

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733

 

teneo.com

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 9:29 AM
**To:** Smith, Jen (Office of CEO) <jsmith@underarmour.com>; Stanton, John <jstanton@underarmour.com>; Allega, Lance <lancea@underarmour.com>; Pelkey, Diane <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** BI/ Under Armour tanks 14% after reporting a 2-year probe into its accounting and lowering its earnings forecast

**Under Armour tanks 14% after reporting a 2-year probe into its accounting and lowering its earnings forecast**
Business Insider
By Yusuf Khan
4 November 2019

Link: https://www.businessinsider.com/under-armour-stock-price-shares-tank-on-accounting-probe-lowered-forecast-2019-11

- Under Armour's shares are set to sink after the company lowered its earnings forecast the day after it said that it has been investigated by federal authorities over its accounting practices.
- The sportswear company was down 14% in premarket at 9 a.m. in New York.
- The company said last month that CEO Kevin Plank will step down on January 1.

Under Armour's shares tanked in premarket trading after saying officials had been investigating its accounting practices and after the company lowered its full-year sales forecast.

Shares dropped 14% in premarket at 9 a.m. in New York. The company announced on Sunday that it had been investigated by federal authorities for the last two years over its accounting practices.

CONFIDENTIAL

"Justice Department prosecutors are conducting a criminal inquiry into the matter in coordination with civil investigators at the Securities and Exchange Commission," the Wall Street Journal said, citing a person familiar with the matter.

Under Armour said to the Journal in response to its article: "The company began responding in July 2017 to requests for documents and information relating primarily to its accounting practices and related disclosures. The company firmly believes that its accounting practices and disclosures were appropriate."

The Justice Department and Securities and Exchange Commission declined to comment to the Journal.

On Monday morning the company lowered its earnings forecast in its third-quarter earnings statement from a 3% to 4% rise in revenue down to just 2%.

The company cited:

- "Lower than planned excess inventory to service the off-price channel
- Ongoing traffic and conversion challenges in direct-to-consumer
- Negative impacts from changes in foreign currency."

Investigators questioned members of staff in Baltimore, the company's HQ, as recently as last week, the WSJ said in its report.

Meanwhile, the company is transitioning between CEOs, as current CEO Kevin Plank said last month that he will step down on January 1. Plank founded the company in 1996, and will remain a central figure, becoming executive chairman and brand chief.

###


Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733



teneo.com

---

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 9:26 AM
**To:** Smith, Jen (Office of CEO) <jsmith@underarmour.com>; Stanton, John <jstanton@underarmour.com>; Allega, Lance <lancea@underarmour.com>; Pelkey, Diane <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** RE: BBC News/ Under Armour faces US accounting probes

**Jim Cramer on Under Armour**
CNBC "Squawk Box"

CONFIDENTIAL

4 November 2019

Link:
http://mms.tveyes.com/MediaCenterPlayer.aspx?u=aHR0cDovL21IZGlhY2VudGVyUGxheVIyZXlIcy5jb20vZG93bmxvYWRnYXRld2F5LmFzcHg%2FVXNIcklEPTc4NzEzNSZNRElEPTEyNDM4MDE0Jk1EU2VlZD00MjEzJlR5cGU9TWVkaWE%3D

*Transcript to follow shortly.*

###

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733



teneo.com

---

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 8:33 AM
**To:** Smith, Jen (Office of CEO) <jsmith@underarmour.com>; Stanton, John <jstanton@underarmour.com>; Allega, Lance <lancea@underarmour.com>; Pelkey, Diane <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** BBC News/ Under Armour faces US accounting probes

**Under Armour faces US accounting probes**
BBC News
4 November 2019

Link: https://www.bbc.com/news/business-50290098

US sportswear firm Under Armour has confirmed its accounts are being investigated by US federal authorities.

It is co-operating with probes from the US Securities and Exchange Commission and the US Department of Justice.

A Wall Street Journal report said authorities were looking into whether Under Armour had shifted sales from quarter to quarter to appear healthier.

But Under Armour has said its "accounting practices and disclosures were appropriate".

The firm, which supplies kits to Premier League club Southampton and the Wales rugby team, says it has been assisting the authorities since July 2017.

In pre-market-open trading in the US, the company's shares were down 16%.

In October, the Baltimore, Maryland-based, company said founder and long-serving chief executive Kevin Plank would step down from the role next year,

He is handing the reins to operations head Patrik Frisk, as the firm looks to compete with long-established rivals Nike and Adidas in the US.

**Revenues fall**

On Monday, the firm cut its growth forecast for annual revenues as it reported its third quarter financial results

Under Armour now expects revenues in the current financial year to grow by 2%, compared with an earlier forecast of 3%-4%.

The firm's third quarter results showed revenue fell 1% to $1.4bn (£1.07bn).

North American revenue fell 4% to $1bn but revenues from the international business increased 5% to $368m. Other revenue was earned by its health and well-being division Connected Fitness.

Within the international business, revenue was up 9% in EMEA (Europe, Middle East and Africa), up 4% in Asia-Pacific, and down 4% in Latin America.

In the UK, its kit has also been worn in the past by the Tottenham Hotspur football team and tennis player Andy Murray.

###

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733

 

teneo.com

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 8:31 AM
**To:** 'Smith, Jen (Office of CEO)' <jsmith@underarmour.com>; 'Stanton, John' <jstanton@underarmour.com>; 'Allega, Lance' <lancea@underarmour.com>; 'Pelkey, Diane' <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** AP/ Under Armour's strong numbers drowned out by investigation

**Under Armour's strong numbers drowned out by investigation**
Associated Press
4 November 2019

Link: https://apnews.com/c11b8e1c743cf1bdc9d0dbd13e3006f6

A strong quarter from Under Armour is being overshadowed by federal investigations into the company's accounting practices.

The investigation was first reported by The Wall Street Journal, which said the probe involves whether the retailer shifted sales from quarter to quarter to make results appear stronger.

Under Armour Inc. told The Associated Press that it has been cooperating with the U.S. Securities and Exchange Commission and the U.S. Department of Justice on their investigations for two years.

The company said it firmly believes its accounting practices and disclosures were appropriate.

The athletic gear maker reported better than expected profit and revenue for the third quarter Monday, but shares are down 11% before the opening bell.

Quarterly profit reached $102.3 million, or 23 cents per share. That tops Wall Street per-share projections of 18 cents, according to Zacks Investment Research.

Revenue, at of $1.43 billion, just edged out expectations.

Under Armour founder Kevin Plank stepped down as CEO last month. The company has had three chief financial officers since 2016, when its extraordinary sales growth began to flatline.

Under Armour reported explosive sales numbers, including 26 straight quarters with more 20% sales growth.

In the final quarter of 2016, however, the Baltimore company shocked investors when it fell short of most sales projections and cut its expectations for growth the following year.

Under Armour announced the departure of its chief financial officer the same day though he had been with the company for less than a year.

The company has cut jobs and is reducing costs in a broad restructuring effort.

###

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733

 

teneo.com

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 8:30 AM

CONFIDENTIAL

**To:** 'Smith, Jen (Office of CEO)' <<ismith@underarmour.com>>; 'Stanton, John' <<jstanton@underarmour.com>>; 'Allega, Lance' <<lancea@underarmour.com>>; 'Pelkey, Diane' <<dpelkey@underarmour.com>>
**Cc:** Nate Tamarin <<nate.tamarin@teneo.com>>; Evan Goetz <<evan.goetz@teneo.com>>
**Subject:** UPDATE: CNBC/ Under Armour shares crater on accounting probe, cut 2019 revenue outlook

**Under Armour shares crater on accounting probe, cut 2019 revenue outlook**
CNBC
By Lauren Thomas
4 November 2019

Link: https://www.cnbc.com/2019/11/04/under-armour-uaa-earnings-q3-2019.html?&qsearchterm=under%20armour

**KEY POINTS**
- Under Armour's third-quarter earnings and sales top analysts' estimates.
- But the company slashes its revenue outlook for the full year.
- The earnings report comes after Under Armour acknowledged it has been cooperating with the SEC and DOJ in a probe of its accounting practices.

