# EXHIBIT 185
# [Filed Under Seal]

To: Stephanie Ruhle (BLOOMBERG/ NEWSROOM:)[sruhle2@bloomberg.net]
From: KP13
Sent: Wed 1/13/2016 9:32:48 AM (UTC-05:00)
Subject: Re: UNDER ARMOUR   DO THEY SELL OIL? HOW CAN THIS NOT BE A BEAR MARK

Case 1:17-cv-00388-RDB   Document 360-26   Filed 12/22/23   Page 2 of 3

What did he tell you?

On 1/13/16, 8:57 AM, "Stephanie Ruhle (BLOOMBERG/ NEWSROOM:)"
<sruhle2@bloomberg.net> wrote:

>he is going to buy more
>dont feel terrible
>stanley has an iron gut - in fact- i wanted to tell you something he once
>told me
>
>
>
>-------------------------------------------------------
>Stephanie Ruhle
>Anchor/Managing Editor, BloombergTV
>Editor-at-Large, Bloomberg News
>731 Lexington Ave
>New York, NY 10022
>office: 212.617.0784
>cell: 917.202.4342
>
>----- Original Message -----
>From: kp13@ua.com
>To: Stephanie Ruhle (BLOOMBERG/ NEWSROOM:)
>At: Jan 13 2016 08:56:55
>
>Stan bought our stock about a month ago - I forgot to tell you -  I feel
>terrible he has to see this downside in my stock.  Tell him to bear down
>and hang in there - UA will be just fine, we have a great Brand and
>business.
>
>Sent from my iPhone
>
>On Jan 13, 2016, at 7:59 AM, Stephanie Ruhle (BLOOMBERG/ NEWSROOM:)
><sruhle2@bloomberg.net<mailto:sruhle2@bloomberg.net>> wrote:
>
>one of your shareholders....
>hasnt even met you
>but loves your company
>
>he is a MASSIVE bear
>his point is that you should NOT be down
>
>
>From: Stephanie Ruhle (BLOOMBERG/ NEWSROOM:) At: Jan 13 2016 07:58:01
>To: Stan F Druckenmiller (DUQUESNE FAMILY OFFI)
>Subject: Re:UNDER ARMOUR DO THEY SELL OIL? HOW CAN THIS NOT BE A BEAR MARK
>sounds like you should buy the stock stan
>they dont sell oil
>they sell the american dream
>
>Stephanie Ruhle
>Anchor/Managing Editor, BloombergTV
>Editor-at-Large, Bloomberg News
>731 Lexington Ave
>New York, NY 10022
>office: 212.617.0784
>cell: 917.202.4342
>
>From: Stan F Druckenmiller (DUQUESNE FAMILY OFFI) At: Jan 13 2016 07:56:22
>To: Stephanie Ruhle (BLOOMBERG/ NEWSROOM:)<mailto:sruhle2@bloomberg.net>
>Subject: Re:UNDER ARMOUR DO THEY SELL OIL? HOW CAN THIS NOT BE A BEAR MARK
>UNDER ARMOUR   DO THEY SELL OIL? HOW CAN THIS NOT BE A BEAR MARK

HIGHLY CONFIDENTIAL                                                UA_01171674

>ET?
>

HIGHLY CONFIDENTIAL

UA_01171675