# EXHIBIT 98
# [Filed Under Seal]

**To:** Mirchin, Matthew C.[mmirchin@underarmour.com]; Maasdam, Matthew[mmaasdam@underarmour.com]; Maurath, Charlie[cmaurath@underarmour.com]; Stafford, Henry[hstafford@underarmour.com]
**From:** Carabetta, Elle
**Sent:** Thur 12/17/2015 11:38:31 AM
**Subject:** Re: F4 vs LE
F4 to LE .xlsx

………
;;;;;;;;
Hi all—

See attached. It is in the second tab.

---

**From:** "Mirchin, Matthew C."
**Date:** Thursday, December 17, 2015 at 11:36 AM
**To:** "Maasdam, Matthew", "Maurath, Charlie", "Stafford, Henry"
**Cc:** "Carabetta, Elle"
**Subject:** Re: F4 vs LE

Please send the F4 to LE to this group. I didn't include in the attachment.

Thanks,

Matt Mirchin
President, North America

Under Armour
1020 Hull Street
Baltimore, MD 21230
Phone: 410-454-6618
Cell: 410-371-6326

Sent from my iPhone
Pardon the typos

On Dec 17, 2015, at 10:31 AM, Maasdam, Matthew <mmaasdam@underarmour.com> wrote:

> Nothing was attached.
> **Matthew 'Maas' Maasdam**
> Chief of Staff to CMO
> **UNDER ARMOUR.**
> 1020 Hull Street
> Baltimore, MD 21230
> Work: 410-468-2512 x5398
> Cell: 619-208-6405
> THE WORLD'S LARGEST FITNESS COMMUNITY.
> AVAILABLE NOW ON iOS & ANDROID
>
> 
>
> THE WORLD'S LARGEST FITNESS COMMUNITY.
> AVAILABLE NOW ON iOS & ANDROID
>
> **From:** Mirchin, Matthew C.
> **Sent:** Thursday, December 17, 2015 10:06 AM
> **To:** Stafford, Henry; Maurath, Charlie
> **Cc:** Maasdam, Matthew
> **Subject:** F4 vs LE
>
>> This is better for you to use for KP it compares the F4 to the Le instead of F1

CONFIDENTIAL UA_00127230

Thanks,

**Matt Mirchin**
President of North America

UNDER ARMOUR.

1020 Hull Street
Baltimore, MD 21230
Phone: 410-454-6618
Cell: 410-371-6326



THE WORLD'S LARGEST FITNESS COMMUNITY.
AVAILABLE NOW ON iOS & ANDROID

CONFIDENTIAL
UA_00127231

| F4 to LE Gross Sales 2015 By Channel |
|---|---|---|---|---|---|
| Channel | F1 2015 | F4 2015 | LE 2015 | $ +/- vs F4 to LE | Comments |
| Sporting Goods | $1.427B | $1.449B | $1.453B | ($-4m) | Challenging quarter driven by fleece and CG. Sales missing plan. We covered some of the miss by pulling in additional 12/20's. The original plan was to ship $37m in 12/20's. We shipped $51m. The miss would have been $18m had we not pulled forward. Against competition we performed at deptment average in Men's and below in Women's and Youth. |
| Mall/Specialty | $123m | $144m | $146m | $2m | Beat plan in footwear, lowered returns. |
| Dept Store | $125m | $150m | $154m | $4m | Steady business in apparel led by ▇▇▇ Opened ▇▇▇ with plan of $5m, shipped $14m for the year. |
| Outdoor | $364m | $350m | $347m | ($-3m) | Very tough year. We hit plan in 1st half (about 35% of total year) but big miss in 2nd half driven by ▇▇▇ This was an industry issue, not just UA. ▇▇▇ traffic down (-30%). ▇▇▇ traffic down (-15%). Sporting Goods accounts feeling the same pain. Big call down for '16. F0 was $470m, new call $372m ($-98m). Will end '15 at $347m. Market has heavy carry over. Reorganizing sales leadership and structure. |
| Canada | $161m | $156m | $157m | $1m | Business is strong. Lost over ($-10) in FX during the year. ▇▇▇ business solid, making strides in ▇▇▇ Matty and team solid. |
| E-Comm | $340m | $372m | $368m | ($-4m) | Business is strong. Great leadership. Constantly beating planning. |
| BH | $56m | $52m | $50m | ($-2m) | Comps are picking up, struggled with apparel, especially women. Down double digit comp in women's apparel YOY. |
| FH | $763m | $756m | $741m | ($-15m) | Business has been challenged with bigger decline in 2nd half of the year. After several years of double digit comp growth, planned @ 11% comp in '15. For Q4, planned a 6% comp, coming in at (-2%) comp. Issues with MFO product range, in store execution. Plan for 5% comp in '16. |
| Liquidation | $137m | $150m | $176m | $26m | Created too much excess (Forecast accuracy, FH not taking the planned excess, bad processes and procedures). Working to implement major changes. Will improve but not feel impact until '17. |
| Other |  | $11m |  | ($-11m) | Added $11m to the plan with no channel. Trying to chase business. |
| Total | $3,496B | $3.605b | $3.591B | ($-6m) | We dropped (-$6m) to the F4 while overachieving $26m in liquidation which caused significant margin issues. |

UA_00127232