# EXHIBIT 107
# [Filed Under Seal]

12.15.16 NOTES

JASON – N America # 4024 on LE. Rolling up all risks and opportunity $14M short. Moving off 1:17 sale. LOOK UP. We had a great weekend last weekend. Feeling good about trajectory. Taken handcuffs off of E-Comm team. Fleece side, we're are wheeling and dealing. Trying to minimize return risk. We're taking the right actions to give us lines of sight. We called out risk of $7M still ▮▮▮ for rest of this year. If we can increase sell through, we can reduce that number. That's what we are working towards. We are letting ▮▮▮ promote the sale. ▮▮▮ has 25% on homepage that will flip. 4010 or 4024, we are chasing every dollar.

DAVE BERGMAN – Conservative numbers, and it may tick up next week. Topline came down $13M. (4:35). Gross margin continues to be a challenge. We're still are at at 440M which is the low end of our Q4 guidance. Bonus is now at .3x assuming this holds.

ANDY – third party traffic like ▮▮▮?

JASON – I don't know we'll get there with ▮▮▮ to where they want it, but we're working on every dollar.

BERGMAN – Op Income is below consensus and at bottom end of guidance. We may hit EPS because our operating income is holding close and our tax rate is better than expecting, despite Revenue not what expected.

KEVIN – days of thunder, crew chief – listen to me, when you go back out there I want you to go and hit the pace car… WHAT?... because you hit every other god damn car out there! I want you to hit the best!

BERGMAN – 21% tracking growth quarter of footwear now. 61% international for quarter and 65% for the year. Growth rates for the year are healthy. Opps and risks. Opportunity is in good shape. We're selling ▮▮▮. They liquidate some socks, and our contract allows that. Not opening a new vendor. With increased promotion we hope to mitigate the risks.

ANDY – because of weather and behavior of consumers… keep an eye on it.

SUSIE - We're definitely trying to manage through the traffic.

JASON – we always see a little of a surge, but with a weekend in front of you, it will be interesting to see what happens. We guarantee to get it on time if you order by the 21st on dot com. We let people order on the 22, but ask them to pay more for shipping. The 23rd gets a little scary.

BERGMAN – Ther eis $51M left in decision to make tomorrow and Monday if we shift stuff into q4 or or q1. Bonues reduced by $11M. taking down 16 base, boosts your 17. But it reduces bonus from .5 to .1x. **CHECK FINANCE SLIDE WITH PROS AND CONS.**

KERRY – idea of paying some sort of bonus is incredibly important this year to show we can.

KEVIN – I don't think people are clear on the bonus thing.

CHIP – as long as they get the right expectations on their performance review. Every VP and below .4 and .6 of their targeted bonus.

KEVIN – are they taken through scenario?

CHIP – 120 and target is 20%, so 26,400 is target bonus. 13,200 is corporate. They are pretty much going to get 10,500 and 15,800 unless they get a bad performance review.

KEVIN – my god my bonus is only.. I wasn't clear on that only… .1x is strictly SVP and above, it's programmed in that everyone (19:30) will get WE SHOULD KNOW THAT. That's funded. So if the number is 436, and took a portion and funded bonus, we're not going to take it away from our people, but we're not going to blow ourselves up either. It's not very thoughtful and strategic.

CHIP – bonus was set up that if we don't have a good year, the SVPs who control it will feel it the most. VPs and below are still going to get 50% of their bonus after a year like this is still pretty good.

KERRY – 2017 is going to be a incredibly hard year. People are demotivated. It will have an impact.

KEVIN – wreck the demotivators. The fact they didn't get as much? The earnings? They face we got our asses kicked.

KERRY – all these things together, presents a perfect strong to loss your great people and have an average people, and spending money to bring back people.

CHIP – solutions for rank order… what can we do now.

