# EXHIBIT 125
# [Filed Under Seal]

Notes 4.6.17

KEVIN - Keep today tight. Misunderstand around the table. Not allowed to have our athletes stay at the hotel. We built this hotel for UA. This is our aesthetic. I'm incredible proud of it.

I want this hotel to be an aspiration for the city and the community. It's to elevate everything else around it. Creating aspiration and every detail being considered. That is the theme of that past 5 months. Going deep deep deep. Our Brand should do that. Every customer. Every retail presentation. Every email we send. This is the expression of our Brand.

8 months and 3 weeks left in this year. I still want us to maintain the entrepreneurial spirit. We have the luxury of time right now. If we're going down a place that is not productive, lets stay high level and empower our team to be excellent.

BERGMAN –

Quarter – for the most part we are doing what we said we would do. The street is $5M below us… We countered the challenges of our gross margin to bring it back to a good spot. Numbers aren't final, but close. SG&A came in lower than our forecast. A lot is our teams struggling to understand headcount.

KEVIN – beating on top and beating on bottom. What's the number at

BERGMAN - $4M revenue beat. Tougher story around footwear growth. 0-5% range. Still closing books. Looks like 3% range. NA total is flat YOY.

FIPPS – we shipped 191 trucks on Friday night and not do that again. We need to plan better.

KP – how did end up, with Nashville having their highest day over, I called Billy Werner at 12:30 at night to say did you get everything out? Way to go. We shouldn't feel good about that.

FIPPS – we're going to plan that different coming up. Some of it is customer driven, calling in splits late. As you talk to the teams, there is an attitude that we're fearful of what our customers will do if anything goes wrong. We need to be in a place if we ship late…

CHARLIE – whether we ship every week, every month, or pull forward, we've created that kind of behavior. Change the trade term. Give them .5% more around timing, and level set later. This might take us two years, but will make us better in visibility and sub planning. Over 12 18 24 months we can solve. Incentivize different shipment days, etc.

JASON – we can't change things over night, but can over time.

KP – where we are right now with how volatile, if we didn't deliver the quarter, with a 1.1B expectation, we wound up 4M over the line. That's way too close. The level of awareness this

group made to me… it should have been coming from more of you. We were one truck away from missing the quarter. Why weren't more people talking about this?

FIPPS – we knew what was coming, we talked to tony and talked to other guy. We can work more closely together to get the splits in earlier, etc.

20:49

FIPPS – FMS moves from may to july 1st. (SEE SLIDE) Likely continue in invoice through ASS through first two weeks of July 1.  That gives us capacity to work through end of june. July 1 -4 we will be down. We have to allocate enough inventory and work faster than originally planned. 27:38 They came 18.7 / 19M as revenue risk in N America. Europe says 10M. We had 20M embedded in the risk, this brings us to 28M. **Customer service and sales ops act as if our clients/partners are looking for any excuse to not take the product.**

36:26

KP – we built this muscle memory of pull forward. Lesson to be learned coming out Q1 – we've been successful taking the pull forward needle out of arm in one swoop. Continuity. Just continuity. No need to create new noise. No new partners. Find equilibrium.

JOHN STANTON – risk of savings in less volittile times.

FIPPS – this is the slide. (12). Take 9/1. That's a smaller month, but it's bigger because bookings came in. May – July 90M number. We had to move some shifts. 9/1 would be worse for factory house. If you move it out to February, there will be some level of risk.

BERGMAN – that 23m we did in February will be a lower number. 25% lower, who knows?! We have other things tied to this. Project evolution in payroll. Customizable footwear. Phase 4 and 5 of SAP. Store projects. We just need to make sure we are looking at the whole picture.

KP – 2017 will be to take our pain and then set ourselves up to be excellent. **We need more discussion on this.**

BERGMAN – our F2 came down on 6M in topline going into QBR. We lost on our bottom line, during QBR we found more challenges in CF and that will come down 6M. And challenges in go forward with brand house. Then the claw back of SG&A. (Slide 7). Right now. This keeps changes. We have a new footwear issue. I heard numbesr that are 20M and 40M.

