IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | Civil No. RDB-17-388 |
| This Document Relates To:<br>ALL ACTIONS. | |

**DEFENDANT UNDER ARMOUR, INC.'S MOTION TO SEAL**

Defendant Under Armour, Inc. ("UA"), through counsel and pursuant to Local Rule 105.11 (D. Md. 2023) and the Court's October 27, 2023 Order (ECF No. 327), hereby moves to seal certain confidential materials filed in connection with summary judgment and *Daubert* motions in this matter that contain, *e.g.*, personal contact information of UA's Board members and personal health information about a non-party, proprietary market data and information that UA is obligated to keep confidential by virtue of an agreement with a third party or a court order, and competitively sensitive information regarding UA's strategies, sales, products, and customers.

A memorandum of law in support of this motion and a proposed order granting same are submitted herewith, and the appendices to the memorandum of law list, for the Court's reference, the specific documents that UA is seeking to have either (i) *kept under seal in their entirety* or (ii) *partially unsealed subject to redactions proposed by UA* (all of these documents were previously filed under seal on a provisional basis, pursuant to the Court's October 27, 2023 Order).

With respect to documents that UA has agreed to partially unseal and for which redacted versions were not previously filed on the docket, those were refiled today—with UA's proposed redactions in place—under a Notice of Refiling (ECF Nos. 361-363). Additionally, there are a

number of documents previously filed under seal on a provisional basis that UA has since agreed can be unsealed *in their entirety*, and those were also refiled today on the public docket in their entirety under a separate Notice of Refiling (ECF Nos. 357-360).

DATED:  December 22, 2023	Respectfully submitted,


By: ___/s/ G. Stewart Webb, Jr.___
    G. Stewart Webb, Jr. (Bar No. 00828)

VENABLE LLP
William B. King (Bar No. 19643)
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Telephone:  410/244-7565
410/244-7742 (fax)
gswebb@venable.com
wbking@venable.com

FRIED, FRANK, HARRIS,
  SHRIVER & JACOBSON LLP
James D. Wareham (Bar No. 22890)
801 17th Street, NW
Washington, DC 20006
Telephone:  202/639-7000
202/639-7003 (fax)
james.wareham@friedfrank.com

Samuel P. Groner (*pro hac vice*)
Michael P. Sternheim (*pro hac vice*)
Anne S. Aufhauser (*pro hac vice*)
One New York Plaza
New York, NY  10004
Telephone:  212/859-8000
212/859-4000 (fax)
samuel.groner@friedfrank.com
michael.sternheim@friedfrank.com
anne.aufhauser@friedfrank.com

*Counsel for Defendant Under Armour, Inc.*

**LOCAL RULE 104.7 CERTIFICATION OF COUNSEL**

In accordance with Local Rule 104.7 (D. Md. 2023), I hereby certify that counsel for the parties have met and conferred concerning the issues addressed in this Motion to Seal, including by teleconference on September 29, 2023 and on December 20, 2023, and have been unable to reach agreement on a number of matters, as set forth in the memorandum of law in support of this motion. The parties did reach agreement on some matters, including that Plaintiffs agreed not to object to maintaining the confidentiality of certain nonparty cell phone numbers, email addresses, and medical information, and the agreement as to those matters is reflected in the papers.

          */s/ Samuel P. Groner*
          Samuel P. Groner

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on December 22, 2023, I caused the foregoing motion, the memorandum of law in support of same (including the attachments thereto), and a proposed order granting the motion to be electronically filed with the Clerk of Court and served on all counsel of record via the CM/ECF filing system.

                                                             */s/ William B. King*
                                                           William B. King