# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) ) | Civil No. RDB-17-388<br><br><u>CLASS ACTION</u> |

### DECLARATION OF ROBERT R. HENSSLER JR. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO UNDER ARMOUR'S MOTION TO SEAL

I, ROBERT R. HENSSLER JR., declare as follows:

1. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller") and counsel to Class Representatives Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund, Monroe County Employees' Retirement System, and KBC Asset Management NV (collectively, "Plaintiffs") in the above-entitled action. I am duly licensed to practice before all courts of the State of California and admitted *pro hac vice* in the United States District Court for the District of Maryland. I have personal knowledge of the matters herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following documents:

Exhibit 1:  November 4, 2019 *Wall Street Journal* article, titled "Under Armour Is Subject of Federal Accounting Probes," by Aruna Viswanatha & Khadeeja Safdar;

Exhibit 2:  May 13, 2021 *Washington Post* article, titled "Under Armour founder sold $138 million in stock during time period company allegedly misled investors about slowing sales," byDouglas MacMillan;

Exhibit 3:  August 29, 2023 *Wall Street Journal* article, titled "A Private Phone. Secret Recordings. Inside One CEO's Relationship With a TV Anchor," by Khadeeja Safdar;

Exhibit 4:  August 30, 2023 *Baltimore Banner* article, titled "A misplaced whisey glass? How Keven Plank explained recording an Under Armour employee," by Tim Prudente; and

Exhibit 5:  August 31, 2023 *Baltimore Banner* article, titled "When the line between journalism and personal relationships is crossed," by Leslie Gray Streeter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed January 12, 2024, at San Diego, California.

                                                  s/ Robert R. Henssler Jr.
                                                  ROBERT R. HENSSLER JR.