**ROBBINS GELLER RUDMAN & DOWD LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Robert R. Henssler Jr.
BHenssler@rgrdlaw.com

April 18, 2024

VIA ECF

The Honorable Richard D. Bennett
United States District Court
 for the District of Maryland
101 West Lombard Street, Chambers 5D
Baltimore, MD  21201

  Re: *In re Under Armour Securities Litigation*,
    No. 1:17-cv-00388-RDB

Dear Judge Bennett:

  We write on behalf of the parties in the above-referenced securities-fraud class action regarding the upcoming trial scheduled for July 15, 2024.

  The parties have met and conferred about how to make trial as efficient as possible for the Court and parties.  As part of those discussions, the parties learned that the Edward A. Garmatz United States Courthouse may have conference rooms available for use during the trial with Your Honor's permission.  We believe that having access to such conference rooms during breaks in the proceedings, and as a convenient location for witnesses to wait before they are called to testify, will make the trial proceed more expeditiously.

  The parties respectfully request that Your Honor allow the parties to use two such conference rooms for the duration of the trial.  Should the Court wish to discuss this request, the parties are of course available for a telephone conference at the Court's convenience.

  Thank you for your consideration of this request.

              Respectfully submitted,

              */s/ Robert R. Henssler Jr.*

              ROBERT R. HENSSLER JR.

RRH:mmh

cc: All Counsel of Record (via ECF)