IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In Re Under Armour Securities
_____
Plaintiff,

v.

_____
Defendant.

\*
\*
\*

Case No. RDB-17-388

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  Defendant

I certify that I am admitted to practice in this Court.

04/23/2024
Date

Signature

Peter J. Martinez  28672
Printed name and bar number

100 International Dr. Suite 2000
Address  Baltimore MD, 21202

Peter.Martinez@hoganlovells.com
Email address

(410) 659-2745
Telephone number

(410) 659-2701
Fax number