**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | ) | Civil No. RDB-17-388 |
| | ) | CLASS ACTION |
| This Document Relates To: | ) | |
| ALL ACTIONS. | ) | |

**DECLARATION OF ROBERT R. HENSSLER JR. IN SUPPORT OF PLAINTIFFS' MOTIONS *IN LIMINE***

I, ROBERT R. HENSSLER JR., declare as follows:

1. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller") and counsel to Class Representatives Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund, Monroe County Employees' Retirement System, and KBC Asset Management NV (collectively, "Plaintiffs") in the above-entitled action. I am duly licensed to practice before all courts of the State of California and admitted *pro hac vice* in the United States District Court for the District of Maryland. I have personal knowledge of the matters herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto is a true and correct copies of the following documents:

Exhibit 1: Excerpts of the November 4, 2022 Deposition Transcript of Andrew Amrhein;

| | |
|---|---|
| Exhibit 2: | Excerpts of the December 12, 2022 Deposition Transcript of Molly Boyle; |
| Exhibit 3: | Excerpts of the August 25, 2022 Deposition Transcript of Joshua Burke; |
| Exhibit 4: | Excerpts of the October 7, 2022 Deposition Transcript of Nick Carrillo; |
| Exhibit 5: | Excerpts of the January 31, 2023 Deposition Transcript of Bradley Dickerson; |
| Exhibit 6: | Excerpts of the September 7, 2022 Deposition Transcript of Kip Fulks; |
| Exhibit 7: | Excerpts of the August 11, 2023 Deposition Transcript of Paul A. Gompers, Ph.D.; |
| Exhibit 8: | Excerpts of the November 18, 2022 Deposition Transcript of Lee J. Harris; |
| Exhibit 9: | Excerpts of the October 3, 2022 Deposition Transcript of David Heath; |
| Exhibit 10: | Excerpts of the February 8, 2023 Deposition Transcript of Jason LaRose; |
| Exhibit 11: | Excerpts of the October 20, 2022 Deposition Transcript of Karl-Heinz Maurath; |
| Exhibit 12: | Excerpts of the January 19, 2023 Deposition Transcript of Lawrence “Chip” Molloy; |
| Exhibit 13: | Excerpts of the February 15, 2023 Deposition Transcript of Kevin A. Plank; |
| Exhibit 14: | 2016 Annual Shareholders Meeting – Plank Q&A (UA_00307959-UA_00307961); |
| Exhibit 15: | February 22, 2018 Memo from Neil Keenan, PwC Forensic Services to PwC Assurance – Under Armour Inc. Audit File re: Under Armour Inc. Investigation (PwC_UA_00025686-PwC_UA_00025705); |
| Exhibit 16: | September 8, 2020 Wells Submission of Under Armour, Inc. to the U.S. Securities and Exchange Commission (UA_00000890-UA_00000925); |
| Exhibit 17: | Under Armour, Inc.’s Responses and Objections to Plaintiffs’ Second Set of Interrogatories, dated December 16, 2021; and |
| Exhibit 18: | Under Armour, Inc.’s Responses and Objections to Plaintiffs’ Third Set of Interrogatories, dated June 17, 2022. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed May 24, 2024, at San Diego, California.

s/ Robert R. Henssler Jr.

ROBERT R. HENSSLER JR.