**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

DIRECT DIAL: 212-373-3306
EMAIL: HFISCHMAN@PAULWEISS.COM

BEIJING   SAN FRANCISCO
BRUSSELS   TOKYO
HONG KONG   TORONTO
LONDON   WASHINGTON, DC
LOS ANGELES   WILMINGTON

June 5, 2024

<u>Via ECF</u>

The Honorable Richard D. Bennett
United States District Court for the District of Maryland
101 West Lombard Street, Chambers 5D
Baltimore, MD 21201

Re:   *In re Under Armour Securities Litigation*,
        No. 1:17-cv-00388-RDB (D. Md.)

Dear Judge Bennett:

      Pursuant to the Pretrial Schedule entered by the Court on March 12, 2024 (ECF No. 381), Defendants filed their motions *in limine* on Friday, May 24, 2024 (ECF Nos. 406 and 407). The parties have continued to meet and confer regarding Defendants' motions *in limine*. With regard to Defendants' motion *in limine* to exclude evidence of a witness's invocation of constitutional rights (ECF No. 407), Plaintiffs have represented that they do not intend, at this stage, to introduce such evidence and will not oppose Defendants' motion (subject to Plaintiffs' reservation of their rights to revisit the issue at trial should Defendants open the door to such evidence). Based on this representation from Plaintiffs, Defendants have agreed to withdraw this motion *in limine* (ECF No. 407) from consideration.

      Respectfully submitted,

      */s/ Harris Fischman*
      Harris Fischman

cc:  All Counsel of Record (via ECF)