# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | ) Civil No. RDB-17-388 <br> ) <br> ) <u>CLASS ACTION</u> <br> ) |
| This Document Relates To: <br><br> ALL ACTIONS. | ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STIPULATION AND ORDER CONCERNING LOGISTICS OF BIFURCATION**

Pursuant to the Court's Order bifurcating the trial (ECF 399), the parties have met and conferred and have reached agreement regarding the logistics of bifurcation. The terms of the parties' agreement are set forth below.

The parties agree that the trial currently set for July 15, 2024 shall address only class-wide issues ("Phase One"). In the event Plaintiffs prevail in Phase One, individual issues will be addressed in a second phase ("Phase Two").

Issues to be tried in Phase One include falsity, materiality, scienter, class-wide reliance under the "fraud on the market" presumption (including whether Defendants can successfully rebut that presumption as to the Class), loss causation, the measure of per-share damages (if any), control person liability, defendant Kevin A. Plank's insider trading liability, and any defenses that may be presented to each such element of Plaintiffs' §§10(b), 20(a), and 20A claims. Defendants agree to

- 1 -

provide reasonable advance notice should they intend to introduce evidence or argument regarding the Class Representatives or absent Class members during Phase One of the trial, in view of the Court's Order on bifurcation (ECF 399).  Plaintiffs will oppose any such effort, and intend to offer no evidence or argument regarding the Class Representatives or absent Class members during Phase One.

If Plaintiffs prevail in Phase One, issues to be addressed or litigated in Phase Two will include individual Class members' membership in the Class, whether Defendants can rebut the presumption of reliance as to individual Class Members, both as to the Class Representatives and absent Class members, the amount of damages due each Class member, and prejudgment interest.

In the event Plaintiffs prevail at the Phase One trial, the parties agree that, after the disposition of any post-trial motions or upon order of the Court, the following procedures should be adopted:

1. The Court should set a schedule for the parties to identify Class members who may have potentially valid claims based on the verdict and to prepare a form of notice to such Class members that would explain the verdict and Class members' rights and obligations with respect to filing a claim.

2. Once notice is approved by the Court, transmitted to Class members, and Class members are afforded the opportunity to respond, the Court should schedule a conference for purposes of establishing a framework, timetable, and method for potential challenges to Class members or claims.

3. If there are disputes regarding any Class members or claims, the Court should schedule a second conference to determine the procedures necessary for resolving any challenges to Class members' claims.

4.       This agreement is without waiver by any party to argue for or against the use of any process or procedure for Phase Two.

The parties will be prepared to address any questions the Court may have regarding these proposed procedures at the Pretrial Conference.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: June 17, 2024                                ROBBINS GELLER RUDMAN
  & DOWD LLP
MICHAEL J. DOWD
MARK SOLOMON
X. JAY ALVAREZ
SAM S. SHELDON
ROBERT R. HENSSLER JR.
MATTHEW I. ALPERT
CHRISTOPHER R. KINNON
T. ALEX B. FOLKERTH


                                                                    s/ Robert R. Henssler Jr.
                                                           ROBERT R. HENSSLER JR.

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
miked@rgrdlaw.com
marks@rgrdlaw.com
jaya@rgrdlaw.com
ssheldon@rgrdlaw.com
bhenssler@rgrdlaw.com
malpert@rgrdlaw.com
ckinnon@rgrdlaw.com
afolkerth@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
STEPHEN R. ASTLEY
ELIZABETH A. SHONSON
ANDREW T. REES
LUKE GOVEAS
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sastley@rgrdlaw.com
eshonson@rgrdlaw.com
arees@rgrdlaw.com
lgoveas@rgrdlaw.com

*Lead Counsel for Plaintiffs*

MOTLEY RICE LLC
JOSHUA C. LITTLEJOHN
CHRISTOPHER F. MORIARTY
28 Bridgeside Boulevard
Mt. Pleasant, SC  29464
Telephone: 843/216-9000
843/216-9450 (fax)
jlittlejohn@motleyrice.com
cmoriarty@motleyrice.com

