**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **Chambers of** | **U.S. Courthouse Chambers 5D** |
| **Richard D. Bennett** | **101 W. Lombard Street** |
| **United States District Judge** | **Baltimore, MD 21201** |
| **Northern Division** | **Tel: 410-962-3190** |
| | **Fax: 410-962-3177** |

June 21, 2024

TO COUNSEL OF RECORD

RE: *In re Under Armour Securities Litigation*
    Civil No. RDB-17-388

Dear Counsel:

 This Letter Order confirms that the Court has reserved Monday, June 24, 2024 at 12:00 PM ET for a telephone conference with the parties in the above-captioned case.  Dial-in information was emailed to Counsel of Record on June 21, 2024.

 This Letter Order further confirms that the June 27, 2024 hearing on the pending motions *in limine* (ECF Nos. 406, 409) has been removed from the Court's calendar, and all pending deadlines are suspended until further notice of this Court.

 Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

       Sincerely,

       _____/s/_____

       Richard D. Bennett
       United States Senior District Judge