Lona Lee McCallister
4700 Bel Roma Road
Livermore, CA 94551-9196

September 8, 2024

Ms. Kendra Brown
Case Administrator
U. S. District Court
District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Dear Ms. Brown:

Subject: Class Action Civil No. RDB-17-388

This letter is to receive confirmation of the legitimacy of the subject Class Action. I received documents to submit a claim under this settlement and I need to confirm whether this Case is correct within the District Court of Maryland regarding Under Armour Securities Litigation. I am enclosing Page 1 of the documents I received.

Please reply and I can be reached also at lonalee322@aol.com or 925-216-7070.

Yours truly,

*Lona Lee McCallister*

Lona Lee McCallister

Enclosure