**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Robert R. Henssler, Jr.
bhenssler@rgrdlaw.com

September 24, 2024

VIA ECF

The Honorable Richard D. Bennett
United States District Court
 for the District of Maryland
101 West Lombard Street, Chambers 5D
Baltimore, MD  21201

      Re:    *In re Under Armour Securities Litigation*,
             No. 1:17-cv-00388-RDB

Dear Judge Bennett:

      Plaintiffs respectfully submit this letter in response to the September 8, 2024 letter from Lona Lee McCallister to Case Administrator Kendra Brown inquiring about the legitimacy of this case (ECF 437).  Plaintiffs reached out to Ms. McCallister by phone on September 18, 2024 and left her a voicemail message to reassure her about the legitimacy of the notice and the claims administrator's website, as well as offering to address any further questions or concerns.  Plaintiffs followed up by email on September 20, 2024.  To date, Plaintiffs have not received a response.  Hopefully our efforts have addressed her concerns.

      Respectfully submitted,

      */s/ Robert R. Henssler, Jr.*

      ROBERT R. HENSSLER, JR.

cc:    All Counsel of Record (via ECF)