# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) ) | Civil No. RDB-17-388 <br><br> <u>CLASS ACTION</u> |

**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR: (1) FINAL APPROVAL OF SETTLEMENT AND THE PLAN OF ALLOCATION; AND (2) AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND AN AWARD TO PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4)**

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on November 7, 2024, at 11:00 a.m., at the United States District Court for the District of Maryland, U.S. Courthouse, 101 West Lombard Street, Baltimore, MD 21201, or as soon thereafter as counsel may be heard before the Honorable Richard D. Bennett, United States District Judge, lead plaintiff Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund ("Lead Plaintiff"), on behalf of itself and the Class, respectfully moves this Court for entry of orders: (1) granting final approval of the proposed settlement of this class action; (2) approving the proposed Plan of Allocation; (3) awarding attorneys' fees and expenses, plus interest on both amounts; and (4) approving awards to Lead Plaintiff and class representatives Monroe County Employees' Retirement System and KBC Asset

Management NV pursuant to 15 U.S.C. §78u-4(a)(4).  The terms and conditions of the Settlement are set forth in the Settlement Agreement, dated July 12, 2024 (ECF 430-3).  The grounds and reasons for granting this relief are stated with particularity in the accompanying memorandums and other supporting papers.

Proposed orders will be submitted with Lead Plaintiff's reply submission on or before October 31, 2024.

DATED:  October 3, 2024

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
MICHAEL J. DOWD
THEODORE J. PINTAR
MARK SOLOMON
X. JAY ALVAREZ
SAM S. SHELDON
ROBERT R. HENSSLER JR.
MATTHEW I. ALPERT
CHRISTOPHER R. KINNON
T. ALEX B. FOLKERTH

s/ Robert R. Henssler Jr.
ROBERT R. HENSSLER JR.

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
miked@rgrdlaw.com
tedp@rgrdlaw.com
marks@rgrdlaw.com
jaya@rgrdlaw.com
ssheldon@rgrdlaw.com
bhenssler@rgrdlaw.com
malpert@rgrdlaw.com
ckinnon@rgrdlaw.com
afolkerth@rgrdlaw.com

- 2 -

`Case 1:17-cv-00388-RDB   Document 439   Filed 10/03/24   Page 3 of 4`

ROBBINS GELLER RUDMAN
  & DOWD LLP
STEPHEN R. ASTLEY
ELIZABETH A. SHONSON
ANDREW T. REES
LUKE GOVEAS
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sastley@rgrdlaw.com
eshonson@rgrdlaw.com
arees@rgrdlaw.com
lgoveas@rgrdlaw.com

*Lead Counsel for Plaintiffs*

MOTLEY RICE LLC
JOSHUA C. LITTLEJOHN
CHRISTOPHER F. MORIARTY
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)
jlittlejohn@motleyrice.com
cmoriarty@motleyrice.com

*Counsel for KBC Asset Management NV*

VANOVERBEKE, MICHAUD
  & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

*Additional Counsel for Monroe County Employees' Retirement System*

SILVERMAN THOMPSON SLUTKIN
 & WHITE LLC
ANDREW C. WHITE, Bar No. 0821
WILLIAM SINCLAIR, Bar No. 28833
PIERCE C. MURPHY, Bar No. 30030
400 E. Pratt Street, Suite 900
Baltimore, MD  21201
Telephone:  410/385-2225
410/547-2432 (fax)
awhite@mdattorney.com
bsinclair@mdattorney.com
pmurphy@mdattorney.com

*Local Counsel*

- 4 -

4870-3217-7875.v1