**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Robert R. Henssler, Jr.
bhenssler@rgrdlaw.com

November 5, 2024

<u>VIA ECF</u>

The Honorable Richard D. Bennett
United States District Court
 for the District of Maryland
101 West Lombard Street, Chambers 5D
Baltimore, MD  21201

      Re:    *In re Under Armour Securities Litigation*,
             No. 1:17-cv-00388-RDB (D. Md.)

Dear Judge Bennett:

      In connection with the settlement of this case Lead Counsel filed the Declaration of Graham Buntain in Support of Final Approval of Plaintiffs' Proposed Class Action Settlement (ECF 439-4) (the "Declaration"), on October 3, 2024.  In the Declaration, Mr. Buntain, the Investment Officer of Class Representative Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund ("NESPF"), made the following statement:

> While NESPF understands that the determination of attorneys' fees is left to the Court, NESPF supports Lead Counsel's application for 25.83% of the Settlement Amount and expenses in an amount not to exceed $5 million.  NESPF believes that the request is fair, reasonable and appropriate as this Settlement would not have been possible without the diligent efforts of Lead Counsel, which vigorously litigated this case right up to the scheduled trial date.

*Id.*, ¶5.

      We were notified in the last few days that Mr. Buntain now believes that the language concerning the fees and expenses is ambiguous.  Mr. Buntain was traveling and unable to speak with us about the issue until yesterday, Monday, November 4, 2024.  Mr. Buntain has now asked us to inform the Court that, while NESPF has no issue with the quality of Lead Counsel's prosecution of the case, it does not take a position as to the appropriate fee to award Lead Counsel.  We apologize to the Court for any misunderstanding with respect to the language in paragraph five of the Declaration.  We relied on what we honestly believed to be Mr. Buntain and NESPF's unequivocal support as we can read the Declaration no other way, especially in light of the related

Robbins Geller
Rudman & Dowd LLP

The Honorable Richard D. Bennett
November 5, 2024
Page 2

retainer agreement entered into in April 2017, which was filed with the Court on October 3, 2024. ECF 439-9.  Nonetheless, we are duty bound to advise the Court of this development.  In our view, it should have no impact on the appropriate fee to award, although we would not have pointed to NESPF's support if we had been aware of Mr. Buntain's interpretation.

                                                    Respectfully submitted,

                                                    ROBERT R. HENSSLER, JR.

RRH:tlc
cc:      All Counsel of Record (via ECF)

4891-9498-7766.v1