IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | ) Civil No. RDB-17-388 ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) |

[~~PROPOSED~~] ORDER AWARDING ATTORNEYS' FEES AND EXPENSES AND AN AWARD TO PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4)

This matter having come before the Court on November 7, 2024, on the motion of Lead Counsel for an award of attorneys' fees and expenses (the "Fee Motion"), the Court, having considered all papers filed and proceedings conducted herein, having found the Settlement of this Action to be fair, reasonable, and adequate, and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Order incorporates by reference the definitions in the Settlement Agreement dated as of July 12, 2024 (the "Settlement Agreement"), and all capitalized terms used herein, but not defined, shall have the same meanings as set forth in the Settlement Agreement.

2. This Court has jurisdiction to enter this Order and over the subject matter of this Action, as well as personal jurisdiction over all parties to the Action, including each of the Class Members.

3. Notice of the Fee Motion was given to all Class Members who could be located with reasonable effort. The form and method of notifying the Class of the Fee Motion met the requirements of Rule 23 of the Federal Rules of Civil Procedure, the Private Securities Litigation Reform Act of 1995, due process, and any other applicable law; constituted the best notice practicable under the circumstances; and constituted due, adequate, and sufficient notice to all Persons entitled thereto.

4. Lead Counsel is hereby awarded attorneys' fees of 25.83% of the Settlement Amount, plus interest at the same rate earned by the Settlement Fund, and payment of litigation expenses in the amount of $4,199,810.81, plus accrued interest, which sums the Court finds to be fair and reasonable.

5. The award of attorneys' fees and expenses and interest earned thereon shall be paid to Lead Counsel from the Settlement Fund immediately upon entry of this Order, subject to the terms, conditions, and obligations of the Settlement Agreement, which terms, conditions, and obligations are incorporated herein.

6. In making this award of attorneys' fees and expenses to Lead Counsel, the Court has analyzed the factors considered within the Fourth Circuit and found that:

   (a) the Settlement has created a fund of $434,000,000 in cash, pursuant to the terms of the Settlement Agreement, and Class Members will benefit from the Settlement created by the efforts of Lead Counsel;

   (b) over 469,400 copies of the Notice were disseminated to potential Class Members indicating that Lead Counsel would move for attorneys' fees in an amount not to exceed 25.83% of the Settlement Amount and for expenses in an amount not to exceed $5 million, plus interest on both amounts, and no objections to the Fee Motion were filed by Class Members;

   (c)  Lead Counsel has conducted the Action and achieved the Settlement with skill, perseverance, and diligent advocacy;

   (d)  Lead Counsel expended substantial time and effort pursuing the Action on behalf of the Class;

   (e)  Lead Counsel pursued the Action on a contingent basis;

   (f)  the Action involves complex factual and legal issues and, in the absence of settlement, would involve lengthy proceedings whose resolution would be uncertain;

   (g)  had Lead Counsel not achieved the Settlement, there would remain a significant risk that the Class may have recovered less or nothing from Defendants;

   (h)  Plaintiffs' Counsel have devoted over 89,130 hours, with a lodestar value of $59,251,548.00 to achieve the Settlement;

   (i)  public policy concerns favor the award of reasonable attorneys' fees and expenses in securities class action litigation; and

   (j)  the attorneys' fees and expenses awarded are fair and reasonable and consistent with awards in similar cases within the Fourth Circuit.

  7.  Any appeal or any challenge affecting this Court's approval regarding the Fee Motion shall in no way disturb or affect the finality of the Judgment.

  8.  Pursuant to 15 U.S.C. §78u-4(a)(4), the Court awards $30,000.00, $2,160.00 and $13,125.00 to Lead Plaintiff Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund, Class Representative Monroe County Employees' Retirement System, and Class Representative KBC Asset Management, respectively, for the time they spent directly related to their representation of the Class.

9. In the event that the Settlement is terminated or does not become Final or the Effective Date does not occur in accordance with the terms of the Settlement Agreement, this Order shall be rendered null and void to the extent provided in the Settlement Agreement and shall be vacated in accordance with the Settlement Agreement.

IT IS SO ORDERED.

DATED: __NOVEMBER 7, 2024__       _____
                                  THE HONORABLE RICHARD D. BENNETT
                                  UNITED STATES DISTRICT JUDGE

4874-9304-0886.v1