**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Robert R. Henssler, Jr.
bhenssler@rgrdlaw.com

November 18, 2024

VIA ECF

The Honorable Richard D. Bennett
United States District Court
 for the District of Maryland
101 West Lombard Street, Chambers 5D
Baltimore, MD  21201

    Re:    *In re Under Armour Securities Litigation*,
             No. 1:17-cv-00388-RDB

Dear Judge Bennett:

    Lead Counsel for Plaintiffs respectfully submits this letter in response to the Proof of Claim and Release form filed November 13, 2024 (ECF 451).  On November 15, 2024, Lead Counsel forwarded the form to Gilardi & Co. LLC, the Claims Administrator, to be processed in the normal course.

             Respectfully submitted,

             ROBERT R. HENSSLER, JR.

cc:    All Counsel of Record (via ECF)