Under Armour on Monday reported quarterly earnings and sales that topped analysts' estimates, but the company trimmed its revenue outlook for the full year, citing "traffic challenges."

The lowered guidance and Under Armour's confirmation of a federal probe of its accounting practices sent the retailer's shares plunging more than 13% in premarket trading.

Here's what Under Armour reported for its third quarter ended Sept. 30 compared with what analysts were expecting, based on Refinitiv estimates:

*Earnings per share: 23 cents vs. 18 cents expected
*Revenue: $1.43 billion vs. $1.41 billion expected

Under Armour said it now expects revenue to be up roughly 2% in fiscal 2019, compared with a prior range of up 3% to 4%. Analysts had been calling for annual revenue growth of 3.1%.

Net income during the quarter grew to $102.3 million, or 23 cents per share, compared with $75.3 million, or 17 cents a share, a year ago. That beat Street expectations of 18 cents.

Net revenue dropped about 1% to $1.43 billion from $1.44 billion a year earlier. That beat expected sales of $1.41 billion.

Sales in North America, a trouble spot for the company, were down about 4%, totaling $1.01 billion.

The athletic apparel and sneaker maker has been struggling to grow sales on its home turf, in a crowded market with Nike, Adidas and Lululemon. Ahead of Monday's earnings report, it was still calling for sales to decline slightly in North America in 2019. Last quarter, North American sales dropped 3%.

Under Armour said apparel sales overall dropped 1% during the third quarter, while footwear revenues plunged 12%, and accessories sales fell 2%.

On Sunday night, the athletic-leisure clothing-maker said it has been cooperating with the Securities and Exchange Commission and Justice Department into whether the company used bad accounting practices to make its finances look healthier.

CONFIDENTIAL

"The company began responding in July 2017 to requests for documents and information relating primarily to its accounting practices and related disclosures, and the company firmly believes that its accounting practices and disclosures were appropriate," a company spokesperson told CNBC in an email.

The company issued the statement after The Wall Street Journal revealed the probes on Sunday.

Word of the federal probe came after CEO Kevin Plank, in a surprise move, announced he will step aside from the chief executive role on Jan. 1, to be succeeded by COO Patrik Frisk. Plank is expected to transition to executive chairman and brand chief.

Under Armour shares as of Friday's market close were up about 19.6%. The stock, which once hovered around $50, closed Friday at $21.14. The company is valued at roughly $9.5 billion. Nike shares are up about 20% this year, while Lululemon shares have surged 65%.

###

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733

 

teneo.com

---

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 8:29 AM
**To:** 'Smith, Jen (Office of CEO)' <jsmith@underarmour.com>; 'Stanton, John' <jstanton@underarmour.com>; 'Allega, Lance' <lancea@underarmour.com>; 'Pelkey, Diane' <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** BBJ/ Despite profit increase, Under Armour shares fall on lower full-year sales guidance

**Despite profit increase, Under Armour shares fall on lower full-year sales guidance**
Baltimore Business Journal
By Holden Wilen
4 November 2019

Link: https://www.bizjournals.com/baltimore/news/2019/11/04/despite-profit-increase-under-armour-shares-fall.html

Under Armour Inc. shares plunged more than 13% in pre-market trading after the sportswear maker reported its sales declined in the third quarter and the company lowered its revenue outlook for the full year.

Baltimore-based Under Armour's profit in the third quarter increased 36% to $102.3 million, or 23 cents per share, compared to $75.3 million, or 17 cents per share, in the prior-year quarter.

CONFIDENTIAL

Sales dropped 1% to $1.43 billion, compared to $1.44 billion in the year-ago quarter. The third quarter includes the back-to-school sales period. Under Armour's sales in North America, its biggest region which has been in decline, fell 4.1% from $1.06 billion a year ago to $1.02 billion in the most recent period.

Under Armour (NYSE: UAA) lowered its full-year guidance in part because of ongoing lower traffic at its brand houses and outlet stores. Sales are projected to be up 2% compared to a previous expectation of 3% to 4%, indicating the holiday sales period will not be as strong as analysts or Under Armour had originally thought as the company loses market share to competitors.

Shares of Under Armour were down 13% in pre-market trading on Monday to $18.39. They were down as much as 19%. Under Armour shares were also hit after the Wall Street Journal reported during the weekend that the company's accounting procedures are being investigated by the federal government.

Despite the softer guidance, profit and sales were slightly better than what Wall Street predicted in the third quarter. Analysts polled by the Thomson Financial Network projected earnings of 18 cents per share and sales of $1.41 billion.

The results were also ahead of Under Armour's own projections for the quarter. The company had expected a mid-single digit decline in North American sales and for overall sales to be down 2% to 3%. Beating those estimates makes the softer guidance for the fourth quarter even more concerning for Wall Street.

Outside of North America, Under Armour saw international sales increase 5% to $368 million. They were up 8% adjusting for foreign exchange rates. Within the international business, revenue was up 9% in Europe, the Middle East and Africa. Sales in the Asia-Pacific increased 4% and sales were down 4% in Latin America.

Wholesale revenue decreased 2% to $892 million and direct-to-consumer revenue decreased 1% to $463 million.

Apparel revenue, Under Armour's biggest segment, rose 1% to $986 million during the third quarter. Footwear revenue, which Under Armour wants to see become more of a driver, fell 12% to $251 million. Accessories revenue increased 2% to $118 million in the third quarter.

Year-to-date, apparel and footwear sales are relatively flat and accessories is down approximately 3% compared to 2018.

Under Armour's inventory was down 23% due to improving service levels and better supply for customer demand, coupled with product selling through at a higher rate. The inventory improvement helped Under Armour expand its gross margin, which led to the increased profit.

CEO Kevin Plank said in a statement Under Armour continue to be "smarter, faster and more operationally excellent" as it continues to wrap up what has been a three-year transformation process following a slowdown in sales.

"As we make the turn into 2020, we are confident in our ability to deliver our fourth quarter targets while proactively supporting higher levels of strategic marketing investments that will further fuel the Under Armour brand," Plank said.

Plank announced last month he will be stepping down as CEO on Jan. 1. Plank, who founded the company in 1996, will remain chairman and brand chief. Patrik Frisk, currently president and chief operating officer, will become the second CEO in the company's history.

###

CONFIDENTIAL

UA_01070718

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733

 

teneo.com

---

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 8:14 AM
**To:** Smith, Jen (Office of CEO) <jsmith@underarmour.com>; Stanton, John <jstanton@underarmour.com>; Allega, Lance <lancea@underarmour.com>; Pelkey, Diane <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** Barron's/ Under Armour Stock Plunges, but the Dow Is Set to Open at a Record

**Under Armour Stock Plunges, but the Dow Is Set to Open at a Record**
Barron's
By Al Root
4 November 2019

Link: https://www.barrons.com/articles/stocks-making-moves-under-armour-mcdonalds-harley-davidson-51572872531

It was a busy weekend for stocks, with both trade and corporate drama.

The Dow Jones Industrial Average closed Friday just 12 points below an all-time high. Monday, the Dow is set to eclipse those gains, joining other indexes at fresh peaks.

Trade optimism has investors in a better mood Monday. Foreign stock indexes—along with U.S. stock futures—were higher after Commerce Secretary Wilbur Ross told Bloomberg Sunday there was "no natural reason" why a trade deal with China couldn't be signed in November.