KEVIN – we're not going to cut into bonus. We're going to have a tough stuff for wall street. We'll find enough bonus for the people who want to be here to be here. If they want to leave, they should leave. It's not a restructure or reorg. It's a reset for more room in the topline, make sure we have enough equity and incentive for those taxed the most, we have the ability to take money out of our op income and put it in bonus this year. We're going to right by our people. We've been living in this bubble for awhile. Pulling ahead 40-50M ahead each quarter… I don't think that's healthy. It's going to be a cold shower in January. We're going to have to fight, even 18% growth, the negative spin from the q3 call played into this I wonder… and places we got

beat. Financially we got beat. We just took a lot of licks this year. We're not going to let any of these things... we have the right product, but we just haven't placed the product. Let's make sure the product I love hits the floor. We have to be a hell of a lot more diligent. Zipper pulls or the finish or the final cut to make things great.

KIP – you've got Friday and Monday $51M...

KEVIN – I've made the decision. We're not shipping $51M. We're not going to compromise 2017. To be clear, we've never been in a financial predicament. We've had the growth, the product, and the sell through. This year we woke up we haven't done the detail on the right product, right price, right time. And we will adjust and set ourselves up for future. And if we're going to miss, we're going to miss gloriously. But we're not going to take from next year. To save what, a burning house?

BERGMAN – think about... 28:00 LISTEN.

KEVIN – let me be clear we are not going to take nickel from our people to hit a financial number. We are going to reset to move forward. TSA behind us. Comp better 4th quarter next year and we've got a tough Q1 heading into comp from last year. I've had two weeks to digest it now. It's hard. It took me two weeks. It will take wall street two months. Silver lining are international. Barons article talking about effects of things we had bet on... promotional environment was something we never had to participate in. It's a new reality. Things need to get going... footwear, apparel, etc. Leadership of this team.. we can't talk to our teams yet, let's get our story down first... we're not going to have layoffs, but we're going to be a lot more prudent. I'm not going ot bring up 200 heads. We've tried to run a better company, but we haven't yet. I believe in this team, but we have to work harder
We can do anything, we just can't do everything.



STANTON –

KEVIN –

ANDY –

KERRY –

GROUP – ███████████████████████████████████████████

STANTON – ████████████████████████████████████████
████████████

ANDY – █████████████████████████████████████████████

KEVIN – ████████████████████████████████ This should be, never waste a good crisis, right? Strap on the sales irons, get in the chair, and building our credibility back up. Don't talk about 7.5 number anymore… that goes away. (40:30) Instead of finding 200M, find 20-50M of cuts. We are going to tighten our belt but not compromise our future. ████████████████ ████████████████████ we're going to be smart and we're going to prudent.

BERGMAN – we need to figure out the portion of the $51M is footwear. It might take it down to 15% footwear growth.

KEVIN – figure it out.

PAUL – we're going to pivot off of this to look at how we are operating. To get big chunks of cost out of the operation. I wouldn't want to lose the opportunity we have to pivot all around the great things we're going to do in 2017. Come back to you with a POV on what we can do.

BEN – Half way through 1st pop up, tracking to metrics we set. Behind on rev goals, caused by inventory issues, now that is fixed, we are hitting our goals and can now extend through this weekend. Doing 4K on good days. The press, the activation events… we sit next to nike's footwear labs and they have been checking it out. We will activate again this coming weekend… not Monday… reprogrammed to holiday and driven by a gift with purchase around product, because it's cold up here. 50% off your first layer program. Long sleeves and leggings as incentive to shop. We're feeling good. You'll see in the graph, we did 2K on a Wednesday which is nice. Overall, checked the boxes, hiccups on inventory, us doing this heavy lifting ourselves, we set it up with a square POS system. Very start up, but it did what we wanted it to do. Connect and inform the community wwho we are and what we are doing.

KERRY – mens nad womens. What are most popular?

BEN – ████████████████████████████████████████████████████ Last weekend KP challenged us to dial that up, working with Andy and Todds group to ramp up F1 orders with the factory. Will be largest over $200 footwear program coming. We've been talking to a small audience, and opening that up to a larger audience…

KEVIN – ████████████████████████████████████████████████
████████████████████

KIP – we got to get the units first.

KEVIN – I was clear. Give it a personality and tie it to a celebrity.

BEN – here's what we have done. Ordered more black and brown units. We can put all those units into brown. The sales thus far are stronger on the black. We need to make that call right now. We called out to Todd and Andy's team to activate those. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ Everybody knows what needs to happen. Todd's going back to the well there. Sports marketing is going back to activation packages.