CHARLIE – at the moment, it's 10M. We had 100M initially. 10M is completely gone. Another 25M where we have a 50% risk and we will try to recover. 35M in total. If we take half, it would be 17.5M we need 2-3M on air freight to save costs. The latest one is about 20M bottomline or 35M top.

49:00

KP – get me the information to understand it. That's how we came around to replacing the knits uppers.

BERGMAN – operating income is the biggest challenge. See slide 7. As we make decisions, make sure they are in the broader context. Leaning on OE, 155M target, we've essentially got that. Missed by 5M. not bad. As we do the org work, and do any reduction in force, there is a benefit that is not reflected in here. We really do need to lean in to protect bonus and do what we said we were going to do. We need to call the ball on soon in coming up Earnings… is 2 /2. Q2…

KP – we said 155M. I'm disappointed it's not 155M. We have to get to be a disciplined company. For the last 4 or 5, we haven't had to do it. The number is the number is the number.

KP – do you have input?

KIP – I think you said it very well.

**KP - Dedicate next week to ?? – 1:05:38. Talk to partners – what does it mean when we go live.** We are committed to it, we made an investment in it. And 2017 is going to be year to do the hard stuff to set ourselves up for the future. **Sanjed and Mike? 1:05:35 will present on how to mitigate risks.**

BERGMAN – we need to finalize our thoughts on the knit piece too.

COLIN – I know.

KP – let's elevate this discussion. Other options are:

PAUL – we looked at September, but not a good date for many reasons. August 1, same as July 1. February would the other time, which has Chinese new year.

SUSIE- if we move it into 2018, will the street react?

LANCE – we can message it, but it's a bit wishy washey. If we're going to have an executional risk, this is the year to do it. Let's just have it happen this year.

**KP - Come prepared next week – talk to your systems partners – on how FMS will affect your area.**

BREAK

ABE – 1:28:00

CONFIDENTIAL
UA_00237152

Past we looked at Net sales, house margin and SG&A. Hasn't been good. Not able to see liquidation at category level. FMS is going to take us into the future, but only so far because we can't see detail on B1. Middle ground solution for visibility into the categories. We will have a great view of net sales and true gross margin at category. Inventory is another thing we are working on now. USE slides. Gross margin is a shared KPI with GMs. BI global sales dashboard reporting (SEE SLIDE), taking that creating a P&L. Product margin and house margin is where we get different numbers. We should only look at product margin. (everyone talking over each other). This dashboard is important to see the true profitability.

ANDY – how would you change your perspective on how you think about the business?

ABE –it forces you think about liquidation strategy.

BERGMAN – there are learnings that are coming off of this.

CHARLIE – category GM you need to make protection. Different than other sport. (TALKING OVER EACH OTHER)

ABE – working with Paul's team… way to leverage dashboard to get visability earlier. See marketing component of spend. We will start to separate by category. Ultimate contribution, etc.

PAM – what's in costs, in our competitor included warehousing duties and expenses. From an apples to apples comparison, we should call out what's not in there that may be standar in the industry.

ABE – international margin will be in here. 2016 information fully loaded gross margin, here is how (slide 39) how other categories stake up against each other. Some are losing money, so we limit the quantities.

ANDY – that makes me nervous the global football is at the bottom, and that's a tier 1 for us.

CHARLIE – [redacted]

ANDY – as we go into planning from a marketing standpoint, how does that affect us.

KP – [redacted] and 40% in footwear, and (1:42) couldn't hear.

RICK – that drives the training business. No one makes north of 35 gross margin in footwear, but the revenue is what comes in.

KP – this is a bigger topic. I want us to be more strategic in these meetings. We need ot be aware of the shifting landscape. The world is changing. How many people can afford to play american football? We have to win in this sport. Basketball and soccer where you just need a

ball. Stop thinking so linearly. Watching majestic get bought. Think about the Instagram star. There was one mickey mantle, but there are so many more right now. We had a leg up on every else, but that gives us the ability to think less linearly. The dog chase of going after ▇ is different, and do we want to be there and what. But soccer and basketball have to hit a higher priority of our company. 35M watched the NBA playoffs. 46M watched League of Champions e-gaming.

ANDY – beyond mclaren shoes and that's all we've been talking about. What are we doing to grow these businesses? We're not going to sign ▇ because they are too expensive.