*Counsel for KBC Asset Management NV*

VANOVERBEKE, MICHAUD
  & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

*Additional Counsel for Monroe County Employees' Retirement System*


|  |  |
|---|---|
|  | SILVERMAN THOMPSON SLUTKIN & WHITE LLC<br>ANDREW C. WHITE, Bar No. 0821<br>WILLIAM SINCLAIR, Bar No. 28833<br>PIERCE C. MURPHY, Bar No. 30030<br>400 E. Pratt Street, Suite 900<br>Baltimore, MD  21201<br>Telephone:  410/385-2225<br>410/547-2432 (fax)<br>awhite@mdattorney.com<br>bsinclair@mdattorney.com<br>pmurphy@mdattorney.com<br><br>*Local Counsel* |
| DATED:  June 17, 2024 | VENABLE LLP<br>G. STEWART WEBB, JR., Bar No. 00828<br>WILLIAM B. KING, Bar No. 19643<br><br>              s/ G. Stewart Webb, Jr.               <br>G. STEWART WEBB, JR.<br>(Signed with permission/RRH)<br><br>750 East Pratt Street, Suite 900<br>Baltimore, MD  21202<br>Telephone:  410/244-7400<br>410/244-7742 (fax)<br>gswebb@venable.com<br>wbking@venable.com<br><br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>BARRY H. BERKE (*pro hac vice*)<br>1177 Avenue of the Americas<br>New York, NY  10036<br>Telephone:  212/715-7560<br>212/715-5660 (fax)<br>BBerke@kramerlevin.com |

- 5 -

|  |  |
|---|---|
|  | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>WILLIAM J. TRUNK (*pro hac vice*)<br>2000 K Street NW, 4th Floor<br>Washington, DC  20006<br>Telephone:  202/775-4517<br>202/775-4510 (fax)<br>WTrunk@kramerlevin.com<br><br>FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>JAMES D. WAREHAM, Bar No. 22890<br>801 17th Street, NW<br>Washington, DC  20006<br>Telephone:  202/639-7000<br>202/639-7003 (fax)<br>james.wareham@friedfrank.com<br><br>FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>SAMUEL P. GRONER (*pro hac vice*)<br>MICHAEL P. STERNHEIM (*pro hac vice*)<br>ANNE S. AUFHAUSER (*pro hac vice*)<br>One New York Plaza<br>New York, NY  10004<br>Telephone:  212/859-8000<br>212/859-4000 (fax)<br>samuel.groner@friedfrank.com<br>michael.sternheim@friedfrank.com<br>anne.aufhauser@friedfrank.com<br><br>*Counsel for Defendant Under Armour, Inc.* |
| DATED:  June 17, 2024 | HOGAN LOVELLS US LLP<br>SCOTT R. HAIBER, Bar No. 25947<br><br>               s/ Scott R. Haiber<br>--------------------------------------------------<br>                  SCOTT R. HAIBER<br>          (Signed with permission/RRH) |

- 6 -

4893-6657-4016.v1

100 International Drive, Suite 2000
Baltimore, MD  21202
Telephone:  410/659-2700
410/659-2701 (fax)
scott.haber@hoganlovells.com

*Counsel for Defendant Kevin A. Plank*

HOGAN LOVELLS US LLP
PETER J. MARTINEZ, Bar No. 28672
100 International Drive, Suite 2000
Baltimore, MD  21202
Telephone:  410/659-2788
410/659-2701 (fax)
peter.martinez@hoganlovells.com

PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
THEODORE V. WELLS, JR. (*pro hac vice*)
LORIN L. REISNER (*pro hac vice*)
HARRIS FISCHMAN (*pro hac vice*)
1285 Avenue of the Americas
New York, NY  10019
Telephone:  212/373-3306
212/492-0306 (fax)
twells@paulweiss.com
lreisner@paulweiss.com
hfischman@paulweiss.com

*Of Counsel*

\*   \*   \*

# O R D E R

IT IS SO ORDERED.

DATED:  June 18, 2024            /s/
                                 THE HONORABLE RICHARD D. BENNETT
                                 UNITED STATES DISTRICT JUDGE

- 7 -