Hong Kong's Hang Seng Index was up 1.7% in overnight trading. Europe's FTSE 100 Index was 1.1% higher. Dow Jones Industrial Average futures were up 132 points, or 0.5%, and S&P 500 futures had risen 0.5% as well. Nasdaq Composite futures were 0.6% higher.

Investors in several individual companies, however, are not feeling so optimistic.

McDonald's (ticker: MCD) shares were down 2.8% in premarket trading. Piper Jaffray downgraded stock in the restaurant giant Monday in the aftermath of CEO Steve Easterbrook's departure over a relationship with an employee.

Harley-Davidson (HOG) shares were down 2.1% in premarket trading after KeyBanc downgraded shares from the equivalent of Hold to Sell Monday. Analyst Brett Andress wrote new competition and product mix would pressure Harley's profit margins in coming quarters.

Under Armour (UAA) investors are feeling the most pain. Shares fell more than 15%, after The Wall Street Journal reported the Justice Department is looking in to the company's accounting.

On the positive side of things, medical implant maker Wright Medical (WMGI) shares are soaring, up 6.7%, after Bloomberg reported the company could be seeking a sale. Wright is slated to report earnings on Wednesday after the market closes for trading.

### ###

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733

 

teneo.com

---

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 8:12 AM
**To:** Smith, Jen (Office of CEO) <jsmith@underarmour.com>; Stanton, John <jstanton@underarmour.com>; Allega, Lance <lancea@underarmour.com>; Pelkey, Diane <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** WSJ/ Under Armour Posts Flat Sales in Latest Quarter

**Under Armour Posts Flat Sales in Latest Quarter**
*Sportswear maker's shares drop on disclosure of accounting probe*
The Wall Street Journal
By Khadeeja Safdar
4 November 2019

Link: https://www.wsj.com/articles/under-armour-posts-flat-sales-in-latest-quarter-11572871976

Under Armour Inc. UA 2.22% said sales were flat in the latest quarter and it lowered its revenue forecast for the rest of the year, as the athletic-apparel maker battles to return to the growth levels it once enjoyed.

The company's share price tumbled in premarket trading after Under Armour confirmed that its accounting is being investigated by federal authorities. Under Armour's Class A shares fell 12% in early morning trading to $18.70.

On Sunday, The Wall Street Journal reported that the Justice Department and the Securities and Exchange Commission are examining the sportswear maker's revenue-recognition practices and whether it shifted sales from quarter to quarter to make them appear stronger.

After the Journal published the article, Under Armour said that it is cooperating with the investigations and that it began responding in July 2017 to requests for documents and information relating primarily to its accounting practices and related disclosures. The company said it is confident its accounting and disclosures were proper.

CONFIDENTIAL

In the latest quarter, profit and sales were better than Wall Street expected. Sales decreased 4% in North America, Under Armour's biggest market. Nike Inc. and Lululemon Athletica Inc., meanwhile, have been growing sales in North America. World-wide, Under Armour's apparel revenue increased 1%, while footwear sales declined 12%

The company has been struggling with weak sales since 2017. Until then, it had been among the fastest-growing clothing brands, riding 26 straight quarters of at least 20% year-over-year revenue growth.

Under Armour moved to restructure operations, cutting jobs and hiring an outsider, Patrik Frisk, as president. He has been focusing on performance attire as rivals embrace athleisure and other fashion trends.

The company reported a third-quarter profit of $102 million, or 23 cents a share, compared with a profit of $75.3 million, or 17 cents a share, during last year's third quarter. Analysts had expected a profit of 18 cents per share. Total revenue was $1.43 billion in the quarter ended Sept. 30. Analysts expected total sales of $1.41 billion.

Last month, the company said its founder, Kevin Plank, was stepping down as chief executive on Jan. 1 after more than 20 years in the role. Mr. Plank plans to stay at the company as executive chairman and brand chief, and Mr. Frisk will take over as CEO and continue reporting to Mr. Plank.

Under Armour said it now expects full-year sales to rise about 2% compared with a prior forecast for 3% to 4% growth. It also expects earnings per share to be at the high end of its previous forecast range of 33 cents to 34 cents.

### 

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733

 

teneo.com

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 8:06 AM
**To:** Smith, Jen (Office of CEO) <jsmith@underarmour.com>; Stanton, John <jstanton@underarmour.com>; Allega, Lance <lancea@underarmour.com>; Pelkey, Diane <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** CNBC "Squawk Box"/ Under Armour discussion on CNBC

**Under Armour discussion on CNBC**
CNBC "Squawk Box"
4 November 2019

Link:
http://mms.tveyes.com/MediaCenterPlayer.aspx?u=aHR0cDovL21lZGlhY2VudGVyLnR2ZXllcy5jb20vZG93bmxvYWRnYXRld2F5LmFzcHg%2FVXNlcklEPTc4NzEzNSZNREIEPTEyNDM3MjczJk1EU2VlZD00NzIwJlR5cGU9TWVkaWE%3D

CONFIDENTIAL

**Becky Quick:**
Under Armour just recording results, beating on both the top and the bottom lines, but the company did cut its full year revenue outlook. It also said that earnings per share would be at the upper end of its prior forecast. Over the weekend, the company confirmed that it is the subject of a federal investigation by the Justice Department and the S.E.C over its accounting practices. Under Armour began responding back in July of 2017 to requests for documents and information related to its accounting practices and related disclosures. The company says it is cooperating with both investigations and that it believes its accounting practices and disclosures were appropriate. Let's bring in Jamie Merriman, an analyst at Bernstein. Jamie, it was a lot to kind of sort through here this morning. What do you think?

**Jamie Merriman:**
Good morning, yeah. I think if we were only talking about the Q3 earnings, the story might be a little bit different. They did beat expectations on both top and bottom line, like you said, cutting full year revenue guidance, but expecting earnings to come in at the high end of guidance for the full year. But I think unfortunately, that's going to be overshadowed this morning by the questions about the accounting investigation. That's what I've been hearing from investors so far this morning.

**Becky Quick:**
So, what do you think just in terms of this investigation? Are you concerned at this point? Do you change your rating as a result? Do you change your price target, or do you just wait and see?

**Jamie Merriman:**
Well, I think the first thing to do is to talk to the company. They have not yet responded to our requests for any more detail than what's been in the press. There is a conference call of management at 8:30, and I expect that this will be one of the key questions for them. I think it's difficult externally with their public reports to assess whether or not the numbers have been accounted for appropriately, but I think it will just overshadow anything that they say today until there's more information. And I think the question that I've heard from investors is this investigation has been ongoing for over two years at this point and so it's hard to assess just over one night what's happened but that's quite a long time for this investigation to still be continuing.

**Becky Quick:**
So, let's talk about some of your own thoughts before you got this news. I know that back in September, you actually upgraded the stock because the stock had come under pressure and you thought the goals were achievable at that point. But I also know that in October, you took a look and said that the brand's resilience, I guess, with people who are under age 35 come under pressure since 2017. Talk us through a little bit just where you think Under Armour is on this journey that it's been undertaking the last several years as they ran into some trouble with consumers.

**Jamie Merriman:**
Yeah. Thanks. Well, you know, I think that the big question for Under Armour from a fundamental perspective has really been performance in North America and that the revenue has been declining in North America, down about 4 percent in Q3. That's really been where I've been more skeptical, I think, than some of The Street, because we're starting to see cracks in terms of brand perception. As you said, specifically with consumers under 35, that's a problem when that's a key part of the demographic for Under Armour. And with the stock still trading in the mid-thirties on an earnings basis, I think there is an expectation that revenue growth has to accelerate in North America again in order to justify that multiple. As you said, we upgraded the stock in September because it had come down by about 30 percent. But, you know, we remain cautious on sort of medium-term outlook. I think today, as we expected, they hit the bar in terms of what they had set, maintained guidance for the full year but I'd say the question mark around revenue remains, right. North American revenue still declining, direct to consumer revenue is still under pressure and wholesale revenue down as well. And I think from a fundamental perspective that's still a concern.