KEVIN – let's move on. Every product, I don't want to see 30% on all products. I want to know why it's the best product in the world and what Jordan Spieth things about it this product. When I look at luminous we're about to get bad PR. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ I want to drive this one right now because I want some wins in the market to use as examples… that's what we have to combat right now. We need good positive stories. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

BEN – I think there's a few strings going on, we'll start with YES. We are out recruiting and building and really putting the effort and the resources … without stealing from peter to pay paul. Our efforts, addition of Aly, and other bodies are all being deployed to run as fast as possible to steal that space. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ We are heading to asia and not be home until 10 of Jan to meet with ■■■■■■■■. We are also making sure we don't get too precious or wait too long. We talked to ■■ who asked us to accelerate course correcting on traditional wholesale partners. We are guns a blazing. Going to create momentum change.

KEVIN – does resources change that?

BEN – is does. In some places we have to change the perception. Some of the less challenging opportunities like DTC, maybe there is already brand affinity to course correct faster. We're talking aobut reality of supply chain that take longer. Li Fung – working with them. Yes of course those, dollars would help.

ESKRIDGE – couple of work streams going. Changes to fleece from walk through last Friday. Crashing a project on mid-weight ads. Tentatively named one-layer right now in mid-weight. Lifestyle product including UAS take downs. Ken Collins pulled out of merchandising for next 3 weeks, heading over to Asia.

KIP – we hit a q5 collection. 40M extra in revenue. (1:04). We crashed another 50 projects. Hard to have all wholesale channels pick it up. And do swaps to give them what we like better.

ESKRIDGE – colin and I are talking about top 10 and where we want them.

KIP – we plop the storytelling you want in 2017.

KEVIN - ▮▮▮▮▮. they are three different shoes. They are three black shoes. That's what I mean, everyone needs to be – haley say why we are making three black shoe??

KIP – good call out. That's why we demoted Fritz Taylor.

ESKRIDGE – We really like the format of Top 10 review, we're walking through spring this week we're taking that format to it, and walk away with before meetings with regions, how we want to show up in market as well as allocated product. We will take that out to the regions, and following January, working on ratios for our biggest strategic accounts.

HALEY – we need to consumer segmentation between this and a category GM muse. (1:12:50)

ESKRIDGE – we don't have 90 days.

HALEY – I agree with that.

ESKRIDGE – this is right historically based on who is shopping within those channels. Driving home message of elevating and reinventing the basics.

KEVIN – call out to Kevin and Colin for pulling it together. We're changing the tire at 100mph. Challenging Andy's team to bring in personality. We are our stories. We basic'd ourselves into where we are.

SUSIE – go through some product stuff with good news. ▮▮▮▮▮▮▮▮▮▮, there are bright spots in footwear. Run – womens' 116% vs LY up, 100% womens training, 112% mens run... three platforms women's run driving 50% of the business. Factory side footwear up 53% on the quarter, apparel up 9% in quarter. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

ESKRDIGE - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

SUSIE – ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. (1:19)

KEVIN – andy – can we look at the positives here – ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

ANDY – we need to get ahead of the naming game, we've been more functional and not consumer centric.

KEVIN – just call it something.

ANDY – we need a better naming convention.

JASON – do we have a garmet marketing team?

ESKRIDGE – we have a

ANDY – we need

KEVIN – good news in china – how big are the numbers?

SUSIE – I'll have to look that up.

SUSIE – real estate side – we are on track to end 585 stores this year. 30-40 to open this month. 4-5 stores at risk. At a accomplishment perspective, china at this point has opened 11, and need to do 10 more, and they're have 260 by end of the year. London flagship – they put our talks on hold not because of offer, but because they are in the process of buying out the property from ▮▮▮▮. They will get back to us by end of January. They will have no conversations with anyone else in that time period. We are mining for other opportunities – the Forever 21 space – which we looked originally… we will keep mining. Andy and I and finance will look at options.