KP – grounding the authenticity of the sport we are in today are so important. Category manager should be more fluid. Topher – we're giving you E sports. There are other things we could be doing. I digress.

ABE - **We are going to build out a monthly cadence to look at category P&L**.

BERGMAN – within regions, we are talking about having category breakdowns.

ABE – example of what we can do at category level- breakdown by channel and division and cut it up a number of ways. We will roll this out. It will be a work in progress. Last slide – shared KPIs you will see across all BU is current year net revenue and gross margin shares. I feel like we're hamstrung, but this will help greatly. This is the dashboard.

KP – it's important that we celebrate this. Give GM confidence on this.

ABE leaves – 1:54:19

MIKE – we reduce the size of the CF team this week, cut about 10 teammates in US. In process of cutting 10-15 in copenhagan. Denmark has different laws on how to do this. You can't do it all in one day. You have to notify that an action could happen. It should be complete by Friday. 25 teammates will be impacted. It's hasn't been the easiest time for the team. There's definitely – some people who will be missed- all in all it's gone as well as we could have hoped. In SF and Austin, by design, the impact was small. 1 in SF, 3 in Austin. Those locations are doing pretty well overall. Not a lot of tangible impact they can feel. Denver took it hard, with 4 people being let go. Small office, higher percentage feeling it. We're watching it closely. Boosting morale on that team and have some ideas and plans in place. We'll be ok. Denmark is still in the middle of it, it's a tough time over there. I think we will be ok. I will fly out there a week afterwards to reassure the team of their place in CF and I do think that team will be set up for success better after this action. They can be more independent and not slowed down by time zone. Did a big all-hands after the action. I think that communication was really well-received. They appreciated the context and understood the decision. We have buy-in from the team. It's just hard. Over all, going as well as we could have hoped. We tried to make it clear there are no other actions that we anticipate. For the most part we were able to address that concern and

we will reinforce that to make sure. We do have some hiring to do. Roles we couldn't fill without letting go some of these teammates.

ANDY – Baltimore sun wrote article about us laying off 2 dozen in connected fitness. Our statement did not include the line layoff. They used the word layoff. Of our total population it's tiny, and by the way, we hired hundreds of people this year.

ESKRDIGE – call out teammates here this will amp up the nerves of the general population.

KP – there are also people who don't know who is McKinsey is.

MIKE – we really tried to communicate that it was a change in strategy. CF specific thing. We're just doing different things, so we needed to change the resource allocation.

PAM – opportunity to arm us with this information. At least arm the leadership team that it's happening so if asked, we can speak to that

KP – who is in charge of that?

ANDY – Diane.

KP – there should be a whatsapp handle for a top group to cover everything from opening a distribution arm, anything regarding risks, dates for things coming down, let's suggest – everyone here have whatsapp? Lance – you can work with Di and lead on that.

ANDY – I think internally, it's really Kerry, not Diane.

JEN – and in the path moving forward, that should be them as well.

MIKE – I can email everyone the slide deck on the rationale, I didn't want it to get shared until after april 1. If we are too specific, it would have made us include it in our financials before april 1. Sorry about that. I will send around this deck if that will be helpful to see the rationale.

PAUL – Project OE slide 22. We are moving forward with mckinsey on phase 2. Phase 1 cost us $3M. Putting together a PMO (see slide 22) is in phase 2. These are the targets. Slide 21.

BERMGAN – in kip's world it says 28M opportunity for 12%. But it may be more top heavy there, so it's really 5% in headcount. The 155M in OE target never contemplated any of this work. That was in marketing in equity and 40M of other SG&A management. It was the T&E. it did not contemplate existing employees getting leaner, getting smarter.

PAUL – if we don't do this, it doesn't make sense to have McKinsey here. (reduction in workforce)

CONFIDENTIAL
UA_00237155

COLIN – You can change the org, unless you change the way we operate. Our friends on the west coast are a machine.

KP – I would like to lay out the new org structure to lay out the process. If we can repurpose some of these people into go forward jobs, that needs to be part of this process.

ANDY – 7% of our costs (for example) have to go, can we hit that goal? And then we go figure that out. It's critical to hit our numbers this year. I will own my cut and figure it out how to do it. If we have inefficiencies in the system, then this is the time to fix them.