**Becky Quick:**

Stock's down about 11 percent. It was down by close to 15 percent before the earnings came out. Would you say step in and buy here because of this discount? Do you wait and see?

**Jamie Merriman:**
I think at this point you've got to wait and see. I think you've got to hear what management has to say in the call at 8:30. You know, I don't think that the earnings will have changed anyone's mind this morning. The Street was already at the high end of the full year guidance anyhow so I don't think there's really much incremental there. So, I think you really need to hear from management.

**Becky Quick:**
All right, Jamie, thank you. It's good to see you.

**Jamie Merriman:**
Thanks.

###

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733

 

teneo.com

---

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 8:02 AM
**To:** Smith, Jen (Office of CEO) <jsmith@underarmour.com>; Stanton, John <jstanton@underarmour.com>; Allega, Lance <lancea@underarmour.com>; Pelkey, Diane <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** Reuters/ Under Armour cuts revenue forecast; federal probe weighs on shares

**Under Armour cuts revenue forecast; federal probe weighs on shares**
Reuters
By Nivedita Balu
4 November 2019

Link: https://www.reuters.com/article/us-under-armour-results/under-armour-cuts-revenue-forecast-federal-probe-weighs-on-shares-idUSKBN1XE178?il=0

Under Armour Inc (UA.N) (UAA.N) on Monday cut its forecast for annual revenue for a second straight time, adding to its troubles after the sportswear maker disclosed a federal probe related to its accounting practices.

Shares of the company were down 13%, a day after the Wall Street Journal reported that the company was being investigated for shifting sales from quarter to quarter to appear financially healthier.

CONFIDENTIAL

The company, however, defended its accounting practices and disclosures, while adding that it has been cooperating with the investigators since 2017.

Under Armour's forecast cut comes at a time when it has been struggling to grow in the United States where it faces competition from Nike Inc (NKE.N), Lululemon Athletica (LULU.O) and Adidas (ADSGn.DE).

To keep up, the company last year announced a strategy where it would sell apparel and footwear directly to customers online or through its own retail stores.

The sportswear maker said it now expects revenue to grow about 2% in fiscal 2019 compared with the prior forecast of a 3% to 4% rise.

However, fewer sales in off-price channels helped the company forecast annual profit at the higher end of its prior range of about of 33 cents per share to 34 cents per share.

Net revenue fell about 1% to $1.43 billion in the third quarter ended Sept. 30.

Net income rose to $102.3 million, or 23 cents per share, from $75.27 million, or 17 cents per share, a year earlier.

Analysts were expecting the company to earn 18 cents per share and generate $1.41 billion in revenue, according to IBES data from Refinitiv.

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733

 

teneo.com

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 7:53 AM
**To:** Smith, Jen (Office of CEO) <jsmith@underarmour.com>; Stanton, John <jstanton@underarmour.com>; Allega, Lance <lancea@underarmour.com>; Pelkey, Diane <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** Baltimore Sun / Under Armour reports earnings as SEC, DOJ investigate company's accounting

**Under Armour reports earnings as SEC, DOJ investigate company's accounting**
Baltimore Sun
By Lorraine Mirabella
4 November 2019

Link: https://www.baltimoresun.com/business/bs-bz-under-armour-earnings-investigation-20191104-p7v32pmgynedxoh575dsqnc4oq-story.html

CONFIDENTIAL

Under Armour on Monday said sales slipped but profits rose in the third quarter, a day after the company confirmed it is under investigation for its accounting practices.

The Baltimore based brand said sales for the third quarter slid 1 percent to $1.43 billion, while sales in North America, its biggest market, fell 4 percent to $1 billion. Net income was $102 million, or 23 cents per share.

"Building our long-term brand strength remains at the center of everything we do," Kevin Plank, Under Armour's chairman and CEO, said in an earnings announcement. "Our ongoing transformation across the business continues to make us smarter, faster and more operationally excellent. As we make the turn into 2020, we are confident in our ability to deliver our fourth quarter targets while proactively supporting higher levels of strategic marketing investments that will further fuel the Under

The company was expected to report earnings of 18 cents per share on $1.42 billion in revenue.

The Wall Street Journal reported Sunday that the company's accounting practices are under investigation by the Securities and exchange Commission and the Justice Department.

Officials are looking into whether the Baltimore-based athletic footwear and apparel company manipulated its sales numbers make them appear stronger, the Journal story said.

The story cited unnamed sources saying that investigators questioned people in Baltimore. Another source told the Journal that Justice Department prosecutors are conducting a criminal inquiry in coordination with SEC investigators.

The company said Sunday it is cooperating with federal officials and that it began responding in July 2017 to requests for documents and information about its accounting practices and related disclosures.

"Under Armour is cooperating with the U.S. Securities and Exchange Commission and the U.S. Department of Justice investigations," a spokeswoman's statement said. "The company firmly believes that its accounting practices and disclosures were appropriate."

Kevin Plank, who steered Under Armour from a basement startup selling sweat-wicking T-shirts in 1996 to a $5.2 billion global brand represented by Michael Phelps and Tom Brady, is stepping down as CEO at the end of the year. Patrik Frisk, the company's president and chief operating officer, will take over Jan. 1 as CEO.

As the once fast-growing company has experienced doldrums in sales, profitability and its stock price in recent years, Under Armour and Plank have been criticized for adhering to a founder-led executive structure.

The $5.2 billion brand has struggled since 2016 to boost declining sales and profits and sales in the United States, its largest market. North American sales slipped 3% in the most recent quarter.

This article will be updated.

###

Jay Reynolds
Associate

CONFIDENTIAL

UA_01070725

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733



teneo.com

---

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 7:36 AM
**To:** Smith, Jen (Office of CEO) <jsmith@underarmour.com>; Stanton, John <jstanton@underarmour.com>; Allega, Lance <lancea@underarmour.com>; Pelkey, Diane <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** UPDATE: CNBC/ Under Armour shares crater on accounting probe, slashed 2019 revenue outlook

**Under Armour shares crater on accounting probe, slashed 2019 revenue outlook**
CNBC
By Lauren Thomas
4 November 2019

Link: https://www.cnbc.com/2019/11/04/under-armour-uaa-earnings-q3-2019.html?&qsearchterm=under%20armour

KEY POINTS
- Under Armour's third-quarter earnings and sales top analysts' estimates.
- But the company slashes its revenue outlook for the full year.

Under Armour's quarterly earnings and sales topped analysts' estimates, but the company on Monday morning trimmed its revenue outlook for the full year, citing "traffic challenges."

The retailer's shares were plunging more than 12% in premarket trading, after news broke Sunday evening that federal agencies are investigating whether the company used bad accounting practices to make its finances look healthier.

Under Armour confirmed it has been cooperating with the U.S. Securities and Exchange Commission and the U.S. Department of Justice investigations.

A spokesperson for the company told CNBC in an email: "The company began responding in July 2017 to requests for documents and information relating primarily to its accounting practices and related disclosures, and the company firmly believes that its accounting practices and disclosures were appropriate."

Here's what Under Armour reported for its third quarter ended Sept. 30 compared to what analysts were expecting, based on Refinitiv estimates:

*Earnings per share: 23 cents vs. 18 cents expected
*Revenue: $1.43 billion vs. $1.41 billion expected

Under Armour said it now expects revenue to be up roughly 2% in fiscal 2019, compared to a prior range of up 3% to 4%. Analysts had been calling for annual revenue growth of 3.1%.