1:27:30 – RETURNED

COLIN – working through fall 17 to course correct to invest in what we want to sell. Not just taking orders. The will put pressure on timing but we'll get there. Concern for us – what Trump means for sourcing. Repositioning and moving if there is a trade war. What can we do now to make sure we are insulated. God knows what is going to play out. Negioating much more aggressively with mills and factories and moving out of China because China may be a target. Stuff like that.

HALEY – you need to get more in Jabil.

KEVIN – they want our opinion too. We can help shape some of that policy.

COLIN – ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

KEVIN – ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

STANTON – ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

COLIN – ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
We can be more nimble than our bigger competitors out there. We may see a bigger up side. And last one, strategy on moving forward 1:31;39 (MISSED) on specific on margin, targets, sustainability and lead teams.

HALEY – GM – location is big one. We'll be more effective to get people sitting by each other. No announcement. Moving people who support one sport together. The bigs ones are marketing and design. No reporting changes, just get them sitting together. QBR next week they will present the one pager – great job by chip and team – to put them up. Roll out the calendar as well there. Innovation side – readiness. Talk about it today at holiday party, but big time at CES. We did some PR media yesterday and it was really cool. Met people who are consumers. They never saw it before. IT was very cool to see people like "I got to get that." People were engaged and have their own stories, but bottom line the level of engagement people have for the product was exciting. Available feb. 1. Marketing will blow it out over time. It's run story right now.

ANDY – it's not going to be a big story from a revenue standpoint, but another reason to believe in connected fitness.

HALEY – training shoes with a real reason for being. That's what we will be able to build.

KEVIN – in addition to ▮, I wish it had a GPS chip in it. It would be a game changer if it did. I don't know if we're looking at that. Put it in youth and boom. Each in the app. 6-jump thing, very good stuff. Where are we taking them to… shoes that are telling us things. Me as a consumer understanding the product.

ANDY – there's a longer range story and expectation that technology will deliver more about our health and body.

KEVIN – it's not self tying shoe for 800 bucks. Which is stupid. I want to get infront of capability. What does a GPS chip cost us. This one is $3, but is there a $9 with GPS. Every youth shoe has a chip in it, you can track your kid. How active was my kid today. Get behind it.

HALEY – we'll explore that. Absolutely. Other ways to do it… if we want to do it for kids, we can use the tile. Jabil makes it. That's a cheap way to do it. But do we want to do the rest….

KEVIN – instead of big brother, big mother line of gear. In the sweatshirt.

HALEY – we're working on the kid thing with zipper pulls for tracking.

KEVIN – we need to own all things. We need to the good products. Here's innovation, we have to run volume, but we have to have stories that we are telling. I love big mother. It's not creepy, but mom's watching. Let's take some positioning. I hear you the training and paul winsper stuff, but a lot of our attention is going to what does winsper think we should do. Is it for the elite athlete or coaches? Declare – I would love for us – MIKE – embedables and the connected shoes, 130K shoes with chips in it this year, 2.4M for next year. Surprise that there is no GPS to drive and put a chip in it for youth.

CONFIDENTIAL
UA_00187415

HALEY – Tile for school bags.

KEVIN – PR and events moving so I can get product up here. Kevin ross and tennis team, or someone else. Women's… Let's do it sooner than later. Our culture in general. Let's implement and go.

MIKE – ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Final contract negotiations with them. Stretch goal is 12/23 to sign that. Teams are hustling. I don't know if we will make it. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ We have approval rights on all the messaging. We have a binding term sheet in place to pay $4M on Dec. 23. We will recognized 750K in Q4. Context on partnership. This is a big deal ▮▮▮▮▮▮▮. In terms of a developer deal, it's 10x the size of another developer deal they have done. It's an outlier. Power of the brand testimonial. They really want us to view them as a strategic partner. We need to give ▮▮▮▮▮ some level of priority in UA, ▮▮▮▮▮▮▮▮▮. Anyone at ▮ from TTT, get together with ▮▮▮▮ execs to meet and greet. Marketing support with wearables. We have been careful not to over promise. Lean in some of these areas within our comfort level, that would be helpful.

ANDY – we should make sure, interesting angles if its part of Kevin's keynote.

MIKE – Randall is running point on the deal who should we talk to?

ANDY – me and Diane.