KP – has anyone really dug in on the real number?

HALEY – no transparency. Giant black box.

PAUL – here is the transformation house we are talking about with Alex Pettit leading category management, Michelle Campion leading org restruction (see slide 23)

KP – what if we got rid of desk phones? Except for 100 phone lines… we are still build the foundation for a larger company. If I would have not been so focused on building the infrastructure for a 10B company, but one for a 6 or 8B company… it was big thinking that I wasn't think of the downside of not having the topline. If there are bodies that we need to get to the next level, I need everyone in here bought in to the process. Be professional. Same thing with the quarter. Hit our numbers for this year. Be professional about it. I want to be honest. I hate this idea it makes me sick to my stomach. I don't know if it's 295, or 250. When I stood in front of this group last year to remove 200 heads, it was this. There are 200 heads that don't belong in this company. Spending $6M to drive this change because it's the right thing for this company. I'm going to make changes as of tomorrow and Monday because there are fat cats that are just sitting there.

PAM – I suggest, the process of evaluating the heads, that we all own that and there is a consistency of the evaluations of the people. We will get ourselves in a big bucket of trouble if we don't do this right. The rigor of that process is important.

KP – I think we need a bigger executive than Michele Mooradian. She is forgotten in a room for whatever reason. Let's think of someone right now. Anyone in finance? An attorney? Mehri? Who's in transition.

JEN – do we know someone is going to replace all these jobs for these people?

KP – do we need to spend for mckinsey? Do we need them here? Are they really helping that much?

PAM – in my experience when this has happened, it is people's full time job.

CONFIDENTIAL           UA_00237156

KP – this is a very human experience.

PAUL – we want to move through this fat for all the reasons we know. It should be done done done by end of July.

ESKRIDGE – there are people who are not going make it through this,

KP – don't wait. There are people who are slow in our org now. Make it happened. If you want to give them a date.

BERGMAN – time out. My recommendation is that you work with Kerry and Michele to do it right.

ESKRIDGE – it's not performance based… there's just too many people in that area.

KP – if we can start doing it now, do it. Don't wait. I'm embarrassed by the way we have been running this company. Stop it. Take control of our own destiny. I want alignment on what we are doing.

LANCE – what's the assumption about attrition? Is there an attrition assumption there?

KP – The category management of run is important. But I do not want to under estimate how important our grounding the authenticity of the sport we are in today and not giving an inch on that. We have to build out these other things. Category managers need to be more fluid. Topher take e-sport.

KP – we have to go through it. It's going to be more difficult than we think. There needs to be a comms message on this that is going the whole time. What we are doing with McKinsey, how it's happening, probably giving some version of a head's up, The reason we going through this process, if it does get out there, I don't like dirty little secrets. **I want to be deliberate and upfront with the team. I want to be honest and say here's the fact, we haven't paid full bonus in three years, we're not operating well, many of you feel stifled in the organization and can't get things done, so we're going to lean the organization out and there are things that will happen in the next few days, I'm asking you to allow the process to work, and to happen and once it does, I'm asking you to stay and believe in the company. Once we do this, we have that much more of a likelihood of an opportunity to pay full bonus moving forward. And we wish you well. We're paying great severance, but we have to do something different. It's just something we must do. LISTEN!!! 2:47:38**

KP – 2:49. We can work through any solution. I am holding up one shoe with the knit and one without, and no one can tell the difference. And one is $1 cheaper. We can do better. Brand Engine – this is the model on how I want category management to run and roll. Our brand engine in the past we've gotten to the point where wea re bit muted and just making stuff. It