Net income during the third quarter grew to $102.3 million, or 23 cents per share, compared to $75.3 million, or 17 cents a share, a year ago. That beat Street expectations of 18 cents, based on Refinitiv data.

Net revenue dropped about 1% to $1.43 billion from $1.44 billion a year ago. That beat expected sales of $1.41 billion.

UA_01070726

Sales in North America, a trouble spot for the company, were down about 4%, totaling $1.01 billion.

The athletic apparel and sneaker maker has been struggling to grow sales on its home turf, in a crowded market with Nike, Adidas, Lululemon, and others. Ahead of Monday's earnings report, it was still calling for sales to decline slightly in North America in 2019. Last quarter, North American sales dropped 3%.

Word of the federal probe comes after CEO Kevin Plank, in a surprise move, announced he will step aside from the chief executive role on Jan. 1, to be succeeded by COO Patrik Frisk. Plank is expected to transition to executive chairman and brand chief.

Under Armour shares as of Friday's market close are up about 19.6%. The stock, which once hovered around $50, closed Friday at $21.14. The company is valued at roughly $9.5 billion. Nike shares are up about 20% this year, while Lululemon shares have surged 65%.

###

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733

 

teneo.com

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 7:33 AM
**To:** 'Smith, Jen (Office of CEO)' <jsmith@underarmour.com>; 'Stanton, John' <jstanton@underarmour.com>; 'Allega, Lance' <lancea@underarmour.com>; 'Pelkey, Diane' <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** Fox Business/ Under Armour beats, but shares whacked as feds probe accounting practices

**Under Armour beats, but shares whacked as feds probe accounting practices**
Fox Business
By Jonathan Garber
4 November 2019

Link: https://www.foxbusiness.com/markets/under-armour-beats-but-shares-whacked-as-feds-probe-accounting-practices

Under Armour reported better-than-expected third-quarter results, but shares were under pressure after the company confirmed a federal probe into its accounting practices.

However, the results were overshadowed by news of the company's accounting practices are being looked at by federal investigators. Under Armour confirmed on Sunday that has been cooperating with both the Department of Justice and Securities and Exchange Commission for two years as they have looked into the company's bookkeeping.

CONFIDENTIAL

UA_01070727

"Under Armour is cooperating with the U.S. Securities and Exchange Commission and the U.S. Department of Justice investigations," a company spokesperson told FOX Business. "The company began responding in July 2017 to requests for documents and information relating primarily to its accounting practices and related disclosures, and the company firmly believes that its accounting practices and disclosures were appropriate."

The athletic-apparel maker booked a profit of $102.3 million, or 23 cents per diluted share, as revenue fell 1 percent to $1.43 billion. Those numbers were better than the 18 cents and $1.41 billion that analysts surveyed by Refinitiv were expecting.

North American revenue slid 4 percent to $1 billion while international sales rose 5 percent to $368 million. Business was particularly strong in Europe, the Middle East and Africa, where revenue was up 13 percent versus a year ago.

"As we make the turn into 2020, we are confident in our ability to deliver our fourth quarter targets while proactively supporting higher levels of strategic marketing investments that will further fuel the Under Armour brand," outgoing CEO Kevin Plank said in a press release.

Looking ahead, Under Armour cut its fiscal year 2019 revenue outlook. The company now sees sales up 2 percent, down from its previous outlook of up 3 percent to 4 percent, due to lower excess inventory, continued traffic and conversion challenges in its direct to consumer business and negative impacts from foreign exchange.

On Oct. 22, founder and CEO Kevin Plank announced he was stepping down at the end of the year. Plank founded the company in 1996.

### 

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733

 

teneo.com

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 7:30 AM
**To:** 'Smith, Jen (Office of CEO)' <jsmith@underarmour.com>; 'Stanton, John' <jstanton@underarmour.com>; 'Allega, Lance' <lancea@underarmour.com>; 'Pelkey, Diane' <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** Yahoo Finance/ Under Armour Q3 earnings top forecasts, but shares plunge on accounting probe

**Under Armour Q3 earnings top forecasts, but shares plunge on accounting probe**
Yahoo Finance
By Julia La Roche
4 November 2019

CONFIDENTIAL

UA_01070728

Link: https://www.yahoo.com/news/under-armour-q3-earnings-overshadowed-by-accounting-probe-121556373.html

Under Armour (UAA) reported third-quarter earnings that were ahead of Wall Street forecasts, but the disclosure of a federal accounting probe and weak guidance overshadowed the results, and hammered the stock.

Here are the key numbers, according to a Bloomberg consensus forecast:

- Adjusted earnings per share: 23 cents vs expectations of 18 cents

- Revenue: $1.4 billion vs. expectations of $1.42 billion

North America revenue for the sportswear company decreased 4% percent to $1 billion, while the international business increased 5% to $368 million, up 8% and accounting for 25% of total revenue.

However, UA lowered previous revenue guidance to rise by approximately 2%, compared to its previous expectation of 3-4%, citing excess inventory and "challenges" in its direct-to-consumer efforts.

"Our ongoing transformation across the business continues to make us smarter, faster and more operationally excellent," CEO Kevin Plank said in the release.

"As we make the turn into 2020, we are confident in our ability to deliver our fourth quarter targets while proactively supporting higher levels of strategic marketing investments that will further fuel the Under Armour brand," he added

Shares of Under Armour plunged nearly 15% in the pre-market, undermined an investigation into its accounting practices by federal authorities.

On Sunday, Under Armour disclosed that it's cooperating with investigations by the Securities and Exchange Commission and the U.S. Department of Justice, confirming an early report by the Wall Street Journal.

"The company began responding in July 2017 to requests for documents and information relating primarily to its accounting practices and related disclosures, and the company firmly believes that its accounting practices and disclosures were appropriate," a spokesperson for Under Armour told Yahoo Finance in a statement.

According to The Wall Street Journal, the probe centers around the sportswear company's moved sales from quarter to quarter to make its results look stronger. Federal investigators were in Baltimore questioning people last week, the report said.

Under Armour has had three CFOs since 2016.

The probe also comes as founder Kevin Plank, 47, prepares to step down from his role as CEO in the new year. Last month, Under Armour announced that its current COO and president Patrik Frisk would take over as CEO, while Plank, who has served as its CEO since 1996, will transition to executive chairman and brand chief effective Jan. 1.

Under Armour, which is undergoing a turnaround, has been trying to jumpstart sluggish domestic sales.

Once a Wall Street darling, Under Armour saw 26 consecutive quarters of 20%-plus revenue growth until it reported a steep drop during its fourth-quarter earnings announcement for 2016 delivered on Jan. 31, 2017.

In that release, Under Armour said its revenues grew only 12%, well-below expectations sending shares plunging. The company also said at the time that its CFO Chip Molloy was leaving for "personal reasons" after about one year on the job.

### 

CONFIDENTIAL

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733

 

teneo.com

---

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 7:28 AM
**To:** 'Smith, Jen (Office of CEO)' <jsmith@underarmour.com>; 'Stanton, John' <jstanton@underarmour.com>; 'Allega, Lance' <lancea@underarmour.com>; 'Pelkey, Diane' <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** AP/ Under Armour's strong numbers drowned out by investigation

**Under Armour's strong numbers drowned out by investigation**
Associated Press
4 November 2019

A strong quarter from Under Armour is being overshadowed by federal investigations into the company's accounting practices.

The athletic gear maker reported better than expected profit and revenue for the third quarter Monday, but shares are down 11% before the opening bell.

Quarterly profit reached $102.3 million, or 23 cents per share. That tops Wall Street per-share projections of 18 cents, according to Zacks Investment Research.

Revenue, at of $1.43 billion, just edged out expectations.

Under Armour Inc. said Sunday that it has been cooperating with the U.S. Securities and Exchange Commission and the U.S. Department of Justice on their investigations for two years.