MIKE – ▮▮▮▮ update… we've done ▮▮▮▮▮ and trying get through remaining inventory. Done some pricing actions… ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. We think we can 8k at $99. Q4, I don't know Dave and Chip, opportunities if we are going to miss the quarter, if we want to take down some of the inventory now, keep that in mind. We should have 50K ▮▮▮ left at a cost of $98, roughly $5M. We were looking if we should take the band down to $70. They are only going to get harder to sell. They age. Consumer electronics. If we can move them now, it is the time. It would be a big hit if we did, so we didn't do it. If we're thinking about Q4, maybe that's a decision we would have done differently.

JASON – I don't think price is the barrier. Corporate deal expects a discount. Give 2K to employees as a holiday gift. So if we take it down to $70, we're selling even cheaper. Take it off line.

MIKE – 2.8M inventory reserve for 2017. Take it off line. That's it for me.

PAUL – quick hits – training with category managers that past few weeks on business analytics. FMS is coming. Going live in 4.5 months. Working with operations to work with finance to pull enough inventory from q2 to q1. There are legitimate reasons to do that, Kevin. FMS as we get further along, there are some teammates who do reporting and analytics. And we want to pull them into the FMS program to get them trained. You will see requests to some of your in this room to get involved. Meeting with Andy to talk about marketing platform of the future. Labor side on DH's, challenged them to look at labor costs in Baltimore compared to other sites.

CONFIDENTIAL
UA_00187416

There will be some opportunity there. We're going to have to manage carefully through that. Could be shutting down some shifts, etc. Signing a 2 year ▮▮▮ deal, $60M over two years. 4% savings. Good deal. $1.1M rebate coming for each year. On planning side, doing bottoms up plan.

ESKRIDGE – Spring 18 Top 10s, if we feel good about those, should we take bets or just buy those. Those are our bets. Changing the mentality. Keeps it simpler.

PAUL – I like it.

ESKRDIGE – I think we can move the sales team mentality faster.

PAUL – win at the shelf yesterday. The room is getter smaller and tighter.

KEVIN – is that a good productive meeting.

PAUL – it's not where it needs to be. Tightened up the room and put more leaders in there. Looking at data, and then what.

KERRY – Cost savings for 2017, Paul and Dave and Chip and a few others met, and there is some significant opportunities. The way we do our merit planning. We were planning the number in the budget assumed everyone had been here for a full year. If you do the right way, it's a 1.3M savings right there. Looking at overtime across the company. Making sure we are balancing it with morale at the DH and not doing anything dumb. Night shift, people get a premium, but hate working it. Reducing some costs there. It's 15% different pay. Applicant appreciation email campaign launch on Sunday to 12k recipients who applied for jobs this year (150K applied), but targeted to the 12K, never reviewed or never seen, one-time 40% off. SEE SLIDE. Cool thing 12,600, there is zero overlap with people in our ecomm database. It's a test and learn experience. Next year, we will do this without email. When you apply, automatically, here's the discount for engaging with us. Tracking all the analytics for branding, cool experiment. Here's an example of what the email will look like. This is game changing. Hilton is only company that does anything close is through HireVue candidates.

KEVIN – great.

ANDY – keep good news, Michael phelps ad won ad of the year. Two things I like about that, 1 it says the quality of the work, and 2 great recruiting team to attract creatives. Awards can be funky some times.  (LISTEN 2:10:30) Working with Todd and Ben on ASOP Rocky contract. Todd has LOI. Looks good.

KEVIN – ASOP Rocky, ROCK, closer to GM on that?

HALEY – collaborations. Design side and athletes side…

KEVIN - It should be the category manager/director in charge of collaborations. Manage all the one-offs with the athletes. We need those pieces.

ANDY- that's part of the collaboration.

KEVIN – do we have a job description? I'd like you to have one on category manager collaborations, etc. We have enough assets, we just need to activate them.

BEN – just the management of these projects… when we see what happened with the Rock. Who owns CAM. Who takes care of Brady. We moved right ot job description. We need to put in a place of service function. We will activate Rocky, but someone needs to look at metrics of making that happen. Whiteboard right solutions.