CONFIDENTIAL
UA_00237157

leaves us without a personality or pov. Our world is very simple – it starts with how do we solve a problem – for me it was sweating on the football field – for us, this consideration of the Brand, the Brand, the Brand. Driving it on every piece – our website should have a commercial, not just static images. Today, innovation is to solve the consumer's problem. Innovation takes that problem solve and makes something cool with design and creates an overarching story. Then do a big branding campaign for the season or the year. As that process happen, then they know as the engine or center of experts (Andy, Adrienne agreeing with david and clay) we then mow that down to the category managers. The GM then says, how do I relate HOVR or Perpetual to basketball. Designing product into the same ethos. That goes into product so we get product with a POV. They know their consumer so well, they are making something for them. There should be 10-12 product stories coming out of each category. Whatever the pieces are – makes you faster, makes your butt look great – those stories should be told in 20 second videos. Maybe it's Spieth talk about the shoe. Or our head of something talking about why this material is so special to a soccer player. Then it ends up with a very happy consumer. Take ███████████████████████████████████████████████████████████████ ███████████████████████████████

Been working with Andy on content house and a skill set for the company. Right now our Instagram is a joke. It's not compelling. We have 3.2M ussers, and we should have 30M. Andy will create the content house. There is four arms – Experience over here… then CF – which mike your team is doing that with Katie Krum, making cute little videos, training for 5k, etc. Content for media. 20 second Instagram for everything. In the middle we have social media – which we don't have right now. A real place where we become experts and posting 3-4 times a day with relevant things. Right now our Instagram goes dark for 5 days. This is product marketing right here. We are going to be a content house on ████████████. Shooting about technology of ████████. What Misty does. You have to try ███████ We're going to make this a media company. We can build this ourselves. Final arm is E-Commerce. We are thinking about this in an important way. Anything else for the group? Is that clear? Does everyone get that? Everyone buys in to that thinking? I need ot help, you need ot help get me there.

This is both the video and how it shows up in retail. Brian boring deciding how it shows up in a box and beyond. We've got all these resources. Connected Fitness is doing their blog. Have a director up there on how we plugging in all these content. MYFW – that is going to be live social media on that wall. Live command central control. We could have so much more fun on our Instagram. We're going to make it fun. The Consumer needs to live right here.

JASON – setting up category managers to be successful – they need to know what sells in every channel in every region.

ESKRDIGE – that's where the merch people come in under.

KP – STOP. This is not going to be great- let's plug in, great. NO one else called this out. So we have ████████████ I'm letting us know, did it go through this lens? Anything else? Good?

CONFIDENTIAL

Even with this year, there are 9 months left. I've got one job – delivering one product. I want to see the factory. There are things we can do. Continuity is really important. Circle the list we are going at. Continuity does matter. Relationships matter. We are going to take people down the right way. 5 years, 10 years, 15 years. Team of Teams. – I want us thinking more about not breaking up and attacking things. ▓▓▓▓▓▓▓▓▓▓▓▓ Can we take 2 people to just run with that and make it happen? IE3 – I like inspiring being the first thing we do. Inspire, Empower, Edit, Engage. Quarter should be quiet. Be close to our consumer. Do not open any new accounts. I want to be clear. We are not opening new categories of footwear. We are going to lean into the franchises we have now. Running – Kipper – for us is no longer going to be shoes. We're going to run strong, run long and run fast. Innovation and design know they have 30 to fill those holes. This company was built on heatgear an coldgear. There is heritage and legacy on what built this company. What's the new iteration. That charged cotton can be a $100 t-shirt. And your product category managers are going to have to make it happen. Tell you team to help us – if you are on the fence – it's been brutal couple of months – I'm here. This is what I'm doing. I've seen the peak. I've had a great time. I've seen some low ones, many of which were in the last couple of months. There will be some pain coming up but it will be the most gratifying. Put your arms around your team. We're going to be ok. I feel like we know how to do this. I really do. I'm committed to being a better leader. I hope you will hear more empathy, patience and understanding, but still a firm foot. We need ot drive. We need ot go. But we have a great chance. Andy – present on marketing next week as well. This kid Johnny. Cerebral Palsey. Send the video to the whole VP team. He make the phelps spot. And now he's going to run a ½ marathon. To a local ad of talking to the people of Baltimore of how we make a difference and people will not like it, but people don't know and we're going to tell them what we do. Third thing is a national campaign called corners, it's about all our athletes – Cam, Misty, Steph, ASAP Rocky – we're going ot have that come up, enver invited to the party. We find a way someway, somehow. The definition of our brand. Global campaign with women's in summer time as well. I don't like just throwing one punch, let's throw 4.

CONFIDENTIAL

UA_00237159