###

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733

CONFIDENTIAL

UA_01070730



teneo.com

---

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 7:27 AM
**To:** Smith, Jen (Office of CEO) <jsmith@underarmour.com>; Stanton, John <jstanton@underarmour.com>; Allega, Lance <lancea@underarmour.com>; Pelkey, Diane <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** CNBC "Worldwide Exchange" / Stacey Widlitz on Under Armour Investigation and Earnings

**Stacey Widlitz on Under Armour Investigation and Earnings**
CNBC "Worldwide Exchange"
4 November 2019

Link:
http://mms.tveyes.com/MediaCenterPlayer.aspx?u=aHR0cDovL21lZGlhY2VudGVyLnR2ZXllcy5jb20vZG93bmxvYWRnYXRl
d2F5LmFzcHg%2FVXNlcklEPTc4NzEzNSZNRElEPTEyNDM3MDYyJk1EU2VlZD05MTcyJlR5cGU9TWVkaWE%3D

Transcript:

**Dominic Chu:**
Now on to a developing story this morning, Under Armour confirming it is the subject of a federal probe by the Justice Department and the S.E.C. over its accounting practices. The company says it began responding in 2017 to requests for information from regulators and believes its practices and disclosures were appropriate. Let's bring in now Stacey Widlitz, president of SW Retail Advisors. Stacey, thank you very much for joining us this morning. We've got Under Armour earnings on deck. Is it overshadowed by news of these investigations into their accounting?

**Stacey Widlitz:** 100 percent, Dom. So last night, I was prepared to come on and talk about Q4 expectations being way too high, potentially, gross margins being lower than expected -promotional environment out there, specifically for Under Armour. And now we're just talking about an accounting scandal. The biggest issue here is that this inquiry goes back to 2017. You know, about six months after the increase started, we had a CFO change. Three months ago, on LinkedIn, there was an accounting officer job listing, and of course, two weeks ago, Kevin Plank stepped aside and became brand executive chairman and brand officer. So, you roll this all together and say, why didn't the company disclose this and bring it up before?

**Dominic Chu:** So, if that is the case, then I mean, what we're showing stock charts right now, Stacey, because the Under Armour voting class stock, the ticker UAA, is currently down by about 16 percent. Very thin volume, I will say this, only about 14,000 shares have traded so far. This is something that investors had responded to in a very negative way because Under Armour had seemingly turned things around for the stock, at least in the kind of near to medium term. Does this, the specter of this, kind of derail the entire thesis for what Under Armour's momentum was all about in the course of the past six, nine, twelve months?

**Stacey Widlitz:** I don't know that it derails the entire thesis, but it certainly raises questions on the management team and disclosures and why wasn't this kind of put out there considering, you know, this has been going on quite some time and also certainly two weeks ago when Kevin Plank became executive chairman. You know, everybody was wondering, okay, this turnaround is in process so why would he step aside now? So, there were some questions, conspiracy theories then. So, this certainly doesn't help the situation. So clearly, you know, earnings will come out today. Again, I think Under Armour has been quite promotional, more promotional than they expected, which suggests that North America is still very negative. You compare that to Nike, which North America is up mid-single digits and you put all the pieces together and say this is difficult to invest and believe in a turnaround story with all these questions circling around. So, we'll see how the investigation pans out and what the explanation is today.

UA_01070731

**Dominic Chu:** All right. So, Stacey, you mentioned all of those things. As an investor, as an analyst, you'll be looking for those. Without kind of taking a look at the Under Armour picture specifically, tell us about how it fares given the competitive landscape. We've got Nike, you've got adidas, we've got Puma kind of making some ground here. So, let's talk about whether or not Under Armour can sustain this momentum even fundamentally without the accounting issues playing it into the discussion here.

**Stacey Widlitz:** Sure, and again, so all those counting issues aside, let's just look at the fundamentals of the business here. Again, you know, North America's is probably going to be down 5 percent when they report today. So, that's a big difference between what Nike's doing. Certainly, Under Armour has been doing well in China. They were up about 20 percent. Europe was up mid-single digits. So, that's great and certainly they have done a great job of cleaning up the channel and that's fantastic. But the question is, what happens next? Once you clean up a channel and you have less promotions and you get those margins up, then you have to start moving the units. And the question here is, again, with a direct channel so focused on the outlet business in North America and a significant wholesale business which continues to be incredibly promotional out there, specifically for Under Armour, not from Nike and the others. You know, the question is, what's next? How do we segment the product here for success in the long term? And that's still a big question mark.

**Dominic Chu:** All right. A big question mark for sure. Stacey Widlitz of SW Advisors. Thank you very much. We appreciate it.

###

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733



teneo.com

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 7:18 AM
**To:** Smith, Jen (Office of CEO) <jsmith@underarmour.com>; Stanton, John <jstanton@underarmour.com>; Allega, Lance <lancea@underarmour.com>; Pelkey, Diane <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** MarketWatch/ Under Armour shares sink 14% after guidance cut, reports of federal accounting probe

**Under Armour shares sink 14% after guidance cut, reports of federal accounting probe**
MarketWatch
By Tonya Garcia
4 November 2019

Link: https://www.marketwatch.com/story/under-armour-shares-sink-14-after-guidance-cut-reports-of-federal-accounting-probe-2019-11-04

CONFIDENTIAL

Under Armour Inc. UA, +2.22% UAA, +2.37% shares sank 14.2% in Monday premarket trading after the company cut its guidance. The athletic sportswear company also made headlines over the weekend after a report that it is under federal investigation for its accounting practices. Third-quarter net income totaled $102.3 million, or 23 cents per share, up from $75.3 million, or 17 cents per share, last year. Revenue totaled $1.43 billion, down from $1.44 billion in 2018. The FactSet consensus was for earnings 18 cents per share and revenue of $1.41 billion. Under Armour now expects fiscal 2019 revenue to be up 2%, down from previous guidance for 3% to 4% growth. EPS is expected to be on the high-end of its previous range of 33 cents to 34 cents. The FactSet outlook is for revenue of $5.36 billion, up 3.1% from last year, and EPS of 34 cents. Under Armour stock is up 19.6% for the year to date, but down 10.8% over the last 12 months. The S&P 500 index SPX, +0.97% is up 22.3% for the year to date.

###

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733



teneo.com

---

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 7:17 AM
**To:** 'Smith, Jen (Office of CEO)' <jsmith@underarmour.com>; 'Stanton, John' <jstanton@underarmour.com>; 'Allega, Lance' <lancea@underarmour.com>; 'Pelkey, Diane' <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** AP/ Under Armour: 3Q Earnings Snapshot

**Under Armour: 3Q Earnings Snapshot**
Associated Press
4 November 2019

Link: https://apnews.com/c11b8e1c743cf1bdc9d0dbd13e3006f6

Under Armour Inc. (UAA) on Monday reported third-quarter profit of $102.3 million.

The Baltimore-based company said it had profit of 23 cents per share.

The results surpassed Wall Street expectations. The average estimate of 14 analysts surveyed by Zacks Investment Research was for earnings of 18 cents per share.

The sports apparel company posted revenue of $1.43 billion in the period, also exceeding Street forecasts. Eleven analysts surveyed by Zacks expected $1.41 billion.

Under Armour expects full-year earnings to be 33 cents to 34 cents per share.

UA_01070733

Under Armour shares have increased 20% since the beginning of the year. The stock has decreased 11% in the last 12 months.