KEVIN – Cam cleat example. Completing the matrix right now. You need a calendar person. Program manager is great.

ANDY – MLB gone through that deal. Kevin and I traded email. We need to treat league sports as categories. How do we market across channels. There are some restrictions… getting revenue out of these deals. Still waiting ot hear from Steph Curry with Stone and Ryan looking to support the fire victims in Oakland with a design on his shoe, worn tonight and make donation through steph on victims and encourage others to make donations. Steph hasn't agreed to wear them yet, but if he does, he'll wear them next game.

JASON – if we do that, can we get one pair to raffle off?

ANDY – we thought of that, but wondered if we were exploiting the tragedy.

JASON – or don't raffle them and put on the site to enter to win.

ANDY – great meetings in SF and Portland. Talked with Mike Lee about challenging marketing to build a business plan for blog. Team will come back.

KIP –

2:22:23

KEVIN – what should we talk about?

HALEY – you're going to hit all the milestones, just let it be a Christmas party.

ESKRIDGE – focus on long term opportunity.

Haley – you don't have to talk about numbers or any other stuff. Great year. Loot at everything we've accomplished

CONFIDENTIAL

ANDY – three headlines for the future we can go talk about for the future. These things things are going to make us a rock.

KEVIN – got it. You have aan idea?

ANDY – the things we're talking about today, ████████████ even as a tangible point, the 3rd thing growth rates of the company. Still a company growing at 20% for the year. Continue to innovate with these examples.

COLIN – this dervision of the old ways of doing things… people are fed up with the bull shit. The old guard…

ANDY- Brand data as well. Top 3, you made a statement in the press, we're in the top 3. That's a reinforcement of that story.

PAUL – I think you should definitely talk about the tough market out there. But they all know it. ████████████████████████████. They know it. From a credibly standpoint. Not to poo poo holiday message. I'd hate to ramp everyone up. Jan. 1 you are back on stage and it's a tough year. How do we temper that.

KERRY – you could tie the two together.

ESKRIDGE – tought market out there. It's really warm.

RICK – not everyone has equity and bonus is important. Just talk about opportunity. Footwear, in terms of …there are challenges to our business… 10 years ago people told us not to get into footwear. There's a lot of stuff we've plowed ahead and done. First time we met you said cleats, and I said no. There is a lot of runway. I would also try to, 20 years in, to our point about Colin, we have advantages because we're not as big and ponderous. We're not an oil tanker. We should be able to move things. When challenges arise, we should think of them as opportunities. We are capable of great stuff. The phelps ad, the running shoes in that context. Present that runway. It's runway and opportunity. We also got to hit them with the wins.

KEVIN – I hear you.

**SUSIE – these times we test us, but they will not define us.** We have a strong culture here. People want to work here because of the brand and the power of the brand. One quarter is just one quarter.

KEVIN – ████████████████████████████████████████████

STANTON – ████████████████████████████████████████████

KEVIN – tonight is, hey it's challenging out there, we're going enjoy themselves. One big unveil is the two themes I want to bring back and drive – Protect this house and Humble and Hungry. Demonstrate the humility, continue to be hungry. I was on the phone with steve lowry from westfield on century city, he was saying you are not going to like what your peers are doing, so I said to him the biggest hoduni act we did if that you call us their peers when they are 6x our size. The fact that you are asking us to keep up with the joneses. 2:30:29 back. We got kegs. And people will love that. They will love the roots and the Baltimore. The times will shake some people from the tree. The guy in the DH… if he's bonus is 8% less, it's because we didn't do well. Everyone's going to take something. It's going to come from everyone. We made the best decision we can. People need to get on board with that. Fact that people are making any bonus this year, I didn't make any bonus this year or last year, there's a pattern here. Enough's enough. Get to that moment in time. People at DH we didn't steal their money or take it from them. We need to get our feet underneath us. The Brand's in great shape. There isn't water cooler. We all just bought in to what we said we were going to do. I told you what I thought. I've listened. This is the consensus on the best thing to do. This is the decision I've made on the company. Nothing is easy. It has been a good year. We added a Billion in renvue.

CONFIDENTIAL

UA_00187420