###

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733



teneo.com

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 7:12 AM
**To:** Smith, Jen (Office of CEO) <jsmith@underarmour.com>; Stanton, John <jstanton@underarmour.com>; Allega, Lance <lancea@underarmour.com>; Pelkey, Diane <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** UPDATE: CNBC/ Under Armour shares crater on accounting probe, slashed 2019 revenue outlook

**Under Armour shares crater on accounting probe, slashed 2019 revenue outlook**
CNBC
By Lauren Thomas
4 November 2019

Link: https://www.cnbc.com/2019/11/04/under-armour-uaa-earnings-q3-2019.html

Under Armour's quarterly earnings and sales topped analysts' estimates, but the company on Monday morning trimmed its revenue outlook for the full year, citing "traffic challenges."

The retailer's shares were plunging more than 15% in premarket trading, on the heels of a Wall Street Journal report from Sunday evening that said Under Armour was facing a federal criminal investigation over accounting practices allegedly used to make its finances look healthier.

Here's what Under Armour reported for its third quarter ended Sept. 30 compared to what analysts were expecting, based on Refinitiv estimates:

- *Earnings per share: 23 cents vs. 18 cents expected
- *Revenue: $1.43 billion vs. $1.41 billion expected

Over the weekend, Under Armour confirmed it has been cooperating with the U.S. Securities and Exchange Commission and the U.S. Department of Justice investigations, regarding a probe into its accounting practices.

A spokesperson for the company told CNBC in an email: "The company began responding in July 2017 to requests for documents and information relating primarily to its accounting practices and related disclosures, and the company firmly believes that its accounting practices and disclosures were appropriate."

CONFIDENTIAL

UA_01070734

Word of the federal probe comes after CEO Kevin Plank, in a surprise move, announced he will step aside from the chief executive role on Jan. 1, to be succeeded by COO Patrik Frisk. Plank is expected to transition to executive chairman and brand chief.

The athletic apparel and sneaker maker has been struggling to grow sales on its home turf, in a crowded market with Nike, Adidas, Lululemon, and others. Ahead of Monday's earnings report, it was still calling for sales to decline slightly in North America in 2019. Last quarter, North American sales dropped 3%.

Under Armour shares as of Friday's market close are up about 19.6%. The stock, which once hovered around $50, closed Friday at $21.14. The company is valued at roughly $9.5 billion. Nike shares are up about 20% this year, while Lululemon shares have surged 65%.

*This is a developing story. Please check back for updates.*

###

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733



teneo.com

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 7:01 AM
**To:** Smith, Jen (Office of CEO) <jsmith@underarmour.com>; Stanton, John <jstanton@underarmour.com>; Allega, Lance <lancea@underarmour.com>; Pelkey, Diane <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** BFW/ Under Armour Third Quarter Net Revenue Beats Highest Estimate

**Under Armour Third Quarter Net Revenue Beats Highest Estimate**
4 November 2019
Bloomberg First Word

Under Armour reported net revenue for the third quarter that beat the highest analyst estimate.
- 3Q net revenue $1.43 billion, -0.9% y/y, estimate $1.41 billion (range $1.40 billion to $1.42 billion) (Bloomberg data)
- 3Q EPS 23c vs. 17c y/y
- 3Q inventory $906.5 million vs. $1.17 million y/y
- 3Q North American revenue -4.1%, estimate -5.86% (Bloomberg MODL)
- 3Q EMEA revenue +9%
- 3Q Asia Pacific revenue growth +3.7%, estimate +13.8% (MODL)
- 3Q Latin American rev. -3.9%, estimate -8.6% (MODL)
- 3Q Connected Fitness revenue +22.3%, estimate +6.43% (MODL)

UA_01070735

- 3Q apparel revenue $985.6 million
- 3Q licensing revenue $29.6 million
- 3Q footwear revenue $250.6 million
- 3Q connected fitness revenue $39.3 million

NOTE:

- 8 buys, 15 holds, 6 sells

### ###

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733



teneo.com

---

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 6:58 AM
**To:** Smith, Jen (Office of CEO) <jsmith@underarmour.com>; Stanton, John <jstanton@underarmour.com>; Allega, Lance <lancea@underarmour.com>; Pelkey, Diane <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** CNBC/ Under Armour is about to report earnings. Here's what to expect

**Under Armour is about to report earnings. Here's what to expect**
CNBC
By Lauren Thomas
4 November 2019

Link: https://www.cnbc.com/2019/11/04/under-armour-uaa-earnings-q3-2019.html

Under Armour is set to report third-quarter earnings before the market open on Monday.

Here's what analysts are expecting, based on Refinitiv estimates:

- Earnings per share: 18 cents expected
- Revenue: $1.41 billion expected

Over the weekend, The Wall Street Journal reported that Under Armour was facing a federal criminal investigation over accounting practices allegedly used to make its finances look healthier.

A spokesperson for the company told CNBC in an email: "Under Armour is cooperating with the U.S. Securities and Exchange Commission and the U.S. Department of Justice investigations. The company began responding in July 2017 to requests for documents and information relating primarily to its accounting practices and related disclosures, and the company firmly believes that its accounting practices and disclosures were appropriate."

CONFIDENTIAL

Word of the federal probe comes after CEO Kevin Plank, in a surprise move, announced he will step aside from the chief executive role on Jan. 1, to be succeeded by COO Patrik Frisk. Plank is expected to transition to executive chairman and brand chief.

The athletic apparel and sneaker maker has been struggling to grow sales on its home turf, in a crowded market with Nike, Adidas, Lululemon, and others. Ahead of Monday's earnings report, it was still calling for sales to decline slightly in North America in 2019. Last quarter, North American sales dropped 3%.

Under Armour shares as of Friday's market close are up about 19.6%. The stock, which once hovered around $50, closed Friday at $21.14. The company is valued at roughly $9.5 billion. Nike shares are up about 20% this year, while Lululemon shares have surged 65%.

This is a developing story. Please check back for updates.

###

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733



teneo.com

---

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 6:57 AM
**To:** 'Smith, Jen (Office of CEO)' <jsmith@underarmour.com>; 'Stanton, John' <jstanton@underarmour.com>; 'Allega, Lance' <lancea@underarmour.com>; 'Pelkey, Diane' <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** CNN/ Under Armour says US investigators are probing its accounting practices

**Under Armour says US investigators are probing its accounting practices**
CNN
By Charles Riley
4 November 2019

Link: https://www.cnn.com/2019/11/04/business/under-armour-accounting-investigation/index.html

Under Armour's accounting practices are under investigation in the United States, heaping pressure on the struggling company as it seeks to reverse years of lackluster sales.

The sportswear maker acknowledged in a statement Sunday that it faces probes from the US Department of Justice and the US Securities and Exchange Commission.

CONFIDENTIAL

UA_01070737

"The company began responding in July 2017 to requests for documents and information relating primarily to its accounting practices and related disclosures, and the company firmly believes that its accounting practices and disclosures were appropriate," said a spokesperson for Under Armour.

Shares in Under Armour dropped 14% in premarket trade on Monday to near $18.10. The company was worth more than $50 per share in late 2015. Under Armour is scheduled to report its third quarter results before the opening bell on Monday.

The Wall Street Journal was first to report on the investigations into the company's accounting practices. According to the Journal, the Department of Justice is conducting a criminal inquiry into whether Under Armour shifted sales from quarter to quarter to make the company appear healthier. The US Department of Justice declined to comment.

Under Armour announced last month that founder Kevin Plank is stepping down as CEO. He will be replaced by chief operating officer Patrik Frisk on January 1, 2020. Plank will become executive chairman and brand chief.

The management shuffle comes after the company suffered from weaker sales and lost ground to rivals including Nike and Adidas. Smaller brands such as Fila and Puma are also thriving.

###

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733



teneo.com

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 6:57 AM
**To:** 'Smith, Jen (Office of CEO)' <jsmith@underarmour.com>; 'Stanton, John' <jstanton@underarmour.com>; 'Allega, Lance' <lancea@underarmour.com>; 'Pelkey, Diane' <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** Bloomberg/ Under Armour Plunges After Disclosing U.S. Accounting Probe

**Under Armour Plunges After Disclosing U.S. Accounting Probe**
Bloomberg
By James Ludden and Eben Novy-Williams
4 November 2019

- Federal officials have been investigating practices since 2017
- Founder Kevin Plank plans to hand over the reins in January

CONFIDENTIAL

UA_01070738

Under Armour Inc. shares plunged after the company disclosed that federal officials have been probing its accounting practices for more than two years, bringing a fresh headache to investors just as the sports brand prepares for a CEO transition.

The company said on Sunday that it's cooperating with investigations by the U.S. Securities and Exchange Commission and the U.S. Department of Justice and doesn't think it's done anything wrong. The remarks, spurred by a report in the Wall Street Journal, came the day before Under Armour is slated to post its third-quarter earnings. The shares dropped as much as 16% to $17.86 pre-market in New York.

"The company began responding in July 2017 to requests for documents and information relating primarily to its accounting practices and related disclosures, and the company firmly believes that its accounting practices and disclosures were appropriate," Under Armour said in the statement Sunday.

Investigators from the Justice Department and SEC were questioning people at the sports apparel's base in Baltimore as recently as last week, the Journal reported, citing people familiar with the matter. The probe is focused on whether Under Armour inflated sales from quarter to quarter, the newspaper said.

The investigation comes at a difficult time for the company, which has been wrestling with increased competition at home and an underperforming share price. It rattled investors in July by warning that full-year revenue would decline in North America. The stock fell 23% since that statement through Friday's close in New York.

Founder Kevin Plank, currently chief executive officer, turned the company from a football-focused startup into a global powerhouse that makes men's and women's apparel in dozens of categories -- and even spacesuits.

**New CEO**

But sputtering growth prompted it to embark on a multiyear restructuring plan aimed at regaining its edge. A new CEO, tapped last month from within Under Armour's ranks, is meant to help get the company back on a growth trajectory. Patrik Frisk, Under Armour's president since 2017, will take the reins on Jan. 1.

Plank, 47, is stepping aside after more than two decades in charge, though he'll remain on as executive chairman.

No one at the Justice Department or the SEC immediately responded to requests for comment.

Under Armour went public in 2005 and experienced rapid growth, with sales increasing to $5 billion in 2017 from $1.1 billion in 2010. Recently, though, keeping that momentum going has been a struggle.

Under Armour's best year-over-year revenue growth in the past three years came in the first quarter of 2016, when sales climbed 30%. It reported double-digit growth in each quarter of that year, slowing to single-digit rates thereafter. The first decline, a 4% drop from the year-earlier period, was in the third period of 2017.

The latest quarter isn't expected to mark much of a comeback on the sales front. Analysts are expecting the company to report a 2% decline in third-quarter revenue, according to data compiled by Bloomberg.

### 

Jay Reynolds
Associate

CONFIDENTIAL

UA_01070739

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733



teneo.com

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 6:56 AM
**To:** 'Smith, Jen (Office of CEO)' <jsmith@underarmour.com>; 'Stanton, John' <jstanton@underarmour.com>; 'Allega,
Lance' <lancea@underarmour.com>; 'Pelkey, Diane' <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** CBS/ Feds probing Under Armour's accounting practices

**Feds probing Under Armour's accounting practices**
CBS
4 November 2019

Link: https://www.cbsnews.com/news/under-armour-investigtion-feds-probing-under-armours-accounting-practices/

Under Armour Inc. is being investigated by federal authorities over its accounting practices.

The athletic gear company said Sunday it's been cooperating with the Securities and Exchange Commission and Justice
Department on their investigations for two years and the company "firmly believes that its accounting practices and
disclosures were appropriate."

Under Armour reports earnings for the third quarter Monday.

The investigation was first reported by The Wall Street Journal, which said the probe involves whether the retailer
shifted sales from quarter to quarter to make results appear stronger.

The SEC and Justice Department declined to comment.

The Journal pointed out that Under Armour founder Kevin Plank is stepping down as CEO Jan. 1 and the post will go to
COO Patrik Frisk. "Plank plans to stay on at the company as executive chairman and brand chief," the Journal added.

Under Armour has struggled since its explosive sales growth petered out in 2017. Last year, it announced job cuts as part
of a restructuring effort.

CNBC notes that, "Under Armour has struggled on its home turf as of late in the face of stiff competition from Nike,
Adidas and Lululemon. Its sales in North America dropped 2% in 2018 to $3.7 billion. Analysts say the retailers'
'performance' focused gear, like sweat-proof shirts, does not resonate with as many shoppers."

###

Jay Reynolds
Associate

CONFIDENTIAL

UA_01070740

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004
O: +1 (212) 886 9313
M: +1 (347) 335 8733



teneo.com

---

**From:** Jay Reynolds
**Sent:** Monday, November 4, 2019 6:56 AM
**To:** Smith, Jen (Office of CEO) <jsmith@underarmour.com>; Stanton, John <jstanton@underarmour.com>; Allega, Lance <lancea@underarmour.com>; Pelkey, Diane <dpelkey@underarmour.com>
**Cc:** Nate Tamarin <nate.tamarin@teneo.com>; Evan Goetz <evan.goetz@teneo.com>
**Subject:** Fox Business / Federal investigators probe Under Armour's accounting

**Federal investigators probe Under Armour's accounting**
Fox Business
By Ken Martin
3 November 2019

Link: https://www.foxbusiness.com/markets/federal-investigators-probe-under-armours-accounting

Under Armour's accounting practices are under federal investigation.

The athletic gear company said Sunday that it has been cooperating with the U.S. Securities and Exchange Commission and the U.S. Department of Justice on their investigations for two years.

The company said its accounting practices and disclosures were appropriate.

Under Armour reports earnings for the third quarter Monday.

The probe involves whether the retailer shifted sales from quarter to quarter to make results appear stronger, according to the Wall Street Journal which first reported the investigation.

Spokespeople for the Justice Department and SEC declined to comment.

Company founder Kevin Plank said last month that he would be stepping down as CEO on Jan. 1, replaced by company president Patrik Frisk.

Under Armour has struggled since its explosive sales growth petered out in 2017. Last year it announced job cuts as part of a restructuring effort.

###

Jay Reynolds
Associate

Teneo
325 7th Street NW, Suite 325
Washington, DC 20004

CONFIDENTIAL

O: +1 (212) 886 9313
M: +1 (347) 335 8733



teneo.com

---

This communication is confidential and may contain privileged information, or may otherwise be protected from disclosure. Any unauthorized disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is strictly prohibited. If you are not the intended recipient, please notify the sender that you have received this communication in error and delete and destroy all copies in your possession. Nothing contained in this disclaimer shall be construed in any way to grant permission to transmit confidential information via this firm's e-mail system or as a waiver of confidentiality or privilege. No responsibility or liability is accepted by Teneo for any loss or damage arising in any way from the use of this communication. No representation is being made that the information presented is accurate, current or complete, and such information is at all times subject to change without notice. E-mail messages are not guaranteed to be secure.

Teneo does not provide tax, accounting or legal advice. This e-mail and any attachments are not intended or written to be used, and cannot be used or relied upon, by any taxpayer for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. Each person should seek advice based on its particular circumstances from independent legal, accounting and tax advisors regarding the matters discussed in this communication.

This communication is for informational purposes only. Nothing herein should be construed as an attempt to effect any transaction in, or induce or attempt to induce the sale of, any security. Any such offer or solicitation may only be made by means of delivery of an offering memorandum and would be subject to applicable disclosure, documentation, registration and investor qualification requirements. Investment banking services are conducted by Teneo Capital LLC , including transactions by its subsidiary Teneo Securities LLC, a member of FINRA and SIPC. To view our privacy policy, click here.

UA_01070742